AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

CANTER & ASSOCIATES, LLC, and
LAUREATE EDUCATION, INC,

                                          Plaintiffs,        **SUMMONS IN A CIVIL ACTION**

                    v.

TEACHSCAPE, INC.,

                                          Defendant.

                                          CASE NUMBER:

                                          C 07 3225 RS

TO: (Name and address of Defendant)
TEACHSCAPE, INC.
731 Market Street, Suite 400
San Francisco, California 94103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANNETTE L. HURST
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone:      +1.415.772.6000
Facsimile:      +1.415.772.6268
E-mail:         Annette.Hurst@HellerEhrman.com

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    JUN 1 9 2007

_____                           _____
CLERK                                                 DATE

                MARY ANN BUCKLEY
_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| ANNETTE L. HURST<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104 | | | | | |
| Telephone No: 415 772-6000 | FAX No: 415 772-6268 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>26930.0004 | | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: CANTER & ASSOCIATES, LLC, et al.

Defendant: TEACHSCAPE, INC.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3225 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION;  CIVIL COVER SHEET;  COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES, JURY DEMAND, CERTIFICATE OF INTERESTED PARTIES;  PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S DISCLOSURE STATEMENT;  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;  STANDING ORDER RE: INITIAL CASE MANAGEMENT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;  WELCOME TO THE UNITED STATES DISTRICT COURT;  ECF REGISTRATION INFORMATION HANDOUT.

3.  a. Party served:                      TEACHSCAPE, INC.
    b. Person served:                MARY RAMSDEN, VICE PRESIDENT

4.  Address where the party was served:        731 MARKET STREET
                                        SUITE 400
                                        SAN FRANCISCO, CA 94103

5.  I served the party:
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 20, 2007 (2) at: 11:56AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. ROBERT  SOLIMO

                                               d.  *The Fee* for Service was:

                                               e.  I am: Not a Registered California Process Server

**First Legal Support Services**
ATTORNEY SERVICES
1138 HOWARD STREET
San Francisco, CA 94103
(415) 626-3111, FAX (415) 626-1331

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date: Wed, Jun. 20, 2007