1  GAYLE M. ATHANACIO (State Bar No. 130068)
   gathanacio@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   TEACHSCAPE, INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CANTER & ASSOCIATES, LLC, and          Case No. C 07 3225 RS
    LAUREATE EDUCATION, INC.,
12                                          **STIPULATION EXTENDING TIME FOR
             Plaintiffs,                    DEFENDANT TEACHSCAPE, INC. TO
13                                          RESPOND TO COMPLAINT**
        vs.
14
    TEACHSCAPE, INC.,
15
             Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern

2   District of California, Plaintiffs Canter & Associates, LLC and Laureate Education, Inc.

3   ("Plaintiffs") and Defendant Teachscape, Inc. ("Defendant" or "Teachscape"), by and through their

4   respective counsel, hereby stipulate and agree to the following:

5   Defendant shall have to and through August 3, 2007 to move, answer or otherwise respond to

6   Plaintiffs' Complaint in the above-captioned action.  No previous extensions have been granted.  In

7   the event Teachscape's response is a motion, the parties further agree to the following briefing

8   schedule, which will not impact the time in which the Court has to consider the parties' papers:

9   Plaintiffs' Opposition to Motion:  August 28, 2007

10   Defendant's Reply to Opposition: September 10, 2007

11   Hearing date to be set at a date convenient to the Court.

12   The parties further acknowledge that this Stipulation does not affect, and in not intended to

13   affect, any dates set forth in the Initial Case Management Order and further is without prejudice to

14   either parties' right to seek or oppose any relief. .

15   DATED: July 9, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

16

17                                          By:_____/s/_____

18                                              GAYLE M. ATHANACIO

19                                          Attorneys for Defendant
                                            TEACHSCAPE, INC.
20

21   DATED: July 9, 2007                    HELLER EHRMAN LLP

22

23                                          By:_____

24                                              DANIEL N. KASSABIAN

25                                          Attorneys for Plaintiffs
                                            CANTER & ASSOCIATES, LLC, and
26                                          LAUREATE EDUCATION, INC.

27   27271958

28

Case No. 07-3225                    -1-           STIPULATION EXTENDING TIME TO
                                                  RESPOND TO COMPLAINT