1  GAYLE M. ATHANACIO (SBN 130068)
   gathanacio@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   TEACHSCAPE, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | CANTER & ASSOCIATES, LLC, and
   | LAUREATE EDUCATION, INC.,.                Case No. C 07-3225 RS
13 |
   |        Plaintiffs.                        **DECLARATION OF GAYLE M.**
14 |                                           **ATHANACIO IN SUPPORT OF**
   | v.                                        **DEFENDANT TEACHSCAPE'S**
15 |                                           **MOTION TO DISMISS/STRIKE**
   | TEACHSCAPE. INC.,                         **COMPLAINT**
16 |
   |        Defendant.                         Date: September 26, 2007
17 |                                           Time: 9:30 a.m.
   |                                           Courtroom: 4, Fifth Floor
18                                             Honorable Richard Seeborg

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF MOTION TO DISMISS/STRIKE

I, Gayle M. Athanacio, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Teachscape, Inc. I make this declaration in support of Teachscape's Motion to Dismiss/Strike the Complaint. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated February 9, 2007, from Annette Hurst, counsel for Plaintiffs, to Christine Lepera, counsel for Teachscape, in which the exchange of course materials between the parties was raised (relevant portion of letter noted on the attached).

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated February 20, 2007, from Ms. Lepera to Ms. Hurst in which Teachscape responds to Ms. Hurst's February 9th letter. The portion of the letter dealing with the exchange of course materials is noted on the attached.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated March 7, 2007, from Ms. Lepera to Ms. Hurst, in which the exchange of course materials was again discussed (relevant portion of letter noted on the attached).

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated April 6, 2007, from Ms. Hurst to Ms. Lepera, in which the exchange of course materials were further discussed (relevant portions of letter noted on the attached).

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated April 16, 2007, from Ms. Lepera to Ms. Hurst, which represents the last letter between the parties

///
///
///
///
///
///

-1-
DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF MOTION TO DISMISS/STRIKE

1  prior to the filing of Plaintiffs' action, in which the exchange of course materials was discussed
2  (relevant portion of letter noted on the attached).
3      I declare under penalty of perjury under the laws of the United States of America
4  and the State of California that the foregoing is true and correct.
5      Executed this 3rd day of August, 2007, at San Francisco, California.

*/s/ Gayle M. Athanacio*

Gayle M. Athanacio

17569223

-2-
DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF MOTION TO DISMISS/STRIKE

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000