# EXHIBIT E



**SONNENSCHEIN NATH & ROSENTHAL LLP**

**Christine Lepera**
212.398.7643
clepera@sonnenschein.com

1221 Avenue of the Americas
New York, NY 10020-1089
212.768.6700
212.768.6800 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

April 16, 2007

Via Facsimile/Mail

Annette L. Hurst
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Re: *TEACHSCAPE/LAUREATE*

Dear Ms. Hurst:

I am in receipt of your April 6, 2007 letter.

Notwithstanding the expressed insistence of your client Laureate Education Inc. ("Laureate"), that Teachscape, Inc. ("Teachscape") provide Laureate with certain information and assurances in an expedited fashion, you failed to respond to or even acknowledge my March 7, 2007 letter accommodating that request and supplying your client with substantive information, assurances, and a proffer for an exchange of certain documents. Your letter of April 6 -- sent a month later -- not only ignores our good faith effort but offers nothing more than another pointless batch of baseless accusations and threats.

There have been no misrepresentations to you or to Marygrove College ("Marygrove"). Nor have there been any "confidential" settlement discussions between us. In our conversations, we asked you to describe any wrongdoing by our client or Marygrove, and obtained only the same conclusory contentions contained in your correspondence. We advised Marygrove of your express, albeit wholly conclusory, assertions of wrongdoing against it and our client, which we had every right to do. Marygrove has assured Teachscape that Laureate's assertions against it are false. There is no basis for Laureate's vague and unsupported claims against Teachscape.

While you again "demand" some of the materials (abandoning others) you previously claimed you needed, ostensibly to conduct an investigation into whether any of Laureate's alleged copyrighted course materials have been copied, you ignore the offer expressed in my March 7, 2007 letter. Although Laureate has never articulated any basis for any claim of copyright infringement, we nevertheless proposed a rational exchange of documents tailored to address copyright issues in my March 7 letter. Should you wish to respond in a meaningful fashion to that offer, or to engage in a constructive dialogue about an exchange of documents along the lines we have offered, we remain amenable to such an exchange and approach under a

9990944\V-1



**SONNENSCHEIN NATH & ROSENTHAL LLP**

Annette L. Hurst
April 16, 2007
Page 2

suitable protective order. Otherwise, these communications are a waste of our clients' respective time and resources.

All of our client's legal and equitable rights, claims, remedies, defenses, and contentions remain and hereby are fully and expressly reserved.

Sincerely,

Christine Lepera

CL/sl

cc:   Mark Atkinson
      Gayle Athanacio

9990944\V-1