# EXHIBIT C



# Canter
## Graduate Courses

### Graduate Courses – Overview

## Distance Learning Graduate Courses For K - 12 Teachers

**Partners in Teacher Education**
Canter supports your learning goals by partnering with accredited universities and colleges across the United States to offer quality, distance-learning graduate courses. Over the last 37 years, more than 2 million K–12 educators have taken our convenient and affordable graduate courses to gain more from continuing teacher education.

**More Strategies for Your Classroom**
- Participate in curricula designed by teachers for teachers
- Access the latest research-based strategies to apply immediately in the classroom
- Learn from national experts in key content areas
- Balance learning goals with professional and personal commitments through our innovative distance learning model

**More for Your Career**
- Meet license and certificate renewal requirements
- Advance your career and salary
- Earn Plus credits

*Check with your state/district for requirements.

Select the state in which you teach to view the graduate course offered in your area.

[ New Jersey ▼ ]  [Go]

[ Marygrove College ▼ ]

**Online Graduate Courses**
Offered exclusively through Walden University, many of our self-paced graduate courses are also available online. Our online format is very similar to our distance-learning format, with a few enhancements.
Click here for all Walden courses

**No-Risk Registration**
If you are a new student, you decision is backed by our no-risk registration policy. Register for any course on a 15-day trial basis. If you're not completely satisfied, withdraw from the course and return course materials for a full refund.

Contact us:
Call 1-800-669-9011
E-mail us

Marygrove Program Info

Page 1 of 2





→ View a recent webinar presenting Marygrove's M.A.T. program

→ Download a Free Info Packet

**Fall 2007 Application Deadline: July 31, 2007**
**Fall 2007 Term Start Date: August 27, 2007**

Located in Detroit, Michigan, Marygrove College has been a leader in teacher education since 1914. In the past decade, more teache Master in the Art of Teaching (M.A.T.) degree from Marygrove College than from any other college or university. Marygrove College, a was one of the first colleges to offer the convenience and flexibility of a distance learning master's program. Canter, in collaboration w has produced the videos and instructional materials utilized in Marygrove's distance learning degree program.

**Master in the Art of Teaching with a focus on Curriculum, Instruction and Assessment (K-12)**

The M.A.T. with a focus on Curriculum, Instruction and Assessment is geared towards teachers from all subject areas and grade level repertoire of methods to align their curriculum and instruction to standards. Assessment of student needs and performance is also co emphasizes the practical application of proven teaching strategies, adapted to fit each teacher's unique setting.

Join the thousands of students who are currently enrolled or who have graduated from Marygrove's MAT program. Discover more abo

- Our Learning Model
- Distance Learning Cost Calculator
- The Research that supports this learning model
- The Student Experience

*\*ACCREDITED* Marygrove College is accredited by the Higher Learning Commission and is a member of the North Central Association (NCA), which is locate

http://www.canter.net/content/index.cfm?s=226.p030t972r.0982101s20&wid=13&pid=13    8/2/2007

Chicago, IL 60602; (312) 263-0456. Marygrove is accredited to offer this program to teachers in Michigan, Ohio, New Jersey, New York and Pennsylvania. Marygrove the Michigan Department of Education and by the Ohio Board of Regents.

Overview | Learning Model | Cost Calculator | Research | Student Experience

New England Video Course Information

Page 1 of 2

# NEW ENGLAND
## Video Courses

**Graduate Courses**
- Course Home
- Video Courses
- Common Questions
- Registration
- Special Offers
- About UNE

Contact us:
Call 1-800-669-9011
E-mail us

## Fall 2007

Registration Deadline: November 16, 2007
Course Completion Deadline: January 25, 2008
Receive comprehensive course materials: a study guide, textbooks, articles, video media, and information package. Select a course title below to view further course detail information.

**Subject and Content Specific**
Foundations of Reading and Literacy
Helping Struggling Readers With Content Area Learning (Grades 6-12)
Improving Reading in the Content Areas (Grades 6 - 12)
Math: Teaching for Understanding (Grades K - 6)
Supporting the Struggling Reader (Grades K - 6)
Strategies for Literacy Instruction - Phonics, Vocabulary, and Fluency (K-6)
Strategies for Literacy Instruction - Comprehension
Teaching Reading in the Elementary Grades

**Conflict Resolution and Classroom Management**
Assertive Discipline and Beyond
Classroom Management to Promote Student Learning
Succeeding With Difficult Students
Teaching Students to Get Along (Grades K - 6)

**Instructional Strategies**
Building Your Repertoire of Teaching Strategies
Designing Curriculum and Instruction with the Learner in Mind
Helping Students Become Self-Directed Learners
Integrating the Internet into K-12 Curriculum
Learning Differences: Effective Teaching with Learning Styles and Multiple Intelligences
Motivating Today's Learner
The High-Performing Teacher

**Parent Involvement**
How to Get Parents on Your Side

**Inclusion**
Including Students with Special Needs: Curriculum, Instruction and

Tuition:
**$450 per course**

Early Bird Deadline (SAVE $25): October 12, 2007

New Plus 5 Course Sequence for Maximum Savings

Save up to $40 with Group discounts!

New England Video Course Information

Page 2 of 2

Need help selecting a course? Use our <u>Quick Course Guide!</u>

## Assessment



**INDIANA WESLEYAN** *university*

**Graduate Courses**
- Courses Home
- Video Courses
- Common Questions
- Registration
- Special Offers
- About IWU

Contact us:
Call 1-800-669-9011
E-mail us

**Video Courses**

## Fall 2007

Registration Deadline: November 16, 2007
Course Completion Deadline: November 10, 2008

Receive comprehensive course materials: a study guide, textbooks, articles, video media, and information package. Select a course title below to view further course detail information.

**Subject and Content Specific**
Foundations of Reading and Literacy
Improving Reading in the Content Areas (Grades 6 - 12)
Math: Teaching for Understanding (Grades K - 6)
Strategies for Literacy Instruction - Phonics, Vocabulary, and Fluency (K-6)
Strategies for Literacy Instruction - Comprehension
Supporting the Struggling Reader (Grades K - 6)
Teaching Reading in the Elementary Grades

**Conflict Resolution and Classroom Management**
Assertive Discipline and Beyond
Classroom Management to Promote Student Learning
Succeeding With Difficult Students
Teaching Students to Get Along (Grades K - 6)

**Instructional Strategies**
Assessment to Improve Student Learning
Building Your Repertoire of Teaching Strategies
Designing Curriculum and Instruction with the Learner in Mind
Helping Students Become Self-Directed Learners
Integrating the Internet into K-12 Curriculum
Learning Differences: Effective Teaching with Learning Styles and Multiple Intelligences
Motivating Today's Learner
The High-Performing Teacher

**Parent Involvement**
How to Get Parents on Your Side

**Inclusion**
Including Students with Special Needs: Curriculum, Instruction and

Tuition:
**$450 per course**

Early Bird Deadline (SAVE $25):
October 12, 2007

New Plus 5 Course Sequence for Maximum Savings

Registrations are no longer being accepted from

Kentucky students.

Save up to $50 with Group discounts!

Need help selecting a course? Use our Quick Course Guide!

Assessment