# EXHIBIT D




# Course Catalog Preview

  Purchase a Course
  Refund Policy
  Frequently Asked Questions
  Customer Support
  Author Community
  New User Registration

**Notice**

The WebED/Canter Online courses are being discontinued at the end of this year. The last day to enroll in a WebED/Canter course is November 17, 2006 and all coursework must be completed by December 31, 2006.

**Please note:** this does not apply to any online Walden Graduate course.

Please check with your professional development coordinator for approval before purchasing.

Canter Online (formerly WebED) is an approved provider in the State of New Jersey. (provider # 2507). Please check with your professional development coordinator for approval before purchasing.

**You have selected:**

**State:** [NJ - New Jersey]  [Select]

**Available catalogs:**

Crisis Response Catalog (5 hrs)

ESL Education for Mainstream Teachers

New Jersey K-12 Professional Development Catalog (10 hrs)

< Back

© 2007 Canter Online - All rights reserved.



**LAUREATE**
EDUCATION, INC.

- ABOUT LAUREATE
- OUR UNIVERSITY NETWORK
- RECENT NEWS
- INVESTOR RELATIONS
- CAREERS
- CONTACT US



**ONLINE UNIVERSITIES**

For working professionals, the Laureate Online Education offers onlir degree programs through two accredited universities and through partnerships with accredited universities. Laureate's online universit have as much as three decades of history and experience and offer programs to over 28,000 students from more than 100 countries an 50 United States.

> Walden University — Doctoral and master's degree programs in education, engineering, management, nursing, psychology, and health and human services, and bachelor's completion programs in business.

> Laureate Online Education, B.V. — Online graduate programs in partnership with the University of Liverpool.