# EXHIBIT E



- ABOUT LAUREATE
- OUR UNIVERSITY NETWORK
- RECENT NEWS
- INVESTOR RELATIONS
- CAREERS
- CONTACT US



UNIVERSITY AND CAMPUS LOCATIONS

**BRAZIL**
Universidade Anhembi Morumbi

**CHILE**
Universidad de las Americas, Chile
Universidad Nacional Andrés Bello
Academia de Idiomas y Estudios Profesionales

**CHINA**
Les Roches Jin Jiang International Hotel Management School

**COSTA RICA**
Universidad Interamericana de Costa Rica

**CYPRUS**
Cyprus College

**ECUADOR**
Universidad de las Americas, Ecuador

**FRANCE**
Institut Français de Gestion (IFG)
École Supérieure du Commerce Extérieur
École Centrale D'Electronique

**HONDURAS**
Universidad Tecnologica Centroamericana (UNITEC)

**MEXICO**
Universidad del Valle de México

**NETHERLANDS**
Laureate Online Education, B.V.

**PANAMA**
Universidad Latinoamericana de Ciencia y Tecnología (ULACIT)
Universidad Interamericana de Panama

**PERU**
Universidad Peruana de Ciencias Aplicadas

**SPAIN**
Les Roches Marbella

- Universidad Europea de Madrid
- IEDE, Institute for Executive Development

SWITZERLAND
- Glion Institute of Higher Education
- Les Roches Hotel Management School

TURKEY
- Istanbul Bilgi University

UNITED STATES
- Walden University



ABOUT LAUREATE
OUR UNIVERSITY NETWORK
RECENT NEWS
INVESTOR RELATIONS
CAREERS
CONTACT US



**CAMPUS-BASED UNIVERSITIES**

Laureate's university network includes 19 accredited, campus-based institutions in Europe, Latin America and Asia which address the education needs of traditional, full-time students as well as working professionals seeking to enhance their professional development and skills. Together, our universities offer a range of undergraduate and graduate degree programs in a variety of career-oriented disciplines including business, health sciences, engineering, information technology, education, and other fields.

For students interested in a truly global, inter-cultural education, mo of the institutions in Laureate's network manage and/or participate i one or more study abroad and exchange programs.

**Europe**
 École Centrale D'Electronique
 École Supérieure du Commerce Extérieur
 Cyprus College
 Glion Institute of Higher Education
 IEDE, Institute for Executive Development
 Institut Français de Gestion (IFG)
 Istanbul Bilgi University
 Les Roches Hotel Management School
 Les Roches Marbella
 Universidad Europea de Madrid

**Central America**
 Universidad del Valle de México
 Universidad Interamericana de Costa Rica
 Universidad Interamericana de Panama
 Universidad Latinoamericana de Ciencia y Tecnología (ULACIT)
 Universidad Tecnologica Centroamericana (UNITEC)

**South America**
 Academia de Idiomas y Estudios Profesionales
 Universidad de las Americas, Chile
 Universidad de las Americas, Ecuador
 Universidad Nacional Andrés Bello
 Universidad Peruana de Ciencias Aplicadas
 Universidade Anhembi Morumbi

**Asia**
 Les Roches Jin Jiang International Hotel Management School