1 | ANNETTE L. HURST (State Bar No. 148738)
2 | DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
3 | HELLER EHRMAN LLP
333 Bush Street
4 | San Francisco, California 94104-2878
5 | Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
6 | E-mail:    Annette.Hurst@HellerEhrman.com
            Daniel.Kassabian@HellerEhrman.com
7 |         Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC, and
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **PLAINTIFFS CANTER & ASSOCIATES, LLC'S, AND LAUREATE EDUCATION, INC.'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Heller
Ehrman LLP

In accordance with the provisions of 28 U.S.C. § 636(c) and Local Rule 73-1, Plaintiffs Canter & Associates, LLC, and Laureate Education, Inc. hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment, if any, shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 28, 2007                Respectfully submitted,

HELLER EHRMAN LLP

By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Laureate and Canter
CANTER AND ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.