| | |
|---|---|
| 1 | GAYLE ATHANACIO (SBN 130068) |
|   | gathanacio@sonnenschein.com |
| 2 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   | 525 Market Street, 26th Floor |
| 3 | San Francisco, CA 94105-2708 |
|   | Telephone: (415) 882-5000 |
| 4 | Facsimile: (415) 882-0300 |
| 5 | Attorneys for Defendant |
|   | TEACHSCAPE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CANTER & ASSOCIATES, LLC, and
LAUREATE EDUCATION, INC.,.

Plaintiffs.

v.

TEACHSCAPE. INC.,

Defendant.

Case No. C 07-3225 RS

**DEFENDANT TEACHSCAPE, INC.'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 29, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
GAYLE M. ATHANACIO
Attorney for Defendant Teachscape, Inc.

27275995

-1-
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE