1  GAYLE M. ATHANACIO (SBN 130068)
   gathanacio@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br>Plaintiffs.<br><br>v.<br><br>TEACHSCAPE. INC.,<br><br>Defendant. | Case No. C 07-3225 RS <br><br>**[PROPOSED] ORDER GRANTING TEACHSCAPE, INC.'S MOTION TO DISMISS AND/OR STRIKE COMPLAINT**<br><br>Date: September 26, 2007<br>Time: 9:30 a.m.<br>Courtroom: 4, Fifth Floor<br>Honorable Richard Seeborg |

1  Defendant Teachscape, Inc.'s Motion To Dismiss And/Or Strike Complaint having
2  been fully considered,
3  IT IS HEREBY ORDERED THAT :
4  The motion is GRANTED. Plaintiffs Canter & Associates, LLC and Laureate
5  Education, Inc. Complaint in the above-captioned matter is dismissed in its entirety, with
6  prejudice.
7  IT IS SO ORDERED.

Dated: _____

_____
The Honorable Richard Seeborg

27277022

-1-

Case No. C 07-3225 RS                    [PROPOSED] ORDER GRANTING TEACHSCAPE,
                                          INC.'S MOTION TO DISMISS