GAYLE M. ATHANACIO (State Bar No. 130068)
gathanacio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TEACHSCAPE, INC., <br><br> Defendants. | No. C 07-03225 RS <br><br> DEFENDANT TEACHSCAPE, INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND/OR STRIKE <br><br> Date:   September 26, 2007 <br> Time:   9:30 a.m. <br> Dept:   4, Fifth Floor <br> Honorable Richard Seeborg |

    The Federal Rules of Evidence allow a court to take judicial notice of a fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. This rule is applicable to websites available to the general public, and the information contained therein. *See, e.g, Quan v. Gonzales*, 428 F.3d 883, 888 (9th Cir. 2005); *Helen of Troy, L.P. v. Zotos Corp.*, 235 F.R.D. 634, 639-640 (W.D.Tex. 2006); *SemMaterials, L.P. v. Alliance Asphalt, Inc.*, 2007 WL 26908, at *1 fn 2 (D. Idaho 2007).

1. Pursuant to Federal Rule of Evidence 201, Defendant Teachscape, Inc. requests that the Court take judicial notice of the following documents in support of their Motion to Dismiss Plaintiff's Complaint:

1) True and correct copies of the following websites found on the internet, printed on September 7, 2007, attached hereto as Exhibit A:

    a) http://www.elearners.com/online-degrees/cirriculum-and instruction.htm: "Online Curriculum and Instruction Degrees";

    b) http://www.learner.org/resources/series171.html: "Learning Math: Number and Operations";

    c) http://www.elearningmo.org/courses/comprehension.htm: "Helping Struggling Readers Improve Comprehension."

Dated: September 10, 2007

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Gayle M. Athanacio
GAYLE M. ATHANACIO

Attorneys for Defendant TEACHSCAPE, INC.