Exhibit A

# eLearners.com®

**Online Degrees** | Online Programs | Online Courses | Online Colleges | Campus Programs | eLearners Advisor | Articles & Resources | Blogs & Forums

## Online Curriculum and Instruction Degrees

Online Degrees > Education & Teaching > Curriculum and Instruction Degree Programs

**Search Online Degrees**

[       ] [Go]

◉ Degrees  ○ Entire Site
Search Help | Advanced Search

**Site Navigation**

› Home Page
› Online Degrees
› Education & Teaching Degrees
✓ Curriculum and Instruction Degrees
› Other Education Degrees

**Related Listings**

› Online Curriculum and Instruction Programs
› Online Curriculum and Instruction Courses

**Online Curriculum and Instruction Degrees**

Distance learning curriculum degrees are extremely popular among teachers. Due to the flexibility it provides, an online curriculum and instruction degree fits into the busy schedule of a teaching professional much easier than a traditional program. Also, obtaining your

### Online Curriculum and Instruction Degrees

50 Degrees in this area

**Show Only**
› Master's
› Doctorate
› All Graduate

**1. M.S. in Education - Mathematics (Grades 6-8)** by **Walden University** - The MS in Education with a specialization in Mathematics is designed for middle-level teachers (grades 6 - 8) who want to develop their understanding of foundational mathematical concepts, while motivating their students to improve their mathematic inquir - ... › Degree Info | School Info | Request Info

**2. M.S. in Education - Mathematics (Grades K-5)** by **Walden University** - The MS in Education with a specialization in Mathematics is designed for elementary teachers who want to strengthen their own understanding of foundational mathematical concepts, while motivating their students to improve their mathematic skills. This onl - ... › Degree Info | School Info | Request Info

**3. M.S. in Education - Literacy and Learning in the Content Areas (Grades 6-12)** by **Walden University** - The MS in Education with a specialization in Literacy and Learning in the Content Areas (Grades 6-12) is designed to help you improve your students' literacy skills while helping you teach your content area curriculum more effectively. Whether you teach H - ... › Degree Info | School Info | Request Info

**4. M.S. in Education - Curriculum, Instruction and Assessment (Grades K-12)** by **Walden University** - If you are an educator serving students in grades K-12 classrooms, Walden's M.S. in Education program can help you become better prepared to improve student learning. Developed in collaboration with Canter and Associates, the program encourages you to put - ... › Degree Info | School Info | Request Info

**5. Doctor of Education in Curriculum and Instruction** by **University of Phoenix** - The Doctor of Education in Curriculum and Instruction will

---

**Select Online Colleges**

**NSU NOVA SOUTHEASTERN UNIVERSITY**

The University of Scranton
George Washington University
Liberty University
› 158 More Online Schools

**Online Degree Spotlight**

**THE UNIVERSITY OF SCRANTON** A JESUIT UNIVERSITY

Recognized as one of America's Best Colleges by US News & World Report, University of Scranton offers two ONLINE Master's degrees in Education, providing teachers and administrators with the knowledge to become more effective in and out of the classroom.

MS - Curriculum & Instruction
MS - Educational Admin.
Read More  [Get Info]

**Save Money on Textbooks**

doctorate or master degree in instruction and curriculum online is often much more affordable.

You can explore the masters or doctorate degree in curriculum and instruction programs for several different schools right here at eLearners.com.

We have gathered all the information for you in one convenient location. Choose from reputable colleges and universities offering distance learning curriculum degrees, like the University of Phoenix Online, Capella University, and more.

Each of the online degree programs listed at eLearners.com is accredited by an agency recognized by the U.S. Department of Education and/or the Council for Higher Education Accreditation.

Whether you're working to complete your doctorate or online masters degree in educational curriculum design, you'll surely find the program that suits your needs right here at eLearners.com.

Be sure to visit our Articles & Resources section as well for more about distance education, including college rankings, financial aid, scholarship information and more.

prepare learners to become instructional leaders who will strategically manage and lead processes related to curriculum, instruction, and assessment. Graduates will demonstrate both practical and - ... ⇒ Degree Info | School Info | Request Info

## What Skills Will I Learn as an Education major?



When you have completed your education degree, you will likely have gained many of the following skills and abilities:

**Good listening skills**
**Sensitivity to student diversity**
**Excellent public speaking and presentation skills**

What other skills will I will learn as an Education major? Read more ...

sponsored by: NOVA SOUTHEASTERN UNIVERSITY





We know how to save money on textbooks ... do you?

Hint: Don't buy the whole book. Learn how.

eChapters.com

Inspiration for Education

Need some inspiration? Try these deep thoughts on for size.

Check out the Inspiration for Education blog today!

