FILED

2007 SEP 13 P 1:55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1 GAYLE ATHANACIO (SBN 130068)
gathanacio@sonnenschein.com
2 SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
3 San Francisco, CA 94105-2708
Telephone: (415) 882-5000
4 Facsimile: (415) 882-0300

5 CHRISTINE LEPERA (*Pro Hac Vice Application Pending*)
clepera@sonnenschein.com
6 SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
7 New York, NY 10020
Telephone: 212.398.7643
8 Facsimile: 212.768-6800

9 Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CANTER & ASSOCIATES, LLC, and
LAUREATE EDUCATION, INC.,

Plaintiffs,

vs.

TEACHSCAPE, INC.,

Defendant.

No. C 07-03225 RS

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Christine Lepera, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing defendant Teachscape, Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing in the United States Court of Appeals for

the Second Circuit, the United States District Court for the Southern and Eastern Districts of New York, and the State of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gayle Athanacio (SBN 130068)
gathanacio@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2007

_____
CHRISTINE LEPERA

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

## PROOF OF SERVICE

I, Patricia Cranmer, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On September 13, 2007, I caused to be served on the interested parties in this action the following document(s): **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Tracy S. Todd, Esq.
Daniel N. Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6131/6098
Fax: (415) 772-6268

☒ VIA U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 13, 2007, at San Francisco, California.

_____
Patricia Cranmer

-1-
Proof of Service