GAYLE ATHANACIO (SBN 130068)
gathanacio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

CHRISTINE LEPERA (*Pro Hac Vice Application Pending*)
clepera@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212.398.7643
Facsimile: 212.768-6800

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>TEACHSCAPE, INC.,<br><br>Defendant. | No. C 07-03225 RS<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Christine Lepera, an active member in good standing of the bar of the State of New York, U.S. Court of Appeals for the Second Circuit, U.S. District Courts for the Eastern and Southern Districts of New York, whose business address and telephone number is Sonnenschein Nath & Rosentlal LLP, 1221 Avenue of the Americas, New York, NY 10020, Telephone: 212.398.7643, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendant Teachscape, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-13-07

United States Magistrate Judge

- 2 -