ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:       Annette.Hurst@HellerEhrman.com
                  Daniel.Kassabian@HellerEhrman.com
                  Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S NOTICE OF WITHDRAWAL OF COUNSEL** |

Heller
Ehrman LLP

1  Pursuant to Civil Local Rule 11-5, Plaintiffs Canter & Associates, LLC ("Canter")
2  and Laureate Education, Inc. ("Laureate") respectfully request that the Court allow and
3  order the withdrawal of Tracy S. Todd as their counsel of record, and further order the
4  removal of her name from the Court's Electronic Case Filing (ECF) notification list for the
5  above-captioned action.  Ms. Todd was previously employed as an associate at the law firm
6  of Heller Ehrman LLP, which represents Canter and Laureate in this action, but is no longer
7  associated with the firm.  Other counsel at Heller Ehrman LLP continue to represent Canter
8  and Laureate in this action.
9  A proposed order granting Ms. Todd's withdrawal as counsel is submitted herewith.

Dated: September 14, 2007          Respectfully submitted,

                                   HELLER EHRMAN LLP

                                   By _____/s/ DANIEL N. KASSABIAN_____
                                   Attorneys for Plaintiffs
                                   CANTER AND ASSOCIATES, LLC and
                                   LAUREATE EDUCATION, INC.

Heller
Ehrman LLP

1

PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL                            Case No. C 07-3225 RS