1  ANNETTE L. HURST (State Bar No. 148738)
2  DANIEL N. KASSABIAN (State Bar No. 215249)
   ELENA M. DIMUZIO (State Bar No. 239953)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, California  94104-2878
5  Telephone: +1.415.772.6000
   Facsimile:  +1.415.772.6268
6  E-mail:     Annette.Hurst@HellerEhrman.com
               Daniel.Kassabian@HellerEhrman.com
7              Elena.DiMuzio@HellerEhrman.com
8  Attorneys for Plaintiffs
9  CANTER & ASSOCIATES, LLC and
   LAUREATE EDUCATION, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN JOSE DIVISION

14 | CANTER & ASSOCIATES, LLC and       | Case No. C 07-3225 RS
15 | LAUREATE EDUCATION, INC.,          |
                                        | **[PROPOSED] ORDER GRANTING**
16 |                         Plaintiffs, | **WITHDRAWAL OF COUNSEL**
17 |     v.                             |
18 | TEACHSCAPE, INC.,                  |
19 |                                    |
20 |                         Defendant. |
                                        | Judge:  The Honorable Richard Seeborg
21

Heller Ehrman LLP

ORDER GRANTING WITHDRAWAL OF COUNSEL                 Case No. C 07-3225 RS

1 Having considered Plaintiffs Canter and Associates, LLC's and Laureate Education,
2 Inc.'s Notice Of Withdrawal Of Counsel, the withdrawal of Tracy S. Todd as their counsel
3 of record is GRANTED and the court staff shall remove Ms. Todd's name from the Court's
4 Electronic Case Filing (ECF) notification list for the above-captioned action.
5 Dated:

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE