ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Daniel.Kassabian@HellerEhrman.com
           Elena.DiMuzio@HellerEhrman.com

*E-FILED 9/18/07*

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TEACHSCAPE, INC.,<br><br>          Defendant. | Case No. C 07-3225 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE OBJECTIONS TO EVIDENCE PROFFERED BY DEFENDANT TEACHSCAPE BY REQUESTS FOR JUDICIAL NOTICE**<br><br>Judge: The Honorable Richard Seeborg |

WHEREAS, on August 3, 2007, Defendant Teachscape, Inc. ("Teachscape") filed its Request for Judicial Notice ("RJN"), with exhibits thereto, in support of its noticed Motion to Dismiss and/or Strike Complaint;

WHEREAS, on August 27, 2007, Plaintiffs Canter & Associates, LLC ("Canter") and Laureate Education, Inc. ("Laureate") filed their memorandum in opposition to the motion;

1   WHEREAS, on September 10, 2007, Teachscape filed a Supplemental Request for Judicial Notice ("SRJN"), with an exhibit thereto, as part of its reply papers for the motion;

WHEREAS, Civil Local Rule 7-3(d) allows for supplementary material to be filed after the filing of a reply on a noticed motion only after leave is granted;

WHEREAS, by this stipulation, Canter and Laureate request leave from this Court to file objections to certain exhibits attached to the RJN and SRJN; and

WHEREAS, notwithstanding Teachscape's position that these objections are untimely and without merit, it does not oppose the request for leave to file these objections.

THEREFORE, Canter and Laureate hereby request leave of court to file their Objections To Evidence Proffered By Defendant Teachscape By Requests For Judicial Notice, attached hereto as Exhibit 1.

Respectfully submitted,

Dated: September 14, 2007            HELLER EHRMAN LLP

By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiffs
CANTER AND ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.


Dated: September 14, 2007            SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/ GAYLE M. ATHANACIO_____
Attorneys for Defendant
TEACHSCAPE, INC.


PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 9/17/07

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Heller Ehrman LLP