1  ANNETTE L. HURST (State Bar No. 148738)
2  DANIEL N. KASSABIAN (State Bar No. 215249)
   ELENA M. DIMUZIO (State Bar No. 239953)         *E-FILED 9/18/07*
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, California  94104-2878
5  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
6  E-mail:    Annette.Hurst@HellerEhrman.com
              Daniel.Kassabian@HellerEhrman.com
7             Elena.DiMuzio@HellerEhrman.com
8
   Attorneys for Plaintiffs
9  CANTER & ASSOCIATES, LLC and
   LAUREATE EDUCATION, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14 | CANTER & ASSOCIATES, LLC and          | Case No. C 07-3225 RS
15 | LAUREATE EDUCATION, INC.,             |
                                           | [~~PROPOSED~~] **ORDER GRANTING**
16 |                          Plaintiffs,  | **WITHDRAWAL OF COUNSEL**
17 |     v.                                |
18 | TEACHSCAPE, INC.,                     |
19 |                                       |
20 |                          Defendant.   |
                                           | Judge:  The Honorable Richard Seeborg

1  Having considered Plaintiffs Canter and Associates, LLC's and Laureate Education,
2  Inc.'s Notice Of Withdrawal Of Counsel, the withdrawal of Tracy S. Todd as their counsel
3  of record is GRANTED and the court staff shall remove Ms. Todd's name from the Court's
4  Electronic Case Filing (ECF) notification list for the above-captioned action.
5  Dated: 9/17/07

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE