**United States District Court**
For the Northern District of California

**\*E-FILED\***
**September 20, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, et al., | No. C 07-03225 RS |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| TEACHSCAPE, INC., | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for October 3, 2007 at 2:30 p.m. has been continued to **November 7, 2007 at 2:30 p.m.**

Dated: September 20, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Gayle M. Athanacio    gathanacio@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio    Elena.DiMuzio@hellerehrman.com

Annette L. Hurst    annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

Daniel N. Kassabian    daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com