UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 46min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                                    DATE:    9/26/07
COURTROOM DEPUTY: MARTHA PARKER BROWN

CASE #:    C 07- 03225RS

CASE TITLE:    CANTER & ASSOCIATES, ET AL    VS.    TEACHSCAPE, INC.

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| **DANIEL N. KASSABIAN** | **GAYLE M. ATHANACIO** |
| **ANNETTE L. HURST** | |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.       {X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | {X } | { } | 1. | TO DISMISS |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED      [  ] NOT SETTLED  [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED         [   ] DENIED         [   ] SUBMITTED         [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{   } Cont'd to              @                 For

**ORDER TO BE PREPARED BY:**     [  ]PLTF;     [  ]DEFT;     [  ]COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL.  COURT WILL ISSUE A WRITTEN ORDER.