CHRISTINE LEPERA (admitted *pro hac vice*)
GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:  +1.415.882.5000
Facsimile:  +1.415.882.0300
E-mail:     CLepera@Sonnenschein.com
            GAthanacio@Sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiffs. <br><br> v. <br><br> TEACHSCAPE. INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **TEACHSCAPE, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

-1-
**TEACHSCAPE, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of the proceedings:

   Teachscape is a privately held company.  Sprout Group, Quad Partners, and
WS Investments, each have an interest of 10% or greater in Teachscape.

Dated: October 25, 2007                        SONNENSCHEIN NATH & ROSENTHAL LLP


                                                By    /S/
                                                      GAYLE ATHANACIO
                                                      ATTORNEYS FOR DEFENDANT
                                                      TEACHSCAPE, INC.

27277784

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000