**\*E-FILED\***
**October 30, 2007**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, et al., | No. C 07-03225 RS |
|     Plaintiffs, | |
|     v. | **CLERK'S NOTICE** |
| TEACHSCAPE, INC., | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for November 7, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.**

Dated: October 30, 2007

                                                    For the Court,
                                                    RICHARD W. WEIKING, Clerk

                                                    By:    /s/ Martha Parker Brown
                                                                  Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Gayle M. Athanacio      gathanacio@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio      Elena.DiMuzio@hellerehrman.com

Annette L. Hurst      annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

Daniel N. Kassabian      daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com