ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Daniel.Kassabian@HellerEhrman.com
           Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S MOTION TO COMPEL INITIAL DISCLOSURES** <br><br> Judge:  The Honorable Richard Seeborg <br> Ctrm.:  4 (5th floor) <br> Date:   December 26, 2007 <br> Time:   9:30 a.m. |

Plaintiffs' motion to compel initial disclosures was heard by this Court on December 26, 2007 at 9:30 a.m. Having considered the motion and the papers and argument submitted in connection therewith, the Court rules as follows:

1. Plaintiffs' motion to compel is GRANTED.

2. Teachscape shall serve its Initial Disclosures pursuant to F.R.C.P. 26 within 5 days of the date of this order.

3. Teachscape's failure to serve initial disclosures was without substantial justification, and Plaintiffs are hereby granted sanctions subject to proof in the form of a declaration detailing the fees and costs incurred in connection with the motion.

DONE AND ORDERED at San Jose, California, this _____ of December, 2007.

_____
Honorable Richard Seeborg,
United States Magistrate Judge