ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  +1.415.772.6000
Facsimile:   +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
             Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **DECLARATION OF ELENA M. DIMUZIO IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF PROTECTIVE ORDER** <br><br> Judge:  The Honorable Richard Seeborg <br> Ctrm.:  4 (5th floor) <br> Date:   January 2, 2008 <br> Time:   9:30 a.m. |

Heller
Ehrman LLP

DECL. OF ELENA M. DIMUZIO IN SUPP. OF PLS.' MOT. FOR ENTRY OF PROTECTIVE ORDER          Cas

I, Elena M. DiMuzio, declare:

1.    I am an associate with the law firm of Heller Ehrman LLP ("Heller Ehrman"), counsel to Plaintiffs Laureate Education, Inc. ("Laureate") and Canter and Associates, LLC ("Canter") in this action.  I make this declaration in support of Plaintiffs' Motion For Entry Of Protective Order.  Unless otherwise noted, the factual assertions herein are made on my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2.    A true and correct copy of an e-mail from Mr. Kassabian (counsel for Plaintiffs) to Ms. Athanacio (counsel for Defendant) dated September 10, 2007 is attached hereto as Exhibit A.

3.    A true and correct copy of the draft Stipulated Proposed Protective Order ("Draft Order") forwarded to Teachscape, Inc. ("Teachscape") on September 10, 2007 is attached hereto as Exhibit B.

4.    A true and correct copy of a letter from Ms. Athanacio to Mr. Kassabian dated October 10, 2007 is attached hereto as Exhibit C.

5.    On October 10, 2007 Mr. Kassabian sent a letter to Ms. Athanacio requesting that Teachscape edit the Draft Order forwarded by Canter and Laureate to Teachscape on September 10, 2007, and forwarding another copy of the Draft Order.

6.    On October 15, 2007, the parties met and conferred regarding discovery, pursuant to Federal Rule Civil Procedure 26(f).  During this meeting, Ms. Athanacio refused to discuss the substance of the scope of discovery or any discovery deadlines (other than her unavailability for certain proposed trial dates), stating that Teachscape believed any such discussions would be premature.

7.    During the parties' October 15 Rule 26(f) conference, Ms. Athanacio stated that Teachscape would discuss Canter's and Laureate's Draft Order only on the condition that Canter and Laureate not reveal these discussions to the Court.  Ms. Athanacio also sought Canter and Laureate's assurance that engaging in such discussions would not waive its right to object to the Court's subject matter jurisdiction.  Canter and Laureate agreed that

Heller
Ehrman LLP

1  no waiver to a subject matter jurisdictional objection could occur through such negotiations,

2  but would not agree to hide the fact of such negotiations from the Court.  Teachscape then

3  refused to discuss the Draft Order.

4       8.    After the parties' October 15 Rule 26(f) conference, Canter and Laureate

5  served their First Set of Requests for the Production of Documents and Things on

6  Teachscape.

7       9.    A true and correct copy of Defendant Teachscape, Inc.'s Response to

8  Plaintiffs' First Set Of Requests For Production Of Documents And Things (Nos. 1-80),

9  dated November 14, 2007, is attached hereto as Exhibit D.

10

11      I declare under penalty of perjury pursuant to the laws of the United States that the

12  foregoing is true and correct of my own knowledge and that this Declaration is executed on

13  November 28, 2007 in San Francisco, California.

14

15          By_____/s/ ELENA M. DIMUZIO_____

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

DECL. OF ELENA M. DIMUZIO IN SUPP. OF PLS.' MOT. FOR ENTRY OF PROTECTIVE ORDER          Cas