# EXHIBIT A

## DiMuzio, Elena M.

| | |
|---|---|
| **From:** | Kassabian, Daniel N. |
| **Sent:** | Monday, September 10, 2007 4:32 PM |
| **To:** | gathanacio@sonnenschein.com |
| **Cc:** | Hurst, Annette L. |
| **Subject:** | Canter v. Teachscape: Rule 26(f) conference and draft stipulated protective order |
| **Attachments:** | Canter - STIPULATED PROTECTIVE ORDER.DOC; Standing Order ND of California.pdf |

Dear Gayle,

I write to see if we can setup a time later this week to meet and confer per Rule 26(f). To assist us in that regard, I'm attaching the Northern District's standing order for the joint case management statement that should result from our meeting. In addition, I'm proposing the following times for the meeting:
Wednesday, September 12th: between 11:00 a.m. and noon, or anytime after 3 p.m.
Friday, September 14th: between 10:00 a.m. and noon, or anytime after 2 p.m.

If you want, we can meet at Heller Ehrman's office at 333 Bush, which may result in a more efficient meeting, or we can conference by phone. Please let us know how you wish to proceed.

In addition, I'm attaching a draft stipulated protective order for the case, so you can review it in advance of our meeting. Please also let us know if you will stipulate to treat all materials produced and exchanged in this case as attorneys eyes only until the formal protective order is finalized.

Regards,
Dan

 

Canter -     Standing Order ND
'ULATED PROTECTI'     of Californi...

**Daniel N. Kassabian** | Attorney | **HellerEhrman**LLP | 333 Bush Street | San Francisco, CA 94104
tel: +1.415.772.6098 | fax: +1.415.772.1796 | email: daniel.kassabian@hellerehrman.com | web: www.hellerehrman.com

1