# EXHIBIT D

1    GAYLE M. ATHANACIO (SBN 130068)
CHRISTINE LEPERA (admitted *pro hac vice*)
2    SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
3    San Francisco, CA 94105-2708
Telephone: (415) 882-5000
4    Facsimile: (415) 882-0300
E-mail:    gathanacio@sonnenschein.com
5            clepera@sonnenschein.com

**RECEIVED**

NOV 1 6 2007

**HELLER EHRMAN**

6    Attorneys for Defendant
TEACHSCAPE, INC.

7

8                      UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN JOSE DIVISION
10

11    CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.,

12

           Plaintiffs,
13

14     v.

TEACHSCAPE, INC.,
15

16           Defendant.

17

Case No. C 07-3225 RS

**DEFENDANT TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-80)**

18    **PROPOUNDING PARTIES:**    **PLAINTIFF CANTER & ASSOCIATES, LLC and**
19                                  **PLAINTIFF LAUREATE EDUCATION, INC.**

20    **RESPONDING PARTY:**       **DEFENDANT TEACHSCAPE, INC.**

21    **SET NUMBER:**             **One (1)**

22        Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Teachscape, Inc.

23 ("Teachscape") makes the following objections and responses to Plaintiffs Canter & Associates,

24 LLC and Laureate Education's (collectively, "Plaintiffs") First Set Of Requests For Production Of

25 Documents And Things ("Requests") served on it in the above-captioned matter:

26                   **GENERAL STATEMENT AND OBJECTIONS**

27        Teachscape's Motion To Dismiss, which, among other things, notes the vagueness of the

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    allegations in Plaintiffs' complaint, and calls into question this Court's jurisdiction, is presently

2    under submission with this Court. Consequently, Teachscape asserts that this set of Requests For

3    Production, and each of the eighty requests contained therein, are unduly burdensome, oppressive

4    and harassing. Moreover, Teachscape has not yet completed its investigation of the facts

5    pertaining to this action or begun its discovery. Teachscape reserves its right to rely on any

6    further, additional, or different facts, documents or other evidence which may develop or come to

7    its attention at a later time. Teachscape's objections as set forth herein are made without prejudice

8    to Teachscape's right to assert any additional objections or responses. By responding, Teachscape

9    does not concede that its responses are properly discoverable or admissible, or that any responsive

10   documents exist.

11          Teachscape makes the following general objections to Plaintiffs' Requests. The assertion

12   of the same, similar, or additional objections as to any particular response herein waives none of

13   Teachscape's objections as set forth below:

14          1.      Teachscape objects to each of the definitions and instructions incorporated in these

15   requests to the extent they seek to expand or enlarge requirements set out in the Federal Rules of

16   Civil Procedure.

17          2.      Teachscape objects to these requests to the extent they seek information protected from

18   disclosure by any applicable privilege or doctrine, including, without limitation, the attorney-client

19   privilege, the common interest privilege, the work product doctrine, the confidentiality of statements

20   made and conduct engaged in for settlement purposes, the mediation privilege, any third party's right

21   to privacy, the joint defense privilege, or any other privilege or allowance of confidentiality provided

22   by law. No such privileged documents will be produced. Any inadvertent disclosure of such

23   documents shall not be deemed to waive any such privilege with respect to such documents or any

24   work product doctrine which may attach thereto. Teachscape reserves the right to object at any time

25   to the introduction into evidence or the use of any documents that are protected from disclosure

26   which have been or are revealed or produced inadvertently.

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

3.    Teachscape objects to these requests to the extent they seek information, the disclosure of which would violate any constitutional, statutory or common law privacy interest of any current or former employee or representative of Teachscape, or of any other person or entity.

4.    Teachscape objects to these requests to the extent that they call for information not within the possession, custody or control of Teachscape.  Teachscape further objects to these requests to the extent they seek information in the possession, custody or control of Plaintiffs or third parties, or which is equally available to Plaintiffs through sources such as public records.  The responses given herein are based upon information reasonably available to Teachscape and documents within Teachscape's possession, custody and control.

5.    Teachscape objects to the definition of "Teachscape," "you," "your," and "yourself" as overbroad.

6.    Teachscape objects to each and every request to the extent it refers to "Teachscape's" degree programs or courses.  Teachscape is not an accredited university or college authorized to issue any degree and hence has no degree program or courses of its own.  Teachscape partners with accredited schools and universities.

7.    Teachscape objects to the definition "Canter's former employees" and to each and every request referring to "Canter's former employees" to the extent that Teachscape is unaware of whether persons who are or were employed by Teachscape, or are or were independent contractors of Teachscape, were employed by, or were independent contractors, of Canter or Laureate.

8.    Teachscape objects to the definition of "relating to" and each and every request including the phrase "relating to" to the extent it renders the requests vague, ambiguous and/or unintelligible and/or overbroad.

9.    Teachscape objects to each and every request as overbroad as to time and scope, in particular, to the extent it seeks documents unlimited by any time frame.

10.    Teachscape objects to these requests to the extent they seek disclosure of Teachscape's trade secrets or confidential proprietary, business, or commercial information.  Teachscape will not

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    produce such information absent an appropriate protective order entered by the Court in the above-

2    captioned matter and absent a showing such disclosure is warranted.

3        11.    Teachscape objects to these requests to the extent they seek trade secrets or confidential

4    proprietary, business, or commercial information of any person or entity not a party to this action.

5        12.    Teachscape objects to each and every request to the extent that they seek documents

6    and/or information that goes beyond the permissible scope of discovery of trade secrets and other

7    proprietary information, and insofar as Plaintiffs have failed to described their purported trade secrets

8    with reasonable particularity.

9        13.    Teachscape objects to these requests on the ground that they are premature, as a Motion

10   to Dismiss the above-captioned matter is pending before this Court.

11       14.    To the extent the requests seek electronically stored information, Teachscape objects to

12   the requests as overly broad and unduly burdensome to the extent each purports to require

13   Teachscape to search vast volumes of computer data, including, but not limited to, deleted data,

14   archived or backup data stored in multiple locations, or data which is otherwise not reasonably

15   accessible.

16       15.    To the extent the requests seek electronically stored information, the request did not

17   specify a form of production of the requested electronically stored information.  Teachscape objects

18   to the production of electronically stored information in a form including metadata and/or source

19   codes to the extent such production involves privileged or confidential information, and to the extent

20   production of which would impose an undue burden or cost on Teachscape.

21       16.    Teachscape objects to these requests to the extent they seek to impose any burden or

22   obligation in excess of the requirements of Federal Rules of Civil Procedure 26 or 34.  Teachscape

23   further objects to these requests to the extent they require Teachscape to incur any expense in

24   assembling a chart, compilation or electronic database in order to respond to these requests.

25       The foregoing objections are incorporated by reference into each and every one of the

26   following responses:

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as Leader" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 1:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an

1    appropriate protective order.

2    **REQUEST NO. 2:**

3        Final versions and the earliest available drafts of documents and things intended to be,

4    actually sent to, or made available to students or teachers relating to Teachscape's

5    "Understanding Teaching and Learning" course, such as course websites, DVDs, videos, video

6    media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

7    course log-ins, quizzes, tests, course outlines, and grading keys.

8    **RESPONSE TO REQUEST NO. 2:**

9        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

10   and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

11   "intended to be," and "made available." Teachscape further objects to this request on the

12   grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

13   to this request on the ground that it calls for the production of confidential, proprietary and/or

14   trade secret information of Teachscape, and Teachscape will not produce any such information

15   absent entry of an appropriate protective order. Teachscape also objects to this request to the

16   extent that it calls for the production of non-party(ies)' confidential, proprietary and/or trade

17   secret information. Teachscape further objects to this request to the extent that it calls for the

18   production of documents neither relevant to the subject matter of the pending action nor

19   reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

20   objects to this request to the extent that it calls for the production of documents that are not in

21   the possession, custody or control of Teachscape. Teachscape further objects to this request to

22   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

23   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

24   other requests contained herein.

25       Subject to and without waiving the foregoing specific and general objections set forth

26   above, Teachscape responds as follows:

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 3:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Instructional Design; Effective Assessment" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 3:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 4:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as Researcher" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 4:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-8-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   Subject to and without waiving the foregoing specific and general objections set forth

2   above, Teachscape responds as follows:

3   Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

4   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

5   appropriate protective order.

6   **REQUEST NO. 5:**

7   Final versions and the earliest available drafts of documents and things intended to be,

8   actually sent to, or made available to students or teachers relating to Teachscape's "Meeting the

9   Needs of All Students" course, such as course websites, DVDs, videos, video media files, CDs,

10  audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes,

11  tests, course outlines, and grading keys.

12  **RESPONSE TO REQUEST NO. 5:**

13  Teachscape objects to this request on the grounds that it is generally vague and ambiguous

14  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

15  "intended to be," and "made available." Teachscape further objects to this request on the

16  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

17  to this request on the ground that it calls for the production of confidential, proprietary and/or

18  trade secret information of Teachscape, and Teachscape will not produce any such information

19  absent entry of an appropriate protective order. Teachscape also objects to this request to the

20  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

21  information. Teachscape further objects to this request to the extent that it calls for the

22  production of documents neither relevant to the subject matter of the pending action nor

23  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

24  objects to this request to the extent that it calls for the production of documents that are not in

25  the possession, custody or control of Teachscape. Teachscape further objects to this request to

26  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

27  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   other requests contained herein.

2       Subject to and without waiving the foregoing specific and general objections set forth

3   above, Teachscape responds as follows:

4       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

5   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

6   appropriate protective order.

