**United States District Court**
For the Northern District of California

1

2

3                                                                    **\*E-FILED 12/3/07 \***

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11   CANTER & ASSOCIATES, et al.,                       No. C 07-03225 RS

12              Plaintiffs,
                                                        **CLERK'S NOTICE**
13                    v.

14   TEACHSCAPE, INC.,

15              Defendant.
     _____/

16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        Plaintiffs' Motion to Compel Initial Disclosures, Docket [26], noticed for hearing on

19   December 26, 2007 shall be heard before the Honorable Richard Seeborg on **January 2, 2008 at**

20   **2:30 p.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose,

21   California.

22        This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this

23   motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

24   Dated:  12/3/07

25

26                                              For the Court,
                                                RICHARD W. WEIKING, Clerk
27

28                                              By:     /s/ Martha Parker Brown
                                                        Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2    Gayle M. Athanacio     gathanacio@sonnenschein.com, pcranmer@sonnenschein.com

3    Elena Maria DiMuzio     Elena.DiMuzio@hellerehrman.com

4    Annette L. Hurst     annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com,
dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

5

6    Daniel N. Kassabian     daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com,
harriette.louie@hellerehrman.com

7

8    Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

9

10    Dated: 12/3/07

11

12                   /s/ BAK
                  Chambers of Magistrate Judge Richard Seeborg

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28