CHRISTINE LEPERA (admitted *pro hac vice*)
GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: clepera@sonnenschein.com
Email: gathanacio@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07 3225 RS <br><br> **STIPULATED NOTICE AND [PROPOSED] ORDER OF CONTINUANCE OF HEARING ON PLAINTIFFS' MOTIONS FOR PROTECTIVE ORDER AND TO COMPEL INITIAL DISCLOSURE; DECLARATION OF GAYLE M. ATHANACIO** |

1  Pursuant to Civil Local Rules 6-2 and 7-7 of the United States District Court for the Northern
2  District of California, Plaintiffs Canter & Associates, LLC and Laureate Education, Inc.
3  ("Plaintiffs") and Defendant Teachscape, Inc. ("Defendant" or "Teachscape"), by and through their
4  respective counsel, hereby stipulate and agree to the following:
5  The hearings on Plaintiffs' motion for protective order and motion to compel initial
6  disclosures, currently set for January 2, 2008, are continued to January 9, 2008. Teachscape shall
7  file and serve its oppositions, if any, to the motions on or before December 12, 2007. Plaintiffs shall
8  file and serve their reply briefs in support of the motions, if any, on or before December 19, 2007.
9  No previous continuances of the hearings on Plaintiffs' motions has been sought by the
10 parties nor any oppositions to the motions filed.

11 DATED: December 5, 2007                SONNENSCHEIN NATH & ROSENTHAL LLP

13                                        By:_____/S/_____
14                                            GAYLE M. ATHANACIO

15                                        Attorneys for Defendant
                                          TEACHSCAPE, INC.

17 DATED: December 5, 2007                HELLER EHRMAN LLP

19                                        By:_____/S/_____
20                                            ANNETTE L. HURST

21                                        Attorneys for Plaintiffs
                                          CANTER & ASSOCIATES, LLC, and
22                                        LAUREATE EDUCATION, INC.

23                                        ATTESTATION CLAUSE

24 I attest under penalty of perjury that the concurrence in the filing of this document has been
25 obtained from its signatories.

26                                        By:_____/S/_____
27                                            GAYLE M. ATHANACIO

-1-

STIPULATED NOTICE OF CONTINUANCE OF
HEARING ON PLAINTIFFS' MOTIONS
CASE NO. C 07-03225 RS

## DECLARATION OF GAYLE M. ATHANACIO

I, Gayle M. Athanacio, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Teachscape, Inc. ("Teachscape"). I make this declaration in support of within Stipulated Notice and [Proposed] Order of Continuance of Hearings on Plaintiffs' Motions for Protective Order and to Compel Initial Disclosure. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2. Plaintiffs initially noticed the hearings on their motion for initial disclosures and motion for protective order for December 26, 2007 and January 2, 2008, respectively. The court thereafter continued the motion to compel initial disclosures to January 2, 2008. I notified counsel for Plaintiffs that January 2, 2008 presented a scheduling conflict for me. The parties thereafter agreed to continue both hearings to January 9, 2008 as a date mutually convenient to the parties.

3. The requested continuance of the hearing will not impact the schedule for this case.

By: _____/S/_____
GAYLE M. ATHANACIO

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and Local Rules 6-2 and 7-7, the hearings on Plaintiffs' motion to compel initial disclosures and motion for protective order are hereby continued to January 9, 2008, at 9:30 a.m.

Defendants' oppositions to Plaintiffs' motions shall be filed and served on or before December 12, 2007. Plaintiffs' replies shall be filed and served on or before December 19, 2007.

IT IS SO ORDERED.

_____
Honorable Richard Seeborg

27284537