1  ANNETTE L. HURST (State Bar No. 148738)
   DANIEL N. KASSABIAN (State Bar No. 215249)
2  ELENA M. DIMUZIO (State Bar No. 239953)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, California 94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  E-mail:    Annette.Hurst@HellerEhrman.com
              Daniel.Kassabian@HellerEhrman.com
6             Elena.DiMuzio@HellerEhrman.com

7  Attorneys for Plaintiffs
   CANTER & ASSOCIATES, LLC and
8  LAUREATE EDUCATION, INC.

9
   CHRISTINE LEPERA (admitted *pro hac vice*)
10 GAYLE M. ATHANACIO (State Bar No. 130068)
   SONNENCHEIN NATH & ROSENTHAL LLP
11 525 Market Street, 26th Floor
   San Francisco, California 94105-2708
12 Telephone: +1.415.882.5000
   Facsimile: +1.415.882.0300
13 E-mail:    CLepera@Sonnenschein.com
              GAthanacio@Sonnenschein.com
14
   Attorneys for Defendant
15 TEACHSCAPE, INC.

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        SAN JOSE DIVISION

| | |
|---|---|
| 19  CANTER & ASSOCIATES, LLC and<br>20  LAUREATE EDUCATION, INC.,<br>21                             Plaintiffs,<br>22       v.<br>23  TEACHSCAPE, INC.,<br>24<br>25                             Defendant. | Case No. C 07-3225 RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR<br>PROCESS** |

26

27

28

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5: The parties agree to participate in the following ADR process: **Mediation** (ADR L.R. 6)

For the reasons set forth in the Joint Case Management Statement, the parties request no deadline for the ADR session be set at this time.

Respectfully submitted,

Dated: December 12, 2007        HELLER EHRMAN LLP

By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiffs
CANTER AND ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

Dated: December 12, 2007        SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/ GAYLE M. ATHANACIO_____
Attorneys for Defendant
TEACHSCAPE, INC.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE