1  ANNETTE L. HURST (State Bar No. 148738)
   DANIEL N. KASSABIAN (State Bar No. 215249)
2  ELENA M. DIMUZIO (State Bar No. 239953)
   HELLER EHRMAN LLP
3  333 Bush Street                                    *E-FILED 12/13/07*
   San Francisco, California  94104-2878
4  Telephone:  +1.415.772.6000
   Facsimile:   +1.415.772.6268
5  E-mail:       Annette.Hurst@HellerEhrman.com
                 Daniel.Kassabian@HellerEhrman.com
6                Elena.DiMuzio@HellerEhrman.com

7  Attorneys for Plaintiffs
   CANTER & ASSOCIATES, LLC and
8  LAUREATE EDUCATION, INC.

9
   CHRISTINE LEPERA (admitted *pro hac vice*)
10 GAYLE M. ATHANACIO (State Bar No. 130068)
   SONNENCHEIN NATH & ROSENTHAL LLP
11 525 Market Street, 26th Floor
   San Francisco, California  94105-2708
12 Telephone:  +1.415.882.5000
   Facsimile:   +1.415.882.0300
13 E-mail:       CLepera@Sonnenschein.com
                 GAthanacio@Sonnenschein.com
14
   Attorneys for Defendant
15 TEACHSCAPE, INC.

16                     UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            SAN JOSE DIVISION

19 | CANTER & ASSOCIATES, LLC and          | Case No. C 07-3225 RS
20 | LAUREATE EDUCATION, INC.,             |
                                           | **STIPULATION AND [~~PROPOSED~~]**
21 |                          Plaintiffs,  | **ORDER SELECTING ADR**
                                           | **PROCESS**
22 |       v.                              |
23 | TEACHSCAPE, INC.,                     |
24 |                                       |
   |                          Defendant.   |
25 |                                       |

Heller
Ehrman LLP

STIPULATION AND ORDER SELECTING ADR PROCESS                  Case No. C 07-3225 RS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

The parties agree to participate in the following ADR process: **Mediation** (ADR L.R. 6)

For the reasons set forth in the Joint Case Management Statement, the parties request no deadline for the ADR session be set at this time.

Respectfully submitted,

Dated: December 12, 2007    HELLER EHRMAN LLP

By  /s/ DANIEL N. KASSABIAN
Attorneys for Plaintiffs
CANTER AND ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

Dated: December 12, 2007    SONNENSCHEIN NATH & ROSENTHAL LLP

By  /s/ GAYLE M. ATHANACIO
Attorneys for Defendant
TEACHSCAPE, INC.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2007

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE