ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

December 14, 2007

Daniel N. Kassabian
Annette L. Hurst
Elena Maria DiMuzio
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
415-772-6000

Gayle M. Athanacio
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, CA 94105
415-882-5000

Re:   Canter & Associates, LLC v. Teachscape, Inc.
      Case No. C 07-03225 RS MED

Dear Counsel:

   The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation referral. We would like to schedule this for **Wednesday, January 2, 2008 at 9:30 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

   Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator