ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

December 17, 2007

Daniel N. Kassabian
Annette L. Hurst
Elena Maria DiMuzio
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
415-772-6000

Gayle M. Athanacio
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, CA 94105
415-882-5000

Re: Canter & Associates, LLC v. Teachscape, Inc.
<u>Case No. C 07-03225 RS MED</u>

Dear Counsel:

This will confirm a telephone conversation with Mr. Kassabian today wherein, he confirmed that all counsel are available on **Monday, January 14, 2008 at 3:30 p.m.** to reschedule the ADR Phone Conference. Therefore, the ADR Program will initiate the call to all participants at 3:30 p.m. on January 14th.

Please contact me if you have any questions. Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator