ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:     Annette.Hurst@HellerEhrman.com
            Daniel.Kassabian@HellerEhrman.com
            Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07-3225 RS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE AMENDED COMPLAINT** <br><br> Judge:  The Honorable Richard Seeborg |

Heller
Ehrman LLP

Having considered Plaintiffs Canter & Associates, LLC's and Laureate Education, Inc.'s Administrative Motion To Change Time To File Amended Complaint, and the papers submitted in connection therewith, the Court ORDERS that:

1. Plaintiffs' administration motion to compel is GRANTED; and
2. Plaintiffs shall file and serve the amended complaint by noon on January 22, 2008.

IT IS SO ORDERED.

Dated:

The Honorable Richard Seeborg
UNITED STATES MAGISTRATE JUDGE