1  ANNETTE L. HURST (State Bar No. 148738)
2  DANIEL N. KASSABIAN (State Bar No. 215249)
   ELENA M. DIMUZIO (State Bar No. 239953)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, California 94104-2878
5  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
6  E-mail:   Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
7            Elena.DiMuzio@HellerEhrman.com
8
   Attorneys for Plaintiffs
9  CANTER & ASSOCIATES, LLC and
   LAUREATE EDUCATION, INC.
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14 | CANTER & ASSOCIATES, LLC and | Case No. C 07-3225 RS
15 | LAUREATE EDUCATION, INC.,    |
                                  | **PROOF OF SERVICE BY HAND**
16 |                  Plaintiffs, | **DELIVERY**
17 |     v.                       |
18 |                              |
   | TEACHSCAPE, INC.,            |
19 |                              |
20 |                  Defendant.  |

Heller
Ehrman LLP

PROOF OF SERVICE BY HAND DELIVERY                Case No. C 07-3225 RS

I, Emi Brown of First Legal, declare as follows:

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to this action. My business address is 333 Bush Street, San Francisco, CA 94104.

On December 20, 2007, I personally served the following:

**PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE AMENDED COMPLAINT; DECLARATION OF DANIEL N. KASSABIAN;**

**PROPOSED ORDER GRANTING ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE AMENDED COMPLAINT**

in the above-captioned action by hand delivering a true copy thereof to the following addressee:

Gayle Athanacio, Esq.
Sonnenschein Nath & Rosenthal
525 Market Street, 26th Floor
San Francisco, CA   94105
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0380

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on December 21, 2007 at San Francisco, California.

Heller Ehrman LLP

PROOF OF SERVICE BY HAND DELIVERY                           Case No. C 07-3225 RS