**\*E-FILED 12/21/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, et al., | NO. C 07-3225 RS |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| TEACHSCAPE, INC., | |
| Defendant. | |

Good cause appearing, it is hereby ordered that plaintiff's time to file an amended complaint herein be extended to and through January 22, 2008. Pursuant to Civil Local Rule 7-1 (b), the Court finds the two discovery motions presently set for January 9, 2008 to be suitable for disposition without oral argument. The Case Management Conference presently scheduled for January 9, 2008, is hereby continued to February 20, 2008, at 2:30 p.m.

IT IS SO ORDERED.

Dated: December 21, 2007

RICHARD SEEBORG
United States Magistrate Judge

SCHEDULING ORDER
C 07-3225 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Gayle M. Athanacio    gathanacio@sonnenschein.com, clepera@sonnenschein.com, hkalay@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio    Elena.DiMuzio@hellerehrman.com

Annette L. Hurst    annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

Daniel N. Kassabian    daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 12/21/07**                    **Richard W. Wieking, Clerk**

                            **By:    Chambers**

SCHEDULING ORDER
C 07-3225 RS

2