GAYLE M. ATHANACIO (State Bar No. 130068)
CHRISTINE LEPERA (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: gathanacio@sonnenschein.com
Email: clepera@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07 3225 RS <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE COMPLAINT** <br><br> Judge: The Honorable Richard Seeborg |

Having considered all papers submitted in connection with Plaintiffs' Administrative Motion to Change Time to File Amended Complaint, the Court ORDERS that:

1. Plaintiffs' Motion be denied.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE
MOTION TO CHANGE TIME TO FILE AMENDED COMPLAINT
CASE NO. C 07-03225 RS

1  Having considered all papers submitted in connection with Plaintiffs' Administrative Motion to Change Time to File Amended Complaint, the Court ORDERS that:

  1. Plaintiffs shall have until January ____, 2008 in which to file any amended complaint.

  2. The hearings on Plaintiffs' Motion to Compel Initial Disclosures and Motion for Protective Order, as well as the Case Management Conference in this action, are hereby continued to _____, 2008.

IT IS SO ORDERED.

DATED:

_____
The Honorable Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

27286270

2

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE
MOTION TO CHANGE TIME TO FILE AMENDED COMPLAINT
CASE NO. C 07-03225 RS