GAYLE M. ATHANACIO (State Bar No. 130068)
CHRISTINE LEPERA (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: gathanacio@sonnenschein.com
Email: clepera@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, LLC, and LAUREATE EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TEACHSCAPE, INC., <br><br> Defendant. | Case No. C 07 3225 RS <br><br> **DEFENDANT TEACHSCAPE, INC.'S ADR CERTIFICATION** |

Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Respectfully submitted,

DATED: December 18, 2007            TEACHSCAPE, INC.

By: _____
MARK ATKINSON
Chief Executive Officer

DATED: December __, 2007            SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
GAYLE M. ATHANACIO

Attorneys for Defendant
TEACHSCAPE, INC.

27285962

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

DEFENDANT TEACHSCAPE, INC.'S
ADR CERTIFICATION
CASE NO. C 07-03225 RS