# EXHIBIT D

GAYLE M. ATHANACIO (SBN 130068)
CHRISTINE LEPERA (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail:    gathanacio@sonnenschein.com
           clepera@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

**RECEIVED**

NOV 1 6 2007

**HELLER EHRMAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC.,<br><br>       Plaintiffs,<br><br>    v.<br><br>TEACHSCAPE, INC.,<br><br>       Defendant. | Case No. C 07-3225 RS<br><br>**DEFENDANT TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-80)** |

**PROPOUNDING PARTIES:**    **PLAINTIFF CANTER & ASSOCIATES, LLC and PLAINTIFF LAUREATE EDUCATION, INC.**

**RESPONDING PARTY:**    **DEFENDANT TEACHSCAPE, INC.**

**SET NUMBER:**    **One (1)**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Teachscape, Inc. ("Teachscape") makes the following objections and responses to Plaintiffs Canter & Associates, LLC and Laureate Education's (collectively, "Plaintiffs") First Set Of Requests For Production Of Documents And Things ("Requests") served on it in the above-captioned matter:

## GENERAL STATEMENT AND OBJECTIONS

Teachscape's Motion To Dismiss, which, among other things, notes the vagueness of the

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

2

**REQUEST NO. 1:**

3

Final versions and the earliest available drafts of documents and things intended to be,

4

actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as

5

Leader" course, such as course websites, DVDs, videos, video media files, CDs, audio media

6

files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course

7

outlines, and grading keys.

8

**RESPONSE TO REQUEST NO. 1:**

9

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

10

and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

11

"intended to be," and "made available." Teachscape further objects to this request on the ground

12

that it calls for the production of confidential, proprietary and/or trade secret information of

13

Teachscape, and Teachscape will not produce any such information absent entry of an

14

appropriate protective order. Teachscape also objects to this request to the extent that it calls for

15

the production of non-party(ies)' confidential, proprietary and/or trade secret information.

16

Teachscape further objects to this request to the extent that it calls for the production of

17

documents neither relevant to the subject matter of the pending action nor reasonably calculated

18

to lead to the discovery of admissible evidence. Teachscape further objects to this request to the

19

extent that it calls for the production of documents that are not in the possession, custody or

20

control of Teachscape. Teachscape further objects to this request to the extent that it calls for

21

the production of documents that are publicly available to Plaintiffs. Teachscape further objects

22

to this request on the ground and to the extent that it is duplicative of other requests contained

23

herein.

24

Subject to and without waiving the foregoing specific and general objections set forth

25

above, Teachscape responds as follows:

26

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

27

responsive, non-privileged documents at a mutually convenient time and place upon entry of an

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-5-

1   appropriate protective order.

2   **REQUEST NO. 2:**

3       Final versions and the earliest available drafts of documents and things intended to be,

4   actually sent to, or made available to students or teachers relating to Teachscape's

5   "Understanding Teaching and Learning" course, such as course websites, DVDs, videos, video

6   media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

7   course log-ins, quizzes, tests, course outlines, and grading keys.

8   **RESPONSE TO REQUEST NO. 2:**

9       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

10  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

11  "intended to be," and "made available." Teachscape further objects to this request on the

12  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

13  to this request on the ground that it calls for the production of confidential, proprietary and/or

14  trade secret information of Teachscape, and Teachscape will not produce any such information

15  absent entry of an appropriate protective order. Teachscape also objects to this request to the

16  extent that it calls for the production of non-party(ies)' confidential, proprietary and/or trade

17  secret information. Teachscape further objects to this request to the extent that it calls for the

18  production of documents neither relevant to the subject matter of the pending action nor

19  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

20  objects to this request to the extent that it calls for the production of documents that are not in

21  the possession, custody or control of Teachscape. Teachscape further objects to this request to

22  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

23  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

24  other requests contained herein.

25      Subject to and without waiving the foregoing specific and general objections set forth

26  above, Teachscape responds as follows:

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 3:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Instructional Design; Effective Assessment" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 3:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  above, Teachscape responds as follows:

2      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

3  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

4  appropriate protective order.

5  **REQUEST NO. 4:**

6      Final versions and the earliest available drafts of documents and things intended to be,

7  actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as

8  Researcher" course, such as course websites, DVDs, videos, video media files, CDs, audio

9  media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests,

10 course outlines, and grading keys.

