# EXHIBIT H

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6

The 10 courses for this degree program are:

**Teacher as Leader**

As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.

**Sample Course Objectives**
Participants will:

- Articulate a personal vision and philosophy of teacher leadership
- Utilize skills for self-assessment as effective practitioners of pedagogical, curricular, and technological expertise through reflective practice
- Collaborate productively and positively within a professional learning community to be more effective practitioners
- Use their communication skills to build a positive climate in schools and a sense of community

**Understanding Teaching and Learning**
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

**Sample Course Objectives**
Participants will:

- Learn to make intelligent decisions about effective teaching strategies
- Develop a critical perspective on learning and cognition regarding educational equity for all students in matters of gender, ethnicity, and culture
- Apply learning theory to instructional practices
- Strengthen their commitment to student learning and achievement

**Instructional Design**
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

**Sample Course Objectives**
Participants will:

- Examine the three stages of the Understanding by Design (UbD) model

- Compare and contrast the UbD framework with the one they are currently using
- Support the meaningful context of a lesson by identifying the "essential questions" students will focus on
- Complete a unit plan that incorporates all three stages of the UbD framework

**Effective Assessment**

Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Sample Course Objectives**
Participants will:

- Identify and define different assessment methods according to three categories: Assessment of Learning, Assessment for Learning, and Assessment as Learning
- Examine different grading systems and apply one that best communicates student progress and achievement to others
- Analyze multiple sources of data to identify patterns in student learning and knowledge
- Draw conclusions, and change or modify teaching practices, based upon assessment data

**Teacher as Researcher**

This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Sample Course Objectives**
Participants will:

- Examine the theoretical foundations of action research and develop an action research plan
- Compare and contrast qualitative and quantitative data collection techniques
- Analyze and interpret data according to proven processes
- Share and critique action research projects

**Meeting the Needs of All Students**

This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Sample Course Objectives**
Participants will:

- Explain and demonstrate what it means to teach responsively
- Deepen understanding of student variance, and apply strategies to support cognitive impairments, difficulties attending to task, learning disabilities, English language learners, above-average abilities, and students who are at risk of failure
- Identify, examine, and apply the nine attitudes and skills of teaching that help all learners
- Employ classroom management techniques that allow for flexible instruction and support responsive teaching

**Foundations of Reading and Literacy**
This course provides teachers with a comprehensive knowledge base in the reading process and facility with the most effective instructional and assessment techniques. Based on research from the National Reading Panel and consultation with internationally recognized reading specialists, this course enables participants to identify effective theories and principles for teaching reading in the five major components of the reading process—literacy, phonemic awareness and phonics, fluency, vocabulary, and comprehension—and to apply the most effective instructional plans, methods, and resources in their practice. In addition, the course focuses on methods for assessing reading progress in individuals and groups, and ideas for differentiating instruction for diverse learners.

**Sample Course Objectives**
Participants will:

- Examine issues related to motivating students to read, and create physical spaces that support reading and writing and critical thinking
- Explore the research foundation and instructional implications of the five areas of reading instruction identified by the National Reading Panel as key to reading success
- Examine elements of effective teaching and learning as they come together in one instructional sequence, and focus on how to improve their instructional techniques
- Plan instructional strategies and techniques based on students' needs, teach while checking for understanding, and reflect based on evidence of student achievement

**Assessment & Intervention for Struggling Readers**
This course focuses on the particular needs of elementary-aged children who struggle to read, but it also stresses the needs of struggling readers of all ages. Participants will study the research base that explains the common causes for reading difficulties. They will apply research-based instructional strategies to help students increase their reading fluency and comprehension. Participants will also develop an intervention plan to help all their students meet grade-level standards.

**Sample Course Objectives**
Participants will:

- Define and describe the characteristics of a struggling reader
- Identify and diagnose a particular struggling reader and his/her needs
- Implement research-based instructional strategies specific to the needs of struggling readers
- Develop an intervention plan that aims at increasing the achievement of all students, including struggling readers

**Reading in the Content Areas**
This course focuses on ways to integrate effective reading strategies into all subject areas of the curriculum. Participants learn strategies for supporting the comprehension of nonfiction texts and the development of content-area vocabulary, as well as motivational techniques for reluctant learners.

**Sample Course Objectives**
Participants will:

- Employ effective instructional strategies to engage all learners in the reading of informational texts
- Develop subject-area vocabulary that aides in the comprehension of content-specific material
- Utilize strategies that help students make connections to prior learning
- Support the engagement and learning of struggling readers

**The Reading and Writing Connection**
This course focuses on the writing process and its role in literacy development. As students become fluent readers, they need to balance their literacy time with various types of writing. Participants apply research-based instructional strategies to integrate writing into all subject areas. Specific techniques such as mini-lessons, error analysis, conferencing, and using portfolios are addressed. Each step of the writing process is examined as participants design units of study for their teaching practice.

**Sample Course Objectives**

Participants will:

- Identify, define, and explain all stages of the writing process
- Create learning experiences in which students respond to literature before, during, and after reading
- Employ the use of writing portfolios to measure the growth of writing ability over time
- Examine ways to support the independence of reading and writing in the classroom

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221     p: (313) 927-1200     e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

## Programs

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Mathematics, Grades 6–8

The 10 courses for this degree program are:

### Teacher as Leader
As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
<u>View Sample Course ></u>

### Understanding Teaching and Learning
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

### Instructional Design
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

### Effective Assessment
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

### Teacher as Researcher
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

### Meeting the Needs of All Students
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades 6–8**
Learn to engage students in relevant problem solving that helps to deepen mathematical understanding of keys concepts such as fractions, decimals, percents, place value, and number theory.

**Measurement and Geometry, Grades 6–8**
Explore geometric attributes of length, area, and volume, and apply informal deduction skills to solve real-world problems. As your mathematical content knowledge deepens, you will be able support the learning of your students more effectively.

**Algebra, Grades 6–8**
Algebra is more than solving equations and graphing functions. Focus on key algebraic concepts, and engage in problem solving with real-life connections that make the learning of seemingly intangible concepts meaningful and relevant.

**Data Analysis and Probability, Grades 6–8**
Develop an in-depth understanding of the data analysis process that your students are expected to learn. This deeper understanding will, in turn, increase the effectiveness of your mathematics instruction.

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5

The 10 courses for this degree program are:

**Teacher as Leader**
As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
View Sample Course >

**Understanding Teaching and Learning**
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

**Instructional Design**
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

**Effective Assessment**
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Teacher as Researcher**
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Meeting the Needs of All Students**
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades K-5**
Develop deeper understanding of key concepts as you engage in mathematical discourse, problem solve, and share strategies.

**Measurement and Geometry, Grades K-5**
Apply effective problem-solving strategies to real-world problems, all the while deepening your understanding of mathematical concepts such as length, area, and volume; coordinate geometry; and developing geometric thinking.

**Algebra, Grades K-5**
Develop true algebraic thinking as you engage in problem solving. Deepen your understanding of patterns, functions, and algebraic symbols to help students.

**Data Analysis and Probability, Grades K-5**
Work through a real-life data analysis project that allows you to apply knowledge and skills from other mathematical strands to complete. Key concepts such as data collection, graphical representations of data, and measures of center are highlighted.

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----