1 ANNETTE L. HURST (State Bar No. 148738)
2 DANIEL N. KASSABIAN (State Bar No. 215249)
  ELENA M. DIMUZIO (State Bar No. 239953)
3 HELLER EHRMAN LLP
  333 Bush Street
4 San Francisco, California 94104-2878
5 Telephone: +1.415.772.6000
  Facsimile: +1.415.772.6268
6 E-mail: Annette.Hurst@HellerEhrman.com
         Daniel.Kassabian@HellerEhrman.com
7        Elena.DiMuzio@HellerEhrman.com
8 Attorneys for Plaintiff
9 LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEACHSCAPE, INC., a Delaware corporation<br><br>Defendant. | Case No.: C 07-3225 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LAUREATE EDUCATION, INC.'S MOTION TO COMPEL PRODUCTION OF DEFENDANT TEACHSCAPE, INC.'s COURSE MATERIALS**<br><br>Judge: The Honorable Richard Seeborg<br>Ctrm.: 4 (5th floor)<br>Date: March 12, 2008<br>Time: 9:30 a.m. |

Heller Ehrman LLP

ORDER GRANTING PL.'S MOT. TO COMPEL                                Case No. C 07-3225 RS

Having considered the papers and argument submitted in connection with Plaintiff Laureate Education Inc.'s Motion To Compel Production Of Defendant Teachscape, Inc.'s Course Materials, the Court orders as follows:

1. Plaintiff Laureate Education Inc.'s Motion To Compel Production Of Defendant Teachscape, Inc.'s Course Materials is GRANTED.

2. Within 30 days of this Order, Defendant Teachscape, Inc. shall produce all documents and things, including electronic information, responsive to Request for Production Nos. 1-9, 11-19, and 21 served by Plaintiff Laureate Education Inc. on October 15, 2007.

IT IS SO ORDERED.

Dated:

_____
RICHARD SEEBORG
United States Magistrate Judge