**\*E-FILED 2/7/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, et al., | No. C 07-03225 RS |
|     Plaintiffs, | |
|     v. | **CLERK'S NOTICE** |
| TEACHSCAPE, INC., | |
|     Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, plaintiff's motion to compel, docket [61], noticed for hearing on March 12, 2008, shall be held on **March 19, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

    This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated:  2/7/08

                                                     For the Court,
                                                     RICHARD W. WEIKING, Clerk

                                                     By:    /s/ Martha Parker Brown
                                                                     Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Gayle M. Athanacio    gathanacio@sonnenschein.com, clepera@sonnenschein.com, hkalay@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio    Elena.DiMuzio@hellerehrman.com

Annette L. Hurst    annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

Daniel N. Kassabian    daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 2/7/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California