**\*E-FILED\***
**February 8, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, et al. | No. C 07-03225 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| TEACHSCAPE, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for February 20, 2008 at 2:30 p.m. has been continued to **February 27, 2008 at 2:30 p.m.**

Dated: February 8, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Gayle M. Athanacio   gathanacio@sonnenschein.com, clepera@sonnenschein.com, hkalay@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio   Elena.DiMuzio@hellerehrman.com

Annette L. Hurst   annette.hurst@hellerehrman.com, brett.stone@hellerehrman.com, dluster@hellerehrman.com, patti.johnsen@hellerehrman.com, schilds@hellerehrman.com

Daniel N. Kassabian   daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com

**United States District Court**
For the Northern District of California

2