GAYLE M. ATHANACIO (State Bar No. 130068)
CHRISTINE LEPERA (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: gathanacio@sonnenschein.com
Email: clepera@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREATE EDUCATION, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TEACHSCAPE, INC.,<br><br>    Defendant. | Case No. C 07 3225 RS<br><br>DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF DEFENDANT TEACHSCAPE, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date: March 19, 2008<br>Time: 9:30 a.m.<br>Ctrm: 4 (5th Floor)<br>Judge: The Honorable Richard Seeborg |

DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF
DEFENDANT TEACHSCAPE, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. C07-03225 RS

1    I, Gayle M. Athanacio, declare as follows:

2    1.    I am an attorney at law duly admitted to practice before this Court and a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, counsel of record for Defendant Teachscape, Inc. ("Teachscape"). I make this declaration in support of Defendant Teachscape, Inc.'s Motion for Protective Order. I have personal knowledge of the matters set forth herein and could competently testify to them if called upon to do so.

2.    Attached hereto as Exhibit A is a true and correct copy of this Court's December 12, 2007 Order Granting Motion to Dismiss, With Leave to Amend.

3.    Attached hereto as Exhibit B is a true and correct copy of Plaintiff's First Amended Complaint for Injunctive Relief and Damages, with Exhibits A through C.

4.    Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Complaint for Injunctive Relief and Damages.

5.    Attached hereto as Exhibit D is a true and correct copy of the parties' December 12, 2007 Joint Case Management Statement.

6.    Attached hereto as Exhibit E is a true and correct copy of Plaintiff Canter & Associates, LLC's Complaint for Injunctive Relief, Restitution and Damages Arising From: (1) Misappropriation of Trade Secrets; (2) Intentional Interference with Prospective Economic Relationship; (3) Intentional Interference with Contract; (4) Untrue and Misleading Advertising; and (5) Unfair Competition, which was filed by Plaintiff in the Superior Court of the State of California, City and County of San Francisco on January 23, 2008; Demand for Jury Trial (filed January 24, 2008 in San Francisco County Superior Court), and Notice of Related Cases (filed January 24, 2008 in San Francisco County Superior Court).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 8th day of February, 2008, at San Francisco, California.

By:     /S/    
GAYLE M. ATHANACIO

-1-

DECLARATION OF GAYLE M. ATHANACIO IN SUPPORT OF
DEFENDANT TEACHSCAPE, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. C07-03225 RS