# EXHIBIT B

1  ANNETTE L. HURST (State Bar No. 148738)
   DANIEL N. KASSABIAN (State Bar No. 215249)
2  ELENA M. DIMUZIO (State Bar No. 239953)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, California 94104-2878
   Telephone: +1.415.772.6000
5  Facsimile: +1.415.772.6268
6  E-mail:   Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
7             Elena.DiMuzio@HellerEhrman.com

8  Attorneys for Plaintiff
9  LAUREATE EDUCATION, INC.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13

14  LAUREATE EDUCATION, INC.,          Case No.:  C 07-3225 RS
    a Maryland corporation,
15                                     **FIRST AMENDED COMPLAINT**
                                       **FOR INJUNCTIVE RELIEF AND**
16                        Plaintiff,   **DAMAGES**

17       v.                            **JURY DEMAND**

18  TEACHSCAPE, INC., a Delaware corporation

19                        Defendant.

20

21

22       Plaintiff Laureate Education, Inc. (hereinafter referred to as "Laureate") alleges

23  against Defendant Teachscape, Inc. ("Teachscape") as follows:

24                  **JURISDICTION AND VENUE**

25       1.    The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

26  1338 because this is an action for copyright infringement under the Copyright Act, 17

27  U.S.C. §§ 101 *et seq.*

28

Heller
Ehrman LLP

1       2.    This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332

2   because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest

3   and costs, and is between citizens of different States.

4       3.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because

5   Teachscape has its principal place of business in Northern District of California, and

6   because a substantial part of the events giving rise to the claim alleged herein occurred in

7   this judicial district.

8                  **INTRADISTRICT ASSIGNMENT**

9       4.    Because this action is an Intellectual Property Action within the meaning of

10  Civil Local Rule 3-2(c), the action is to be assigned on a district-wide basis.

11                     **THE PARTIES**

12      5.    Laureate is a corporation organized and existing under the laws of the State of

13  Maryland, with its principal place of business in Baltimore, Maryland.

14      6.    Teachscape is a corporation organized and existing under the laws of the State

15  of Delaware with its principal place of business in San Francisco, California.

16                   **CLAIM FOR RELIEF**

17      **(For Copyright Infringement Pursuant To 17 U.S.C. §§ 101 *Et Seq.*)**

18      7.    Laureate is a leader in the post-secondary education market and offers online

19  degree programs throughout the United States and internationally.  One of Laureate's main

20  focuses is on the development and marketing of distance-delivered education master's

21  degree programs and graduate courses for teachers, which it provides with its subsidiary,

22  Canter & Associates, LLC (formerly Canter & Associates, Inc. and hereinafter referred to as

23  "Canter").

24      8.    One of Laureate's and Canter's distance-delivered education master's degree

25  program offerings is their Master in the Art of Teaching ("MAT") program offered through

26  Canter's educational institution partner, Marygrove College ("Marygrove"), that dates back

27  to 1994.

28

Heller
Ehrman LLP

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND        Case No. C 07-3225 RS

9.      During its relationship with Marygrove, Canter developed a specialized master's degree program, and in particular a MAT program with a focus on Curriculum, Instruction and Assessment ("Canter's CIA Degree Program") that was offered to teachers through Marygrove.  The development of Canter's CIA Degree Program was accomplished at great cost and effort to Canter.  In addition, development and accreditation of Canter's CIA Degree Program for a Marygrove master's degree took 24 months.

10.     With funding and approval from Laureate, and pursuant to Canter's proprietary and confidential research, in the 2001 through 2004 time-frame Canter developed several specialized programs for master's degrees in various subject areas, including a specialization in Elementary Reading and Literacy, for Grades K-6 ("Laureate's Reading Degree Program"), and two specializations in Mathematics, with one for Grades K-5 and one for Grades 6-8 (collectively, "Laureate's Math Degree Programs"), in addition to Canter's CIA Degree Program, which it assigned to Laureate.  The development of Laureate's Reading and Math Degree Programs, including the creation of video and written materials for the courses in these programs, was accomplished at great cost and effort to Laureate and Canter.

11.     The distance-delivered education master's degree programs and graduate courses developed by Laureate and Canter, including Laureate's Reading and Math Degree Programs, contain wholly original material and are copyrightable subject matter under the laws of the United States.  The following copyrights (hereinafter referred to collectively as "AudioVisual and Online Course Materials"), organized by specialization specific course materials and then "core" course materials that are common to all programs, are duly owned by Laureate and were registered on April 10, 2007:

    (b)     <u>Laureate's Reading Degree Program Materials for Grades K-6</u>

        (1)     *Foundation of Reading and Literacy Development*

Title: Foundation of Reading and Literacy Development; Class: Literary Work; No. TX 6-524-266

Title: Foundations of Reading and Literacy; Class: Performing Arts; No. PA 1-367-175

Heller
Ehrman LLP

3

    (2)   *Strategies for Literacy Instruction, Part I*

        Title: *Strategies for Literacy Instruction, Part I*; Class: Literary Work; No. TX 6-524-267

        Title: *Strategies for Literacy Instruction, Part I*; Class: Performing Arts; No. PA 1-367-176

    (3)   *Strategies for Literacy Instruction, Part II*

        Title: Strategies for Literacy Instruction, Part II; Class: Literary Work; No. TX 6-524-268

        Title: Strategies for Literacy Instruction, Part II; Class: Performing Arts; No. PA 1-367-177

    (4)   *Supporting the Struggling Reader*

        Title: Supporting the Struggling Reader; Class: Literary Work; No. TX 6-524-263

        Title: Supporting the Struggling Reader; Class: Performing Arts; No. PA 1-367-178

    (5)   *Planning and Managing the Classroom Literacy Program*

        Title: Planning and Managing the Classroom Literacy Program; Class: Literary Work; No. TX 6-524-264

        Title: Planning and Managing the Classroom Literacy Program; Class: Performing Arts; No. PA 1-367-179

  (b)  <u>Laureate's Math Degree Program Materials for Grades K-5</u>

    (6)   *Elementary Mathematics: Number and Operations*

        Title: Elementary Mathematics: Number and Operations; Class: Literary Work; No. TX 6-524-262

        Title: Elementary Mathematics: Number and Operations, Grades K-5; Class: Performing Arts; No. PA 1-367-181

    (7)   *Elementary Mathematics: Geometry and Measurement*

        Title: Elementary Mathematics: Geometry and Measurement; Class: Literary Work; No. TX 6-524-260

        Title: Elementary Mathematics: Geometry and Measurement, Grades K-5; Class: Performing Arts; No. PA 1-367-182

    (8)   *Elementary Mathematics: Algebra*

        Title: Elementary Mathematics: Algebra; Class: Literary Work; No. TX 6-524-259

        Title: Algebra, Grades K-5; Class: Performing Arts; No. PA 1-367-183

    (9)   *Elementary Mathematics: Data Analysis and Probability*

        Title: Elementary Mathematics: Data Analysis and Probability; Class: Literary Work; No. TX 6-524-253

        Title: Elementary Mathematics: Data Analysis and Probability, Grades K-5; Class: Performing Arts; No. PA 1-367-184

Heller
Ehrman LLP

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND      Case No. C 07-3225 RS

(c)  Laureate's Math Degree Program Materials for Grades 6-8

    (10)  *Number and Operations, Grades 6-8*

        Title: Number and Operations, Grades 6-8; Class: Literary Work; No. TX 6-524-254

        Title: Number and Operations, *Grades 6-8*; Class: Performing Arts; No. PA 1-367-185

