CHRISTINE LEPERA (admitted *pro hac vice*)
GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:  clepera@sonnenschein.com
Email:  gathanacio@sonnenschein.com

Attorneys for Defendant
TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREATE EDUCATION, INC., | Case No. C 07 3225 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| TEACHSCAPE, INC., | |
| Defendant. | |

WHEREAS, there currently is pending in this action Defendant Teachscape, Inc.'s ("Teachscape") Motion to Dismiss the First Amended Complaint and Motion for Protective Order, and Plaintiff Laureate Education, Inc.'s ("Laureate") Motion to Compel (collectively referred to as the "Motions"),

WHEREAS the Motions are scheduled for hearing on March 19, 2008, at 9:30 a.m.;

WHEREAS, the Case Management Conference previously set for February 20, 2008, at 2:30 p.m. was continued by the Court to February 27, 2008;

WHEREAS, counsel for Teachscape is unavailable to appear at the continued CMC;

WHEREAS, the parties agree that the interest of judicial economy and convenience of the parties would be furthered by continuing the CMC to the same date and time as the hearing on the Motions,

WHEREFORE, pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Laureate and Teachscape, by and through their respective counsel, hereby stipulate and request that the Case Management Conference, presently set for February 27, 2008, at 2:30 p.m., be held on March 19, 2008, at 9:30 a.m., immediately following the hearings on the Motions set in this action.

Date:  February 13, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/S/_____
        GAYLE M. ATHANACIO

        Attorneys for Defendant
        TEACHSCAPE, INC.


Date:  February 13, 2008            HELLER EHRMAN LLP


By_____/S/_____
        DANIEL N. KASSABIAN

        Attorneys for Plaintiff
        LAUREATE EDUCATION, INC.

STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03225 RS

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

## ATTESTATION CLAUSE

2    I attest under penalty of perjury that the concurrence in the filing of this document has been

3  obtained from its signatories.

4

5    By_____/S/_____
      GAYLE M. ATHANACIO

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03225 RS

1

<u>[PROPOSED]ORDER</u>

Pursuant to the parties' stipulation and Local Rule 6-2, and good cause appearing, the Case Management Conference, previously set for February 27, 2008 at 2:30 p.m. shall be continued to March 19, 2008, at 9:30 a.m.

IT IS SO ORDERED.

_____

Honorable Richard Seeborg

27290368

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03225 RS