1  CHRISTINE LEPERA (admitted *pro hac vice*)
   GAYLE M. ATHANACIO (State Bar No. 130068)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor                    *E-FILED 2/14/08*
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300
   Email:  clepera@sonnenschein.com
5  Email:  gathanacio@sonnenschein.com

6  Attorneys for Defendant
   TEACHSCAPE, INC.
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  LAUREATE EDUCATION, INC.,              Case No. C 07 3225 RS

13         Plaintiff,                      STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING CASE MANAGEMENT
14     vs.                                 CONFERENCE

15  TEACHSCAPE, INC.,

16         Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03225 RS

WHEREAS, there currently is pending in this action Defendant Teachscape, Inc.'s ("Teachscape") Motion to Dismiss the First Amended Complaint and Motion for Protective Order, and Plaintiff Laureate Education, Inc.'s ("Laureate") Motion to Compel (collectively referred to as the "Motions"),

WHEREAS the Motions are scheduled for hearing on March 19, 2008, at 9:30 a.m.;

WHEREAS, the Case Management Conference previously set for February 20, 2008, at 2:30 p.m. was continued by the Court to February 27, 2008;

WHEREAS, counsel for Teachscape is unavailable to appear at the continued CMC;

WHEREAS, the parties agree that the interest of judicial economy and convenience of the parties would be furthered by continuing the CMC to the same date and time as the hearing on the Motions,

WHEREFORE, pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Laureate and Teachscape, by and through their respective counsel, hereby stipulate and request that the Case Management Conference, presently set for February 27, 2008, at 2:30 p.m., be held on March 19, 2008, at 9:30 a.m., immediately following the hearings on the Motions set in this action.

Date: February 13, 2008          SONNENSCHEIN NATH & ROSENTHAL LLP


By         /S/
          GAYLE M. ATHANACIO

          Attorneys for Defendant
          TEACHSCAPE, INC.


Date: February 13, 2008          HELLER EHRMAN LLP


By         /S/
          DANIEL N. KASSABIAN

          Attorneys for Plaintiff
          LAUREATE EDUCATION, INC.

-1-
STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07-03225 RS

## ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By     /S/
        GAYLE M. ATHANACIO

[~~PROPOSED~~]ORDER

Pursuant to the parties' stipulation and Local Rule 6-2, and good cause appearing, the Case Management Conference, previously set for February 27, 2008 at 2:30 p.m. shall be continued to March 19, 2008, at 9:30 a.m.

IT IS SO ORDERED.

Dated: 2/14/08

_____
Honorable Richard Seeborg

27290368