# EXHIBIT C

ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:     Annette.Hurst@HellerEhrman.com
            Daniel.Kassabian@HellerEhrman.com
            Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiffs
CANTER & ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CANTER & ASSOCIATES, LLC and LAUREATE EDUCATION, INC., | Case No. C 07-3225 RS |
| Plaintiffs, | **PLAINTIFFS CANTER & ASSOCIATES, LLC'S AND LAUREATE EDUCATION, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-80)** |
| v. | |
| TEACHSCAPE, INC., | |
| Defendant. | |

PROPOUNDING PARTIES:    Plaintiff Canter & Associates, LLC and
                        Plaintiff Laureate Education, Inc.

RESPONDING PARTY:       Defendant Teachscape, Inc.

SET NUMBER:             One (1)

Heller
Ehrman
White &
McAuliffe LLP

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Canter & Associates, LLC and Laureate Education, Inc. request that Defendant Teachscape, Inc. produce the following documents and things:

## DEFINITIONS

When used in the following requests for production, the following definitions apply:

1.    The terms "Teachscape," "you," "your," or "yourself," means Defendant Teachscape, Inc., and any related companies, divisions, or subsidiaries, past or present, and the directors, officers, employees, contractors, agents, or attorneys thereof, including but not limited to foreign subsidiaries and divisions.

2.    The term "Canter" means Plaintiff Canter & Associates, LLC and any related companies, divisions, or subsidiaries, past or present, and the directors, officers, employees, contractors, agents, or attorneys thereof, including but not limited to foreign subsidiaries and divisions, of which Teachscape is aware.

3.    The term "Laureate" means Plaintiff Laureate Education, Inc. and any related companies, divisions, or subsidiaries, past or present, and the directors, officers, employees, contractors, agents, or attorneys thereof, including but not limited to foreign subsidiaries and divisions, of which Teachscape is aware.

4.    The term "Andrews" means Andrews University located in Berrien Springs, Michigan, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

5.    The term "Cardinal Stritch" means Cardinal Stritch University located in Milwaukee, Wisconsin, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

6.    The term "Marygrove" means Marygrove College located in Detroit, Michigan, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

Heller
Ehrman LLP

2

7.     The term "NYSUT ELT" means the New York State United Teachers' Education and Learning Trust located in Latham, New York and/or available online at https://eltweb.nysut.org, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

8.     The term "Seattle Pacific" means Seattle Pacific University located in Seattle Washington, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

9.     The term "Walden" means Walden University available online at www.waldenu.edu, and any of its employees, directors, trustees, officers, contractors, agents, or attorneys, past or present, of which Teachscape is aware.

10.     The term "Canter's former employees" means any person who both (1) was employed by, or was an independent contractor for Canter or Laureate <u>and</u> (2) was / is employed, or was / is an independent contractor of Teachscape.  The term "Canter's former employees" also includes, but is not limited to, Valerie Cameron, Anna Crupi, Barbara DeHart, Suddie Gossett, Melissa Jaivin, Hae Young Kim, Stacey McNalley, Romario Pineda, Brenda Pope-Ostrow, Mike Soules, Chip Swalley, and Simone Vilandre.

11.     The term "master's degree program" means a distance-learning and/or online degree program, including all courses and curriculum in connection with the program, where upon its successful completion the program participant receives a master's degree in the field of education, including Master in the Art of Teaching, Master in Education, and Master of Science in Education.

12.     The term "graduate course program" means a distance-learning and/or online course program for graduate credit from universities with regional (NCA) and/or national (NCATE) accreditation, graduate level in the field of education.

13.     The term "Complaint" means the complaint filed on June 19, 2007 by Canter and Laureate in the above-captioned action, including any amendments thereto.

14.   As used herein, the conjunctions "and," "or," and "including" shall be interpreted conjunctively and shall not be interpreted to exclude any information otherwise within the scope of the request.

15.   As used herein, the terms "all" and "any" shall be interpreted inclusively so as to mean both "all" and "any" whenever either term is used.

