1  GAYLE M. ATHANACIO (State Bar No. 130068)
   gathanacio@sonnenschein.com
2  CHRISTINE LEPERA (admitted *pro hac vice*)
   clepera@sonnenschein.com
3  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendant
   TEACHSCAPE, INC.
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12 | LAUREATE EDUCATION, INC., | Case No. C 07 3225 RS |
|---|---|
13 | Plaintiff, | [PROPOSED] ORDER DENYING PLAINTIFF LAUREATE EDUCATION, INC.'S MOTION TO COMPEL PRODUCTION OF DEFENDANT TEACHSCAPE, INC.'S "COURSE MATERIALS" |
14 | vs. | |
15 | TEACHSCAPE, INC., | |
16 | Defendant. | |
17 |  | Date:   March 19, 2008<br>Time:   9:30 a.m.<br>Dept:   4 (5th Floor)<br>Judge:  Honorable Richard Seeborg |

Having considered all papers submitted in connection with Plaintiff Laureate Education, Inc.'s Motion to Compel Production of Defendant Teachscape, Inc.'s "Course Materials", the Court ORDERS that:

1. Plaintiff's Motion be denied.

IT IS SO ORDERED.

_____
Honorable Richard Seeborg

27290917