ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
             Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>TEACHSCAPE, INC., a Delaware corporation<br><br>                      Defendant. | Case No.: C 07-3225 RS<br><br>**PLAINTIFF LAUREATE EDUCATION, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:   The Honorable Richard Seeborg<br>Ctrm.:   4 (5th floor)<br>Date:    March 19, 2008<br>Time:    9:30 a.m. |

Plaintiff Laureate Education, Inc. ("Laureate") seeks judicial notice of the following court records pertinent to the Court's adjudication in *Cinebase Software, Inc. v. Media Guar. Trust, Inc.*, No. C 98-1100 FMS, 1998 WL 661465 (N.D. Cal. Sept. 22, 1998). In particular, judicial notice of the following records are sought:

Exhibit A: First Amended Complaint For Injunctive Relief and Damages; Demand for Jury Trial [Dkt. No. 30], filed July 10, 1998;

Exhibit B: Defendant's Motion to Dismiss Cinebase's First and Second Causes of Action in Its First Amended Complaint, to Dismiss the First Amended Complaint, to Dismiss Defendant Katherine Topper from This Lawsuit, to Dismiss Cinebase's Third, Fourth, Fifth, and Eleventh Causes of Action and, to Strike Portions of Cinebase's Ninth Cause of Action [Dkt. No. 32], filed July 13, 1998;

Exhibit C: Plaintiff's Opposition to Defendant's Motion to Dismiss and to Strike [Dkt. No. 52], filed August 10, 1998;

Exhibit D: Notice of Errata Re: First Amended Complaint for Injunctive Relief and Damages [Dkt. No. 53], filed August 10, 1998;

Exhibit E: Defendants' Reply Brief In Support of Their Motion to Dismiss and to Strike Plaintiff's First Amended Complaint [Dkt. No. 56], filed August 17, 1998;

Exhibit F: Transcript of Proceedings on August 26, 1998 [Dkt. No. 66], filed October 15, 1998;

Exhibit G: Order Granting in Part and Denying in Part Defendant' Motion to Dismiss; Denying Plaintiff's Motion for Preliminary Injunction [Dkt. No. 65], filed September 22, 1998 (and published online at 1998 WL 661465).

Because this briefing, transcript, and order forms the basis of the Court's legal reasoning in *Cinebase*, their consideration is proper. They "have relevance to legal reasoning and the lawmaking process, whether in the formulation of a legal principle or ruling by a judge or court or in the enactment of a legislative body." Fed. R. Evid. 201 *committee notes* (1972).

Dated: February 27, 2008           Respectfully submitted,

HELLER EHRMAN LLP


By ____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.