6. **Master of Arts in Education / Curriculum and Instruction-Mathematics Education** by University of Phoenix - The Curriculum and Instruction Program is a graduate degree for bachelor prepared individuals who wish to develop and enhance their curriculum and instruction. The program encompasses the study of curricular planning and development with an integration of - ... ⇒ Degree Info | School Info | Request Info

7. **Master of Arts in Education / Curriculum and Instruction-English and Language Arts Education** by University of Phoenix - The Curriculum and Instruction Program is a graduate degree for bachelor prepared individuals who wish to develop and enhance their curriculum and instruction. The program encompasses the study of curricular planning and development with an integration of - ... ⇒ Degree Info | School Info | Request Info

8. **Master of Arts in Education / Curriculum and Instruction - ESL** by University of Phoenix - The Curriculum and Instruction Program is a graduate degree for bachelor-prepared individuals who wish to develop and enhance their curriculum and instruction repertoire. The program encompasses the study of curricular planning and development with an int - ... ⇒ Degree Info | School Info | Request Info

9. **Master of Arts in Education / Curriculum and Instruction** by University of Phoenix - The specialization in Curriculum and Instruction is a graduate education degree for bachelor-prepared individuals currently teaching in a P-12 classroom environment who wish to develop and enhance their curriculum and instruction repertoire for the purpos - ... ⇒ Degree Info | School Info | Request Info

10. **Education Specialist (EdS) - Curriculum and Instruction**

by Capella University - The continuing emphasis on educational quality and accountability has created a high demand for educators with specialized skills in curriculum and instruction. This EdS specialization is designed to help you develop and demonstrate the research-based kno - ...   Degree Info | School Info | Request Info

**11. Master of Science (MS) in Education - Curriculum and Instruction (For Licensed K-12 Teachers)**
by Capella University - Capella University's online Master's degree specializations help you develop new competencies to enhance your teaching techniques or advance to administration or leadership roles. Curriculum and Instruction experts at the building and district level are l - ...   Degree Info | School Info | Request Info

**12. Master of Science (MS) in Education - K-12 Studies in Education**
by Capella University - Capella University's online Master's degree specializations help you develop new competencies to enhance your teaching techniques or advance to administration or leadership roles. The K–12 Studies in Education specialization offers the opportunity to incu - ...   Degree Info | School Info | Request Info

**13. Doctor of Philosophy (PhD) in Education - Curriculum and Institution**
by Capella University - Capella University's online PhD specializations in Education will help you strengthen critical thinking, research, and problem solving skills. Our doctoral program is consistently updated to ensure that our learners can meet modern challenges in education - ...   Degree Info | School Info | Request Info

**14. Master of Arts in Teaching and Learning (M.A.T.L.) - Curriculum and Instruction**
by Nova Southeastern University - The Master of Arts degree in Teaching and Learning (M.A.T.L.) degree program has been designed by Nova Southeastern University in cooperation with SkyLight to meet the needs of busy classroom practitioners by linking theory to best practices in the classr - ...   Degree Info | School Info | Request Info

**15. MS Curriculum & Instruction**
by The University of Scranton - The Master of Science in Curriculum & Instruction program offers a comprehensive degree that works to strengthen your instructional skills and leadership abilities. The program consists of 12 required courses (36 credit hours), allowing you to earn your - ...   Degree Info | School Info | Request Info

1 2 3 4 Next Page>

**About this page:** This page is a listing of distance learning and online curriculum and instruction degrees offered by accredited online colleges and online universities. The online curriculum and instruction degrees listed above may be delivered using a variety of online and distance learning technologies allowing you to study from home or work; however, some may require on-campus time. Check each degree's requirements and request

# eLearners.com®

| Online Degrees | Online Programs | Online Courses | Online Colleges | Campus Programs | eLearners Advisor | Articles & Resources | Blogs & Forums |

## Online Curriculum and Instruction Degrees

Online Degrees > Education & Teaching > Curriculum and Instruction Degree Programs

### Search Online Degrees

[Go]

◉ Degrees ○ Entire Site
Search Help | Advanced Search

### Site Navigation

> Home Page
> Online Degrees
> Education & Teaching Degrees
✓ Curriculum and Instruction Degrees
> Other Education Degrees

### Related Listings

> Online Curriculum and Instruction Programs
> Online Curriculum and Instruction Courses

### Online Curriculum and Instruction Degrees

Distance learning curriculum degrees are extremely popular among teachers. Due to the flexibility it provides, an online curriculum and instruction degree fits into the busy schedule of a teaching professional much easier than a traditional program. Also, obtaining your

### Online Curriculum and Instruction Degrees

50 Degrees in this area

**Show Only**
> Master's
> Doctorate
> All Graduate

**16. Master of Science in Education - Curriculum & Instruction Strategies**
by University of New England - University of New England offers an innovative Master of Science in Education (MSEd) - Curriculum & Instruction Strategies is for those K-12 educators who wish to strengthen their classroom practice. Challenging areas of literacy, inclusion, and education - ... > Degree Info | School Info | Request Info