7   **REQUEST NO. 6:**

8       Final versions and the earliest available drafts of documents and things intended to be,

9   actually sent to, or made available to students or teachers relating to Teachscape's "Foundations

10  of Reading and Literacy" course, such as course websites, DVDs, videos, video media files,

11  CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins,

12  quizzes, tests, course outlines, and grading keys.

13  **RESPONSE TO REQUEST NO. 6:**

14      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

15  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

16  "intended to be," and "made available." Teachscape further objects to this request on the

17  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

18  to this request on the ground that it calls for the production of confidential, proprietary and/or

19  trade secret information of Teachscape, and Teachscape will not produce any such information

20  absent entry of an appropriate protective order. Teachscape also objects to this request to the

21  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

22  information. Teachscape further objects to this request to the extent that it calls for the

23  production of documents neither relevant to the subject matter of the pending action nor

24  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

25  objects to this request to the extent that it calls for the production of documents that are not in

26  the possession, custody or control of Teachscape. Teachscape further objects to this request to

27  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

2  other requests contained herein.

3       Subject to and without waiving the foregoing specific and general objections set forth

4  above, Teachscape responds as follows:

5       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

6  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

7  appropriate protective order.

8  **REQUEST NO. 7:**

9       Final versions and the earliest available drafts of documents and things intended to be,

10  actually sent to, or made available to students or teachers relating to Teachscape's "Assessment

11  & Intervention for Struggling Readers" course, such as course websites, DVDs, videos, video

12  media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

13  course log-ins, quizzes, tests, course outlines, and grading keys.

14  **RESPONSE TO REQUEST NO. 7:**

15       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

16  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

17  "intended to be," and "made available." Teachscape further objects to this request on the

18  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

19  to this request on the ground that it calls for the production of confidential, proprietary and/or

20  trade secret information of Teachscape, and Teachscape will not produce any such information

21  absent entry of an appropriate protective order. Teachscape also objects to this request to the

22  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

23  information. Teachscape further objects to this request to the extent that it calls for the

24  production of documents neither relevant to the subject matter of the pending action nor

25  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

26  objects to this request to the extent it calls for the production of documents that are not in

27  the possession, custody or control of Teachscape. Teachscape further objects to this request to

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-11-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

2  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

3  other requests contained herein.

4     Subject to and without waiving the foregoing specific and general objections set forth

5  above, Teachscape responds as follows:

6     Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

7  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

8  appropriate protective order.

9  **REQUEST NO. 8:**

10    Final versions and the earliest available drafts of documents and things intended to be,

11 actually sent to, or made available to students or teachers relating to Teachscape's "Reading in

12 the Content Areas" course, such as course websites, DVDs, videos, video media files, CDs,

13 audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes,

14 tests, course outlines, and grading keys.

15 **RESPONSE TO REQUEST NO. 8:**

16    Teachscape objects to this request on the grounds that it is generally vague and ambiguous

17 and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

18 "intended to be," and "made available." Teachscape further objects to this request on the

19 grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

20 to this request on the ground that it calls for the production of confidential, proprietary and/or

21 trade secret information of Teachscape, and Teachscape will not produce any such information

22 absent entry of an appropriate protective order. Teachscape also objects to this request to the

23 extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

24 information. Teachscape further objects to this request to the extent that it calls for the

25 production of documents neither relevant to the subject matter of the pending action nor

26 reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

27 objects to this request to the extent that it calls for the production of documents that are not in

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1    the possession, custody or control of Teachscape.  Teachscape further objects to this request to

2    the extent that it calls for the production of documents that are publicly available to Plaintiffs.

3    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

4    other requests contained herein.

5         Subject to and without waiving the foregoing specific and general objections set forth

6    above, Teachscape responds as follows:

7         Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

8    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

9    appropriate protective order.

10   **REQUEST NO. 9:**

11        Final versions and the earliest available drafts of documents and things intended to be,

12   actually sent to, or made available to students or teachers relating to Teachscape's "Master in

13   Art of Teaching with a Focus on Elementary Reading & Literacy K-6" degree program offered

14   through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio

15   media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests,

16   course outlines, and grading keys.

17   **RESPONSE TO REQUEST NO. 9:**

18        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

19   and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

20   "intended to be," and "made available."  Teachscape further objects to this request on the

21   grounds that it is overly broad, unduly burdensome and oppressive.  Teachscape further objects

22   to this request on the ground that it calls for the production of confidential, proprietary and/or

23   trade secret information of Teachscape, and Teachscape will not produce any such information

24   absent entry of an appropriate protective order.  Teachscape also objects to this request on the

25   ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade

26   secret information.  Teachscape further objects to this request to the extent that it calls for the

27   production of documents neither relevant to the subject matter of the pending action nor

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-13-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1    reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further

2    objects to this request to the extent that it calls for the production of documents that are not in

3    the possession, custody or control of Teachscape.  Teachscape further objects to this request to

4    the extent that it calls for the production of documents that are publicly available to Plaintiffs.

5    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

6    other requests contained herein.

7         Subject to and without waiving the foregoing specific and general objections set forth

8    above, Teachscape responds as follows:

9         Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

10   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

11   appropriate protective order.

12   **REQUEST NO. 10:**

13        Final versions and the earliest available drafts of documents and things intended to be,

14   actually sent to, or made available to students or teachers relating to Teachscape's "Master in

15   Education in Reading & Literacy, K-6" degree program advertised in or around September

16   2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi,

17   course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and

18   grading keys.

19   **RESPONSE TO REQUEST NO. 10:**

20        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

21   and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

22   "intended to be," "made available" and "advertised."  Teachscape also objects to this request to

23   the extent it calls for speculation and lacks foundation.  Teachscape further objects to this

24   request on the grounds that it is overly broad, unduly burdensome and oppressive.  Teachscape

25   further objects to this request to the extent it calls for the production of confidential, proprietary

26   and/or trade secret information of Teachscape, and Teachscape will not produce any such

27   information absent entry of an appropriate protective order.  Teachscape objects to this request

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-14-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape additionally objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 11:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Problem Solving and Number & Operations, Grades K-5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 11:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 12:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Problem Solving and Number & Operations, Grades 6-8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 12:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   trade secret information of Teachscape, and Teachscape will not produce any such information

2   absent entry of an appropriate protective order. Teachscape also objects to this request to the

3   extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

4   information. Teachscape further objects to this request to the extent that it calls for the

5   production of documents neither relevant to the subject matter of the pending action nor

6   reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

7   objects to this request to the extent that it calls for the production of documents that are not in

8   the possession, custody or control of Teachscape. Teachscape further objects to this request to

9   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

10   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

11   other requests contained herein.

12       Subject to and without waiving the foregoing specific and general objections set forth

13   above, Teachscape responds as follows:

14       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

15   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

16   appropriate protective order.

17   **REQUEST NO. 13:**

18       Final versions and the earliest available drafts of documents and things intended to be,

19   actually sent to, or made available to students or teachers relating to Teachscape's

20   "Measurement and Geometry, Grades K-5" course, such as course websites, DVDs, videos,

21   video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

22   course log-ins, quizzes, tests, course outlines, and grading keys.

23   **RESPONSE TO REQUEST NO. 13:**

24       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

25   and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

26   "intended to be," and "made available." Teachscape further objects to this request on the

27   grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-17-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1 to this request on the ground that it calls for the production of confidential, proprietary and/or

2 trade secret information of Teachscape, and Teachscape will not produce any such information

3 absent entry of an appropriate protective order.  Teachscape also objects to this request to the

4 extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

5 information.  Teachscape further objects to this request to the extent that it calls for the

6 production of documents neither relevant to the subject matter of the pending action nor

7 reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further

8 objects to this request to the extent that it calls for the production of documents that are not in

9 the possession, custody or control of Teachscape.  Teachscape further objects to this request to

10 the extent that it calls for the production of documents that are publicly available to Plaintiffs.

11 Teachscape further objects to this request on the ground and to the extent that it is duplicative of

12 other requests contained herein.

13   Subject to and without waiving the foregoing specific and general objections set forth

14 above, Teachscape responds as follows:

15   Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

16 responsive, non-privileged documents at a mutually convenient time and place upon entry of an

17 appropriate protective order.

18 **REQUEST NO. 14:**

19   Final versions and the earliest available drafts of documents and things intended to be,

20 actually sent to, or made available to students or teachers relating to Teachscape's

21 "Measurement and Geometry, Grades 6-8" course, such as course websites, DVDs, videos,

22 video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

23 course log-ins, quizzes, tests, course outlines, and grading keys.

24 **RESPONSE TO REQUEST NO. 14:**

25   Teachscape objects to this request on the grounds that it is generally vague and ambiguous

26 and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

27 "intended to be," and "made available."  Teachscape further objects to this request on the

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 15:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades K-5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 15:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

"intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 16:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades 6-8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 16:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

2    "intended to be," and "made available." Teachscape further objects to this request on the

3    grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

4    to this request on the ground that it calls for the production of confidential, proprietary and/or

5    trade secret information of Teachscape, and Teachscape will not produce any such information

6    absent entry of an appropriate protective order. Teachscape also objects to this request to the

7    extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

8    information. Teachscape further objects to this request to the extent that it calls for the

9    production of documents neither relevant to the subject matter of the pending action nor

10   reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

11   objects to this request to the extent that it calls for the production of documents that are not in

12   the possession, custody or control of Teachscape. Teachscape further objects to this request to

13   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

14   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

15   other requests contained herein.

16       Subject to and without waiving the foregoing specific and general objections set forth

17   above, Teachscape responds as follows:

18       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

19   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

20   appropriate protective order.