11 **RESPONSE TO REQUEST NO. 4:**

12     Teachscape objects to this request on the grounds that it is generally vague and ambiguous

13 and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

14 "intended to be," and "made available." Teachscape further objects to this request on the

15 grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

16 to this request on the ground that it calls for the production of confidential, proprietary and/or

17 trade secret information of Teachscape, and Teachscape will not produce any such information

18 absent entry of an appropriate protective order. Teachscape also objects to this request to the

19 extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

20 information. Teachscape further objects to this request to the extent that it calls for the

21 production of documents neither relevant to the subject matter of the pending action nor

22 reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

23 objects to this request to the extent that it calls for the production of documents that are not in

24 the possession, custody or control of Teachscape. Teachscape further objects to this request to

25 the extent it calls for the production of documents that are publicly available to Plaintiffs.

26 Teachscape further objects to this request on the ground and to the extent that it is duplicative of

27 other requests contained herein.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 5:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Meeting the Needs of All Students" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 5:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of

-9-

1    other requests contained herein.

2        Subject to and without waiving the foregoing specific and general objections set forth

3    above, Teachscape responds as follows:

4        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

5    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

6    appropriate protective order.

7    **REQUEST NO. 6:**

8        Final versions and the earliest available drafts of documents and things intended to be,

9    actually sent to, or made available to students or teachers relating to Teachscape's "Foundations

10   of Reading and Literacy" course, such as course websites, DVDs, videos, video media files,

11   CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins,

12   quizzes, tests, course outlines, and grading keys.

13   **RESPONSE TO REQUEST NO. 6:**

14       Teachscape objects to this request on the grounds that it is generally vague and ambiguous

15   and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

16   "intended to be," and "made available." Teachscape further objects to this request on the

17   grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

18   to this request on the ground that it calls for the production of confidential, proprietary and/or

19   trade secret information of Teachscape, and Teachscape will not produce any such information

20   absent entry of an appropriate protective order. Teachscape also objects to this request to the

21   extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

22   information. Teachscape further objects to this request to the extent that it calls for the

23   production of documents neither relevant to the subject matter of the pending action nor

24   reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

25   objects to this request to the extent that it calls for the production of documents that are not in

26   the possession, custody or control of Teachscape. Teachscape further objects to this request to

27   the extent that it calls for the production of documents that are publicly available to Plaintiffs.

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-10-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

2  other requests contained herein.

3      Subject to and without waiving the foregoing specific and general objections set forth

4  above, Teachscape responds as follows:

5      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

6  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

7  appropriate protective order.

8  **REQUEST NO. 7:**

9      Final versions and the earliest available drafts of documents and things intended to be,

10  actually sent to, or made available to students or teachers relating to Teachscape's "Assessment

11  & Intervention for Struggling Readers" course, such as course websites, DVDs, videos, video

12  media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

13  course log-ins, quizzes, tests, course outlines, and grading keys.

14  **RESPONSE TO REQUEST NO. 7:**

15      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

16  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

17  "intended to be," and "made available." Teachscape further objects to this request on the

18  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

19  to this request on the ground that it calls for the production of confidential, proprietary and/or

20  trade secret information of Teachscape, and Teachscape will not produce any such information

21  absent entry of an appropriate protective order. Teachscape also objects to this request to the

22  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

23  information. Teachscape further objects to this request to the extent that it calls for the

24  production of documents neither relevant to the subject matter of the pending action nor

25  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

26  objects to this request to the extent it calls for the production of documents that are not in

27  the possession, custody or control of Teachscape. Teachscape further objects to this request to

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-11-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION
OF DOCUMENTS AND THINGS**

the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 8:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Reading in the Content Areas" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 8:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-12-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 9:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 9:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

2  objects to this request to the extent that it calls for the production of documents that are not in

3  the possession, custody or control of Teachscape. Teachscape further objects to this request to

4  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

5  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

6  other requests contained herein.

7      Subject to and without waiving the foregoing specific and general objections set forth

8  above, Teachscape responds as follows:

9      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

10  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

11  appropriate protective order.

12  **REQUEST NO. 10:**

13      Final versions and the earliest available drafts of documents and things intended to be,

14  actually sent to, or made available to students or teachers relating to Teachscape's "Master in

15  Education in Reading & Literacy, K-6" degree program advertised in or around September

16  2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi,

17  course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and

18  grading keys.

19  **RESPONSE TO REQUEST NO. 10:**

20      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

21  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

22  "intended to be," "made available" and "advertised." Teachscape also objects to this request to

23  the extent it calls for speculation and lacks foundation. Teachscape further objects to this

24  request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape

25  further objects to this request to the extent it calls for the production of confidential, proprietary

26  and/or trade secret information of Teachscape, and Teachscape will not produce any such

27  information absent entry of an appropriate protective order. Teachscape objects to this request

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-14-
**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape additionally objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 11:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Problem Solving and Number & Operations, Grades K-5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 11:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

1  absent entry of an appropriate protective order. Teachscape also objects to this request to the

2  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

3  information. Teachscape further objects to this request to the extent that it calls for the

4  production of documents neither relevant to the subject matter of the pending action nor

5  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

6  objects to this request to the extent that it calls for the production of documents that are not in

7  the possession, custody or control of Teachscape. Teachscape further objects to this request to

8  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

9  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

10  other requests contained herein.