    (11)  *Geometry and Measurement, Grades 6-8*

        Title: Geometry and Measurement, Grades 6-8; Class: Literary Work; No. TX 6-524-255

        Title: Geometry and Measurement, Grades 6-8; Class: Performing Arts; No. PA 1-367-186

    (12)  *Algebra, Grades 6-8*

        Title: Algebra, Grades 6-8; Class: Literary Work; No. TX 6-524-257

        Title: Algebra, Grades 6-8; Class: Performing Arts; No. PA 1-367-187

    (13)  *Data Analysis and Probability, Grades 6-8*

        Title: Data Analysis and Probability, Grades 6-8; Class: Literary Work; No. TX 6-524-256

        Title: Data Analysis and Probability, Grades 6-8; Class: Performing Arts; No. PA 1-367-188

(d)  Core Course Materials For Laureate's Reading And Math Degree Programs

    (14)  *Teacher As Professional*

        Title: Teacher As Professional; Class: Literary Work; No. TX 6-524-269

        Title: Teacher As Professional; Class: Performing Arts; No. PA 1-367-173

    (15)  *Effective Teaching Using Learning Styles and Multiple Intelligences*

        Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Literary Work; No. TX 6-524-272

        Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Performing Arts; No. PA 1-367-172

    (16)  *Instructional Models and Strategies*

        Title: Instructional Models and Strategies; Class: Literary Work; No. TX 6-524-265

        Title: Instructional Models and Strategies; Class: Performing Arts; No. PA 1-367-174

    (17)  *Designing Curriculum, Instruction and Assessment, Part I*

        Title: Designing Curriculum, Instruction and Assessment, Part I; Class: Literary Work; No. TX 6-524-258

        Title: *Designing Curriculum, Instruction, and Assessment, Part I*; Class: Performing Arts; No. PA 1-367-790

Heller
Ehrman LLP

        (18)   *Designing Curriculum, Instruction and Assessment, Part II*

Title: Designing Curriculum, Instruction and Assessment, Part II; Class: Literary Work; No. TX 6-524-261

Title: Designing Curriculum, Instruction, and Assessment, Part Two; Class: Performing Arts; No. PA 1-367-180

        (19)   *Collaborative Action Research*

Title: Collaborative Action Research; Class: Literary Work; No. TX 6-524-270

Title: Collaborative Action Research; Class: Performing Arts; No. PA 1-367-171

        (20)   *Habits of Mind: Thinking Skills to Promote Self-Directed Learning*

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Literary Work; No. TX 6-524-271

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Performing Arts; No. PA 1-367-170

Copies of the registrations of these materials are attached hereto as Exhibit A. Teachscape does not have authorization, consent, or license to reproduce, make derivative works of, or otherwise utilize Laureate's copyrighted AudioVisual and Online Course Materials.

      12.   Starting in approximately Summer of 2004 and continuing through approximately October 2005, Teachscape hired, or contracted with, at least twelve former employees of Canter (collectively "Canter's Former Employees"), including:

      (1)   Barbara DeHart: Ms. DeHart was formerly employed by Canter from June 2001 through July 2005, most recently as a Program Specialist in Product Development. As a Program Specialist, Ms. DeHart developed course materials for Laureate's and Canter's various master's degree programs, and was very familiar these materials. More specifically, in 2005 immediately prior to departing from Canter, Ms. DeHart developed course materials, including drafting written materials, for Laureate's Math Degree Programs and the courses that are part of that program. Ms. DeHart also was very familiar with Laureate's Reading Degree Program and its contents while they were in development and were not publicly known. Upon information and belief, Ms. DeHart afterward was, and/or currently is, employed by or an independent contractor of Teachscape.

1          (2)    Brenda Pope-Ostrow:  Ms. Pope-Ostrow was formerly employed by

2    Canter from January 2001 through October 2005, most recently as a Director, Editorial

3    Services.  As a Director, Editorial Services, Ms. Pope-Ostrow developed and edited written

4    course materials for Laureate's Reading and Math Degree Programs.  Ms. Pope-Ostrow was

5    very familiar with the contents of these programs while they were in development and were

6    not publicly known.  Upon information and belief, Ms. Pope-Ostrow afterward was, and/or

7    currently is, employed by or an independent contractor of Teachscape.

8          (3)    Melissa Jaivin:  Ms. Jaivin was formerly employed by Canter from

9    December 1991 through April 2004, most recently as its Vice President, Distance Learning

10   Masters Programs.  As an executive overseeing Canter's business in distance-delivered

11   master's degree programs, Ms. Jaivin partook in critical aspects of this business.  Ms. Jaivin

12   was part of the group of Canter executives that strategized over and formulated Canter's

13   business plans in the 2001 through 2004 time-frame, which resulted in Laureate's Reading

14   and Math Degree Programs.  Thus, Ms. Jaivin was familiar with the content of these

15   programs while they were in development and were not publicly known.  Ms. Jaivin also

16   negotiated Canter's contract with Marygrove for providing master's degree programs and

17   graduate course programs.  Upon information and belief, Ms. Jaivin afterward was, and is

18   currently, employed by Teachscape as a Vice President, Higher Education.

19         (4)    Hae Young Kim:  Ms. Kim was formerly employed by Canter from

20   June 1998 through September 2004, most recently as its Vice President, Graduate Courses.

21   As an executive overseeing Canter's business in distance-delivered graduate course

22   programs, Ms. Kim also was part of the group of Canter executives that strategized over and

23   formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in

24   Laureate's Reading and Math Degree Programs.  Thus, Ms. Kim also was familiar with the

25   content of these programs while they were in development and were not publicly known.

26   Upon information and belief, Ms. Kim afterward was, and/or is currently, employed by

27   Teachscape as Vice President, Sales & Marketing, Higher Education.

28

Heller
Ehrman LLP

7

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

1        (5)    Mike Soules:  Mr. Soules was formerly employed by Canter from June

2 1998 through September 2004, most recently as its Vice President, Business Development.

3 As an executive overseeing Canter's business development for distance-delivered programs,

4 Mr. Soules also was part of the group of Canter executives that strategized over and

5 formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in

6 Laureate's Reading and Math Degree Programs.  Thus, Mr. Soules also was familiar with

7 the content of these programs while they were in development and were not publicly

8 known.  Upon information and belief, Mr. Soules afterward was, and/or currently is,

9 employed by Teachscape as General Manager, Higher Education.

10       13.    As described in part above, among Canter's Former Employees are several of

11 Canter's long-term, key employees who were integral to the development of Canter's

12 education master's degree programs and graduate courses for teachers.  However, in 2004

13 through 2005, these individuals had obtained positions at Teachscape.

14       14.    Before hiring Canter's Former Employees, Teachscape had not offered a

15 master's degree program or even graduate level course program in teaching.  Within months

16 of employing Ms. DeHart and Ms. Pope-Ostrow, however, in early 2006 Teachscape

17 marketed graduate level courses and then in September 2006 it marketed masters degree

18 programs in teaching with a specialization in Reading and Literacy for Grades K-6

19 ("Teachscape's Reading Degree Program"), two specializations in Mathematics, with one

20 for Grades K-5 and one for Grades 6-8 (collectively, "Teachscape's Math Degree

21 Programs"), and a specialization in Curriculum, Instruction, and Assessment

22 ("Teachscape's CIA Degree Program").