16.   The terms "document" and "documents" are used in their broadest possible sense in accord with Federal Rule of Civil Procedure 34 and refer, without limitation, to any writings, recordings, or photographs defined in Federal Rule of Evidence 1001, all written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communications or records of every kind and description, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof, whether prepared by hand or by mechanical, electronic, magnetic, photographic, or other means, and including audio or video recordings of communications, occurrences or events. This definition includes, but is not limited to, any and all of the following: correspondence, notes, minutes, records, messages, memoranda, telephone memoranda, diaries, contracts, agreements, invoices, orders, acknowledgements, receipts, bills, statements, checks, check registers, financial statements, journals, ledgers, appraisals, reports, forecasts, compilations, schedules, studies, summaries, analyses, pamphlets, brochures, advertisements, newspaper clippings, tables, tabulations, financial packaging, plans, photographs, pictures, film, microfilm, microfiche, computer-stored or computer-readable data, computer programs, computer printouts, e-mails, telegrams, telexes, facsimiles, tapes, transcripts, recordings, and all other sources or formats from which data, information, or communications can be obtained. The terms shall include all preliminary versions, drafts or revisions of the foregoing, and all copies of a document shall be produced to the extent that the copies differ from the document produced due to notations, additions, insertions, comments, enclosures, attachments or markings of any kind.

17.   The term "things" means any tangible item, including without limitation, models, prototypes and samples of any device or apparatus or product.

Heller
Ehrman LLP

4

18.  The term "date" means the exact day, month and year if so ascertainable or, if not, the best approximation (including relationship to other events).

19.  The term "person" means any natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

20.  The term "relating to" means referring to, describing, concerning, evidencing, constituting, summarizing, addressing the subject matter of, supporting, negating, or rebutting.

21.  The term "share" means to send via electronic mail, to send a physical copy, distribute, exchange, or otherwise provide a copy.

## INSTRUCTIONS

1.  Each request below extends to any documents in the possession, custody or control of Teachscape.  The document is deemed to be in Teachscape's possession, custody or control, if it is in Teachscape's physical custody, or if it is in the physical custody of any other person and Teachscape (a) owns such documents in whole or in part; (b) has a right by contract, statute or otherwise to use, inspect, examine or copy such documents on any terms; (c) has an understanding, express or implied, that Teachscape may use, inspect, examine or copy such documents on any terms; or (d) has, as a practical matter, been able to use, inspect, examine or copy such documents when the defendant has sought to do so. Such documents shall include, without limitation, documents that are in the custody of Teachscape's attorneys or other agents.

2.  Unless otherwise stated, the time period covered by this notice is up to and including the date on which the documents are produced.

3.  Pursuant to Federal Rule of Civil Procedure 34, in responding to these requests, you must make a diligent search of your records, papers, materials, and electronically stored information in your possession or available to you or your representatives, including electronically stored information from sources that are reasonably accessible.  If, after

Heller
Ehrman LLP

5

1    exercising due diligence, you are unable to determine the existence of any documents or

2    things falling within a request, then you shall so state in written responses.

3         4.    If a refusal to provide documents or things, including electronically stored

4    information, responsive to any request is asserted on the grounds of burdensomeness, you

5    should state in detail the reason(s) for your objection(s), including the number and nature of

6    documents, records, electronically stored information needed to be searched and/or

7    produced, the location of the documents, the custodian of the documents, and the number of

8    person hours and costs required to conduct the search.

9         5.    If any request is unclear or ambiguous to you, you are requested to contact

10   undersigned counsel as soon as possible so that the request can be clarified to avoid

11   unnecessary delays in discovery.

12        6.    For any documents responsive to these requests that is being withheld on the

13   grounds of privilege, immunity, or any other grounds, please provide a written response

14   and/or log with the following information pursuant to Federal Rule of Civil Procedure

15   26(b)(5):

16             (a)    A description of the document sufficiently particular to identify it for

17   purposes of a court order;

18             (b)    The date of the document;

19             (c)    The nature of the protection claimed;

20             (d)    A list of all persons who participated in the preparation of the

21   document;

22             (e)    A list of all persons who have received or reviewed copies of the

23   document; and

24             (f)    A list of all persons with whom the document shared and

25   communicated.

26        7.    Pursuant to Federal Rule of Civil Procedure 26(e), these requests are deemed

27   continuing to the fullest extent permissible and to apply to all documents that Teachscape

28   subsequently creates, develops, discovers or receives.