**17. Master in Education - Teaching English as a Second Language**
by Buena Vista University - The BVU Online Master in Education program offers a curriculum designed under the guidelines of the National Board of Professional Teaching Standards. Students have access to a dynamic, instructor-led and student-centered learning, 24/7 access to courses, - ... > Degree Info | School Info | Request Info

**18. Master of Education - Curriculum, Instruction, Assessment**
by Regis University - Regis University offers a Master of Education with a concentration in Curriculum, Instruction, & Assessment. This program is specifically designed for current teachers or those with teaching experience who are looking to develop leadership skills in curri - ... > Degree Info | School Info | Request Info

**19. Master of Education - Space Studies**
by Regis University - Regis University offers a Master of Education with a concentration in Space Studies. This exciting program specialization is designed specifically for current teachers or for those with teaching experience who are interested in developing leadership skill - ... > Degree Info | School Info | Request Info

**20. MED in Reading (No IR, No Cert)**
by Grand Canyon University - This program is designed for educators who wish to apply

### Select Online Colleges

**WALDEN UNIVERSITY**

DeVry University

University of New England

Ashford University

> 158 More Online Schools

### Online Degree Spotlight

**DeVry University**

There's still time to advance your career. With DeVry U. Online, you can earn a bachelor's degree from the convenience of your home or office by completing your coursework online. It's career-oriented, technology-based higher education designed for you!

MS - Educational Technology
[Read More]  [Get Info]

Guide to Online Education

doctorate or master degree in instruction and curriculum online is often much more affordable.

You can explore the masters or doctorate degree in curriculum and instruction programs for several different schools right here at eLearners.com.

We have gathered all the information for you in one convenient location. Choose from reputable colleges and universities offering distance learning curriculum degrees, like the University of Phoenix Online, Capella University, and more.

Each of the online degree programs listed at eLearners.com is accredited by an agency recognized by the U.S. Department of Education and/or the Council for Higher Education Accreditation.

Whether you're working to complete your doctorate or online masters degree in educational curriculum design, you'll surely find the program that suits your needs right here at eLearners.com.

Be sure to visit our Articles & Resources section as well for more about distance education, including college rankings, financial aid, scholarship information and more.

theory and educational best practices to the deliver of curriculum, instructions and assessment in order to improve the reading abilities of their students. The format and courses of the regionally - ... ⇒ Degree Info | School Info | Request Info



### How Much Do Education Degree Holders Make?

*Curious as to what your market value will be?*

Average salary for Education degree holder - by Degree
Average salary for Education degree holder - by Job
Average salary for Education degree holder - by Type of Employer

See more average salaries for Education degree holders.

sponsored by: NOVA SOUTHEASTERN UNIVERSITY



**21. Doctorate in Music Education**
by Boston University - The Boston University School of Music has launched a distance education program that introduces a time-honored music education curriculum combined with musicology and music history to music educators around the world. The course of study is designed to al - ... ⇒ Degree Info | School Info | Request Info

**22. M.A. in Teaching and Learning - Teaching Literacy and Language: Grades 6-12**
by Kaplan University - The Kaplan University online Master of Arts in Teaching and Learning degree offers a professional development opportunity for practicing K-12 teachers with a classroom/group of students, seeking to enhance their classroom performance. Degree candidates wi - ... ⇒ Degree Info | School Info | Request Info

**23. M.A. in Teaching and Learning - Teaching Mathematics: Grades 6-8**
by Kaplan University - The Kaplan University online Master of Arts in Teaching and Learning degree offers a professional development opportunity for practicing K-12 teachers with a classroom/group of students, seeking to enhance their classroom performance. Degree candidates wi - ... ⇒ Degree Info | School Info | Request Info

**24. M.A. in Teaching and Learning - Teaching Mathematics: Grades 9-12**
by Kaplan University - The Kaplan University online Master of Arts in Teaching and Learning degree offers a professional development opportunity for practicing K-12 teachers with a classroom/group of students, seeking to enhance their classroom performance. Degree candidates wi - ... ⇒ Degree Info | School Info | Request Info

**25. Master in Education - Quality Schools**
by Graceland University - Graceland University is proud to offer a Master of Education that

emphasizes Dr. William Glasser's quality school concepts and practices. Offered online, this program is the only one of its kind in the United States. Dr. Glasser is a world-renowned psychi - ...   Degree Info | School Info | Request Info

26. **Master in Education - Collaborative Learning & Teaching**
by **Graceland University** - The Master of Education in Collaborative Learning and Teaching is a curriculum and instruction based degree that is the only one of its kind to be designed around the 5 core propositions of the National Board of Professional Teaching Standards. It was dev - ...   Degree Info | School Info | Request Info