21   **REQUEST NO. 17:**

22       Final versions and the earliest available drafts of documents and things intended to be,

23   actually sent to, or made available to students or teachers relating to Teachscape's "Data

24   Analysis and Probability, Grades K-5" course, such as course websites, DVDs, videos, video

25   media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

26   course log-ins, quizzes, tests, course outlines, and grading keys.

27   **RESPONSE TO REQUEST NO. 17:**

28

TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 18:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Data Analysis and Probability, Grades 6-8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**RESPONSE TO REQUEST NO. 18:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 19:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1    media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests,

2    course outlines, and grading keys.

3

4    **RESPONSE TO REQUEST NO. 19:**

5        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

6    and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

7    "intended to be," and "made available." Teachscape further objects to this request on the

8    grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

9    to this request on the ground that it calls for the production of confidential, proprietary and/or

10    trade secret information of Teachscape, and Teachscape will not produce any such information

11    absent entry of an appropriate protective order. Teachscape also objects to this request on the

12    ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade

13    secret information. Teachscape further objects to this request to the extent that it calls for the

14    production of documents neither relevant to the subject matter of the pending action nor

15    reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

16    objects to this request to the extent that it calls for the production of documents that are not in

17    the possession, custody or control of Teachscape. Teachscape further objects to this request to

18    the extent that it calls for the production of documents that are publicly available to Plaintiffs.

19    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

20    other requests contained herein.

21        Subject to and without waiving the foregoing specific and general objections set forth

22    above, Teachscape responds as follows:

23        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

24    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

25    appropriate protective order.

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

**REQUEST NO. 20:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Education in Mathematics, Grades K-5" degree program advertised in or around September 2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 20:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," "made available" and "advertised." Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape additionally objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-25-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 21:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Mathematics, Grades 6-8" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 21:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-26-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    Subject to and without waiving the foregoing specific and general objections set forth

2    above, Teachscape responds as follows:

3    Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

4    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

5    appropriate protective order.

6    **REQUEST NO. 22:**

7    Final versions and the earliest available drafts of documents and things intended to be,

8    actually sent to, or made available to students or teachers relating to Teachscape's "Master in

9    Education in Mathematics, Grades 6-8" degree program advertised in or around September

10    2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi,

11    course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and

12    grading keys.

13    **RESPONSE TO REQUEST NO. 22:**

14    Teachscape objects to this request on the grounds that it is generally vague and ambiguous

15    and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

16    "intended to be," "made available" and "advertised." Teachscape also objects to this request to

17    the extent it calls for speculation and lacks foundation. Teachscape further objects to this

18    request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape

19    further objects to this request to the extent it calls for the production of confidential, proprietary

20    and/or trade secret information of Teachscape, and Teachscape will not produce any such

21    information absent entry of an appropriate protective order. Teachscape objects to this request

22    on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or

23    trade secret information. Teachscape further objects to this request on the ground that it calls for

24    the production of documents neither relevant to the subject matter of the pending action nor

25    reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects

26    to this request to the extent that it calls for the production of documents that are not in the

27    possession, custody or control of Teachscape. Teachscape additionally objects to this request to

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

2   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

3   other requests contained herein.

4       Subject to and without waiving the foregoing specific and general objections set forth

5   above, Teachscape responds as follows:

6       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

7   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

8   appropriate protective order.

9   **REQUEST NO. 23:**

10      Final versions and the earliest available drafts of documents and things intended to be,

11  actually sent to, or made available to students or teachers relating to Teachscape's "Master in the

12  Art of Teaching with a Focus on Curriculum, Instruction & Assessment" degree program

13  advertised in or around September 2006, such as course websites, DVDs, videos, video media

14  files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-

15  ins, quizzes, tests, course outlines, and grading keys.

16  **RESPONSE TO REQUEST NO. 23:**

17      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

18  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

19  "intended to be," "made available" and "advertised." Teachscape also objects to this request to

20  the extent it calls for speculation and lacks foundation. Teachscape further objects to this

21  request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape

22  further objects to this request to the extent it calls for the production of confidential, proprietary

23  and/or trade secret information of Teachscape, and Teachscape will not produce any such

24  information absent entry of an appropriate protective order. Teachscape objects to this request

25  on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or

26  trade secret information. Teachscape further objects to this request on the ground that it calls for

27  the production of documents neither relevant to the subject matter of the pending action nor

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-28-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects

2   to this request to the extent that it calls for the production of documents that are not in the

3   possession, custody or control of Teachscape. Teachscape additionally objects to this request to

4   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

5   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

6   other requests contained herein.

7       Subject to and without waiving the foregoing specific and general objections set forth

8   above, Teachscape responds as follows:

9       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

10  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

11  appropriate protective order.

12  **REQUEST NO. 24:**

13      All documents and things relating to the advertisement, promotion, and marketing of

14  Teachscape's "Master in the Art of Teaching with a Focus on Curriculum, Instruction &

15  Assessment" degree program advertised in or around September 2006, such as flyers, pamphlets,

16  circulars, newsletters, posters, video advertisements, audio advertisements, click-through

17  advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-

18  mailing lists, responses to inquiries, and promotional scripts.

19  **RESPONSE TO REQUEST NO. 24:**

20      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

21  and specifically vague and ambiguous as to the words "advertisement," "promotion,"

22  "marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also

23  objects to this request to the extent it calls for speculation and lacks foundation. Teachscape

24  further objects to this request on the grounds that it is overly broad, unduly burdensome and

25  oppressive. Teachscape further objects to this request to the extent it calls for the production of

26  documents protected by the attorney-client privilege, work product doctrine or other applicable

27  privilege or protection. Teachscape further objects to this request to the extent that it calls for

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 25:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Education in Reading & Literacy, K-6" degree program advertised in or around September 2006, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**RESPONSE TO REQUEST NO. 25:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words "advertisement," "promotion," "marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵗʰ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 26:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Education in Mathematics, Grades K-5" degree program advertised in or around September 2006, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**RESPONSE TO REQUEST NO. 26:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words "advertisement," "promotion," "marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  further objects to this request on the grounds that it is overly broad, unduly burdensome and

2  oppressive.  Teachscape further objects to this request to the extent it calls for the production of

3  documents protected by the attorney-client privilege, work product doctrine or other applicable

4  privilege or protection.  Teachscape further objects to this request to the extent that it calls for

5  the production of confidential, proprietary and/or trade secret information of Teachscape and/or

6  Marygrove, and Teachscape will not produce such information absent entry of an appropriate

7  protective order and subject to Marygrove's consent.  Teachscape further objects to this request

8  on the ground that it calls for the production of documents neither relevant to the subject matter

9  of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

10  Teachscape further objects to this request to the extent that it calls for the production of

11  documents that are publicly available to Plaintiffs.  Teachscape further objects to this request on

12  the ground and to the extent that it is duplicative of other requests.

13      Subject to and without waiving the foregoing specific and general objections set forth

14  above, Teachscape responds as follows:

15      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

16  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

17  appropriate protective order.

18  **REQUEST NO. 27:**

19      All documents and things relating to the advertisement, promotion, and marketing of

20  Teachscape's "Master in Education in Mathematics, Grades 6-8" degree program advertised in

21  or around September 2006, such as flyers, pamphlets, circulars, newsletters, posters, video

22  advertisements, audio advertisements, click-through advertisements, web site links, web sites,

23  marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and

24  promotional scripts.

25  **RESPONSE TO REQUEST NO. 27:**

26      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

27  and specifically vague and ambiguous as to the words "advertisement," "promotion,"

28

-32-

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

"marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 28:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6" degree program offered through Marygrove, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**RESPONSE TO REQUEST NO. 28:**

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words "advertisement," "promotion," "marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 29:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5" degree program offered through Marygrove, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to

2  inquiries, and promotional scripts.

3  **RESPONSE TO REQUEST NO. 29:**

4      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

5  and specifically vague and ambiguous as to the words "advertisement," "promotion,"

6  "marketing" and "advertised" and to the extent it calls for a legal conclusion. Teachscape also

7  objects to this request to the extent it calls for speculation and lacks foundation. Teachscape

8  further objects to this request on the grounds that it is overly broad, unduly burdensome and

9  oppressive. Teachscape further objects to this request to the extent it calls for the production of

10 documents protected by the attorney-client privilege, work product doctrine or other applicable

11 privilege or protection. Teachscape further objects to this request to the extent that it calls for

12 the production of confidential, proprietary and/or trade secret information of Teachscape and/or

13 Marygrove, and Teachscape will not produce such information absent entry of an appropriate

14 protective order and subject to Marygrove's consent. Teachscape further objects to this request

15 on the ground that it calls for the production of documents neither relevant to the subject matter

16 of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

17 Teachscape further objects to this request to the extent that it calls for the production of

18 documents that are publicly available to Plaintiffs. Teachscape further objects to this request on

19 the ground and to the extent that it is duplicative of other requests.

20     Subject to and without waiving the foregoing specific and general objections set forth

21 above, Teachscape responds as follows:

22     Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

23 responsive, non-privileged documents at a mutually convenient time and place upon entry of an

24 appropriate protective order.

25 **REQUEST NO. 30:**

26     All documents and things relating to the advertisement, promotion, and marketing of

27 Teachscape's "Master in Art of Teaching with a Focus on Mathematics, Grades 6-8" degree

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

1  program offered through Marygrove, such as flyers, pamphlets, circulars, newsletters, posters,

2  video advertisements, audio advertisements, click-through advertisements, web site links, web

3  sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries,

4  and promotional scripts.