11      Subject to and without waiving the foregoing specific and general objections set forth

12  above, Teachscape responds as follows:

13      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

14  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

15  appropriate protective order.

16  **REQUEST NO. 12:**

17      Final versions and the earliest available drafts of documents and things intended to be,

18  actually sent to, or made available to students or teachers relating to Teachscape's "Problem

19  Solving and Number & Operations, Grades 6-8" course, such as course websites, DVDs, videos,

20  video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

21  course log-ins, quizzes, tests, course outlines, and grading keys.

22  **RESPONSE TO REQUEST NO. 12:**

23      Teachscape objects to this request on the grounds that it is generally vague and ambiguous

24  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

25  "intended to be," and "made available." Teachscape further objects to this request on the

26  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

27  to this request on the ground that it calls for the production of confidential, proprietary and/or

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 13:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Measurement and Geometry, Grades K-5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 13:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    to this request on the ground that it calls for the production of confidential, proprietary and/or

2    trade secret information of Teachscape, and Teachscape will not produce any such information

3    absent entry of an appropriate protective order. Teachscape also objects to this request to the

4    extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

5    information. Teachscape further objects to this request to the extent that it calls for the

6    production of documents neither relevant to the subject matter of the pending action nor

7    reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

8    objects to this request to the extent that it calls for the production of documents that are not in

9    the possession, custody or control of Teachscape. Teachscape further objects to this request to

10    the extent that it calls for the production of documents that are publicly available to Plaintiffs.

11    Teachscape further objects to this request on the ground and to the extent that it is duplicative of

12    other requests contained herein.

13        Subject to and without waiving the foregoing specific and general objections set forth

14    above, Teachscape responds as follows:

15        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

16    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

17    appropriate protective order.

18    **REQUEST NO. 14:**

19        Final versions and the earliest available drafts of documents and things intended to be,

20    actually sent to, or made available to students or teachers relating to Teachscape's

21    "Measurement and Geometry, Grades 6-8" course, such as course websites, DVDs, videos,

22    video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

23    course log-ins, quizzes, tests, course outlines, and grading keys.

24    **RESPONSE TO REQUEST NO. 14:**

25        Teachscape objects to this request on the grounds that it is generally vague and ambiguous

26    and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

27    "intended to be," and "made available." Teachscape further objects to this request on the

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 15:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades K-5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 15:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

"intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 16:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades 6-8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 16:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1  and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

2  "intended to be," and "made available." Teachscape further objects to this request on the

3  grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects

4  to this request on the ground that it calls for the production of confidential, proprietary and/or

5  trade secret information of Teachscape, and Teachscape will not produce any such information

6  absent entry of an appropriate protective order. Teachscape also objects to this request to the

7  extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret

8  information. Teachscape further objects to this request to the extent that it calls for the

9  production of documents neither relevant to the subject matter of the pending action nor

10  reasonably calculated to lead to the discovery of admissible evidence. Teachscape further

11  objects to this request to the extent that it calls for the production of documents that are not in

12  the possession, custody or control of Teachscape. Teachscape further objects to this request to

13  the extent that it calls for the production of documents that are publicly available to Plaintiffs.

14  Teachscape further objects to this request on the ground and to the extent that it is duplicative of

15  other requests contained herein.

16      Subject to and without waiving the foregoing specific and general objections set forth

17  above, Teachscape responds as follows:

18      Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

19  responsive, non-privileged documents at a mutually convenient time and place upon entry of an

20  appropriate protective order.

21  **REQUEST NO. 17:**

22      Final versions and the earliest available drafts of documents and things intended to be,

23  actually sent to, or made available to students or teachers relating to Teachscape's "Data

24  Analysis and Probability, Grades K-5" course, such as course websites, DVDs, videos, video

25  media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts,

26  course log-ins, quizzes, tests, course outlines, and grading keys.

27  **RESPONSE TO REQUEST NO. 17:**

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 18:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Data Analysis and Probability, Grades 6-8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**RESPONSE TO REQUEST NO. 18:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request to the extent it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 19:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio

-23-

media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 19:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

1

**REQUEST NO. 20:**

2

Final versions and the earliest available drafts of documents and things intended to be,

3

actually sent to, or made available to students or teachers relating to Teachscape's "Master in

4

Education in Mathematics, Grades K-5" degree program advertised in or around September

5

2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi,

6

course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and

7

grading keys.