23       15.    Specifically, in or around September 2006, Teachscape began to market its

24 Reading, Math, and CIA Degree Programs, with courses starting in 2007, as being offered

25 through Marygrove, the same educational institution that was offering Canter's CIA Degree

26 Program at that time.  The program curriculum and courses for Teachscape's Reading and

27 Math Degree Programs, now currently offered through Marygrove, are set forth in the web

28 pages attached as Exhibit B.  For reasons explained in paragraph 18 below, Teachscape later

Heller
Ehrman LLP

8

1   withdrew its CIA Degree Program and that program is not currently being offered through

2   Marygrove.

3       16.     Laureate is informed and believes that Teachscape relied upon and/or

4   otherwise used information obtained by Canter's Former Employees, including Ms. DeHart,

5   Ms. Pope-Ostrow, Ms. Jaivin, Ms. Kim, and Mr. Soules as a result of their employment

6   with Canter in creating Teachscape's master's degree programs and corresponding course

7   materials, given that these individuals were not only familiar with Laureate's Reading and

8   Math Degree Programs, but took part in their development. In addition, Canter's own

9   experience with developing master's degree programs and course materials for those

10   programs is that it requires at least 18-24 months to develop such a program and obtain

11   necessary approvals for its use by an accredited educational institution. On information and

12   belief, Teachscape developed <u>three</u> master's degree programs, negotiated a contract with a

13   educational institution partner to offer those programs, developed a marketing strategy, and

14   began marketing its master's degree programs in or around a year's time. In addition,

15   Teachscape developed and marketed its first graduate courses in or around 6 months.

16       17.     Although not subject matter of copyright protection in and of themselves,

17   Teachscape's Reading and Math Degree Programs have program specializations, structures,

18   and course subject matters that are very similar to those of Laureate's Reading and Math

19   Degree Programs, respectively, as shown below:

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Heller
Ehrman LLP

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND      Case No. C 07-3225 RS

| **Laureate's Master's Degree Programs** | **Teachscape's Master's Degree Programs** |
|---|---|

**Specialized Courses for Laureate's Reading Degree Program for Grades K-6:**
- *Foundations of Reading and Literacy Development*
- *Supporting the Struggling Reader*

- *Strategies for Literacy Instruction, Part I*
- *Strategies for Literacy Instruction, Part II*

**Specialized Courses for Teachscape's Reading Degree Program for Grades K-6:**
- *Foundations of Reading and Literacy*

- *Assessment & Intervention for Struggling Readers*
- *Reading in the Content Areas*
- *The Reading and Writing Connection*

**Specialized Courses for Laureate's Math Degree Program for Grades K-5:**
- *Elementary Mathematics: Number and Operations*
- *Elementary Mathematics: Geometry and Measurement*
- *Elementary Mathematics: Algebra*
- *Elementary Mathematics: Data Analysis and Probability*

**Specialized Courses for Teachscape's Math Degree Program for Grades K-5:**
- *Problem Solving and Number & Operations, Grades K-5*
- *Measurement and Geometry, Grades K-5*

- *Algebra, Grades K-5*
- *Data Analysis and Probability, Grades K-5*

**Specialized Courses for Laureate's Math Degree Program for Grades 6-8:**
- *Number and Operations, Grades 6-8*

- *Geometry and Measurement, Grades 6-8*
- *Algebra, Grades 6-8*
- *Data Analysis and Probability, Grades 6-8*

**Specialized Courses for Teachscape's Math Degree Program for Grades 6-8:**
- *Problem Solving and Number & Operations, Grades 6-8*
- *Measurement and Geometry, Grades 6-8*
- *Algebra, Grades 6-8*
- *Data Analysis and Probability, Grades 6-8*

**Core Courses Common To All Degrees**
- *Teacher as Professional*
- *Effective Teaching Using Learning Styles and Multiple Intelligences*
- *Instructional Models and Strategies*
- *Designing Curriculum, Instruction, and Assessment, Part I*
- *Designing Curriculum, Instruction, and Assessment, Part II*
- *Collaborative Action Research*

**Core Courses Common To All Degrees**
- *Teacher as Leader*
- *Understanding Teaching and Learning*

- *Instructional Design*

- *Effective Assessment*

- *Teacher as Researcher*
- *Meeting the Needs of All Students*

Heller
Ehrman LLP

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND                    Case No. C 07-3225 RS

18.     As a result of the conduct alleged above, in addition to the other wrongful acts of misappropriation of trade secrets, intentional interference with prospective economic relationship, intentional interference with contract, false advertising and unfair competition, as alleged in the initial Complaint For Injunctive Relief and Damages filed in this action but not asserted in this Court at this time, Laureate and Canter separately contacted Teachscape and Marygrove in the Fall of 2006 and inquired about Teachscape's Math, Reading, and CIA Degree Programs that Teachscape intended to launch through Marygrove in early 2007. At that time, Marygrove denied the existence of any relationship between itself and Teachscape. Teachscape, on the other hand, did not deny the relationship because it had publicly advertised the existence of such. Teachscape, however, denied any wrongdoing. Irrespective of their inconsistent positions, Teachscape and Marygrove discontinued offering Teachscape's CIA Degree Program, but a few months later resumed offering Teachscape's Reading and Math Degrees, as set forth in Exhibit B.

19.     Teachscape's course materials for Teachscape's Reading and Math Degree Programs, including drafts thereof, are not available to the general public. At best, only some of these materials are available to teachers that are students currently enrolled in those programs through Marygrove. Only the entire set of materials would be available to a single individual once that person had completed the entire program. Absent consent, the only means by which Laureate could obtain some of the materials was through a pretext carried out over a significant period of time, which Laureate deemed inappropriate.

20.     Laureate therefore has repeatedly requested that Teachscape provide to Laureate, pursuant to a confidentiality agreement if necessary, copies of Teachscape's course materials, including drafts. Under Ninth Circuit law and per the rulings of this Court, the absence of a final version that is substantially similar to a copyrighted work does not negate liability for copyright infringement as evidenced in draft versions or other intermediate copying. *See Walker v. Univ. Books, Inc.*, 602 F.2d 859, 864 (9th Cir. 1979) (reversing district court ruling that blueprint for final product could not infringe, and holding that the fact that "an allegedly infringing copy of a protected work may itself be

Heller
Ehrman LLP

11

1    only an inchoate representation of some final product to be marketed commercially does not

2    in itself negate the possibility of infringement.  The question is not whether the [accused

3    infringers] utilized the blueprints as merely a step in the manufacture of their cards but

4    whether they unauthorizedly utilized [the copyrighted] work in the manufacture of their

5    blueprints."); *see, e.g., Cinebase Software, Inc. v. Media Guar. Trust, Inc.*, No. C98-1100

6    FMS, 1998 WL 661465 (N.D. Cal. Sept. 22, 1998) ("Defendants argue that this claim

7    should be dismissed because plaintiffs have not adequately identified the product with

8    which defendant is allegedly infringing plaintiff's copyrights.  They argue further that the

9    dismissal should be with prejudice because all parties agree that defendant does not

10    currently have a product that plaintiff could identify.  First, the lack of a completed

11    marketable product does not defeat plaintiff's copyright claim.  Section 106 protects a

12    copyright owner from another's reproduction of the copyrighted work or preparation of

13    derivative works based upon the copyrighted work as well as from the distribution of copies

14    to the public.  17 U.S.C. § 106.  Defendants' completion of their product is therefore not a

15    prerequisite to a copyright infringement claim.  Second, the Court does not agree with

16    defendant that there is a heightened pleading standard in copyright infringement cases.