Heller
Ehrman LLP

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION                    Case No. C 07-3225 RS

**REQUESTS FOR PRODUCTION**

**Request No. 1:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as Leader" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 2:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Understanding Teaching and Learning" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 3:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Instructional Design; Effective Assessment" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 4:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Teacher as Researcher" course, such as course websites, DVDs, videos, video media files,

Heller
Ehrman LLP

7

CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 5:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Meeting the Needs of All Students" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 6:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Foundations of Reading and Literacy" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 7:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Assessment & Intervention for Struggling Readers" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 8:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Reading in the Content Areas" course, such as course websites, DVDs, videos, video

media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 9:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 10:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Education in Reading & Literacy, K-6" degree program advertised in or around September 2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 11:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Problem Solving and Number & Operations, Grades K–5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 12:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Problem Solving and Number & Operations, Grades 6–8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 13:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Measurement and Geometry, Grades K–5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 14:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Measurement and Geometry, Grades 6–8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 15:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades K–5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 16:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Algebra, Grades 6–8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 17:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Data Analysis and Probability, Grades K–5" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 18:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Data Analysis and Probability, Grades 6–8" course, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 19:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 20:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Education in Mathematics, Grades K-5" degree program advertised in or around September 2006, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 21:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Art of Teaching with a Focus on Mathematics, Grades 6–8" degree program offered through Marygrove, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 22:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Master in Education in Mathematics, Grades 6-8" degree program advertised in or around

1  September 2006, such as course websites, DVDs, videos, video media files, CDs, audio

2  media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes,

3  tests, course outlines, and grading keys.

4

5  **Request No. 23:**

6       Final versions and the earliest available drafts of documents and things intended to

7  be, actually sent to, or made available to students or teachers relating to Teachscape's

8  "Master in the Art of Teaching with a Focus on Curriculum, Instruction & Assessment"

9  degree program advertised in or around September 2006, such as course websites, DVDs,

10  videos, video media files, CDs, audio media files, syllabi, course packets, study resources,

11  articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

12

13  **Request No. 24:**

14       All documents and things relating to the advertisement, promotion, and marketing of

15  Teachscape's "Master in the Art of Teaching with a Focus on Curriculum, Instruction &

16  Assessment" degree program advertised in or around September 2006, such as flyers,

17  pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements,

18  click-through advertisements, web site links, web sites, marketing plans, marketing budgets,

19  mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

20

21  **Request No. 25:**

22       All documents and things relating to the advertisement, promotion, and marketing of

23  Teachscape's "Master in Education in Reading & Literacy, K-6" degree program

24  advertised in or around September 2006, such as flyers, pamphlets, circulars, newsletters,

25  posters, video advertisements, audio advertisements, click-through advertisements, web site

26  links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses

27  to inquiries, and promotional scripts.

28

Heller
Ehrman LLP

13

**Request No. 26:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Education in Mathematics, Grades K-5" degree program advertised in or around September 2006, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 27:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Education in Mathematics, Grades 6-8" degree program advertised in or around September 2006, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 28:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6" degree program offered through Marygrove, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 29:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Master in Art of Teaching with a Focus on Elementary Mathematics, Grades

1  K-5" degree program offered through Marygrove, such as flyers, pamphlets, circulars,

2  newsletters, posters, video advertisements, audio advertisements, click-through

3  advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists,

4  e-mailing lists, responses to inquiries, and promotional scripts.

5

6  **Request No. 30:**

7       All documents and things relating to the advertisement, promotion, and marketing of

8  Teachscape's "Master in Art of Teaching with a Focus on Mathematics, Grades 6–8" degree

9  program offered through Marygrove, such as flyers, pamphlets, circulars, newsletters,

10  posters, video advertisements, audio advertisements, click-through advertisements, web site

11  links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses

12  to inquiries, and promotional scripts.

13

14  **Request No. 31:**

15       All communications between Teachscape and Marygrove relating to Teachscape's

16  master's degree programs or graduate course programs offered at Marygrove, such as draft

17  course materials, communications regarding course planning, documents relating to

18  anticipated demand for the course, communications regarding course administration, and

19  communications regarding course evaluations.

20

21  **Request No. 32:**

22       All documents Teachscape provided to, or prepared to provide to, Marygrove

23  promoting, advertising, or recommending a collaboration between Teachscape and

24  Marygrove relating to master's degree programs or graduate course programs.

25

26

27

28

Heller
Ehrman LLP

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION      Case No. C 07-3225 RS

**Request No. 33:**

All communications between Teachscape and Marygrove relating to a potential master's degree program or graduate course program collaboration between Teachscape and Marygrove.