27. **MEd in Elementary Curriculum, Instruction, and Assessment: Teacher Licensure**
by **Jones International University** - Developed for educators who are interested in pursuing licensure or certification as a teacher, the MEd in Elementary Curriculum, Instruction, and Assessment: Teacher Licensure degree program prepares educators seeking to advance their professional career - ...   Degree Info | School Info | Request Info

28. **MEd in Secondary Curriculum, Instruction, and Assessment: Teacher Licensure**
by **Jones International University** - Developed for licensed educators, the MEd in Secondary Curriculum, Instruction, and Assessment prepares educators seeking to advance their professional careers. Currently licensed educators find coursework, including capstone courses, designed to augment - ...   Degree Info | School Info | Request Info

29. **MEd in Secondary Curriculum, Assessment, and Instruction**
by **Jones International University** - Developed for licensed educators, the MEd in Secondary Curriculum, Instruction, and Assessment prepares educators seeking to advance their professional careers. Currently licensed educators find coursework, including capstone courses, designed to augment - ...   Degree Info | School Info | Request Info

30. **MEd in Elementary Curriculum, Assessment, and Instruction**
by **Jones International University** - Developed for licensed educators, the MEd in Elementary Curriculum, Instruction, and Assessment prepares educators seeking to advance their professional careers. Currently licensed educators find coursework, including capstone courses, designed to augment - ...   Degree Info | School Info | Request Info

<Prev Page  1  2  3  4  Next Page>

**About this page:** This page is a listing of distance learning and online curriculum and instruction degrees offered by accredited online colleges and online universities. The online curriculum and instruction degrees listed above may be delivered using a variety of online and distance learning technologies allowing you to study from home or work; however, some may require some on-campus time. Check each degree's requirements and request information to learn more.

career focus. T - ...   ☆ Degree Info | School Info | Request Info

41. **Doctor of Education - Instructional and Curriculum Leadership**
by **Northcentral University** - Northcentral University knows that the need for well prepared educational leader leaders has never been greater. Today the Ed.D. has evolved to a terminal degree of choice for educational practitioners. The online Ed.D. attracts learners who have leadersh - ...   ☆ Degree Info | School Info | Request Info

42. **Doctor of Philosophy in Education - Instructional and Curriculum Leadership**
by **Northcentral University** - NCU's online Ph.D. in Education program is suitable for learners who want to combine a strong base of theoretical knowledge with an individualized focus to conduct research in and about PK-12, postsecondary and adult learning environments. Ph.D.s in Educa - ...   ☆ Degree Info | School Info | Request Info

43. **Doctor of Philosophy in Education - SAIL (Standards-Aligned Instructional Leadership)**
by **Northcentral University** - Northcentral University's online Ph.D. in Education program is suitable for learners who want to combine a strong base of theoretical knowledge with an individualized focus to conduct research in and about PK-12, postsecondary and adult learning environme - ...   ☆ Degree Info | School Info | Request Info

44. **Master of Arts in Teaching: Advance Studies in Secondary Education**
by **California University of Pennsylvania** - Graduates of the Master of Arts in Teaching program with a concentration in Advance Studies in Secondary Education will have a deeper understanding of instructional strategies, action research, instructional technology, differentiated instruction, classro - ...   ☆ Degree Info | School Info | Request Info

45. **Master's Degree in Curriculum and Instruction**
by **UMassOnline** - The University of Massachusetts Lowell is pleased to announce that its' Master's Degree in Curriculum and Instruction is now available entirely online. Offered through the University's Graduate School of Education, the program is designed for experienced - ...   ☆ Degree Info | School Info | Request Info

---

<Prev Page  1  2  3  4  Next Page>

**About this page:** This page is a listing of distance learning and online curriculum and instruction degrees offered by accredited online colleges and online universities. The online curriculum and instruction degrees listed above may be delivered using a variety of online and distance learning technologies allowing you to study from home or work; however, some may require on-campus time. Check each degree's requirements and request information to learn more.

**Featured Online Colleges & Online Universities:**

Walden University, University of Phoenix, Capella University

DeVry University, Kaplan University, Strayer University



Online degree programs for busy professionals.
Walden University

Home - Online Education | Online College Degrees | Online Certificates | Online College Courses | Online Colleges | College Search
Articles & Resources | Blogs & Forums | Guide to Online Education | eLearners Advisor | eLearners News | eLearners Index
Jobs | Affiliates | Advertising | Press Room | Company & Legal | Terms of Use | Site Help | Online Degrees Site Map | Site Map

Copyright eLearners.com, LLC 1999 - 2007

TRUSTe

# eLearners.com

| Online Degrees | Online Programs | Online Courses | Online Colleges | Campus Programs | eLearners Advisor | Articles & Resources | Blogs & Forums |