5  **RESPONSE TO REQUEST NO. 30:**

6      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

7  and specifically vague and ambiguous as to the words "advertisement," "promotion,"

8  "marketing" and "advertised" and to the extent it calls for a legal conclusion.  Teachscape also

9  objects to this request to the extent it calls for speculation and lacks foundation.  Teachscape

10  further objects to this request on the grounds that it is overly broad, unduly burdensome and

11  oppressive.  Teachscape further objects to this request to the extent it calls for the production of

12  documents protected by the attorney-client privilege, work product doctrine or other applicable

13  privilege or protection.  Teachscape further objects to this request to the extent that it calls for

14  the production of confidential, proprietary and/or trade secret information of Teachscape and/or

15  Marygrove, and Teachscape will not produce such information absent entry of an appropriate

16  protective order and subject to Marygrove's consent.  Teachscape further objects to this request

17  on the ground that it calls for the production of documents neither relevant to the subject matter

18  of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

19  Teachscape further objects to this request to the extent that it calls for the production of

20  documents that are publicly available to Plaintiffs.  Teachscape further objects to this request on

21  the ground and to the extent that it is duplicative of other requests.

22      Subject to and without waiving the foregoing specific and general objections set forth

23  above, Teachscape responds as follows:

24      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

25  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

26  appropriate protective order.

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**REQUEST NO. 31:**

All communications between Teachscape and Marygrove relating to Teachscape's master's degree programs or graduate course programs offered at Marygrove, such as draft course materials, communications regarding course planning, documents relating to anticipated demand for the course, communications regarding course administration, and communications regarding course evaluations.

**RESPONSE TO REQUEST NO. 31:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the word and phrases "draft," "course planning," "anticipated demand," "course administration" and "course evaluations." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce any such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**REQUEST NO. 32:**

All documents Teachscape provided to, or prepared to provide to, Marygrove promoting, advertising, or recommending a collaboration between Teachscape and Marygrove relating to master's degree programs or graduate course programs.

**RESPONSE TO REQUEST NO. 32:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrase "provided," "prepared to provide," "promoting," "advertising," "recommending" and "collaboration." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Marygrove, and Teachscape will not produce any such information absent entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1

**REQUEST NO. 33:**

2          All communications between Teachscape and Marygrove relating to a potential master's

3    degree program or graduate course program collaboration between Teachscape and Marygrove.

4    **RESPONSE TO REQUEST NO. 33:**

5          Teachscape objects to this request on the grounds that it is generally vague and ambiguous

6    and specifically vague and ambiguous as to the words "potential" and "collaboration."

7    Teachscape further objects to this request on the grounds that it is overly broad, unduly

8    burdensome and oppressive. Teachscape further objects to this request to the extent it calls for

9    the production of documents protected by the attorney-client privilege, work product doctrine or

10   other applicable privilege or protection. Teachscape further objects to this request to the extent

11   it calls for the production of confidential, proprietary and/or trade secret information of

12   Teachscape and/or Marygrove, and Teachscape will not produce any such information absent

13   entry of an appropriate protective order and subject to Marygrove's consent. Teachscape further

14   objects to this request on the ground that it calls for the production of documents neither relevant

15   to the subject matter of the pending action nor reasonably calculated to lead to the discovery of

16   admissible evidence. Teachscape further objects to this request to the extent that it calls for the

17   production of documents that are not in the possession, custody or control of Teachscape.

18   Teachscape further objects to this request on the ground and to the extent that it is duplicative of

19   other requests.

20          Subject to and without waiving the foregoing specific and general objections set forth

21   above, Teachscape responds as follows:

22          Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

23   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

24   appropriate protective order.

25   **REQUEST NO. 34:**

26          Final versions and the earliest available drafts of documents and things intended to be,

27   actually sent to, or made available to students or teachers relating to Teachscape's "Research-

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-39-

1  Based Strategies for Improving Reading Success" graduate course program, such as course

2  websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets,

3  study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

4  **RESPONSE TO REQUEST NO. 34:**

5  Teachscape objects to this request on the grounds that it is generally vague and ambiguous

6  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

7  "intended to be," and "made available." Teachscape further objects to this request on the

8  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

9  to this request on the ground that it calls for the production of confidential, proprietary and/or

10  trade secret information of Teachscape, and Teachscape will not produce any such information

11  absent entry of an appropriate protective order. Teachscape also objects to this request to the

12  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

13  information. Teachscape further objects to this request to the extent that it calls for the

14  production of documents neither relevant to the subject matter of the pending action nor

15  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

16  objects to this request to the extent that it calls for the production of documents that are not in

17  the possession, custody or control of Teachscape. Teachscape further objects to this request to

18  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

19  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

20  other requests contained herein.

21  Subject to and without waiving the foregoing specific and general objections set forth

22  above, Teachscape responds as follows:

23  Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

24  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

25  appropriate protective order.

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1

**REQUEST NO. 35:**

2

All documents and things relating to the advertisement, promotion, and marketing of

3

Teachscape's "Research-Based Strategies for Improving Reading Success" graduate course

4

program, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio

5

advertisements, click-through advertisements, web site links, web sites, marketing plans,

6

marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

7

**RESPONSE TO REQUEST NO. 35:**

8

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

9

and specifically vague and ambiguous as to the words "advertisement," "promotion" and

10

"marketing." Teachscape further objects to this request on the grounds that it is overly broad,

11

unduly burdensome and oppressive. Teachscape further objects to this request to the extent it

12

calls for the production of documents protected by the attorney-client privilege, work product

13

doctrine or other applicable privilege or protection. Teachscape further objects to this request to

14

the extent it calls for the production of confidential, proprietary and/or trade secret information

15

of Teachscape, and Teachscape will not produce any such information absent entry of an

16

appropriate protective order. Teachscape also objects to this request on the ground that it calls

17

for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

18

Teachscape further objects to this request on the ground that it calls for the production of

19

documents neither relevant to the subject matter of the pending action nor reasonably calculated

20

to lead to the discovery of admissible evidence. Teachscape additionally objects to this request

21

to the extent that it calls for the production of documents that are publicly available to Plaintiffs.

22

Teachscape further objects to this request on the ground and to the extent that it is duplicative of

23

other requests.

24

Subject to and without waiving the foregoing specific and general objections set forth

25

above, Teachscape responds as follows:

26

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

27

responsive, non-privileged documents at a mutually convenient time and place upon entry of an

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-41-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1    appropriate protective order.

2    **REQUEST NO. 36:**

3         Final versions and the earliest available drafts of documents and things intended to be,

4    actually sent to, or made available to students or teachers relating to Teachscape's

5    "Fundamentals of Mathematics: Teaching for Conceptual Understanding" graduate course

6    program, such as course websites, DVDs, videos, video media files, CDs, audio media files,

7    syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course

8    outlines, and grading keys.

9    **RESPONSE TO REQUEST NO. 36:**

10        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

11   and specifically vague and ambiguous as to the words and phrases "earliest available," "intended

12   to be," and "made available." Teachscape further objects to this request on the grounds that it is

13   overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on

14   the ground that it calls for the production of confidential, proprietary and/or trade secret

15   information of Teachscape, and Teachscape will not produce any such information absent entry

16   of an appropriate protective order. Teachscape objects to this request on the ground that it calls

17   for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

18   Teachscape further objects to this request on the ground that it calls for the production of

19   documents neither relevant to the subject matter of the pending action nor reasonably calculated

20   to lead to the discovery of admissible evidence. Teachscape further objects to this request to the

21   extent that it calls for the production of documents that are not in the possession, custody or

22   control of Teachscape. Teachscape further objects to this request to the extent that it calls for

23   the production of documents that are publicly available to Plaintiffs. Teachscape further objects

24   to this request on the ground and to the extent that it is duplicative of other requests contained

25   herein.

26        Subject to and without waiving the foregoing specific and general objections set forth

27   above, Teachscape responds as follows:

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

2   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

3   appropriate protective order.

4   **REQUEST NO. 37:**

5   All documents and things relating to the advertisement, promotion, and marketing of

6   Teachscape's "Fundamentals of Mathematics: Teaching for Conceptual Understanding"

7   graduate course program, such as flyers, pamphlets, circulars, newsletters, posters, video

8   advertisements, audio advertisements, click-through advertisements, web site links, web sites,

9   marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and

10  promotional scripts.

11  **RESPONSE TO REQUEST NO. 37:**

12  Teachscape objects to this request on the grounds that it is generally vague and ambiguous

13  and specifically vague and ambiguous as to the words "advertisement," "promotion" and

14  "marketing." Teachscape further objects to this request on the grounds that it is overly broad,

15  unduly burdensome and oppressive. Teachscape further objects to this request to the extent it

16  calls for the production of documents protected by the attorney-client privilege, work product

17  doctrine or other applicable privilege or protection. Teachscape further objects to this request to

18  the extent it calls for the production of confidential, proprietary and/or trade secret information

19  of Teachscape, and Teachscape will not produce any such information absent entry of an

20  appropriate protective order. Teachscape also objects to this request on the ground that it calls

21  for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

22  Teachscape further objects to this request on the ground that it calls for the production of

23  documents neither relevant to the subject matter of the pending action nor reasonably calculated

24  to lead to the discovery of admissible evidence. Teachscape additionally objects to this request

25  to the extent that it calls for the production of documents that are publicly available to Plaintiffs.

26  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

27  other requests.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-43-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 38:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Research-Based Instructional Strategies to Improve Student Achievement" graduate course program, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 38:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    to this request on the ground and to the extent that it is duplicative of other requests contained

2    herein.

3        Subject to and without waiving the foregoing specific and general objections set forth

4    above, Teachscape responds as follows:

5        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

6    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

7    appropriate protective order.

8    **REQUEST NO. 39:**

9        All documents and things relating to the advertisement, promotion, and marketing of

10   Teachscape's "Research-Based Instructional Strategies to Improve Student Achievement"

11   graduate course program, such as flyers, pamphlets, circulars, newsletters, posters, video

12   advertisements, audio advertisements, click-through advertisements, web site links, web sites,

13   marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and

14   promotional scripts.