8

**RESPONSE TO REQUEST NO. 20:**

9

Teachscape objects to this request on the grounds that it is generally vague and ambiguous

10

and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts,"

11

"intended to be," "made available" and "advertised." Teachscape also objects to this request to

12

the extent it calls for speculation and lacks foundation. Teachscape further objects to this

13

request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape

14

further objects to this request to the extent it calls for the production of confidential, proprietary

15

and/or trade secret information of Teachscape, and Teachscape will not produce any such

16

information absent entry of an appropriate protective order. Teachscape objects to this request

17

on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or

18

trade secret information. Teachscape further objects to this request on the ground that it calls for

19

the production of documents neither relevant to the subject matter of the pending action nor

20

reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects

21

to this request to the extent that it calls for the production of documents that are not in the

22

possession, custody or control of Teachscape. Teachscape additionally objects to this request to

23

the extent that it calls for the production of documents that are publicly available to Plaintiffs.

24

Teachscape further objects to this request on the ground and to the extent that it is duplicative of

25

other requests contained herein.

26

Subject to and without waiving the foregoing specific and general objections set forth

27

above, Teachscape responds as follows:

28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 21:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Mathematics, Grades 6-8" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 21:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," and "made available." Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request on the ground that it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape also objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request to the extent that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape further objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape further objects to this request to the extent that it calls for the production of documents that are publicly available to Plaintiffs. Teachscape further objects to this request on the ground and to the extent that it is duplicative of other requests contained herein.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-26-

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Subject to and without waiving the foregoing specific and general objections set forth above, Teachscape responds as follows:

Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce responsive, non-privileged documents at a mutually convenient time and place upon entry of an appropriate protective order.

**REQUEST NO. 22:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Education in Mathematics, Grades 6-8" degree program advertised in or around September 2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**RESPONSE TO REQUEST NO. 22:**

Teachscape objects to this request on the grounds that it is generally vague and ambiguous and specifically vague and ambiguous as to the words and phrases "earliest available," "drafts," "intended to be," "made available" and "advertised." Teachscape also objects to this request to the extent it calls for speculation and lacks foundation. Teachscape further objects to this request on the grounds that it is overly broad, unduly burdensome and oppressive. Teachscape further objects to this request to the extent it calls for the production of confidential, proprietary and/or trade secret information of Teachscape, and Teachscape will not produce any such information absent entry of an appropriate protective order. Teachscape objects to this request on the ground that it calls for the production of non-party(ies)' confidential, proprietary and/or trade secret information. Teachscape further objects to this request on the ground that it calls for the production of documents neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence. Teachscape also objects to this request to the extent that it calls for the production of documents that are not in the possession, custody or control of Teachscape. Teachscape additionally objects to this request to

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    responsive, non-privileged documents at a mutually convenient time and place upon entry of an

2    appropriate protective order.

3    **REQUEST NO. 80:**

4         All documents and things relating to Teachscape's document retention or destruction

5    policies from 2002 to the present.

6    **RESPONSE TO REQUEST NO. 80:**

7         Teachscape objects to this request on the grounds that it is generally vague and ambiguous

8    and specifically vague and ambiguous as to the phrases "document retention" and "destruction

9    policies." Teachscape further objects to this request to the extent it calls for the production of

10   documents protected by the attorney-client privilege, work product doctrine or other applicable

11   privilege or protection. Teachscape further objects to this request on the ground that it calls for

12   the production of confidential and proprietary information of Teachscape, and Teachscape will

13   not produce such information absent entry of an appropriate protective order. Teachscape

14   further objects to this request on the ground that it calls for the production of documents neither

15   relevant to the subject matter of the pending action nor reasonably calculated to lead to the

16   discovery of admissible evidence.

17        Subject to and without waiving the foregoing specific and general objections set forth

18   above, Teachscape responds as follows:

19        Should the Court deny Teachscape's Motion To Dismiss, Teachscape will produce

20   responsive, non-privileged documents at a mutually convenient time and place upon entry of an

21   appropriate protective order.

22   Dated: November 14, 2007               SONNENSCHEIN NATH & ROSENTHAL LLP

23

24

25                                          By _____
                                                 GAYLE M. ATHANACIO
26

27                                          Attorneys for Defendant
                                            TEACHSCAPE, INC.
28

**TEACHSCAPE, INC.'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**