17    [citation omitted]  Rule 8 simply requires that a plaintiff provide a defendant with adequate

18    notice of the subject of the claims to allow the defendant to respond.  Here, defendant does

19    not yet have a finished product, but all parties agree that it is quite far along in the

20    development of a software program designed to manage digital media.  As there is no

21    ambiguity regarding the product plaintiff refers to in the First Amended Complaint, the

22    Court finds that plaintiff has met the requirement of Rule 8.")

23        21.    Teachscape consistently has refused to provide any materials under any form

24    of confidentiality order, claiming that to do so would overburden it.  In October 2006,

25    Laureate limited its request to the earliest available draft and final version—i.e., latest

26    version, or published version if publication has occurred—of the materials for those specific

27    courses identified in paragraph 25 below.  Consistent with its conduct to date, however,

28    Teachscape refused to provide even first drafts, or to provide any final course materials.

1  The parties' correspondence regarding Laureate's limited request is attached hereto as

2  Exhibit C.

3       22.    Following Teachscape's refusal, on October 15, 2007, Laureate served

4  requests for production, pursuant to Federal Rule of Civil Procedure 34, seeking the earliest

5  available draft and final version of the materials for courses identified in paragraph 25

6  below.  In its response to these requests on November 16, 2007, Teachscape indicated it

7  "would not produce any such information absent entry of a protective order" and further

8  qualified by agreeing to produce these materials only if "the Court should deny

9  Teachscape's Motion to Dismiss" pending at the time.  At the same time, Teachscape

10 refused to negotiate a protective order so that the confidentiality of materials could be

11 maintained, opposed a motion by Laureate for entry of a protective order, and has refused to

12 participate in the discovery process while its motion to dismiss was pending or granted, the

13 latter of which is contrary to Ninth Circuit law.  *See Telluride Mgmt. Solutions, Inc. v.*

14 *Telluride Inv. Group*, 55 F.3d 463, 466 (9th Cir. 1995).

15      23.    In light of Teachscape's wrongful acts of misappropriation of trade secrets,

16 intentional interference with prospective economic relationship, intentional interference

17 with contract, false advertising and unfair competition, as alleged in the initial Complaint

18 For Injunctive Relief and Damages that will be pursued in another forum, combined with

19 other acts alleged herein, including Teachscape's refusal to provide access to the materials

20 at issue despite Laureate's demands and discovery requests, Laureate has conducted a

21 reasonable pre-filing inquiry into the similarity of Teachscape's materials to its own

22 copyrighted works.  Laureate has therefore met its duty of reasonable inquiry imposed by

23 Federal Rule of Civil Procedure 11.  *See Hoffman-LaRoche Inc. v Invamed Inc.*, 213 F.3d

24 1359 (Fed. Cir. 2000); *Intamin, Ltd. v. Magnetar Techs. Corp.*, 483 F.3d 1328 (Fed. Cir.

25 2007).

26      24.    Accordingly, as set forth herein, Laureate has a reasonable basis to infer that,

27 at least as of September 2006, Teachscape has been infringing Laureate's registered

28

Heller
Ehrman LLP

13

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND              Case No. C 07-3225 RS

copyrights in its AudioVisual and Online Course Materials by making copies and derivative works therefrom, in violation of the Copyright Act, 17 U.S.C. §§ 101 *et seq.*

25.    It is reasonable to infer for the reasons set forth herein that Teachscape has invaded one or more of the exclusive rights afforded Laureate under 17 U.S.C. § 106 with respect to Teachscape's following course materials:

Specialized Courses for Teachscape Reading Degree for Grades K-6:

- Foundations of Reading and Literacy
- The Reading and Writing Connection
- Reading in the Content Areas
- Assessment & Intervention for Struggling Readers

Specialized Courses for Teachscape Math Degree for Grades K-5:

- Problem Solving and Number & Operations, Grades K-5
- Measurement and Geometry, Grades K-5
- Algebra, Grades K-5
- Data Analysis and Probability, Grades K 5

Specialized Courses for Teachscape Math Degree for Grades 6-8:

- Problem Solving and Number & Operations, Grades 6-8
- Measurement and Geometry, Grades 6-8
- Algebra, Grades 6-8
- Data Analysis and Probability, Grades 6 8

Core Courses Common To All Degrees:

- Teacher as Leader
- Understanding Teaching and Learning
- Instructional Design
- Effective Assessment
- Teacher as Researcher
- Meeting the Needs of All Students

Heller
Ehrman LLP

14

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

1    26.    Teachscape's conduct has deprived, and continues to deprive, Laureate of the

2    benefits of licensing the AudioVisual and Online Course Materials to Canter's educational

3    institution partners, such as Marygrove.  Teachscape has further been unjustly enriched by

4    its copying and use of the AudioVisual and Online Course Materials, and works derived

5    therefrom in its business.

6    27.    By reason of Teachscape's acts alleged herein, Laureate has suffered damage

7    in an amount to be proved at trial.

8    28.    Teachscape threatens to continue to do the acts complained of herein, and

9    unless restrained and enjoined will continue to do so, all to Laureate's irreparable damage.

10    Laureate does not have an adequate remedy at law to compensate it for injuries threatened.

11    Laureate is therefore entitled to an injunction restraining Teachscape, its officers, agents and

12    employees, and all persons acting in concert with it, from engaging in further acts in

13    violation of the Copyright Act.

## PRAYER FOR RELIEF

15    29.    WHEREFORE, Laureate prays as follows:

16    A.    For a judgment pursuant to 17 U.S.C. § 501 that Teachscape has

17    infringed Laureate's copyrights in the AudioVisual and Online Course Materials;

18    B.    For an entry of preliminary and permanent injunctive relief pursuant to

19    17 U.S.C. § 502 enjoining and restraining Teachscape, its offices, directors, agents,

20    servants, employees and all other persons in privity or acting in concert with it from further

21    infringing any Laureate's copyrights as described herein and any others, by directly or

22    indirectly using, selling, offering to sell, licensing, offering to license, disclosing,

23    distributing, or making derivatives, thereof;

24    C.    For entry of relief impounding and/or destruction of all infringing

25    articles and derivatives thereof, pursuant to 17 U.S.C. § 503;

26    D.    For a finding that the infringement by Teachscape was willful, and for

27    an award that accounts for its willful infringement, pursuant to 17 U.S.C. § 504;

28

Heller
Ehrman LLP

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND                    Case No. C 07-3225 RS

1            E.     For an accounting of all of Teachscape's profits attributable to the

2    infringement, including both direct profits and indirect profits in the form of sales,

3    convoyed sales, and licensing of infringing works and derivatives thereof, pursuant to 17

4    U.S.C. § 504;

5            F.     For an award to Laureate of its actual damages and any additional

6    profits of Teachscape, pursuant to 17 U.S.C. § 504;

7            G.     For an award of Laureate's attorneys' fees, expenses and costs of suit

8    incurred as a result of this lawsuit;

9            H.     For an award to Laureate of such other and further relief as this Court

10   deems just and proper under the circumstances.