**Request No. 34:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Research-Based Strategies for Improving Reading Success" graduate course program, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 35:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Research-Based Strategies for Improving Reading Success" graduate course program, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 36:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Fundamentals of Mathematics: Teaching for Conceptual Understanding" graduate course program, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 37:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Fundamentals of Mathematics: Teaching for Conceptual Understanding" graduate course program, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 38:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's "Research-Based Instructional Strategies to Improve Student Achievement" graduate course program, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 39:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's "Research-Based Instructional Strategies to Improve Student Achievement" graduate course program, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 40:**

Final versions and the earliest available drafts of documents and things intended to be, actually sent to, or made available to students or teachers relating to Teachscape's

graduate course programs, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 41:**

All documents and things relating to the advertisement, promotion, and marketing of Teachscape's graduate course programs, such as flyers, pamphlets, circulars, newsletters, posters, video advertisements, audio advertisements, click-through advertisements, web site links, web sites, marketing plans, marketing budgets, mailing lists, e-mailing lists, responses to inquiries, and promotional scripts.

**Request No. 42:**

All communications between Teachscape and Andrews relating to Teachscape's master's degree program or graduate course programs offered at Andrews, if any, such as draft course materials, communications regarding course planning, documents relating to anticipated demand for the course, communications regarding course administration, and communications regarding course evaluations.

**Request No. 43:**

All documents Teachscape provided to, or prepared to provide to, Andrews promoting, advertising, or recommending a collaboration between Teachscape and Andrews relating to master's degree programs or graduate course programs.

**Request No. 44:**

All communications between Teachscape and Andrews relating to a potential master's degree program or graduate course program collaboration between Teachscape and Andrews.

**Request No. 45:**

All communications between Teachscape and Cardinal Stritch regarding Teachscape's master's degree programs or graduate course programs offered at Cardinal Stritch, if any, such as draft course materials, communications regarding course planning, documents relating to anticipated demand for the course, communications regarding course administration, and communications regarding course evaluations.

**Request No. 46:**

All documents Teachscape provided to, or prepared to provide to, Cardinal Stritch promoting, advertising, or recommending a collaboration between Teachscape and Cardinal Stritch relating to master's degree programs or graduate course programs.

**Request No. 47:**

All communications between Teachscape and Cardinal Stritch relating to a potential master's degree program or graduate course program collaboration between Teachscape and Cardinal Stritch.

**Request No. 48:**

All documents and things relating to master's degree programs authored or offered by Laureate, Canter, and/or Walden, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 49:**

All documents and things relating to graduate course programs authored or offered by Laureate, Canter, and/or Walden, such as course websites, DVDs, videos, video media files, CDs, audio media files, syllabi, course packets, study resources, articles, texts, course log-ins, quizzes, tests, course outlines, and grading keys.

**Request No. 50:**

All documents and things created, authored, or edited by Laureate, Canter, or Walden, and in the possession of Canter's former employees.

**Request No. 51:**

All documents and things relating to employment agreements between Teachscape and any of Canter's former employees.

**Request No. 52:**

All documents and things relating to agreements for confidentiality or secrecy between Teachscape and any of Canter's former employees.

**Request No. 53:**

All documents and things evidencing policies relating to confidentiality or secrecy communicated between Teachscape and any of Canter's former employees.

**Request No. 54:**

All documents and things evidencing communications relating to the use of prior employer's information between Teachscape and any of Canter's former employees.

**Request No. 55:**

All documents and things relating to Laureate, Canter, and/or Walden.

**Request No. 56:**

All communications with customers or potential customers, including elementary and high school teachers, relating to Laureate, Canter, and/or Walden.

**Request No. 57:**

All communications between Teachscape and any of Canter's former employees relating to Laureate, Canter, and/or Walden.

**Request No. 58:**

All communications between two or more of Canter's former employees relating to Laureate, Canter, and/or Walden.

**Request No. 59:**

All communications between any of Canter's former employees, Andrews, Cardinal Stritch, Marygrove, NYSUT ELT, Seattle Pacific or any accredited university relating to Laureate, Canter, and/or Walden.