## Online Curriculum and Instruction Degrees

Online Degrees > Education & Teaching > Curriculum and Instruction Degree Programs

**Search Online Degrees**

[        ] Go

⦿ Degrees  ○ Entire Site
Search Help | Advanced Search

**Site Navigation**

> Home Page
> Online Degrees
> Education & Teaching Degrees
✓ Curriculum and Instruction Degrees
> Other Education Degrees

**Related Listings**

> Online Curriculum and Instruction Programs
> Online Curriculum and Instruction Courses

**Online Curriculum and Instruction Degrees**

Distance learning curriculum degrees are extremely popular among teachers. Due to the flexibility it provides, an online curriculum and instruction degree fits into the busy schedule of a teaching professional much easier than a traditional program. Also, obtaining your

### 50 Degrees in this area

**Show Only**
- Master's
- Doctorate
- All Graduate

**31. Master of Education (M.Ed) in Curriculum and Instruction**
by American InterContinental University Online - The AIU Online Master of Education degree program provides a solid foundation for effective educational practice and career advancement for all levels of educational practitioners, including K-12, higher education and corporate learning. Students develop - ... > Degree Info | School Info | Request Info

**32. Master of Arts in Teaching**
by University of Saint Mary - The Master of Arts in Teaching (M.A.T.) degree program, developed in cooperation with Pearson Achievement Solutions, combines the traditions and the rigorous standards of the University of Saint Mary with the most effective tools in quality distance learn – ... > Degree Info | School Info | Request Info

**33. Master of Education in Curriculum and Instruction**
by California Coast University - The Master of Education Degree in Curriculum and Instruction program is a self-paced learning program, which may be completed totally off campus. Study programs are not structured in semesters, quarters, or terms, allowing students to begin their degree p - ... > Degree Info | School Info | Request Info

**34. MS in Mathematics Learning and Teaching**
by Drexel University Online - The Master of Science in Mathematics Learning and Teaching degree offered by Drexel University provides students with the disposition, skills and breadth of expertise needed to implement problem-based, student-centered, technology-intensive instruction in – ...      Degree Info | School Info | Request Info

**35. MS in the Science of Instruction**
by Drexel University Online - The MS in the Science of Instruction program is designed to

---

**Select Online Colleges**

University of Phoenix

University of New England
Nova Southeastern University
Ashford University
> 158 More Online Schools

**Online Degree Spotlight**

University of New England

The University of New England is a regionally accredited, entrepreneurial institution committed to academic excellence and the enhancement of the quality of life for the people, organizations, and communities it serves.

MSEd - Curriculum
MSEd - Inclusion Education
MSEd - Literacy (K-12)
MSEd - Educational Leadership

Read More  Get Info

**The Secret to Saving Money on Textbooks**

doctorate or master degree in instruction and curriculum online is often much more affordable.

You can explore the masters or doctorate degree in curriculum and instruction programs for several different schools right here at eLearners.com.

We have gathered all the Information for you in one convenient location. Choose from reputable colleges and universities offering distance learning curriculum degrees, like the University of Phoenix Online, Capella University, and more.

Each of the online degree programs listed at eLearners.com is accredited by an agency recognized by the U.S. Department of Education and/or the Council for Higher Education Accreditation.

Whether you're working to complete your doctorate or online masters degree in educational curriculum design, you'll surely find the program that suits your needs right here at eLearners.com.

Be sure to visit our Articles & Resources section as well for more about distance education, including college rankings, financial aid, scholarship information and more.

prepare high school mathematics, science and technology teachers as well as elementary school teachers across all subject areas. This program is an excellent choice for current teachers seeking a -... ➢ Degree Info | School Info | Request Info



### What is Education About, Anyway?

"A love for children and a passion for making a difference are essential values for childhood education majors. You'll need to provide children with a supportive and interactive environment."

- Next Step Magazine, May/June 2006 issue
Want to read more explanations for Education?

sponsored by: NOVA SOUTHEASTERN UNIVERSITY



36. **MS in Teaching, Learning & Curriculum**
by Drexel University Online - The Master of Science in Teaching, Learning, and Curriculum degree expands upon initial teacher certification to provide educators with career options outside the traditional classroom. This flexible program allows students to customize their own concentr -... ➢ Degree Info | School Info | Request Info

37. **Master of Education - Curriculum and Teaching**
by Northcentral University - Northcentral University's Master of Education (M.Ed) program is suited to learners who want to combine a strong understanding of current theory and practice in education and/or organizational leadership with their personal needs and career focus. The Mast -... ➢ Degree Info | School Info | Request Info

38. **Doctor of Philosophy in Education - Curriculum and Teaching**
by Northcentral University - Northcentral University's online Ph.D. in Education program is suitable for learners who want to combine a strong base of theoretical knowledge with an individualized focus to conduct research in and about PK-12, postsecondary and adult learning environme -... ➢ Degree Info | School Info | Request Info

39. **Doctor of Education - Curriculum and Teaching**
by Northcentral University - The online Ed.D. attracts learners who have leadership responsibility for providing learning/training to others, whether they be in colleges, PK-12 schools, proprietary organizations, private and public businesses, or the military. The Ed.D. experience a -... ➢ Degree Info | School Info | Request Info

40. **Master of Education - Instructional and Curriculum Leadership**
by Northcentral University - Northcentral University's online Master of Education (M.Ed) program is suited to learners who want to combine a strong understanding of current theory and practice in education and/or organizational leadership with their personal needs and





It's no secret that college textbooks are expensive. If you want to know what's better than cheap textbooks, click here!