15   **RESPONSE TO REQUEST NO. 39:**

16       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

17   and specifically vague and ambiguous as to the words "advertisement," "promotion" and

18   "marketing." Teachscape further objects to this request on the grounds that it is overly broad,

19   unduly burdensome and oppressive. Teachscape further objects to this request to the extent it

20   calls for the production of documents protected by the attorney-client privilege, work product

21   doctrine or other applicable privilege or protection. Teachscape further objects to this request to

22   the extent it calls for the production of confidential, proprietary and/or trade secret information

23   of Teachscape, and Teachscape will not produce any such information absent entry of an

24   appropriate protective order. Teachscape also objects to this request on the ground that it calls

25   for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

26   Teachscape further objects to this request on the ground that it calls for the production of

27   documents neither relevant to the subject matter of the pending action nor reasonably calculated

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1    to lead to the discovery of admissible evidence.  Teachscape additionally objects to this request

2    to the extent that it calls for the production of documents that are publicly available to Plaintiffs.

3    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

4    other requests.

5        Subject to and without waiving the foregoing specific and general objections set forth

6    above, Teachscape responds as follows:

7        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

8    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

9    appropriate protective order.

10   **REQUEST NO. 40:**

11       Final versions and the earliest available drafts of documents and things intended to be,

12   actually sent to, or made available to students or teachers relating to Teachscape's graduate

13   course programs, such as course websites, DVDs, videos, video media files, CDs, audio media

14   files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course

15   outlines, and grading keys.

16   **RESPONSE TO REQUEST NO. 40:**

17       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

18   and specifically vague and ambiguous as to the words and phrases "earliest available," "intended

19   to be," and "made available."  Teachscape further objects to this request on the grounds that it is

20   overly broad, unduly burdensome and oppressive.  Teachscape further objects to this request on

21   the ground that it calls for the production of confidential, proprietary and/or trade secret

22   information of Teachscape, and Teachscape will not produce any such information absent entry

23   of an appropriate protective order.  Teachscape objects to this request on the ground that it calls

24   for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

25   Teachscape further objects to this request on the ground that it calls for the production of

26   documents neither relevant to the subject matter of the pending action nor reasonably calculated

27   to lead to the discovery of admissible evidence.  Teachscape further objects to this request to the

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

1   extent that it calls for the production of documents that are not in the possession, custody or

2   control of Teachscape. Teachscape further objects to this request to the extent that it calls for

3   the production of documents that are publicly available to Plaintiffs. Teachscape further objects

4   to this request on the ground and to the extent that it is duplicative of other requests contained

5   herein.

6       Subject to and without waiving the foregoing specific and general objections set forth

7   above, Teachscape responds as follows:

8       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

9   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

10  appropriate protective order.

11  **REQUEST NO. 41:**

12      All documents and things relating to the advertisement, promotion, and marketing of

13  Teachscape's graduate course programs, such as flyers, pamphlets, circulars, newsletters,

14  posters, video advertisements, audio advertisements, click-through advertisements, web site

15  links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to

16  inquiries, and promotional scripts.

17  **RESPONSE TO REQUEST NO. 41:**

18      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

19  and specifically vague and ambiguous as to the words "advertisement," "promotion" and

20  "marketing." Teachscape further objects to this request on the grounds that it is overly broad,

21  unduly burdensome and oppressive. Teachscape further objects to this request to the extent it

22  calls for the production of documents protected by the attorney-client privilege, work product

23  doctrine or other applicable privilege or protection. Teachscape further objects to this request to

24  the extent it calls for the production of confidential, proprietary and/or trade secret information

25  of Teachscape, and Teachscape will not produce any such information absent entry of an

26  appropriate protective order. Teachscape also objects to this request on the ground that it calls

27  for the production of non-party(ies)' confidential, proprietary and/or trade secret information.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    Teachscape further objects to this request on the ground that it calls for the production of

2    documents neither relevant to the subject matter of the pending action nor reasonably calculated

3    to lead to the discovery of admissible evidence.  Teachscape additionally objects to this request

4    to the extent that it calls for the production of documents that are publicly available to Plaintiffs.

5    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

6    other requests.

7        Subject to and without waiving the foregoing specific and general objections set forth

8    above, Teachscape responds as follows:

9        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

10    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

11    appropriate protective order.

## REQUEST NO. 42:

13        All communications between Teachscape and Andrews relating to Teachscape's master's

14    degree program or graduate course programs offered at Andrews, if any, such as draft course

15    materials, communications regarding course planning, documents relating to anticipated demand

16    for the course, communications regarding course administration, and communications regarding

17    course evaluations.

## RESPONSE TO REQUEST NO. 42:

19        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

20    and specifically vague and ambiguous as to the words and phrases "draft course materials,"

21    "course planning," "anticipated demand," "course administration" and "course evaluations."

22    Teachscape further objects to this request on the grounds that it is overly broad, unduly

23    burdensome and oppressive.  Teachscape further objects to this request to the extent it calls for

24    the production of documents protected by the attorney-client privilege, work product doctrine or

25    other applicable privilege or protection.  Teachscape further objects to this request on the ground

26    that it calls for the production of confidential, proprietary and/or trade secret information of

27    Teachscape and/or Andrews.  Teachscape further objects to this request on the ground that it

28

-48-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1  calls for the production of documents neither relevant to the subject matter of the pending action

2  nor reasonably calculated to lead to the discovery of admissible evidence.

3  **REQUEST NO. 43:**

4      All documents Teachscape provided to, or prepared to provide to, Andrews promoting,

5  advertising, or recommending a collaboration between Teachscape and Andrews relating to

6  master's degree programs or graduate course programs.

7  **RESPONSE TO REQUEST NO. 43:**

8      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

9  and specifically vague and ambiguous as to the words and phrase "provided," "prepared to

10  provide," "promoting," "advertising," "recommending" and "collaboration." Teachscape further

11  objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive.

12  Teachscape further objects to this request to the extent it calls for the production of documents

13  protected by the attorney-client privilege, work product doctrine or other applicable privilege or

14  protection. Teachscape further objects to this request on the ground that it calls for the

15  production of confidential, proprietary and/or trade secret information of Teachscape and/or

16  Andrews. Teachscape further objects to this request on the ground that it calls for the

17  production of documents neither relevant to the subject matter of the pending action nor

18  reasonably calculated to lead to the discovery of admissible evidence.

19  **REQUEST NO. 44:**

20      All communications between Teachscape and Andrews relating to a potential master's

21  degree program or graduate course program collaboration between Teachscape and Andrews.

22  **RESPONSE TO REQUEST NO. 44:**

23      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

24  and specifically vague and ambiguous as to the words "potential" and "collaboration."

25  Teachscape further objects to this request on the grounds that it is overly broad, unduly

26  burdensome and oppressive. Teachscape further objects to this request to the extent it calls for

27  the production of documents protected by the attorney-client privilege, work product doctrine or

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-49-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

other applicable privilege or protection.  Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Andrews.  Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

**REQUEST NO. 45:**

All communications between Teachscape and Cardinal Stritch regarding Teachscape's master's degree programs or graduate course programs offered at Cardinal Stritch, if any, such as draft course materials, communications regarding course planning, documents relating to anticipated demand for the course, communications regarding course administration, and communications regarding course evaluations.

**RESPONSE TO REQUEST NO. 45:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "draft course materials," "course planning," "anticipated demand," "course administration" and "course evaluations." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive.  Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection.  Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Cardinal Stritch.  Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**REQUEST NO. 46:**

All documents Teachscape provided to, or prepared to provide to, Cardinal Stritch promoting, advertising, or recommending a collaboration between Teachscape and Cardinal Stritch relating to master's degree programs or graduate course programs.

**RESPONSE TO REQUEST NO. 46:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrase "provided," "prepared to provide," "promoting," "advertising," "recommending" and "collaboration." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape and/or Cardinal Stritch. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

**REQUEST NO. 47:**

All communications between Teachscape and Cardinal Stritch relating to a potential master's degree program or graduate course program collaboration between Teachscape and Cardinal Stritch.

**RESPONSE TO REQUEST NO. 47:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words "potential" and "collaboration." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   other applicable privilege or protection.  Teachscape further objects to this request on the ground

2   that it calls for the production of confidential, proprietary and/or trade secret information of

3   Teachscape and/or Cardinal Stritch.  Teachscape further objects to this request on the ground

4   that it calls for the production of documents neither relevant to the subject matter of the pending

5   action nor reasonably calculated to lead to the discovery of admissible evidence.  Teachscape

6   further objects to this request on the ground and to the extent that it is duplicative of other

7   requests.

8   **REQUEST NO. 48:**

9        All documents and things relating to master's degree programs authored or offered by

10  Laureate, Canter, and/or Walden, such as course websites, DVDs, videos, video media files,

11  CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins,

12  quizzes, tests, course outlines, and grading keys.

13  **RESPONSE TO REQUEST NO. 48:**

14       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

15  and specifically vague and ambiguous as to the words and phrases "relating to master's degree

16  programs authored or offered by Laureate, Canter, and/or Walden."  Teachscape further objects

17  to this request on the grounds that it is overly broad, unduly burdensome and oppressive.