11   Dated: January 22, 2008           Respectfully submitted,

12                          HELLER EHRMAN LLP

13

14                          By     /s/ DANIEL N. KASSABIAN

                       Attorneys for Plaintiff

15                          LAUREATE EDUCATION, INC.

16

17

18                  **DEMAND FOR JURY TRIAL**

19        In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff Laureate

20   Education, Inc. demands a trial by jury on all issues triable by a jury.

21   Dated: January 22, 2008           Respectfully submitted,

22                          HELLER EHRMAN LLP

23

24                          By     /s/ DANIEL N. KASSABIAN

                       Attorneys for Plaintiff

25                          LAUREATE EDUCATION, INC.

26

27

28

FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND       Case No. C 07-3225 RS

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-266**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Foundation of Reaching and Literacy Development

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6641

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 31    Year ▶ 2005    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED APR 0 2007
ONE DEPOSIT RECEIVED APR 0 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
M R

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1–367–175**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Foundations of Reading and Literacy

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6641

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Custer & Associates, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed text and audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ USA
Domiciled in ___

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
Domiciled in ___

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month August Day 1 Year 2003 Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __2__ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-257

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Strategies for Literacy Instruction, Part I

**PREVIOUS OR ALTERNATIVE TITLES ▼**

EDUC 6642

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

a **NAME OF AUTHOR ▼**

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 31   Year ▶ 2005    ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*M R*

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-176**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**   TITLE OF THIS WORK ▼

Strategies for Literacy Instruction, Part I

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6642

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

---

**2**

**a**   NAME OF AUTHOR ▼

Laureate Education, Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**   NAME OF AUTHOR ▼

Caster & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

---

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005   ◄ Year

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month June   Day 1   Year 2005
Nation

---

**4**   COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

---

MORE ON BACK ►   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   • See detailed instructions   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**

TX 6-524-268

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Strategies for Literacy Instruction, Part II

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6643

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☑ No
Pseudonymous?   ☑ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year ▶ in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY   Day ▶ 1   Year ▶ 2005   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MR

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-367-177**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

Strategies for Literacy Instruction, Part II

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6643

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

---

**2**
**a**
NAME OF AUTHOR ▼

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**
NAME OF AUTHOR ▼

Canter & Associates, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

---

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month June  Day ____  Year 2005
Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED APR 1 0 2007

ONE DEPOSIT RECEIVED APR 1 0 2007 DVD/P

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of **2** pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-263

EFFECTIVE DATE OF REGISTRATION

Month **4**  Day **10**  Year **07**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Supporting the Struggling Reader

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6644

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**    **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2006 ◀ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶ October    Day ▶ 10    Year ▶ 2006    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
M R

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form PA**
For a Work of Performing Arts

**PA 1-367-176**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Supporting the Struggling Reader

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6644

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for date
of birth and
death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**

**a** YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  This information
must be given
2005  ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month June
ONLY if this work
has been published.       Day 1  Year 2005

Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*MP*

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES

TX 6-524-264

EFFECTIVE DATE OF REGISTRATION

Month **4**  Day **10**  Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Planning and Managing the Classroom Literacy Program

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6645

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 26   Year ▶ 2007   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007

ONE DEPOSIT RECEIVED
APR 1 0 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MR

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-367-179**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Planning and Managing the Classroom Literacy Program

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6645

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of   USA
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of   USA
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**c** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of   USA
     Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2004

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month December  Day 1  Year 2004

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-262

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Elementary Mathematics: Number and Operations

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6681

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2006 ◀ Year in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information
Month ▶ MAY  Day ▶  Year ▶ 2006  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
MR

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-181**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Elementary Mathematics: Number and Operations, Grades K-5

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6681

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

---

**2**
**a** NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Walden University

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2005
Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month April  Day 1  Year 2005
ONLY if this work has been published.

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

TX 6-524-260

| TX | TXU |
| --- | --- |

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Elementary Mathematics: Geometry and Measurement

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6582

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼          Issue Date ▼        On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**   This information
must be given
2006  ◄Year  in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information  Month ▶ MAY      Day ▶        Year ▶ 2006
ONLY if this work
has been published.
◄ Nation

## 4

See instructions
before completing
this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                    • See detailed instructions.                    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-367-182**

EFFECTIVE DATE OF REGISTRATION

Month **4**  Day **10**  Year **87**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Elementary Mathematics: Geometry and Measurement, Grades K-5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6682

**NATURE OF THIS WORK ▼ See instructions**

Audiovisual Work

---

**2**

**a**  **NAME OF AUTHOR ▼**

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**  **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006 ◀ Year in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month January Day 1 Year 2006
ONLY if this work has been published. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION RECEIVED**  APR 10 2007

**ONE DEPOSIT RECEIVED**  APR 10 2007

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**  MP

See instructions before completing this space.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-259**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Elementary Mathematics: Algebra

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6683

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**
**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October  Day ▶ 30  Year ▶ 2006      Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1–367–183**

**EFFECTIVE DATE OF REGISTRATION**

Month 9   Day 10   Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Algebra, Grades K-5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Elementary Mathematics: Algebra, Grades K-5 (MATH 6683)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

**2**

**a**

**NAME OF AUTHOR ▼**

Laureate Education, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2006 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month February   Day 1   Year 2006

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

M P

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

**DO NOT WRITE HERE**

Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-253**

TXU

**EFFECTIVE DATE OF REGISTRATION**

Month **4**  Day **10**  Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Elementary Mathematics: Data Analysis and Probability

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6684

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
**a**
**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ December  Day ▶ 29  Year ▶ 2006
Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
M R

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-387-184**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

Elementary Mathematics: Data Analysis and Probability, Grades K-5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6684

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

## 2
**a**
**NAME OF AUTHOR ▼**

Laureate Education, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _USA_
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _USA_
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
_2006_ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month _May_  Day _1_  Year _2006_  Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED   APR 0 2007
ONE DEPOSIT RECEIVED   APR 1 0 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED   MP

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-254

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Number and Operations, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6571

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

a  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

c  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

a  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005   ◄ Year

b  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 1   Year ▶ 2005   ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
M R

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-155**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Number and Operations, Grades 6-8

PREVIOUS OR ALTERNATIVE TITLES ▼

MATH 6571

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

---

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  **USA**
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  **USA**
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c** NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**2005** Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information Month **April** Day **1** Year **2005**
ONLY if this work has been published.
Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
**APR 10 2007**
ONE DEPOSIT RECEIVED
**APR 10 2007**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*MP*

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-255**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Geometry and Measurement, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6572

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼          Issue Date ▼        On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶    Year ▶ 2006    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-186**

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Geometry and Measurement, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6572

**NATURE OF THIS WORK ▼ See instructions**

Audiovisual Work

## 2

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ___USA___
☐ Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ___USA___
☐ Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ___
☐ Domiciled in ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month July Day 1 Year 2005
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED APR 10 2007
ONE DEPOSIT RECEIVED APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED MP

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-257**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Algebra, Grades 6-8

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6573

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☑ No   If the answer to either
Pseudonymous?  ☐ Yes ☑ No   of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either
Pseudonymous?  ☐ Yes ☐ No   of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK
Anonymous?   ☐ Yes ☐ No   If the answer to either
Pseudonymous?  ☐ Yes ☐ No   of these questions is
"Yes," see detailed
instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  This information
2006        ◀Year  must be given
in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶ October   Day ▶ 30   Year ▶ 2006
ONLY if this work
has been published.                                              ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions
before completing
this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
*For a Work of the Performing Arts*

**PA 1-367-187**

(PA)          PAU

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Algebra, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6573

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

**2**

**a**  **NAME OF AUTHOR ▼**

Laureate Education, Inc

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of USA
☐ Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

Walden University

Was this contribution to the work a "work made for hire"?  ☑ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of USA
☐ Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**  **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October  Day 1  Year 2005  Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION RECEIVED**
APR 10 2007

**ONE DEPOSIT RECEIVED**
APR 10 2007

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MP

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6-524-256**

TX      TXU

**EFFECTIVE DATE OF REGISTRATION**

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Data Analysis and Probability, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6574