**Request No. 60:**

All documents and things relating to Canter's 3-year strategic plans.

**Request No. 61:**

All documents and things relating to Canter's Corporate Investment Proposals.

**Request No. 62:**

All documents and things relating to Canter's Onyx® customer relationship management (CRM) database.

**Request No. 63:**

All lists relating to potential customers for graduate course programs or master's degree programs, including elementary and high school teachers.

Heller
Ehrman LLP

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION          Case No. C 07-3225 RS

**Request No. 64:**

All lists relating to models and strategies for segmentation and targeting of potential customers for graduate course programs or master's degree programs.

**Request No. 65:**

All documents and things relating to advertisement, promotion, and marketing of Teachscape's graduate course programs and master's degree programs, including marketing strategy, marketing methods, market research, analyses of potential demand, marketing proposals, marketing studies, survey proposals and survey results.

**Request No. 66:**

All documents and things relating to methods for creating graduate course programs and master's degree programs, including the selection of presenters for video presentations, the structuring of the program generally, and the structuring of the course curriculums and materials for these programs.

**Request No. 67:**

All documents and things relating to Teachscape's knowledge of Laureate's or Canter's relationship with Andrews, Marygrove, Cardinal Stritch, or any other accredited university.

**Request No. 68:**

All documents and things relating to Teachscape's knowledge of Laureate's or Canter's contracts with Andrews, Marygrove, Cardinal Stritch, or any other accredited university.

**Request No. 69:**

All documents and things relating to any of Canter's or Laureate's proprietary

information, including but not limited to the items set forth in Plaintiffs Canter &
Associates, LLC'S And Laureate Education, Inc.'s Identification Of Trade Secrets, and any
amendments thereto.

**Request No. 70:**

Documents sufficient to show Teachscape's actual costs of developing Teachscape's
graduate course programs and master's degree programs, including payments to employees
and independent contractors for such development from the beginning of their development
to the present.

**Request No. 71:**

Documents sufficient to show Teachscape's actual gross revenues, net revenues, and
profits or losses relating to its master's degree programs and graduate course programs on a
monthly, quarterly, and/or annualized basis from the beginning of their development to the
present.

**Request No. 72:**

Documents sufficient to show Teachscape's projected future gross revenues, net
revenues, and profits or losses relating to its master's degree programs and graduate course
programs on a monthly, quarterly, and/or annualized basis.

**Request No. 73:**

Documents sufficient to show Teachscape's actual variable, fixed, and overhead
costs relating to its master's degree programs and graduate course programs on a monthly,
quarterly, and/or annualized basis from the beginning of their development to the present.

Heller
Ehrman LLP

**Request No. 74:**

Documents sufficient to show Teachscape's projected future variable, fixed, and overhead costs relating to its master's degree programs and graduate course programs on a monthly, quarterly, and/or annualized basis.

**Request No. 75:**

Documents sufficient to show Teachscape's actual per-customer revenue and per-course revenue relating to its master's degree programs and graduate course programs from the beginning of their development to the present.

**Request No. 76:**

Documents sufficient to show Teachscape's actual incremental/marginal cost per-customer and incremental/marginal cost per-course relating to its master's degree programs and graduate course programs from the beginning of their development to the present.

**Request No. 77:**

Documents sufficient to show Teachscape's actual average cost per-customer and average cost per-course relating to its master's degree programs and graduate course programs from the beginning of their development to the present.

**Request No. 78:**

All documents and things relating to projected or completed timelines or schedules for development of Teachscape's graduate course programs and graduate degree programs.

**Request No. 79:**

Organizational charts sufficient to show titles and supervisor/subordinate relationships of Teachscape's personnel that developed, marketed, or were involved in

Heller
Ehrman LLP

PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION                    Case No. C 07-3225 RS

1  decisions relating to Teachscape's graduate course programs and graduate degree programs,

2  and all different versions, past and present, of any such organizational charts.

3

4  **Request No. 80:**

5      All documents and things relating to Teachscape's document retention or destruction

6  policies from 2002 to the present.

7

8  Dated: October 15, 2007                    HELLER EHRMAN LLP

9

10  By _____

11                    DANIEL N. KASSABIAN
                      Attorneys for Plaintiffs

12                    CANTER & ASSOCIATES, LLC and
                      LAUREATE EDUCATION, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28