---

**My Penn Foster College Experience**

Interested in Penn Foster College and want to know what a current student has to say? Meet Terry.

This 42-year-old recent career changer is currently working on an associate's degree in marketing from Penn Foster College.

➢ Read Terry's blog: My Penn Foster College Experience.

**Featured Online Colleges & Online Universities:**

Walden University, University of Phoenix, Capella University

DeVry University, Kaplan University, Strayer University



Home - Online Education | Online College Degrees | Online Certificates | Online College Courses | Online Colleges | College Search
Articles & Resources | Blogs & Forums | Guide to Online Education | eLearners Advisor | eLearners News | eLearners Index
Jobs | Affiliates | Advertising | Press Room | Company & Legal | Terms of Use | Site Help | Online Degrees Site Map | Site Map

Copyright eLearners.com, LLC 1999 - 2007



# eLearners.com

- Online Degrees
- Online Programs
- Online Courses
- Online Colleges
- Campus Programs
- eLearners Advisor
- Articles & Resources
- Blogs & Forums

## Online Curriculum and Instruction Degrees

Online Degrees > Education & Teaching > Curriculum and Instruction Degree Programs

**Search Online Degrees**

[    ] Go
◉ Degrees  ○ Entire Site
Search Help | Advanced Search

**Site Navigation**
- Home Page
- Online Degrees
- Education & Teaching Degrees
- ✓ Curriculum and Instruction Degrees
- Other Education Degrees

**Related Listings**
- Online Curriculum and Instruction Programs
- Online Curriculum and Instruction Courses

**Online Curriculum and Instruction Degrees**

Distance learning curriculum degrees are extremely popular among teachers. Due to the flexibility it provides, an online curriculum and instruction degree fits into the busy schedule of a teaching professional much easier than a traditional program. Also, obtaining your

## Online Curriculum and Instruction Degrees

**50 Degrees in this area**

**Show Only**
- Master's
- Doctorate
- All Graduate

46. **Master of Arts in Education / Curriculum and Instruction - Computer Education** by University of Phoenix - The Curriculum and Instruction Program is a graduate degree for bachelor-prepared individuals currently teaching in a P-12 or community college classroom environment who wish to develop and enhance their curriculum and instruction repertoire for the purpo - ... Degree Info | School Info | Request Info

47. **Master's Degree Program in Reading and Language (M.Ed.)** by UMassOnline - The University of Massachusetts Lowell is pleased to announce that its Master's Degree in Reading and Language is now available entirely online. Offered through the UMass Lowell Graduate School of Education, the program provides aspiring educational leade - ... Degree Info | School Info | Request Info

48. **Master of Arts in Education - Teaching and Instruction** by Touro University International - The Master of Arts in Education program is designed for students with a Bachelor's degree in education or a related field. The degree includes 36 credit graduate level courses, and has concentrations in: Teaching and Instruction, Educational Leadership, H - ... Degree Info | School Info | Request Info

49. **Master of Science (MS) in Education - Training and Performance Improvement** by Capella University - Capella University's online Master's degree specializations help you develop new competencies to enhance your teaching techniques or advance to administration or leadership roles. The Master's specialization in Training and Performance Improvement is desi - ... Degree Info | School Info | Request Info

50. **Master of Science in Education** by Fort Hays State University - The newly designed Master of Science in Education (MSE)

**Select Online Colleges**

STRAYER UNIVERSITY ONLINE

Walden University

The University of Scranton

University of New England

158 More Online Schools

**Online Degree Spotlight**

THE UNIVERSITY OF SCRANTON
A JESUIT UNIVERSITY

Recognized as one of America's Best Colleges by US News & World Report, University of Scranton offers two ONLINE Master's degrees in Education, providing teachers and administrators with the knowledge to become more effective in and out of the classroom.

MS - Curriculum & Instruction
MS - Educational Admin.