18  Teachscape further objects to this request to the extent it calls for a legal conclusion.

19  Teachscape further objects to this request to the extent it calls for the production of documents

20  protected by the attorney-client privilege, work product doctrine or other applicable privilege or

21  protection.  Teachscape further objects to this request to the extent it calls for the production of

22  confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not

23  produce any such information absent entry of an appropriate protective order.  Teachscape

24  further objects to this request on the ground that it calls for the production of documents neither

25  relevant to the subject matter of the pending action nor reasonably calculated to lead to the

26  discovery of admissible evidence.  Teachscape further objects to this request to the extent that it

27  calls for the production of documents that are not in the possession, custody or control of

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   Teachscape. Teachscape further objects to this request to the extent that it calls for the

2   production of documents that are more readily or equally available to Laureate, Canter and/or

3   Walden, and/or which are publicly available. Teachscape further objects to this request on the

4   ground and to the extent that it is duplicative of other requests.

5       Subject to and without waiving the foregoing specific and general objections set forth

6   above, Teachscape responds as follows:

7       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

8   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

9   appropriate protective order.

10  **REQUEST NO. 49:**

11      All documents and things relating to graduate course programs authored or offered by

12  Laureate, Canter, and/or Walden, such as course websites, DVDs, videos, video media files,

13  CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins,

14  quizzes, tests, course outlines, and grading keys.

15  **RESPONSE TO REQUEST NO. 49:**

16      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

17  and specifically vague and ambiguous as to the words and phrases "relating to graduate course

18  programs authored or offered by Laureate, Canter, and/or Walden." Teachscape further objects

19  to this request on the grounds that it is overly broad, unduly burdensome and oppressive.

20  Teachscape further objects to this request to the extent it calls for a legal conclusion.

21  Teachscape further objects to this request to the extent it calls for the production of documents

22  protected by the attorney-client privilege, work product doctrine or other applicable privilege or

23  protection. Teachscape further objects to this request to the extent it calls for the production of

24  confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not

25  produce any such information absent entry of an appropriate protective order. Teachscape

26  further objects to this request on the ground that it calls for the production of documents neither

27  relevant to the subject matter of the pending action nor reasonably calculated to lead to the

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are more readily or equally available to Laureate, Canter and/or Walden, and/or which are publicly available. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 50:**

All documents and things created, authored, or edited by Laureate, Canter, or Walden, and in the possession of Canter's former employees.

**RESPONSE TO REQUEST NO. 50:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the phrase "created, authored or edited." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the grounds that it calls for a legal conclusion. Teachscape further objects to this request on the grounds that it lacks foundation and assumes facts not in evidence. Teachscape further objects to this request on the grounds that it calls for speculation. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests.

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    Subject to and without waiving the foregoing specific and general objections set forth

2    above, Teachscape responds as follows:

3    Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

4    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

5    appropriate protective order.

**REQUEST NO. 51:**

7    All documents and things relating to employment agreements between Teachscape and

8    any of Canter's former employees.

**RESPONSE TO REQUEST NO. 51:**

10    Teachscape objects to this request on the grounds that it is generally vague and ambiguous

11    and specifically vague and ambiguous as to the phrase "relating to employment agreements."

12    Teachscape further objects to this request on the grounds that it is overly broad, unduly

13    burdensome and oppressive. Teachscape further objects to this request to the extent it calls for

14    the production of documents protected by the attorney-client privilege, work product doctrine or

15    other applicable privilege or protection. Teachscape further objects to this request on the ground

16    that it calls for the production of confidential, proprietary and/or trade secret information of

17    Teachscape, as well as the production of documents and information to which third parties have

18    a constitutional right to privacy, and Teachscape will not produce such information absent entry

19    of an appropriate protective order and subject to the consent of such third parties. Teachscape

20    further objects to this request on the ground that it calls for the production of documents neither

21    relevant to the subject matter of the pending action nor reasonably calculated to lead to the

22    discovery of admissible evidence. Teachscape further objects to this request to the extent that it

23    calls for the production of documents that are not in the possession, custody or control of

24    Teachscape.

25    Subject to and without waiving the foregoing specific and general objections set forth

26    above, Teachscape responds as follows:

27    Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 52:**

All documents and things relating to agreements for confidentiality or secrecy between Teachscape and any of Canter's former employees.

**RESPONSE TO REQUEST NO. 52:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the phrase "relating to agreements for confidentiality or secrecy." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, as well as the production of documents and information to which third parties have a constitutional right to privacy, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to the consent of such third parties. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**REQUEST NO. 53:**

All documents and things evidencing policies relating to confidentiality or secrecy communicated between Teachscape and any of Canter's former employees.

**RESPONSE TO REQUEST NO. 53:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and unintelligible in its entirety, and specifically vague and ambiguous as to the phrase "evidencing policies relating to confidentiality or secrecy communicated between." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, as well as the production of documents and information to which third parties have a constitutional right to privacy, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to the consent of such third parties. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 54:**

All documents and things evidencing communications relating to the use of prior employer's information between Teachscape and any of Canter's former employees.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**RESPONSE TO REQUEST NO. 54:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous in its entirety, and specifically vague and ambiguous as to the phrase "evidencing communications relating to use of prior employer's information." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, as well as the production of documents and information to which third parties have a constitutional right to privacy, and Teachscape will not produce such information absent entry of an appropriate protective order and subject to the consent of such third parties. Teachscape further objects to this request on the grounds that it calls for speculation. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 55:**

All documents and things relating to Laureate, Canter, and/or Walden.

**RESPONSE TO REQUEST NO. 55:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous in its use of the phrase "relating to Laureate, Canter, and/or Walden." Teachscape further

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive.

2    Teachscape further objects to this request to the extent it calls for the production of documents

3    protected by the attorney-client privilege, work product doctrine or other applicable privilege or

4    protection. Teachscape further objects to this request to the extent it calls for the production of

5    confidential, proprietary and/or trade secret information of Teachscape and/or third parties.

6    Teachscape further objects to this request to the extent it calls for the production of documents

7    neither relevant to the subject matter of the pending action nor reasonably calculated to lead to

8    the discovery of admissible evidence. Teachscape further objects to this request to the extent

9    that it calls for the production of documents that are not in the possession, custody or control of

10   Teachscape. Teachscape further objects to this request to the extent that it calls for the

11   production of documents that are equally or more readily available from Laureate, Canter and/or

12   Walden and/or are publicly available. Teachscape further objects to this request to the extent

13   that it duplicative of other requests.

14       Subject to and without waiving the foregoing specific and general objections set forth

15   above, Teachscape responds as follows:

16       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

17   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

18   appropriate protective order.

19   **REQUEST NO. 56:**

20       All communications with customers or potential customers, including elementary and

21   high school teachers, relating to Laureate, Canter, and/or Walden.

22   **RESPONSE TO REQUEST NO. 56:**

23       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

24   and unintelligible in its entirety, and specifically vague and ambiguous as to the phrases

25   "potential customers" and "relating to Laureate, Canter, and/or Walden." Teachscape further

26   objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive.

27   Teachscape further objects to this request to the extent it calls for the production of confidential,

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

proprietary and/or trade secret information of Teachscape and/or third parties. Teachscape

further objects to this request to the extent it calls for the production of documents neither

relevant to the subject matter of the pending action nor reasonably calculated to lead to the

discovery of admissible evidence. Teachscape further objects to this request to the extent that it

calls for the production of documents that are not in the possession, custody or control of

Teachscape. Teachscape further objects to this request to the extent that it duplicative of other

requests.

Subject to and without waiving the foregoing specific and general objections set forth

above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

responsive, non-privileged documents at a mutually convenient time and place upon entry of an

appropriate protective order.

**REQUEST NO. 57:**

All communications between Teachscape and any of Canter's former employees relating

to Laureate, Canter, and/or Walden.

**RESPONSE TO REQUEST NO. 57:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

and specifically vague and ambiguous as to the phrase "relating to Laureate, Canter, and/or

Walden." Teachscape further objects to this request on the grounds that it is overly broad,

unduly burdensome and oppressive. Teachscape further objects to this request to the extent it

calls for the production of documents protected by the attorney-client privilege, work product

doctrine or other applicable privilege or protection. Teachscape further objects to this request to

the extent it calls for the production of confidential, proprietary and/or trade secret information

of Teachscape, as well as the production of documents and information to which third parties

have a constitutional right to privacy, and Teachscape will not produce such information absent

entry of an appropriate protective order and subject to the consent of such third parties.

Teachscape further objects to this request to the extent it calls for the production of documents

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

1   neither relevant to the subject matter of the pending action nor reasonably calculated to lead to

2   the discovery of admissible evidence.  Teachscape further objects to this request to the extent

3   that it calls for the production of documents that are not in the possession, custody or control of

4   Teachscape.  Teachscape further objects to this request to the extent that it duplicative of other

5   requests.

6        Subject to and without waiving the foregoing specific and general objections set forth

7   above, Teachscape responds as follows:

8        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

9   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

10  appropriate protective order.

11  **REQUEST NO. 58:**

12       All communications between two or more of Canter's former employees relating to

13  Laureate, Canter, and/or Walden.

14  **RESPONSE TO REQUEST NO. 58:**

15       Teachscape objects to this request on the grounds that it is generally vague, ambiguous in

16  its entirety and specifically vague and ambiguous as to the phrase "communications between

17  two or more of Canters' former employees relating to Laureate, Canter, and/or Walden."

18  Teachscape further objects to this request on the grounds that it is overly broad, unduly

19  burdensome and oppressive.  Teachscape further objects to this request to the extent it lacks

20  foundation and assumes facts not in evidence.  Teachscape further objects to this request on the

21  grounds that it calls for speculation.  Teachscape further objects to this request to the extent it

22  calls for the production of documents protected by the attorney-client privilege, work product

23  doctrine or other applicable privilege or protection.  Teachscape further objects to this request to

24  the extent it calls for the production of confidential, proprietary and/or trade secret information

25  of Teachscape, as well as the production of documents and information to which third parties

26  have a constitutional right to privacy, and Teachscape will not produce such information absent

27  entry of an appropriate protective order and subject to the consent of such third parties.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-61-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   Teachscape further objects to this request on the ground that it calls for the production of

2   documents neither relevant to the subject matter of the pending action nor reasonably calculated

3   to lead to the discovery of admissible evidence. Teachscape further objects to this request to the

4   extent that it calls for the production of documents that are not in the possession, custody or

5   control of Teachscape. Teachscape further objects to this request to the extent that it duplicative

6   of other requests.