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**a**   **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR   Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**2007** ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 26   Year ▶ 2007     ◀ Nation

**4**

**COPYRIGHT CLAIMANTS** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 1 0 2007
**ONE DEPOSIT RECEIVED**
APR 1 0 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1-367-183

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Data Analysis and Probability, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Middle Level Mathematics: Data Analysis and Probability, Grades 6-8 (MATH 6574)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

## 2

**a**   **NAME OF AUTHOR ▼**

Laureate Education, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
Year 2006

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month February   Day 1   Year 2006   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED   APR 10 2007
ONE DEPOSIT RECEIVED   APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MP

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-269

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Teacher As Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6610

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**1**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**2**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
2005    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month ▶ September    Day ▶ 6    Year ▶ 2005    ◀ Nation

---

**3**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED
*M R*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **2** pages

See instructions before completing this space.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–367–173

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **87**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Teacher As Professional

PREVIOUS OR ALTERNATIVE TITLES ▼

The High Performing Teacher (EDUC 6610)

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and compilation

**c** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
Year  2005

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month  August  Day  1  Year  2005
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED  APR 10 2007

ONE DEPOSIT RECEIVED  APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED  MP

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-272**

| TX | 1XU |

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Effective Teaching Using Learning Styles and Multiple Intelligences

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6615

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

**2**

**a**  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2005

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 31   Year ▶ 2005   Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form PA**
For a Work of Performing Arts

**PA 1-387-172**

PAU

**EFFECTIVE DATE OF REGISTRATION**

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Effective Teaching Using Learning Styles and Multiple Intelligences

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Learning Differences: Effective Teaching Using Learning Styles and Multiple Intelligences (EDUC 6615)

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

**2**

**a**

**NAME OF AUTHOR ▼**

Canter & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Printed Text and Audiovisual Recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Printed Text and Compilation

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2005      Year in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month June Day 1 Year 2005
ONLY if this work has been published.      Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION RECEIVED**
APR 1 0 2007

**ONE DEPOSIT RECEIVED**
APR 1 0 2007

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MP

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-258**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Designing Curriculum, Instruction and Assessment, Part I

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6671

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
**a   NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀Year

**b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 31   Year ▶ 2005     ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 1 0 2007
**ONE DEPOSIT RECEIVED**
APR 1 0 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MR

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-790**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**

Designing Curriculum, Instruction, and Assessment, Part One

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Designing Curriculum and Instruction (EDUC 6671)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

**2** **a** **NAME OF AUTHOR ▼**

Canter and Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2004
Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month August   Day 1   Year 2004
ONLY if this work has been published.
Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____

CHECKED BY _N.L.F._

☐ CORRESPONDENCE
   Yes

**FORM TX**

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ _____ **Year of Registration** ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ▶ (202) 344-8538      Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Laureate Education, Inc.____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow      Date ▶ 4/5/07

Handwritten signature ▼

_Barbara Schadlow_

Certificate will be mailed in window envelope to this address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full    Rev: 11/2006    Print: 11/2006 — 30,000    Printed on recycled paper

U.S. Government Printing Office: 2006-xx-xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-624-261**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Designing Curriculum, Instruction and Assessment, Part II

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6672

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006    ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ February    Day ▶ 27    Year ▶ 2006    ◀ Nation
ONLY if this work has been published.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

M R

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT

**PA 1-367-190**

PAU

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**

Designing Curriculum, Instruction, and Assessment, Part Two

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Designing Assessment to Promote Learning (EDUC 6672)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

**2**   **a**   **NAME OF AUTHOR ▼**

Canter & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **USA** } Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **USA** } Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of } Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◄ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **December**   Day **1**   Year **2004**
  Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED APR 10 2007
ONE DEPOSIT RECEIVED APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

*MP*

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
  • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

**TX 6-524-278**

( TX )          TXU
EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  **TITLE OF THIS WORK ▼**
Collaborative Action Research

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6620

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**  **NAME OF AUTHOR ▼**
**a**  Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**a** 2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month September   Day 1   Year 2006   Nation ◀

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED** APR 10 2007
**ONE DEPOSIT RECEIVED** APR 10 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED** M R

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       • Sign the form at line 8.

Page 1 of 2 pages

DO NOT WRITE HERE

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

PA 1-367-171

PAU

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
Collaborative Action Research

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6620

**NATURE OF THIS WORK ▼** See Instructions
Audiovisual Work

**2**
**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** **NAME OF AUTHOR ▼**
Caxtar & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2005

**b** **DATE AND YEAR OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month August  Day 1  Year 2005    Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

**APPLICATION RECEIVED** APR 10 2007
**ONE DEPOSIT RECEIVED** APR 10 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED** MP

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-271**

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Habits of Mind: Thinking Skills to Promote Self-Directed Learning

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6625

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶_____
Domiciled in▶_____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAy   Day ▶ 1   Year ▶ 2006
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
MR

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form PA**
For a Work of Performing Arts

**PA 1-367-170**

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Habits of Mind: Thinking Skills to Promote Self-Directed Learning

PREVIOUS OR ALTERNATIVE TITLES ▼

Helping Students Become Self-Directed Learners (EDUC 6625)

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

---

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Caster & Associates, Inc.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005
This information must be given ONLY if this work has been published.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month June  Day 1  Year 2005
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 10 2007

FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-265**

TX ▼        TXU ▼
EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Instructional Models and Strategies

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6630

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June 26   Day ▶ 26   Year ▶ 2006   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MR

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1−367−174**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Instructional Models and Strategies

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Building You Repertoire of Teaching Strategies (EDUC 6630)

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of USA
☐ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of USA
☐ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Lee Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of USA
☐ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month June   Day 1   Year 2005   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

# EXHIBIT B

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**
- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6

The 10 courses for this degree program are:

### Teacher as Leader

As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.

### Sample Course Objectives
Participants will:

- Articulate a personal vision and philosophy of teacher leadership
- Utilize skills for self-assessment as effective practitioners of pedagogical, curricular, and technological expertise through reflective practice
- Collaborate productively and positively within a professional learning community to be more effective practitioners
- Use their communication skills to build a positive climate in schools and a sense of community

### Understanding Teaching and Learning
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

### Sample Course Objectives
Participants will:

- Learn to make intelligent decisions about effective teaching strategies
- Develop a critical perspective on learning and cognition regarding educational equity for all students in matters of gender, ethnicity, and culture
- Apply learning theory to instructional practices
- Strengthen their commitment to student learning and achievement

### Instructional Design
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

### Sample Course Objectives
Participants will:

- Examine the three stages of the Understanding by Design (UbD) model

- Compare and contrast the UbD framework with the one they are currently using
- Support the meaningful context of a lesson by identifying the "essential questions" students will focus on
- Complete a unit plan that incorporates all three stages of the UbD framework

**Effective Assessment**
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Sample Course Objectives**
Participants will:

- Identify and define different assessment methods according to three categories: Assessment of Learning, Assessment for Learning, and Assessment as Learning
- Examine different grading systems and apply one that best communicates student progress and achievement to others
- Analyze multiple sources of data to identify patterns in student learning and knowledge
- Draw conclusions, and change or modify teaching practices, based upon assessment data

**Teacher as Researcher**
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Sample Course Objectives**
Participants will:

- Examine the theoretical foundations of action research and develop an action research plan
- Compare and contrast qualitative and quantitative data collection techniques
- Analyze and interpret data according to proven processes
- Share and critique action research projects

**Meeting the Needs of All Students**
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Sample Course Objectives**
Participants will:

- Explain and demonstrate what it means to teach responsively
- Deepen understanding of student variance, and apply strategies to support cognitive impairments, difficulties attending to task, learning disabilities, English language learners, above-average abilities, and students who are at risk of failure
- Identify, examine, and apply the nine attitudes and skills of teaching that help all learners
- Employ classroom management techniques that allow for flexible instruction and support responsive teaching

**Foundations of Reading and Literacy**
This course provides teachers with a comprehensive knowledge base in the reading process and facility with the most effective instructional and assessment techniques. Based on research from the National Reading Panel and consultation with internationally recognized reading specialists, this course enables participants to identify effective theories and principles for teaching reading in the five major components of the reading process—literacy, phonemic awareness and phonics, fluency, vocabulary, and comprehension—and to apply the most effective instructional plans, methods, and resources in their practice. In addition, the course focuses on methods for assessing reading progress in individuals and groups, and ideas for differentiating instruction for diverse learners.