Read More    Go Info

**Save Money on Textbooks**

Online Curriculum and Instruction Degrees - eLearners.com                                   Page 2 of 3



...offered through the Department of Teacher Education at Fort Hays State University has a core of 20 credit hours infused with the educational philosophy and strategies associated with the National Boa - ...  ➤ Degree Info | School Info | Request Info

<Prev Page **1 2 3 4**

**About this page:** This page is a listing of distance learning and online curriculum and Instruction degrees offered by accredited online colleges and online universities. The online curriculum and instruction degrees listed above may be delivered using a variety of online and distance learning technologies allowing you to study from home or work; however, some may require on-campus time. Check each degree's requirements and request information to learn more.

doctorate or master degree in instruction and curriculum online is often much more affordable.

You can explore the masters or doctorate degree in curriculum and instruction programs for several different schools right here at eLearners.com.

We have gathered all the information for you in one convenient location. Choose from reputable colleges and universities offering distance learning curriculum degrees, like the University of Phoenix Online, Capella University, and more.

Each of the online degree programs listed at eLearners.com is accredited by an agency recognized by the U.S. Department of Education and/or the Council for Higher Education Accreditation.

Whether you're working to complete your doctorate or online masters degree in educational curriculum design, you'll surely find the program that suits your needs right here at eLearners.com.

Be sure to visit our Articles & Resources section as well for more about distance education, including college rankings, financial aid, scholarship information and more.



We know how to save money on textbooks ... do you?

Hint: Don't buy the whole book. Learn how.

Echapters.com



**Inspiration for Education**

Need some inspiration? Try these deep thoughts on for size.

Check out the Inspiration for Education blog today!




## Teacher Resources/Mathematics

### Overview

# Learning Math:
# Number and Operations

A video- and Web-based course for K-8 teachers; 12 half-hour video programs (10 per grade band), course guide, and Web site; graduate credit available

**Now on DVD**



Ben Carter and Doug McGlathery use mani[pulatives] to solve problems

 *Look for th[is] icon to pla[y] FREE vide[os]*

*Learning Math: Number and Operations*, a video- and Web-based course for elementary and middle school teachers examines the three main categories in the Number and Operations strand of *Principles and Standards of School Mathematics* (NCTM) — understanding numbers, representations, relationships, and number systems; the meanings of operations and relationships among those operations; and reasonable estimation and fluent computation. The course covers the real number system, place value, the behavior of zero and infinity, meanings and models of basic operations, percentages, and modeling operations with fractions, often with the aid of concrete, physical models that enhance understanding. It also examines Basic Number Theory topics, such as factors and multiples, as well as divisibility tests, at both practical and abstract levels. Accordingly, parts of the *Number and Operations* course may be more challenging than other *Learning Math* courses.

**Enter the Series Web Site**

Overview
Individual Program Descriptions
Printable Page
Broadcast Dates
Buy Videos and Materials
Register Now

**Related Resources**   See all
Learning Math: Patterns, Functions, and Algebra
Learning Math: Geometry
Learning Math: Data Analysis, Statistics, and Probability
Learning Math: Measurement

The course consists of 10 approximately two-and-a-half-hour sessions, each with a half hour of video programming, problem-solving activities provided online and in a print guide, and interactive activities and demonstrations on the Web. The 10th session (choose video program 10, 11, or 12, depending on your grade level) explores ways to apply the concepts of number and operations you've learned in your own classroom.

Produced by WGBH Educational Foundation. 2003.

   **ISBN:** 1-57680-678-2

### Individual Program Descriptions

**Video 1. What Is a Number System?**                                              VoD
Understand the nature of the real number system, the elements and operations that make up the system, and some of the rules that govern the operations. Examine a finite number system that follows some (but not all) of the same rules, and then compare this system to the real number system. Use a number line to classify the numbers we use, and examine how the numbers and operations relate to one another.

**Video 2. Number Sets, Infinity, and Zero**                                        VoD
Continue examining the number line and the relationships among sets of numbers that make up the real number system. Explore which operations and properties hold true for each of the sets. Consider the magnitude of these infinite sets and discover that infinity comes in more than one size. Examine place value and the significance of zero in a place value system.

**Video 3. Place Value**                                                            VoD
Look at place value systems based on numbers other than 10. Examine the base two numbers and learn uses for base two numbers in computers. Explore exponents and relate them to logarithms. Examine the use of scientific notation to represent numbers with very large or very small magnitude. Interpret whole numbers, common fractions, and decimals in base four.

**Video 4. Meanings and Models for Operations**                                     VoD
Examine the operations of addition, subtraction, multiplication, and division and their relationships to whole numbers. Work with area models for multiplication and division. Explore the use of two-color chips to model operations with positive and negative numbers.

**Video 5. Divisibility Tests and Factors**                                         VoD
Explore number theory topics. Analyze Alpha math problems and discuss how they help with the conceptual understanding of operations. Examine various divisibility tests to see how and why they work. Begin examining factors and multiples.