7         Subject to and without waiving the foregoing specific and general objections set forth

8   above, Teachscape responds as follows:

9         Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

10  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

11  appropriate protective order.

12  **REQUEST NO. 59:**

13        All communications between any of Canter's former employees, Andrews, Cardinal

14  Stritch, Marygrove, NYSUT ELT, Seattle Pacific or any accredited university relating to

15  Laureate, Canter, and/or Walden.

16  **RESPONSE TO REQUEST NO. 59:**

17        Teachscape objects to this request on the grounds that it is generally vague, ambiguous and

18  unintelligible in its entirety, and specifically vague and ambiguous as to the phrase "relating to

19  Laureate, Canter, and/or Walden." Teachscape further objects to this request on the grounds that

20  it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request

21  on the grounds that it lacks foundation and assumes facts not in evidence. Teachscape further

22  objects to this request on the grounds that it calls for speculation. Teachscape further objects to

23  this request on the ground that it calls for the production of confidential, proprietary and/or trade

24  secret information of Teachscape and/or non-parties to this action. Teachscape further objects to

25  this request on the ground that it calls for the production of documents neither relevant to the

26  subject matter of the pending action nor reasonably calculated to lead to the discovery of

27  admissible evidence. Teachscape further objects to this request to the extent that it calls for the

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   production of documents that are not in the possession, custody or control of Teachscape.

2   Teachscape further objects to this request to the extent that it duplicative of other requests.

3       Subject to and without waiving the foregoing specific and general objections set forth

4   above, Teachscape responds as follows:

5       Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

6   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

7   appropriate protective order.

8   **REQUEST NO. 60:**

9       All documents and things relating to Canter's 3-year strategic plans.

10  **RESPONSE TO REQUEST NO. 60:**

11      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

12  and specifically vague and ambiguous as to the phrase "3-year strategic plans" and to the extent

13  it calls for a legal conclusion. Teachscape further objects to this request on the grounds that it

14  lacks foundation and calls for speculation. Teachscape further objects to this request to the

15  extent it calls for the production of documents protected by the attorney-client privilege, work

16  product doctrine or other applicable privilege or protection. Teachscape further objects to this

17  request to the extent that it calls for the production of documents that are not in the possession,

18  custody or control of Teachscape. Teachscape further objects to this request to the extent that it

19  duplicative of other requests.

20  **REQUEST NO. 61:**

21      All documents and things relating to Canter's Corporate Investment Proposals.

22  **RESPONSE TO REQUEST NO. 61:**

23      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

24  and specifically vague and ambiguous as to the phrase "Corporate Investment Proposals" and as

25  calling for a legal conclusion. Teachscape further objects to this request on the grounds that it

26  lacks foundation and calls for speculation. Teachscape further objects to this request to the

27  extent it calls for the production of documents protected by the attorney-client privilege, work

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   product doctrine or other applicable privilege or protection.  Teachscape further objects to this

2   request to the extent that it calls for the production of documents that are not in the possession,

3   custody or control of Teachscape.  Teachscape further objects to this request to the extent that it

4   duplicative of other requests.

5   **REQUEST NO. 62:**

6       All documents and things relating to Canter's Onyx customer relationship management

7   (CRM) database.

8   **RESPONSE TO REQUEST NO. 62:**

9       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

10  and specifically vague and ambiguous as to the phrase "relating to Canter's Onyx customer

11  relationship management (CRM) database" and to the extent it calls for a legal conclusion.

12  Teachscape further objects to this request on the grounds that it lacks foundation and calls for

13  speculation.  Teachscape further objects to this request to the extent it calls for the production of

14  documents protected by the attorney-client privilege, work product doctrine or other applicable

15  privilege or protection.  Teachscape further objects to this request to the extent that it calls for

16  the production of documents that are not in the possession, custody or control of Teachscape.

17  Teachscape further objects to this request to the extent that it duplicative of other requests.

18  **REQUEST NO. 63:**

19      All lists relating to potential customers for graduate course programs or master's degree

20  programs, including elementary and high school teachers.

21  **RESPONSE TO REQUEST NO. 63:**

22      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

23  and specifically vague and ambiguous as to the phrase "lists relating to potential customers."

24  Teachscape further objects to this request on the ground that it calls for the production of

25  confidential, proprietary and/or trade secret information of Teachscape.  Teachscape further

26  objects to this request as overly broad, unduly burdensome and oppressive, on the ground that it

27  calls for the production of documents neither relevant to the subject matter of the pending action

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

nor reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent that it duplicative of other requests.

**REQUEST NO. 64:**

All lists relating to models and strategies for segmentation and targeting of potential customers for graduate course programs or master's degree programs.

**RESPONSE TO REQUEST NO. 64:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the phrase "lists relating to models and strategies for segmentation and targeting of potential customers."  Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape.  Teachscape further objects to this request as overly broad, unduly burdensome and oppressive, on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.  Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection.  Teachscape further objects to this request to the extent that it duplicative of other requests.

**REQUEST NO. 65:**

All documents and things relating to advertisement, promotion, and marketing of Teachscape's graduate course programs and master's degree programs, including marketing strategy, marketing methods, market research, analyses of potential demand, marketing proposals, marketing studies, survey proposals and survey results.

**RESPONSE TO REQUEST NO. 65:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "advertisement, promotion

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

and marketing," "marketing strategy," "marketing methods," "market research," "analyses of potential demand," "marketing proposals," "marketing studies," "survey proposals" and "survey results." Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape. Teachscape further objects to this request as overly broad, unduly burdensome and oppressive, on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request to the extent that it duplicative of other requests.

**REQUEST NO. 66:**

All documents and things relating to methods for creating graduate course programs and master's degree programs, including the selection of presenters for video presentations, the structuring of the program generally, and the structuring of the course curriculums and materials for these programs.

**RESPONSE TO REQUEST NO. 66:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the word and phrases "methods for creating," "selection of presenters" "structuring," "program generally" and "course curriculums and materials." Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape. Teachscape further objects to this request as overly broad, unduly burdensome and oppressive, on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵗʰ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    protection.  Teachscape further objects to this request to the extent that it duplicative of other

2    requests.

3    **REQUEST NO. 67:**

4         All documents and things relating to Teachscape's knowledge of Laureate's or Canter's

5    relationship with Andrews, Marygrove, Cardinal Stritch, or any other accredited university.

6    **RESPONSE TO REQUEST NO. 67:**

7         Teachscape objects to this request on the grounds that it is generally vague and ambiguous

8    and specifically vague and ambiguous as to the words and phrase "relating to Teachscape's

9    knowledge," and "relationship."  Teachscape further objects to this request on the grounds that it

10   is overly broad, unduly burdensome and oppressive to the extent it seeks documents neither

11   relevant to the subject matter of the pending action nor reasonably calculated to lead to the

12   discovery of admissible evidence.  Teachscape further objects to this request to the extent it calls

13   for the production of documents protected by the attorney-client privilege, work product

14   doctrine or other applicable privilege or protection.  Teachscape further objects to this request on

15   the ground that it calls for the production of confidential, proprietary and/or trade secret

16   information of Teachscape.  Teachscape further objects to this request on the ground that it calls

17   for information that is a matter of public record.   Teachscape further objects to this request to

18   the extent that it duplicative of other requests.

19   **REQUEST NO. 68:**

20        All documents and things relating to Teachscape's knowledge of Laureate's or Canter's

21   contracts with Andrews, Marygrove, Cardinal Stritch, or any other accredited university.

22   **RESPONSE TO REQUEST NO. 68:**

23        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

24   and specifically vague and ambiguous as to the words and phrase "relating to Teachscape's

25   knowledge," and "contracts" and to the extent it calls for a legal conclusion.    Teachscape

26   further objects to this request on the grounds that it is overly broad, unduly burdensome and

27   oppressive to the extent it seeks documents neither relevant to the subject matter of the pending

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape. Teachscape further objects to this request on the ground that it calls for information that is a matter of public record. Teachscape further objects to this request to the extent that it duplicative of other requests.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 69:**

All documents and things relating to any of Canter's or Laureate's proprietary information, including but not limited to the items set forth in Plaintiffs Canter & Associates, LLC'S And Laureate Education, Inc.'s Identification Of Trade Secrets, and any amendments thereto.

**RESPONSE TO REQUEST NO. 69:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the phrase "relating to any of Canter's or Laureate's proprietary information" and "Trade Secrets" and to the extent it calls for a legal conclusion. Teachscape further objects to this request on the ground that it lacks foundation and calls for speculation. Teachscape further objects to this request to the extent it calls for the production of documents protected by the attorney-client privilege, work product doctrine or other applicable privilege or protection. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   documents that are not in the possession, custody or control of Teachscape. Teachscape further

2   objects to this request to the extent that it calls for the production of documents more readily or

3   equally available to Plaintiffs or which are publicly available.  Teachscape further objects to this

4   request to the extent that it is duplicative of other requests.

5        Subject to and without waiving the foregoing specific and general objections set forth

6   above, Teachscape responds as follows:

7        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

8   responsive, non-privileged documents at a mutually convenient time and place.