**Sample Course Objectives**
Participants will:

- Examine issues related to motivating students to read, and create physical spaces that support reading and writing and critical thinking
- Explore the research foundation and instructional implications of the five areas of reading instruction identified by the National Reading Panel as key to reading success
- Examine elements of effective teaching and learning as they come together in one instructional sequence, and focus on how to improve their instructional techniques
- Plan instructional strategies and techniques based on students' needs, teach while checking for understanding, and reflect based on evidence of student achievement

**Assessment & Intervention for Struggling Readers**
This course focuses on the particular needs of elementary-aged children who struggle to read, but it also stresses the needs of struggling readers of all ages. Participants will study the research base that explains the common causes for reading difficulties. They will apply research-based instructional strategies to help students increase their reading fluency and comprehension. Participants will also develop an intervention plan to help all their students meet grade-level standards.

**Sample Course Objectives**
Participants will:

- Define and describe the characteristics of a struggling reader
- Identify and diagnose a particular struggling reader and his/her needs
- Implement research-based instructional strategies specific to the needs of struggling readers
- Develop an intervention plan that aims at increasing the achievement of all students, including struggling readers

**Reading in the Content Areas**
This course focuses on ways to integrate effective reading strategies into all subject areas of the curriculum. Participants learn strategies for supporting the comprehension of nonfiction texts and the development of content-area vocabulary, as well as motivational techniques for reluctant learners.

**Sample Course Objectives**
Participants will:

- Employ effective instructional strategies to engage all learners in the reading of informational texts
- Develop subject-area vocabulary that aides in the comprehension of content-specific material
- Utilize strategies that help students make connections to prior learning
- Support the engagement and learning of struggling readers

**The Reading and Writing Connection**
This course focuses on the writing process and its role in literacy development. As students become fluent readers, they need to balance their literacy time with various types of writing. Participants apply research-based instructional strategies to integrate writing into all subject areas. Specific techniques such as mini-lessons, error analysis, conferencing, and using portfolios are addressed. Each step of the writing process is examined as participants design units of study for their teaching practice.

**Sample Course Objectives**

Participants will:

- Identify, define, and explain all stages of the writing process
- Create learning experiences in which students respond to literature before, during, and after reading
- Employ the use of writing portfolios to measure the growth of writing ability over time
- Examine ways to support the independence of reading and writing in the classroom

----- Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

**Future Undergrad Students**   **Future Graduate Students**   **Kids College**   **Career Enhancement**   **Academic Programs**
**ISIDORE (Blackboard)**   **Giving to Marygrove**   **Alumni**   **About**   **Directory**   **Campus**   **News**   **Site Index**

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**
- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Mathematics, Grades 6–8

The 10 courses for this degree program are:

**Teacher as Leader**
As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
View Sample Course >

**Understanding Teaching and Learning**
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

**Instructional Design**
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

**Effective Assessment**
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Teacher as Researcher**
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Meeting the Needs of All Students**
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades 6–8**
Learn to engage students in relevant problem solving that helps to deepen mathematical understanding of keys concepts such as fractions, decimals, percents, place value, and number theory.

**Measurement and Geometry, Grades 6–8**
Explore geometric attributes of length, area, and volume, and apply informal deduction skills to solve real-world problems. As your mathematical content knowledge deepens, you will be able support the learning of your students more effectively.

**Algebra, Grades 6–8**
Algebra is more than solving equations and graphing functions. Focus on key algebraic concepts, and engage in problem solving with real-life connections that make the learning of seemingly intangible concepts meaningful and relevant.

**Data Analysis and Probability, Grades 6–8**
Develop an in-depth understanding of the data analysis process that your students are expected to learn. This deeper understanding will, in turn, increase the effectiveness of your mathematics instruction.

----- Marygrove College, 8425 W. McNichols, Detroit, MI, 48221   p: (313) 927-1200   e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5

The 10 courses for this degree program are:

**Teacher as Leader**
As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
View Sample Course >

**Understanding Teaching and Learning**
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

**Instructional Design**
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

**Effective Assessment**
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Teacher as Researcher**
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Meeting the Needs of All Students**
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades K-5**
Develop deeper understanding of key concepts as you engage in mathematical discourse, problem solve, and share strategies.

**Measurement and Geometry, Grades K-5**
Apply effective problem-solving strategies to real-world problems, all the while deepening your understanding of mathematical concepts such as length, area, and volume; coordinate geometry; and developing geometric thinking.

**Algebra, Grades K-5**
Develop true algebraic thinking as you engage in problem solving. Deepen your understanding of patterns, functions, and algebraic symbols to help students.

**Data Analysis and Probability, Grades K-5**
Work through a real-life data analysis project that allows you to apply knowledge and skills from other mathematical strands to complete. Key concepts such as data collection, graphical representations of data, and measures of center are highlighted.

----- Marygrove College, 8425 W. McNichols, Detroit, MI, 48221   p: (313) 927-1200   e-mail: info@marygrove.edu -----

# EXHIBIT C

# HellerEhrman LLP

October 7, 2007

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1 (415) 772-6098
Direct Fax +1 (415) 772-1796
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

26930.0004

*Via E-mail and U.S. Mail*

Gayle M. Athanacio, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708

Re:    *Canter & Assocs., LLC and Laureate Educ., Inc. v. Teachscape, Inc.,*
       **No. 07-3225 RS (N.D. Cal.)**

Dear Gayle:

I write to find a time for us to meet and confer on case management issues and to propose initial discovery regarding Laureate's copyright infringement claim to break the deadlock between the parties on that issue.

As to case management, the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order") and Federal Rule of Civil Procedure 26(f) require the parties to meet and confer about these issues much in advance of our Case Management Conference ("CMC") with the Court, currently scheduled for November 7, 2007. To date, you have deferred or outright rebuffed attempts to reach agreement on any case management-related issue. For example, on September 20th you unilaterally canceled our Rule 26(f) conference scheduled for the morning of the next day, and have proposed no alternative meeting times. Also, although you have indicated agreement to mediation as the ADR process, you have failed to respond to my e-mail forwarding the Stipulation and Proposed Order Selecting ADR Process so that we could file this with the Court. Furthermore, you have not provided any feedback on the draft Stipulated and Proposed Protective Order that I e-mailed to you on September 10, 2007. Finally, during our discussion at the courthouse on September 26th after the hearing on Teachscape's motion to dismiss, you indicated an unwillingness to go forward with Teachscape's obligations to meet and confer or engage in discovery. Indeed, you indicated that Teachscape would not be serving its Rule 26(a) Initial Disclosures that day, even though this deadline for service was set by the Initial CMC Order.