**Video 6. Number Theory**                                                          VoD
Examine visual methods for finding least common multiples and greatest common factors, including Venn diagram models and area models. Explore prime numbers. Learn to locate prime numbers on a number grid and to determine whether very large numbers are prime.

**Video 7. Fractions and Decimals**                                                 VoD
Extend your understanding of fractions and decimals. Examine terminating and non-terminating decimals. Explore ways to predict the number of decimal places in a terminating decimal and the period of a non-terminating decimal. Examine which fractions terminate and which repeat as decimals, and why all rational numbers must fall into one of these categories. Explore methods to convert decimals to fractions and vice versa. Use benchmarks and intuitive methods to order fractions.

**Video 8. Rational Numbers and Proportional Reasoning**                            VoD
Begin examining rational numbers. Explore a model for computations with fractions. Analyze proportional reasoning and the difference between absolute and relative thinking. Explore ways to represent proportional relationships and the resulting operations with ratios. Examine how ratios can represent either part-part or part-whole comparisons, depending on how you define the unit, and explore how this affects their behavior in computations.

**Video 9. Fractions, Percents, and Ratios**                                        VoD
Continue exploring rational numbers, working with an area model for multiplication and division with fractions, and examining operations with decimals. Explore percents and the relationships among representations using fractions, decimals, and percents. Examine benchmarks for understanding percents, especially percents less than 10 and greater than 100. Consider ways to use an elastic model, an area model, and other models to discuss percents. Explore some ratios that occur in nature.

**Video 10. Classroom Case Studies, K-2**                                           VoD
Watch this program in the 10th session for K-2 teachers. Explore how the concepts developed in this course can be applied



**It Is ... Inspired Teaching Inspiring Students**

e-LEARNING FOR EDUCATORS MISSOURI

Home    Courses    Registration  Opportunities Administrators    FAQ

# Helping Struggling Readers Improve Comprehension (Middle/High)

## Overview

This course focuses specifically on supporting the academic development of students who are competent decoders but who struggle to understand the meaning of what they read. We will explore the different types of comprehension difficulties students may face and will introduce a number of research-based strategies to improve comprehension skills. Instructional strategies will focus on building vocabulary skills, using teacher modeling, having students work collaboratively, and building comprehension monitoring skills. As a final project, participants will design and implement a lesson plan focused on improving students' reading comprehension.

## Goals and Products

This online course will enable participants to

1. Identify the different kinds of comprehension difficulties students may experience.
2. Understand and apply techniques for improving student comprehension through teacher modeling, peer-to-peer work and independent reading.
3. Understand and apply techniques for improving student comprehension through teacher modeling, peer-to-peer work and independent reading.
4. Explore strategies for helping struggling readers to become more engaged with text, more independent as readers and more proficient at finding ways to monitor their reading.
5. As a final product, participants will create a lesson plan for struggling readers using the knowledge they have gained from the session.

## Format and Requirements

This course is divided into six one-week sessions which each include readings, an activity and an online discussion among course participants. The time for completing each session is estimated to be two to four hours.

The outline for the course is as follows:

| Session One   | Comprehension and Struggling Students              |
|---------------|----------------------------------------------------|
| Session Two   | Building Vocabulary to Strengthen Comprehension    |
| Session Three | Using Modeling Strategies to Improve Comprehension |

| Session Four | Collaborative Comprehension Strategies |
| --- | --- |
| Session Five | Independent Reading Strategies |
| Session Six | Creating a Reading Comprehension Lesson Plan |

In the first session, participants will be introduced to the components of comprehension and will learn about different types of comprehension difficulties students may have. Sessions Two focuses on building vocabulary to enhance reading comprehension. Sessions Three, Four and Five explore a variety of strategies for improving students' comprehension, specifically teacher modeling, collaborative strategies, and independent reading strategies. Finally, in Session Six, participants will create a lesson plan to use with struggling comprehenders in the classroom.

Final Project Template: Participants will use the Comprehension Lesson Plan Template to create a lesson plan based on the strategies and concepts they have explored throughout the course.

## Prerequisites

This is an introductory course for teachers, technology specialists, curriculum specialists, professional development specialists, or other school personnel. Participants are expected to have regular access to computers. In addition, participants should be proficient with using email, browsing the Internet, and navigating to computer files.

## Content and Technology Standards

This course, Helping Struggling Readers Improve Comprehension, will help participants meet the ISTE Educational Technology Standards and Performance Indicators for All Teachers, especially Standards II, III, IV, and V.

This course will also help teachers enable their students to meet Information Literacy Standards, especially Standards I, II and III.

Reproduced with permission from Education Development Center, Inc.,
Copyright (c), 2000-2006, all rights reserved (http://www.edtechleaders.org).

Home | Courses | Registration | Opportunities | Administrators | FAQ

Reviewed March 16, 2007
© 2006-2007 e-Learning for Educators: Missouri
Contact webmaster