9   **REQUEST NO. 70:**

10       Documents sufficient to show Teachscape's actual costs of developing Teachscape's

11  graduate course programs and master's degree programs, including payments to employees and

12  independent contractors for such development from the beginning of their development to the

13  present.

14  **RESPONSE TO REQUEST NO. 70:**

15       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

16  and specifically vague and ambiguous as to the words and phrase "actual costs," "payments,"

17  "development" and "beginning."  Teachscape further objects to this request on the grounds that

18  it is overly broad, unduly burdensome and oppressive and harassing.  Teachscape further objects

19  to this request on the ground that it calls for the production of confidential, proprietary and/or

20  trade secret information of Teachscape and information protected from disclosure under third-

21  parties constitutional right to privacy.  Teachscape further objects to this request on the ground

22  that it calls for the production of documents neither relevant to the subject matter of the pending

23  action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape

24  further objects to this request to the extent that it duplicative of other requests.

25  **REQUEST NO. 71:**

26       Documents sufficient to show Teachscape's actual gross revenues, net revenues, and

27  profits or losses relating to its master's degree programs and graduate course programs on a

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  monthly, quarterly, and/or annualized basis from the beginning of their development to the

2  present.

3  **RESPONSE TO REQUEST NO. 71:**

4      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

5  and specifically vague and ambiguous as to the words "development" and "beginning."

6  Teachscape further objects to this request on the grounds that it is overly broad, unduly

7  burdensome and oppressive and harassing.  Teachscape further objects to this request on the

8  ground that it calls for the production of confidential, proprietary and/or trade secret information

9  of Teachscape and information protected from disclosure under third-parties' constitutional right

10  to privacy.  Teachscape further objects to this request on the ground that it calls for the

11  production of documents neither relevant to the subject matter of the pending action nor

12  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

13  objects to this request to the extent that it duplicative of other requests.

14  **REQUEST NO. 72:**

15      Documents sufficient to show Teachscape's projected future gross revenues, net

16  revenues, and profits or losses relating to its master's degree programs and graduate course

17  programs on a monthly, quarterly, and/or annualized basis.

18  **RESPONSE TO REQUEST NO. 72:**

19      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

20  and specifically vague and ambiguous as to "projected."  Teachscape further objects to this

21  request on the grounds that it is overly broad, unduly burdensome and oppressive and harassing.

22  Teachscape further objects to this request on the ground that it calls for the production of

23  confidential, proprietary and/or trade secret information of Teachscape and information

24  protected from disclosure under third-parties' constitutional right to privacy.  Teachscape further

25  objects to this request on the ground that it calls for the production of documents neither relevant

26  to the subject matter of the pending action nor reasonably calculated to lead to the discovery of

27  admissible evidence. Teachscape further objects to this request to the extent that it duplicative of

28

-70-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    other requests.

2    **REQUEST NO. 73:**

3         Documents sufficient to show Teachscape's actual variable, fixed, and overhead costs

4    relating to its master's degree programs and graduate course programs on a monthly, quarterly,

5    and/or annualized basis from the beginning of their development to the present.

6    **RESPONSE TO REQUEST NO. 73:**

7         Teachscape objects to this request on the grounds that it is generally vague and ambiguous

8    and specifically vague and ambiguous as to the words "development" and "beginning."

9    Teachscape further objects to this request on the grounds that it is overly broad, unduly

10   burdensome and oppressive and harassing.  Teachscape further objects to this request on the

11   ground that it calls for the production of confidential, proprietary and/or trade secret information

12   of Teachscape and information protected from disclosure under third-parties' constitutional right

13   to privacy.  Teachscape further objects to this request on the ground that it calls for the

14   production of documents neither relevant to the subject matter of the pending action nor

15   reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

16   objects to this request to the extent that it duplicative of other requests.

17   **REQUEST NO. 74:**

18        Documents sufficient to show Teachscape's projected future variable, fixed, and

19   overhead costs relating to its master's degree programs and graduate course programs on a

20   monthly, quarterly, and/or annualized basis.

21   **RESPONSE TO REQUEST NO. 74:**

22        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

23   and specifically vague and ambiguous as to "projected" and "costs."  Teachscape further objects

24   to this request on the grounds that it is overly broad, unduly burdensome and oppressive and

25   harassing.  Teachscape further objects to this request on the ground that it calls for the

26   production of confidential, proprietary and/or trade secret information of Teachscape and

27   information protected from disclosure under third-parties' constitutional right to privacy.

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   Teachscape further objects to this request on the ground that it calls for the production of

2   documents neither relevant to the subject matter of the pending action nor reasonably calculated

3   to lead to the discovery of admissible evidence. Teachscape further objects to this request to the

4   extent that it duplicative of other requests.

5   **REQUEST NO. 75:**

6        Documents sufficient to show Teachscape's actual per-customer revenue and per-course

7   revenue relating to its master's degree programs and graduate course programs from the

8   beginning of their development to the present.

9   **RESPONSE TO REQUEST NO. 75:**

10       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

11  and specifically vague and ambiguous as to the words "revenue," "development" and

12  "beginning." Teachscape further objects to this request on the grounds that it is overly broad,

13  unduly burdensome and oppressive and harassing. Teachscape further objects to this request on

14  the ground that it calls for the production of confidential, proprietary and/or trade secret

15  information of Teachscape and information protected from disclosure under third-parties'

16  constitutional right to privacy. Teachscape further objects to this request on the ground that it

17  calls for the production of documents neither relevant to the subject matter of the pending action

18  nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

19  objects to this request to the extent that it duplicative of other requests.

20  **REQUEST NO. 76:**

21       Documents sufficient to show Teachscape's actual incremental/marginal cost per-

22  customer and incremental/marginal cost per-course relating to its master's degree programs and

23  graduate course programs from the beginning of their development to the present.

24  **RESPONSE TO REQUEST NO. 76:**

25       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

26  and specifically vague and ambiguous as to the words and phrases "incremental/marginal,"

27  "cost," "development" and "beginning." Teachscape further objects to this request on the

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1   grounds that it is overly broad, unduly burdensome and oppressive and harassing.  Teachscape

2   further objects to this request on the ground that it calls for the production of confidential,

3   proprietary and/or trade secret information of Teachscape and information protected from

4   disclosure under third-parties constitutional right to privacy.  Teachscape further objects to this

5   request on the ground that it calls for the production of documents neither relevant to the subject

6   matter of the pending action nor reasonably calculated to lead to the discovery of admissible

7   evidence. Teachscape further objects to this request to the extent that it duplicative of other

8   requests.

9   **REQUEST NO. 77:**

10      Documents  sufficient  to  show  Teachscape's  actual  average  cost  per-customer  and

11  average cost per-course relating to its master's degree programs and graduate course programs

12  from the beginning of their development to the present.

13  **RESPONSE TO REQUEST NO. 77:**

14      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

15  and specifically vague and ambiguous as to the words and phrases "cost," "development" and

16  "beginning."  Teachscape further objects to this request on the grounds that it is overly broad,

17  unduly burdensome and oppressive and harassing.  Teachscape further objects to this request on

18  the ground that it calls for the production of confidential, proprietary and/or trade secret

19  information of Teachscape and information protected from disclosure under third-parties

20  constitutional right to privacy.  Teachscape further objects to this request on the ground that it

21  calls for the production of documents neither relevant to the subject matter of the pending action

22  nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

23  objects to this request to the extent that it duplicative of other requests.

24  **REQUEST NO. 78:**

25      All documents and things relating to projected or completed timelines or schedules for

26  development of Teachscape's graduate course programs and graduate degree programs.

27  **RESPONSE TO REQUEST NO. 78:**

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the phrase "projected or completed timelines or schedules for development." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive and harassing. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it duplicative of other requests.

**REQUEST NO. 79:**

Organizational charts sufficient to show titles and supervisor/subordinate relationships of Teachscape's personnel that developed, marketed, or were involved in decisions relating to Teachscape's graduate course programs and graduate degree programs, and all different versions, past and present, of any such organizational charts.

**RESPONSE TO REQUEST NO. 79:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrase "relationships," "developed, marketed or were involved" and "decisions." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce such information absent entry of an appropriate protective order. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

2   appropriate protective order.

3   **REQUEST NO. 80:**

4       All documents and things relating to Teachscape's document retention or destruction

5   policies from 2002 to the present.

6   **RESPONSE TO REQUEST NO. 80:**

7       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

8   and specifically vague and ambiguous as to the phrases "document retention" and "destruction

9   policies." Teachscape further objects to this request to the extent it calls for the production of

10  documents protected by the attorney-client privilege, work product doctrine or other applicable

11  privilege or protection. Teachscape further objects to this request on the ground that it calls for

12  the production of confidential and proprietary information of Teachscape, and Teachscape will

13  not produce such information absent entry of an appropriate protective order. Teachscape

14  further objects to this request on the ground that it calls for the production of documents neither

15  relevant to the subject matter of the pending action nor reasonably calculated to lead to the

16  discovery of admissible evidence.

17      Subject to and without waiving the foregoing specific and general objections set forth

18  above, Teachscape responds as follows:

19      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

20  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

21  appropriate protective order.

22  Dated: November 14, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

23

24

25                                          By _____
                                                GAYLE M. ATHANACIO
26
                                            Attorneys for Defendant
27                                          TEACHSCAPE, INC.

28

-75-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

## PROOF OF SERVICE

I, Patricia Cranmer, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On November 14, 2007, I caused to be served on the interested parties in this action the following document(s): **DEFENDANT TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-80)** by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

Annette Hurst, Esq.
Daniel N. Kassabian, Esq.
Elena M. DiMuzio, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6131/6098
Fax: (415) 772-6268

☒ VIA U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 14, 2007, at San Francisco, California.

Patricia Cranmer