Teachscape's actions to date, including its disregard of a Court-ordered deadline, leads Canter and Laureate to believe that Teachscape intends to employ delay tactics to keep this

Heller Ehrman LLP   333 Bush Street   San Francisco, CA  94104-2878   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.

HellerEhrman ʟʟᴘ

case from progressing to resolution on the merits. Despite this belief, we request (in accord with my prior requests to you) that Teachscape meet and confer on case management issues. Pursuant to Rule 26(f) and given the Court's rescheduling of the CMC for November 7th, such a meeting should happen in advance of October 17th. I am available anytime this week for such a meeting. We also expect Teachscape to provide feedback on the draft Protective Order at that meet and confer, or prior to it. If Teachscape refuses to meaningfully engage in the meet and confer process or refuses to comply with the Court's deadlines, Canter and Laureate will consider moving the Court for relief, including seeking the entry of the Protective Order as currently drafted.

As to the copyright infringement claim, Laureate proposes a compromise that will permit it to adequately substantiate its copyright infringement claim without requiring Teachscape to produce all drafts of all of Teachscape's course materials, which Teachscape considers to be unduly burdensome. Specifically, Laureate is willing to accept, as an initial matter, Teachscape's production of the earliest available draft and final version—i.e., latest version, or published version if publication has occurred—of the course materials for the following Teachscape master's degree programs that are currently offered through Marygrove College or were advertised by Teachscape as a future Teachscape master's degree program through Marygrove:
  (1) Master in the Art of Teaching with a Focus on Curriculum, Instruction & Assessment;
  (2) Master in the Art of Teaching with a Focus on Reading & Literacy, Grades K–6; and
  (3) Master in the Art of Teaching with a Focus on Mathematics, Grades K–5 and
      Grades 6–8;
To be clear, it is Laureate's understanding that this production would include the course materials for the six "core" courses that appear to be part of all of these programs, namely:
  • Teacher as Leader;
  • Understanding Teaching and Learning;
  • Instructional Design; Effective Assessment;
  • Teacher as Researcher; and
  • Meeting the Needs of All Students.
Furthermore, the production would include the program-specific courses for each specialization, such as:
  • Foundations of Reading and Literacy;
  • Assessment & Intervention for Struggling Readers;
  • Reading in the Content Areas
  • The Reading and Writing Connection
  • Problem Solving and Number & Operations, Grades K-5 and Grades 6–8;
  • Measurement and Geometry, Grades K-5 and Grades 6–8;
  • Algebra, Grades K-5 and Grades 6–8; and
  • Data Analysis and Probability, Grades K-5 and Grades 6–8;

HellerEhrman L.L.P.

Gayle M. Athanacio, Esq.
October 7, 2007
Page 3

We look forward to your prompt response regarding my request to meet and confer about case management issues. We also look forward to your prompt response regarding our compromise on initial discovery regarding Laureate's copyright infringement claim.

Best regards,

Daniel N. Kassabian

cc:    Annette L. Hurst, Esq. (*via e-mail only*)
       Elena M. DiMuzio, Esq. (*via e-mail only*)
       Christine Lepera, Esq. (*via e-mail only*)



**SONNENSCHEIN**
SONNENSCHEIN NATH & ROSENTHAL LLP

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

Gayle M. Athanacio
415.882.5077
gathanacio@sonnenschein.com

October 10, 2007

**VIA EMAIL AND U.S. MAIL**

Daniel Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

      Re:    *Canter & Associates, LLC and Laureate Education, Inc. v. Teachscape, Inc.*

Dear Dan:

      I have received your recent correspondence regarding the above-referenced matter. At the outset, I must say I take issue with both the tone and substance of your letter. In your letter, you suggest that I have "deferred or outright rebuffed attempts to reach agreement on any case management-related issue." This simply is untrue. As you know, Teachscape filed a motion to dismiss which called into question the Court's jurisdiction. No doubt, as a consequence of the pending motion, the court on its own initiative continued the Case Management Conference to November 7th and the date for filing of a joint statement to October 31st. In light of this, and the simple fact that I was sick, I contacted you to cancel the "meet and confer" meeting we had previously scheduled. I have never stated, let alone suggested, I would not engage in a later meet and confer with you should the matter not be resolved by Teachscape's motion.

      As to Teachscape's motion, as was clear at the hearing, the judge recognizes the Court's jurisdiction is legitimately in question. Consequently, Teachscape continues to believe it is premature to set dates or discovery plans. Nonetheless, as I advised you over a month ago, to the extent the Court has not ruled on Teachscape's motion or otherwise retained jurisdiction, the most productive manner in which to proceed would be for plaintiffs to make a proposal on case management so that any such proposal can be discussed with Teachscape prior to our meet and confer. To date, you have failed to provide us with any such proposal. Rather, you write ostensibly to propose a "compromise" that will "permit [plaintiffs] to adequately substantiate its copyright infringement claim." However, the simple truth is that Plaintiffs rebuffed Teachscape's prior efforts to assuage Laureate's (albeit unfounded) concerns that its copyrights were infringed. Instead, Laureate misled the Court and suggested that Teachscape outright refused to disclose or placed "unreasonable" demands on any exchange of information. As was apparent at the hearing on Teachscape's motion, the Court was troubled by Plaintiffs filing suit



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

Daniel N. Kassabian
October 10, 2007
Page 2

without any, let alone an adequate, basis on which to assert a copyright claim. Filing suit and then hoping discovery may "substantiate" a copyright claim is inappropriate, indeed sanctionable.

　　　With this in mind, your "compromise" that Teachscape *unilaterally* disclose to Plaintiffs its earliest available "draft" and "final" course materials is unacceptable. Your clients, despite our best efforts to resolve the current dispute without litigation, decided to initiate a federal action which Teachscape has no doubt is without merit. Having done so, you are now bound by the rules of this Court. Until such time as the Court rules on Teachscape's motion and authorizes discovery, Teachscape will not voluntarily agree to allow you to engage in the costly and burdensome fishing expedition in which you seek to engage. As you cannot seriously doubt, the judge was wholly unimpressed with Plaintiffs' purported need to review drafts of materials in order to assess whether there was any merit to Laureate's copyright infringement claim. While Teachscape has no doubt that a review of its material will prove to any reasonable observer that Plaintiffs' claims are completely without merit, past experience has shown that Plaintiffs are simply not reasonable when it comes to the present dispute.

　　　Having said this, Teachscape will fully comply with its obligations under the applicable rules. Thus, if you would send to me at your earliest convenience your proposal for case management, we can discuss it with our client and be prepared to have an intelligent discussion with you about it. We will in kind forward to you a proposed protective order, provided you agree that by doing so, Teachscape is in no way waiving its right to object to any or all discovery.

　　　As to your proposed stipulation on ADR, as I informed you, Teachscape is amenable to mediation. Again, however, court-ordered mediation seems premature when the Court's jurisdiction is in question. Consequently, we have revised your stipulation to recognize the agreement in principle to mediation, but noting that ordering mediation at this time is not warranted. A copy of our proposed stipulation is attached.

　　　I believe I have addressed all of the substantive matters raised in your letter. If I have missed anything, or you would like to discuss the matter further, please feel free to call me.

　　　　　　　　　　　　　Very truly yours,

　　　　　　　SONNENSCHEIN NATH & ROSENTHAL LLP

　　　　　　　　　　　Gayle M. Athanacio

Enclosure