ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  +1.415.772.6000
Facsimile:   +1.415.772.6268
E-mail:       Annette.Hurst@HellerEhrman.com
              Daniel.Kassabian@HellerEhrman.com
              Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation, <br><br> Plaintiff, <br><br> v. <br><br> TEACHSCAPE, INC., a Delaware corporation <br><br> Defendant. | Case No.:  C 07-3225 RS <br><br> **PLAINTIFF LAUREATE EDUCATION, INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT;** <br><br> **MEMORANDUM OF AUTHORITIES IN SUPPORT THEREOF;** <br><br> Judge:   The Honorable Richard Seeborg <br> Ctrm.:   4 (5th floor) <br> Date:    April 2, 2008 <br> Time:    9:30 a.m. |

Heller
Ehrman LLP

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT that on April 2, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-entitled Court, Plaintiff Laureate Education, Inc. ("Laureate") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 15(d), for leave to file a Supplemental First Amended Complaint, attached hereto as Exhibit 1, to assert facts that have occurred since the filing of Laureate's First Amended Complaint on January 22, 2008.

This motion is based on this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities, the files and records in this case, and such other and further information as may be presented prior to or at any hearing on this motion.

Dated: February 27, 2008                Respectfully submitted,

HELLER EHRMAN LLP


By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

Heller
Ehrman LLP

PL.'S MOT. FOR LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT    Case No. C 07-3225 RS

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Laureate Education, Inc. ("Laureate") seeks leave to file its Supplemental First Amended Complaint, attached hereto as Exhibit 1.  (The supplementation in redline is attached hereto as Exhibit 2).  A supplemental pleading may be used to set out "any transaction, occurrence, or event that happened after the date of the supplemented pleading. Fed. R. Civ. P. 15(d).  Supplementation is liberally allowed absent a clear showing of prejudice to the other party.  *See Keith v. Volpe*, 858 F.2d 467, 473 (9th Cir. 1988).

In this case, Laureate seeks leave to file its Supplemental First Amended Complaint, which sets forth new allegations pertaining to the following transactions, occurrences, or events that occurred after January 22, 2008, when it filed its First Amended Complaint :

1.      U.S. Copyright Registration Nos. PA 1-592-703 and TX 6-825-248, both entitled "Designing Curriculum, Instruction, and Assessment for Students with Special Needs," issued to Laureate and were registered on February 11, 2008.

2.      On February 19 and 21, 2008, the parties exchanged correspondence in which Defendant Teachscape, Inc. ("Teachscape") again refused to produce its specific master's degree and course program materials that are the subject of Laureate's First Amended Complaint.  This latest refusal further supports the allegation by Laureate that Teachscape's materials result from the violation of Laureate's exclusive rights under 17 U.S.C. § 106.

Teachscape cannot claim prejudice given that it has yet to serve a responsive pleading.  Moreover, because "[t]he court may permit supplementation even though the original pleading is defective in stating a claim or defense" (Fed. R. Civ. P. 15(d)), Teachscape has no legal basis to argue that allowing supplementation of the First Amended Complaint, which it has moved to dismiss as defective, would be prejudicial.

Dated: February 27, 2008            Respectfully submitted,

HELLER EHRMAN LLP


By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

# EXHIBIT 1

ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:        Annette.Hurst@HellerEhrman.com
               Daniel.Kassabian@HellerEhrman.com
               Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation, <br><br> Plaintiff, <br><br> v. <br><br> TEACHSCAPE, INC., a Delaware corporation <br><br> Defendant. | Case No.: C 07-3225 RS <br><br> **SUPPLEMENTAL FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** <br><br> **JURY DEMAND** |

        Plaintiff Laureate Education, Inc. (hereinafter referred to as "Laureate") alleges

against Defendant Teachscape, Inc. ("Teachscape") as follows:

## JURISDICTION AND VENUE

        1.        The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

1338 because this is an action for copyright infringement under the Copyright Act, 17

U.S.C. §§ 101 *et seq.*

Heller
Ehrman LLP

2.     This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

3.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Teachscape has its principal place of business in Northern District of California, and because a substantial part of the events giving rise to the claim alleged herein occurred in this judicial district.

## INTRADISTRICT ASSIGNMENT

4.     Because this action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c), the action is to be assigned on a district-wide basis.

## THE PARTIES

5.     Laureate is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business in Baltimore, Maryland.

6.     Teachscape is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in San Francisco, California.

## CLAIM FOR RELIEF

### (For Copyright Infringement Pursuant To 17 U.S.C. §§ 101 *Et Seq.*)

7.     Laureate is a leader in the post-secondary education market and offers online degree programs throughout the United States and internationally.  One of Laureate's main focuses is on the development and marketing of distance-delivered education master's degree programs and graduate courses for teachers, which it provides with its subsidiary, Canter & Associates, LLC (formerly Canter & Associates, Inc. and hereinafter referred to as "Canter").

8.     One of Laureate's and Canter's distance-delivered education master's degree program offerings is their Master in the Art of Teaching ("MAT") program offered through Canter's educational institution partner, Marygrove College ("Marygrove"), that dates back to 1994.

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

9.      During its relationship with Marygrove, Canter developed a specialized master's degree program, and in particular a MAT program with a focus on Curriculum, Instruction and Assessment ("Canter's CIA Degree Program") that was offered to teachers through Marygrove.  The development of Canter's CIA Degree Program was accomplished at great cost and effort to Canter.  In addition, development and accreditation of Canter's CIA Degree Program for a Marygrove master's degree took 24 months.

10.     With funding and approval from Laureate, and pursuant to Canter's proprietary and confidential research, in the 2001 through 2004 time-frame Canter developed several specialized programs for master's degrees in various subject areas, including a specialization in Elementary Reading and Literacy, for Grades K-6 ("Laureate's Reading Degree Program"), and two specializations in Mathematics, with one for Grades K-5 and one for Grades 6-8 (collectively, "Laureate's Math Degree Programs"), in addition to Canter's CIA Degree Program, which it assigned to Laureate.  The development of Laureate's Reading and Math Degree Programs, including the creation of video and written materials for the courses in these programs, was accomplished at great cost and effort to Laureate and Canter.

11.     The distance-delivered education master's degree programs and graduate courses developed by Laureate and Canter, including Laureate's Reading and Math Degree Programs, contain wholly original material and are copyrightable subject matter under the laws of the United States.  The following copyrights (hereinafter referred to collectively as "AudioVisual and Online Course Materials"), organized by specialization specific course materials and then "core" course materials that are common to all programs, are duly owned by Laureate and were registered on April 10, 2007, except that the copyrights for "*Designing Curriculum, Instruction, and Assessment for Students with Special Needs*" (no. 21) were registered on February 11, 2008:

> (a)    Laureate's Reading Degree Program Materials for Grades K-6
>> (1)    *Foundation of Reading and Literacy Development*
>>> Title: Foundation of Reading and Literacy Development; Class: Literary Work; No. TX 6-524-266

Heller
Ehrman LLP

Title: Foundations of Reading and Literacy; Class: Performing Arts; No. PA 1-367-175

    (2)   *Strategies for Literacy Instruction, Part I*

Title: *Strategies for Literacy Instruction, Part I*; Class: Literary Work; No. TX 6-524-267

Title: *Strategies for Literacy Instruction, Part I*; Class: Performing Arts; No. PA 1-367-176

    (3)   *Strategies for Literacy Instruction, Part II*

Title: Strategies for Literacy Instruction, Part II; Class: Literary Work; No. TX 6-524-268

Title: Strategies for Literacy Instruction, Part II; Class: Performing Arts; No. PA 1-367-177

    (4)   *Supporting the Struggling Reader*

Title: Supporting the Struggling Reader; Class: Literary Work; No. TX 6-524-263

Title: Supporting the Struggling Reader; Class: Performing Arts; No. PA 1-367-178

    (5)   *Planning and Managing the Classroom Literacy Program*

Title: Planning and Managing the Classroom Literacy Program; Class: Literary Work; No. TX 6-524-264

Title: Planning and Managing the Classroom Literacy Program; Class: Performing Arts; No. PA 1-367-179

  (b)    <u>Laureate's Math Degree Program Materials for Grades K-5</u>

    (6)   *Elementary Mathematics: Number and Operations*

Title: Elementary Mathematics: Number and Operations; Class: Literary Work; No. TX 6-524-262

Title: Elementary Mathematics: Number and Operations, Grades K-5; Class: Performing Arts; No. PA 1-367-181

    (7)   *Elementary Mathematics: Geometry and Measurement*

Title: Elementary Mathematics: Geometry and Measurement; Class: Literary Work; No. TX 6-524-260

Title: Elementary Mathematics: Geometry and Measurement, Grades K-5; Class: Performing Arts; No. PA 1-367-182

    (8)   *Elementary Mathematics: Algebra*

Title: Elementary Mathematics: Algebra; Class: Literary Work; No. TX 6-524-259

Title: Algebra, Grades K-5; Class: Performing Arts; No. PA 1-367-183

    (9)   *Elementary Mathematics: Data Analysis and Probability*

Title: Elementary Mathematics: Data Analysis and Probability; Class: Literary Work; No. TX 6-524-253

Title: Elementary Mathematics: Data Analysis and Probability, Grades K-5; Class: Performing Arts; No. PA 1-367-184

Heller
Ehrman LLP

(c)     Laureate's Math Degree Program Materials for Grades 6-8

    (10)    *Number and Operations, Grades 6-8*

        Title: Number and Operations, Grades 6-8; Class: Literary Work; No. TX 6-524-254

        Title: Number and Operations, *Grades 6-8*; Class: Performing Arts; No. PA 1-367-185

    (11)    *Geometry and Measurement, Grades 6-8*

        Title: Geometry and Measurement, Grades 6-8; Class: Literary Work; No. TX 6-524-255

        Title: Geometry and Measurement, Grades 6-8; Class: Performing Arts; No. PA 1-367-186

    (12)    *Algebra, Grades 6-8*

        Title: Algebra, Grades 6-8; Class: Literary Work; No. TX 6-524-257

        Title: Algebra, Grades 6-8; Class: Performing Arts; No. PA 1-367-187

    (13)    *Data Analysis and Probability, Grades 6-8*

        Title: Data Analysis and Probability, Grades 6-8; Class: Literary Work; No. TX 6-524-256

        Title: Data Analysis and Probability, Grades 6-8; Class: Performing Arts; No. PA 1-367-188

(d)     Core Course Materials For Laureate's Reading And Math Degree Programs

    (14)    *Teacher As Professional*

        Title: Teacher As Professional; Class: Literary Work; No. TX 6-524-269

        Title: Teacher As Professional; Class: Performing Arts; No. PA 1-367-173

    (15)    *Effective Teaching Using Learning Styles and Multiple Intelligences*

        Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Literary Work; No. TX 6-524-272

        Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Performing Arts; No. PA 1-367-172

    (16)    *Instructional Models and Strategies*

        Title: Instructional Models and Strategies; Class: Literary Work; No. TX 6-524-265

        Title: Instructional Models and Strategies; Class: Performing Arts; No. PA 1-367-174

    (17)    *Designing Curriculum, Instruction and Assessment, Part I*

        Title: Designing Curriculum, Instruction and Assessment, Part I; Class: Literary Work; No. TX 6-524-258

        Title: *Designing Curriculum, Instruction, and Assessment, Part I*; Class: Performing Arts; No. PA 1-367-790

Heller
Ehrman LLP

(18)   *Designing Curriculum, Instruction and Assessment, Part II*

Title: Designing Curriculum, Instruction and Assessment, Part II; Class: Literary Work; No. TX 6-524-261

Title: Designing Curriculum, Instruction, and Assessment, Part Two; Class: Performing Arts; No. PA 1-367-180

(19)   *Collaborative Action Research*

Title: Collaborative Action Research; Class: Literary Work; No. TX 6-524-270

Title: Collaborative Action Research; Class: Performing Arts; No. PA 1-367-171

(20)   *Habits of Mind: Thinking Skills to Promote Self-Directed Learning*

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Literary Work; No. TX 6-524-271

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Performing Arts; No. PA 1-367-170

(21)   *Designing Curriculum, Instruction, and Assessment for Students with Special Needs*

Title: Designing Curriculum, Instruction, and Assessment for Students with Special Needs; Class: Literary Work; No. TX 6-825-248

Title: Designing Curriculum, Instruction, and Assessment for Students with Special Needs; Class: Performing Arts; No. PA 1-592-703

Copies of the registrations of these materials are attached hereto as Exhibit A. Teachscape does not have authorization, consent, or license to reproduce, make derivative works of, or otherwise utilize Laureate's copyrighted AudioVisual and Online Course Materials.

12.     Starting in approximately Summer of 2004 and continuing through approximately October 2005, Teachscape hired, or contracted with, at least twelve former employees of Canter (collectively "Canter's Former Employees"), including:

(1)     Barbara DeHart: Ms. DeHart was formerly employed by Canter from June 2001 through July 2005, most recently as a Program Specialist in Product Development. As a Program Specialist, Ms. DeHart developed course materials for Laureate's and Canter's various master's degree programs, and was very familiar these materials. More specifically, in 2005 immediately prior to departing from Canter, Ms. DeHart developed course materials, including drafting written materials, for Laureate's Math Degree Programs and the courses that are part of that program. Ms. DeHart also was

1   very familiar with Laureate's Reading Degree Program and its contents while they were in

2   development and were not publicly known.  Upon information and belief, Ms. DeHart

3   afterward was, and/or currently is, employed by or an independent contractor of

4   Teachscape.

5           (2)     Brenda Pope-Ostrow:  Ms. Pope-Ostrow was formerly employed by

6   Canter from January 2001 through October 2005, most recently as a Director, Editorial

7   Services.  As a Director, Editorial Services, Ms. Pope-Ostrow developed and edited written

8   course materials for Laureate's Reading and Math Degree Programs.  Ms. Pope-Ostrow was

9   very familiar with the contents of these programs while they were in development and were

10  not publicly known.  Upon information and belief, Ms. Pope-Ostrow afterward was, and/or

11  currently is, employed by or an independent contractor of Teachscape.

12          (3)     Melissa Jaivin:  Ms. Jaivin was formerly employed by Canter from

13  December 1991 through April 2004, most recently as its Vice President, Distance Learning

14  Masters Programs.  As an executive overseeing Canter's business in distance-delivered

15  master's degree programs, Ms. Jaivin partook in critical aspects of this business.  Ms. Jaivin

16  was part of the group of Canter executives that strategized over and formulated Canter's

17  business plans in the 2001 through 2004 time-frame, which resulted in Laureate's Reading

18  and Math Degree Programs.  Thus, Ms. Jaivin was familiar with the content of these

19  programs while they were in development and were not publicly known.  Ms. Jaivin also

20  negotiated Canter's contract with Marygrove for providing master's degree programs and

21  graduate course programs.  Upon information and belief, Ms. Jaivin afterward was, and is

22  currently, employed by Teachscape as a Vice President, Higher Education.

23          (4)     Hae Young Kim:  Ms. Kim was formerly employed by Canter from

24  June 1998 through September 2004, most recently as its Vice President, Graduate Courses.

25  As an executive overseeing Canter's business in distance-delivered graduate course

26  programs, Ms. Kim also was part of the group of Canter executives that strategized over and

27  formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in

28  Laureate's Reading and Math Degree Programs.  Thus, Ms. Kim also was familiar with the

Heller
Ehrman LLP

7

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

content of these programs while they were in development and were not publicly known. Upon information and belief, Ms. Kim afterward was, and/or is currently, employed by Teachscape as Vice President, Sales & Marketing, Higher Education.

(5)     Mike Soules:  Mr. Soules was formerly employed by Canter from June 1998 through September 2004, most recently as its Vice President, Business Development. As an executive overseeing Canter's business development for distance-delivered programs, Mr. Soules also was part of the group of Canter executives that strategized over and formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in Laureate's Reading and Math Degree Programs.  Thus, Mr. Soules also was familiar with the content of these programs while they were in development and were not publicly known.  Upon information and belief, Mr. Soules afterward was, and/or currently is, employed by Teachscape as General Manager, Higher Education.

13.     As described in part above, among Canter's Former Employees are several of Canter's long-term, key employees who were integral to the development of Canter's education master's degree programs and graduate courses for teachers.  However, in 2004 through 2005, these individuals had obtained positions at Teachscape.

14.     Before hiring Canter's Former Employees, Teachscape had not offered a master's degree program or even graduate level course program in teaching.  Within months of employing Ms. DeHart and Ms. Pope-Ostrow, however, in early 2006 Teachscape marketed graduate level courses and then in September 2006 it marketed masters degree programs in teaching with a specialization in Reading and Literacy for Grades K-6 ("Teachscape's Reading Degree Program"), two specializations in Mathematics, with one for Grades K-5 and one for Grades 6-8 (collectively, "Teachscape's Math Degree Programs"), and a specialization in Curriculum, Instruction, and Assessment ("Teachscape's CIA Degree Program").

15.     Specifically, in or around September 2006, Teachscape began to market its Reading, Math, and CIA Degree Programs, with courses starting in 2007, as being offered through Marygrove, the same educational institution that was offering Canter's CIA Degree

Program at that time.  The program curriculum and courses for Teachscape's Reading and Math Degree Programs, now currently offered through Marygrove, are set forth in the web pages attached as Exhibit B.  For reasons explained in paragraph 18 below, Teachscape later withdrew its CIA Degree Program and that program is not currently being offered through Marygrove.

16.     Laureate is informed and believes that Teachscape relied upon and/or otherwise used information obtained by Canter's Former Employees, including Ms. DeHart, Ms. Pope-Ostrow, Ms. Jaivin, Ms. Kim, and Mr. Soules as a result of their employment with Canter in creating Teachscape's master's degree programs and corresponding course materials, given that these individuals were not only familiar with Laureate's Reading and Math Degree Programs, but took part in their development.  In addition, Canter's own experience with developing master's degree programs and course materials for those programs is that it requires at least 18-24 months to develop such a program and obtain necessary approvals for its use by an accredited educational institution.  On information and belief, Teachscape developed <u>three</u> master's degree programs, negotiated a contract with a educational institution partner to offer those programs, developed a marketing strategy, and began marketing its master's degree programs in or around a year's time.  In addition, Teachscape developed and marketed its first graduate courses in or around 6 months.

17.     Although not subject matter of copyright protection in and of themselves, Teachscape's Reading and Math Degree Programs have program specializations, structures, and course subject matters that are very similar to those of Laureate's Reading and Math Degree Programs, respectively, as shown below:

///

///

///

///

///

///

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

| **Laureate's Master's Degree Programs** | **Teachscape's Master's Degree Programs** |
|---|---|
| **Specialized Courses for Laureate's Reading Degree Program for Grades K-6:** | **Specialized Courses for Teachscape's Reading Degree Program for Grades K-6:** |
| • *Foundations of Reading and Literacy Development* | • *Foundations of Reading and Literacy* |
| • *Supporting the Struggling Reader* | • *Assessment & Intervention for Struggling Readers* |
| • *Strategies for Literacy Instruction, Part I* | • *Reading in the Content Areas* |
| • *Strategies for Literacy Instruction, Part II* | • *The Reading and Writing Connection* |
| **Specialized Courses for Laureate's Math Degree Program for Grades K-5:** | **Specialized Courses for Teachscape's Math Degree Program for Grades K-5:** |
| • *Elementary Mathematics: Number and Operations* | • *Problem Solving and Number & Operations, Grades K-5* |
| • *Elementary Mathematics: Geometry and Measurement* | • *Measurement and Geometry, Grades K-5* |
| • *Elementary Mathematics: Algebra* | • *Algebra, Grades K-5* |
| • *Elementary Mathematics: Data Analysis and Probability* | • *Data Analysis and Probability, Grades K-5* |
| **Specialized Courses for Laureate's Math Degree Program for Grades 6-8:** | **Specialized Courses for Teachscape's Math Degree Program for Grades 6-8:** |
| • *Number and Operations, Grades 6-8* | • *Problem Solving and Number & Operations, Grades 6-8* |
| • *Geometry and Measurement, Grades 6-8* | • *Measurement and Geometry, Grades 6-8* |
| • *Algebra, Grades 6-8* | • *Algebra, Grades 6-8* |
| • *Data Analysis and Probability, Grades 6-8* | • *Data Analysis and Probability, Grades 6-8* |
| **Core Courses Common To All Degrees** | **Core Courses Common To All Degrees** |
| • *Teacher as Professional* | • *Teacher as Leader* |
| • *Effective Teaching Using Learning Styles and Multiple Intelligences* | • *Understanding Teaching and Learning* |
| • *Instructional Models and Strategies* | |
| • *Designing Curriculum, Instruction, and Assessment, Part I* | • *Instructional Design* |
| • *Designing Curriculum, Instruction, and Assessment, Part II* | • *Effective Assessment* |
| • *Collaborative Action Research* | • *Teacher as Researcher* |
| • *Designing Curriculum, Instruction, and Assessment for Students with Special Needs* | • *Meeting the Needs of All Students* |

Heller
Ehrman LLP

10

18.    As a result of the conduct alleged above, in addition to the other wrongful acts of misappropriation of trade secrets, intentional interference with prospective economic relationship, intentional interference with contract, false advertising and unfair competition, as alleged in the initial Complaint For Injunctive Relief and Damages filed in this action but not asserted in this Court at this time, Laureate and Canter separately contacted Teachscape and Marygrove in the Fall of 2006 and inquired about Teachscape's Math, Reading, and CIA Degree Programs that Teachscape intended to launch through Marygrove in early 2007. At that time, Marygrove denied the existence of any relationship between itself and Teachscape. Teachscape, on the other hand, did not deny the relationship because it had publicly advertised the existence of such. Teachscape, however, denied any wrongdoing. Irrespective of their inconsistent positions, Teachscape and Marygrove discontinued offering Teachscape's CIA Degree Program, but a few months later resumed offering Teachscape's Reading and Math Degrees, as set forth in Exhibit B.

19.    Teachscape's course materials for Teachscape's Reading and Math Degree Programs, including drafts thereof, are not available to the general public. At best, only some of these materials are available to teachers that are students currently enrolled in those programs through Marygrove. Only the entire set of materials would be available to a single individual once that person had completed the entire program. Absent consent, the only means by which Laureate could obtain some of the materials was through a pretext carried out over a significant period of time, which Laureate deemed inappropriate.

20.    Laureate therefore has repeatedly requested that Teachscape provide to Laureate, pursuant to a confidentiality agreement if necessary, copies of Teachscape's course materials, including drafts. Under Ninth Circuit law and per the rulings of this Court, the absence of a final version that is substantially similar to a copyrighted work does not negate liability for copyright infringement as evidenced in draft versions or other intermediate copying. *See Walker v. Univ. Books, Inc.*, 602 F.2d 859, 864 (9th Cir. 1979) (reversing district court ruling that blueprint for final product could not infringe, and holding that the fact that "an allegedly infringing copy of a protected work may itself be

1    only an inchoate representation of some final product to be marketed commercially does not

2    in itself negate the possibility of infringement.  The question is not whether the [accused

3    infringers] utilized the blueprints as merely a step in the manufacture of their cards but

4    whether they unauthorizedly utilized [the copyrighted] work in the manufacture of their

5    blueprints."); *see, e.g.*, *Cinebase Software, Inc. v. Media Guar. Trust, Inc.*, No. C98-1100

6    FMS, 1998 WL 661465 (N.D. Cal. Sept. 22, 1998) ("Defendants argue that this claim

7    should be dismissed because plaintiffs have not adequately identified the product with

8    which defendant is allegedly infringing plaintiff's copyrights.  They argue further that the

9    dismissal should be with prejudice because all parties agree that defendant does not

10   currently have a product that plaintiff could identify.  First, the lack of a completed

11   marketable product does not defeat plaintiff's copyright claim.  Section 106 protects a

12   copyright owner from another's reproduction of the copyrighted work or preparation of

13   derivative works based upon the copyrighted work as well as from the distribution of copies

14   to the public.  17 U.S.C. § 106.  Defendants' completion of their product is therefore not a

15   prerequisite to a copyright infringement claim.  Second, the Court does not agree with

16   defendant that there is a heightened pleading standard in copyright infringement cases.

17   [citation omitted]  Rule 8 simply requires that a plaintiff provide a defendant with adequate

18   notice of the subject of the claims to allow the defendant to respond.  Here, defendant does

19   not yet have a finished product, but all parties agree that it is quite far along in the

20   development of a software program designed to manage digital media.  As there is no

21   ambiguity regarding the product plaintiff refers to in the First Amended Complaint, the

22   Court finds that plaintiff has met the requirement of Rule 8.")

23        21.    Teachscape consistently has refused to provide any materials under any form

24   of confidentiality order, claiming that to do so would overburden it.  In October 2006,

25   Laureate limited its request to the earliest available draft and final version—i.e., latest

26   version, or published version if publication has occurred—of the materials for those specific

27   courses identified in paragraph 25 below.  Consistent with its conduct to date, however,

28   Teachscape refused to provide even first drafts, or to provide any final course materials.

1    The parties' correspondence in October 2006 regarding Laureate's limited request is

2    attached hereto as Exhibit C.

3        22.    Following Teachscape's refusal, on October 15, 2007, Laureate served

4    requests for production, pursuant to Federal Rule of Civil Procedure 34, seeking the earliest

5    available draft and final version of the materials for courses identified in paragraph 25

6    below.  In its response to these requests on November 16, 2007, Teachscape indicated it

7    "would not produce any such information absent entry of a protective order" and further

8    qualified by agreeing to produce these materials only if "the Court should deny

9    Teachscape's Motion to Dismiss" pending at the time.  At the same time, Teachscape

10   refused to negotiate a protective order so that the confidentiality of materials could be

11   maintained, opposed a motion by Laureate for entry of a protective order, and has refused to

12   participate in the discovery process while its motion to dismiss was pending or granted, the

13   latter of which is contrary to Ninth Circuit law.  *See Telluride Mgmt. Solutions, Inc. v.*

14   *Telluride Inv. Group*, 55 F.3d 463, 466 (9th Cir. 1995).  In an effort to dissuade Teachscape

15   from engaging in self-help contrary to the law, in February 2008 Laureate offered to pay

16   reasonable expenses of up to $5000 for Teachscape's production of the earliest available

17   drafts and final versions of Teachscape's materials for those specific courses identified in

18   paragraph 25 below, along with Laureate's production of its copyrighted materials set forth

19   in paragraph 11 above at its own cost.  Teachscape rejected this offer.  The parties'

20   correspondence in February 2008 regarding Laureate's offer is attached hereto as Exhibit D.

21       23.    In light of Teachscape's wrongful acts of misappropriation of trade secrets,

22   intentional interference with prospective economic relationship, intentional interference

23   with contract, false advertising and unfair competition, as alleged in the initial Complaint

24   For Injunctive Relief and Damages that will be pursued in another forum, combined with

25   other acts alleged herein, including Teachscape's refusal to provide access to the materials

26   at issue despite Laureate's demands, discovery requests, and offer to pay reasonable

27   expenses for their production, Laureate has conducted a reasonable pre-filing inquiry into

28   the similarity of Teachscape's materials to its own copyrighted works.  Laureate has

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND    Case No. C 07-3225 RS

therefore met its duty of reasonable inquiry imposed by Federal Rule of Civil Procedure 11. *See Hoffman-LaRoche Inc. v Invamed Inc.*, 213 F.3d 1359 (Fed. Cir. 2000); *Intamin, Ltd. v. Magnetar Techs. Corp.*, 483 F.3d 1328 (Fed. Cir. 2007).

24.    Accordingly, as set forth herein, Laureate has a reasonable basis to infer that, at least as of September 2006, Teachscape has been infringing Laureate's registered copyrights in its AudioVisual and Online Course Materials by making copies and derivative works therefrom, in violation of the Copyright Act, 17 U.S.C. §§ 101 *et seq.*

25.    It is reasonable to infer for the reasons set forth herein that Teachscape has invaded one or more of the exclusive rights afforded Laureate under 17 U.S.C. § 106 with respect to Teachscape's following course materials:

<u>Specialized Courses for Teachscape Reading Degree for Grades K-6</u>:

- Foundations of Reading and Literacy
- The Reading and Writing Connection
- Reading in the Content Areas
- Assessment & Intervention for Struggling Readers

<u>Specialized Courses for Teachscape Math Degree for Grades K-5</u>:

- Problem Solving and Number & Operations, Grades K-5
- Measurement and Geometry, Grades K-5
- Algebra, Grades K-5
- Data Analysis and Probability, Grades K 5

<u>Specialized Courses for Teachscape Math Degree for Grades 6-8</u>:

- Problem Solving and Number & Operations, Grades 6-8
- Measurement and Geometry, Grades 6-8
- Algebra, Grades 6-8
- Data Analysis and Probability, Grades 6 8

<u>Core Courses Common To All Degrees</u>:

- Teacher as Leader
- Understanding Teaching and Learning

Heller
Ehrman LLP

14

- Instructional Design
- Effective Assessment
- Teacher as Researcher
- Meeting the Needs of All Students

26.     Teachscape's conduct has deprived, and continues to deprive, Laureate of the benefits of licensing the AudioVisual and Online Course Materials to Canter's educational institution partners, such as Marygrove.  Teachscape has further been unjustly enriched by its copying and use of the AudioVisual and Online Course Materials, and works derived therefrom in its business.

27.     By reason of Teachscape's acts alleged herein, Laureate has suffered damage in an amount to be proved at trial.

28.     Teachscape threatens to continue to do the acts complained of herein, and unless restrained and enjoined will continue to do so, all to Laureate's irreparable damage. Laureate does not have an adequate remedy at law to compensate it for injuries threatened. Laureate is therefore entitled to an injunction restraining Teachscape, its officers, agents and employees, and all persons acting in concert with it, from engaging in further acts in violation of the Copyright Act.

## **PRAYER FOR RELIEF**

29.     WHEREFORE, Laureate prays as follows:

A.     For a judgment pursuant to 17 U.S.C. § 501 that Teachscape has infringed Laureate's copyrights in the AudioVisual and Online Course Materials;

B.     For an entry of preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502 enjoining and restraining Teachscape, its offices, directors, agents, servants, employees and all other persons in privity or acting in concert with it from further infringing any Laureate's copyrights as described herein and any others, by directly or indirectly using, selling, offering to sell, licensing, offering to license, disclosing, distributing, or making derivatives, thereof;

Heller
Ehrman LLP

1         C.    For entry of relief impounding and/or destruction of all infringing

2    articles and derivatives thereof, pursuant to 17 U.S.C. § 503;

3         D.    For a finding that the infringement by Teachscape was willful, and for

4    an award that accounts for its willful infringement, pursuant to 17 U.S.C. § 504;

5         E.    For an accounting of all of Teachscape's profits attributable to the

6    infringement, including both direct profits and indirect profits in the form of sales,

7    convoyed sales, and licensing of infringing works and derivatives thereof, pursuant to 17

8    U.S.C. § 504;

9         F.    For an award to Laureate of its actual damages and any additional

10   profits of Teachscape, pursuant to 17 U.S.C. § 504;

11        G.    For an award of Laureate's attorneys' fees, expenses and costs of suit

12   incurred as a result of this lawsuit;

13        H.    For an award to Laureate of such other and further relief as this Court

14   deems just and proper under the circumstances.

15   Dated: February 27, 2008        Respectfully submitted,

16              HELLER EHRMAN LLP

17

18              By _____/s/ DANIEL N. KASSABIAN_____
           Attorneys for Plaintiff

19              LAUREATE EDUCATION, INC.

20

21             **<u>DEMAND FOR JURY TRIAL</u>**

22       In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff Laureate

23   Education, Inc. demands a trial by jury on all issues triable by a jury.

24   Dated: February 27, 2008        Respectfully submitted,

25              HELLER EHRMAN LLP

26

27              By _____/s/ DANIEL N. KASSABIAN_____
           Attorneys for Plaintiff

28              LAUREATE EDUCATION, INC.

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND    Case No. C 07-3225 RS

# EXHIBIT A



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT

TX 6-524-263

TXU

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Elementary Mathematics: Data Analysis and Probability

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6684

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2** NAME OF AUTHOR ▼
**a** Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☑ No
Pseudonymous?     ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
2006    ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ December    Day ▶ 29    Year ▶ 2006
ONLY if this work has been published.    ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

M R

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  N L                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                                    FOR
      Yes                                          COPYRIGHT
                                                    OFFICE
                                                     USE
                                                     ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                    **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**6**     **a**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

**7**     **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538                Fax number ▶ (202) 344-8300

Email ▶   jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

                    ☐ author
                    ☐ other copyright claimant
Check only one ▶  ☐ owner of exclusive right(s)
                    ☑ authorized agent of   Laureate Education, Inc.
                                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                    Date▶  4/5/07

Handwritten signature ▼

*Barbara Schadlow*

Certificate       Name ▼
will be           Joshua Kaufman, Esq. c/o Venable LLP
mailed in
window            Number/Street/Apt ▼
envelope          575 7th Street, NW
to this
address:          City/State/Zip ▼
                  Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev: 11/2002   Print: 11/2002 — 30,000   Printed on recycled paper                    U.S. Government Printing Office: 2002-xx-xxx/xx,xxx





**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6—524—254**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Number and Operations, Grades 6-8

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6571

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

a   NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005  ◀ Year

b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 3  Year ▶ 2005    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 1. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

See instructions before completing this space.

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Document 5 2    Filed 08/00/2007    Page 5 of 79

EXAMINED BY **NLG**

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ▶ (202) 344-8538                Fax number ▶ (202) 344-8300

Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of **Laureate Education, Inc.**

Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev: 11/2006  Print: 11/2006 — 30,000  Printed on recycled paper                U.S. Government Printing Office: 2000-xx-xxx/20,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-255**

**EFFECTIVE DATE OF REGISTRATION**

Month 4  Day 10  Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Geometry and Measurement, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6572

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006  ◀Year In all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ May  Day ▶ 1  Year ▶ 2006      ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY NLS | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶                **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

Added new information to text.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ▶ (202) 344-8538                Fax number ▶ (202) 344-8300

Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

| Certificate will be mailed in window envelope to this address: | Name ▼ Joshua Kaufman, Esq. c/o Venable LLP |
|---|---|
| | Number/Street/Apt ▼ 575 7th Street, NW |
| | City/State/Zip ▼ Washington, DC 20004 |

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full Rev: 11/2006 Print 11/2006—30,000 Printed on recycled paper                U.S. Government Printing Office: 2006-xx-xxx/xx,xxx



**Form TX**
For a Nondramatic Literary Work

TX 6-524-256

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Data Analysis and Probability, Grades 6-8

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6574

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**  **a** NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month February Day 26 Year 2007     Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007

ONE DEPOSIT RECEIVED
APR 10 2007

TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

MR

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY  *NZL* | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶        **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538        Fax number ▶ (202) 344-8300

Email ▶ jjkaufman@venable.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Laureate Education, Inc.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow        Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev 11/2006  Print 11/2006 – 58,589  Printed on recycled paper        U.S. Government Printing Office 2006–xx/xxx,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-257

EFFECTIVE DATE OF REGISTRATION

Month 4    Day 10    Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
Algebra, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6573

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006    ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information Month ▶ October    Day ▶ 30    Year ▶ 2006    ◀ Nation
ONLY if this work has been published.

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**FUNDS RECEIVED**
MR

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  _NLG_                          FORM TX

CHECKED BY

☐ CORRESPONDENCE                            FOR
  Yes                                       COPYRIGHT
                                            OFFICE
                                            USE
                                            ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼                    **5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼          **a**      **6**

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

Added new information to text.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼          **a**      **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼  **b**

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number ▶ (202) 344-8538            Fax number ▶ (202) 344-8300

Email ▶  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant                                            **8**
Check only one ▶ { ☐ owner of exclusive right(s)
☑ authorized agent of _Laureate Education, Inc._

of the work identified in this application and that the statements made    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                                Date ▶ 4/5/07

Handwritten signature (X) ▼

_Barbara Schadlow_

Certificate    Name ▼                                                          **9**
will be     Joshua Kaufman, Esq. c/o Venable LLP
mailed in
window      Number/Street ▼
envelope    575 7th Street, NW
to this
address:    City/State/Zip ▼
            Washington, DC 20004

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX — Full    Rev: 11/2006    Print: 11/2006 — 30,000    Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/xx,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6—524—258

**TX**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Designing Curriculum, Instruction and Assessment, Part I

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6671

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

*a*  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of the work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

*b*  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*c*  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

*a*  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005      ◀ Year

*b*  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October  Day▶ 31  Year▶ 2005      ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | *NLb* | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

**6**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                              Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §406(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev: 11/2006  Print: 11/2006 – 20,000  Printed on recycled paper                    U.S. Government Printing Office: 2005-xx-xxx/60,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-259**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Elementary Mathematics: Algebra

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6683

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
{ Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ONLY if this work has been published.
2006 ◄ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ October   Day ▶ 30   Year ▶ 2006
◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
M R

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY  *N Lo*    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶        Year of Registration ▶

**5**

DERIVATIVE WORK OR COMPILATION
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                        Account Number ▼

**a**

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538                    Fax number ▶ (202) 344-8300
Email ▶  jjkaufman@venable.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
                                    ☐ author
                    Check only one ▶  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of  Laureate Education, Inc.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                    Date ▶ *4/5/07*

Handwritten signature ▼

*Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full  Rev. 11/2002  Print 11/2002 — 20,000  Printed on recycled paper                    U.S. Government Printing Office: 1996-xx-xxx/60,xxx



**Form TX**
For a Nondramatic Literary Work

**TX 6-524-260**

(TX)     TXU

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Elementary Mathematics: Geometry and Measurement

**PREVIOUS OR ALTERNATIVE TITLES ▼**
MATH 6682

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 1   Year ▶ 2006   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
M R

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _NLb_      **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE     FOR
   Yes                        COPYRIGHT
                                        OFFICE
                                        USE
                                        ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶          Year of Registration ▶          **5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition            **a**   **6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.            **b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼          **a**   **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004      **b**

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300

Email ▶   jjkaufman@venable.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

                     Check only one ▶    ☐ author

                                  ☐ other copyright claimant

                                  ☐ owner of exclusive right(s)      **8**

of the work identified in this application and that the statements made    ☒ authorized agent of _Laureate Education, Inc._

by me in this application are correct to the best of my knowledge.              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                    Date ▶ 4/5/07

Handwritten signature ▼

_Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

                                              **9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX—Full   Rev 11/2006   Print 11/2006 — 20,000   Printed on recycled paper                            U.S. Government Printing Office: 2006-xx-xxx/60,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-261

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Designing Curriculum, Instruction and Assessment, Part II

PREVIOUS OR ALTERNATIVE TITLES ▼
EDUC 6672

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼                Issue Date ▼            On Pages ▼

**2**

NAME OF AUTHOR ▼
**a** Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
**c**

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2006   ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ February   Day▶ 27   Year▶ 2006   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
M R

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.                    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY $\square$ *Nlc*    FORM TX

CHECKED BY

$\square$ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

$\square$ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. $\square$ This is the first published edition of a work previously registered in unpublished form.

b. $\square$ This is the first application submitted by this author as copyright claimant.

c. $\square$ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                     Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538             Fax number ▶ (202) 344-8300

Email ▶  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

$\square$ author
$\square$ other copyright claimant
$\square$ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                        Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full    Rev 11/2006   Print 11/2006 — 30,000   Printed on recycled paper                        U.S. Government Printing Office: 2000-xx-xxx/xx,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-524-262

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Elementary Mathematics: Number and Operations

PREVIOUS OR ALTERNATIVE TITLES ▼
MATH 6681

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2** NAME OF AUTHOR ▼
a  Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2006 ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ May  Day ▶  Year ▶ 2006  ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED  APR 10 2007
ONE DEPOSIT RECEIVED  APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED  MR

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages



EXAMINED BY **NLF**

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

b

Area code and daytime telephone number ▶ (202) 344-8538                          Fax number ▶ (202) 344-8300
Email ▶   jjkaufman@venable.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the   { ☐ author
                                                              Check only one ▶  ☐ other copyright claimant
                                                                               ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Laureate Education, Inc.
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow                                                          Date▶ **4/5/07**

Handwritten signature ▼

*Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full   Rev 11/2002   Print 11/2002 — 20,000   Printed on recycled paper

U.S. Government Printing Office, 2000-xxxxxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6—524—263

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
Supporting the Struggling Reader

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6644

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ October   Day ▶ 30   Year ▶ 2006    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MR

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   FORM TX

CHECKED BY *NLb*

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶                    Year of Registration ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538                 Fax number ▶ (202) 344-8300

Email ▶   jjkaufman@venable.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                                    Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼

575 7th Street, NW

City/State/Zip ▼

Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full   Rev. 11/2002   Prtd 11/2002 — 35,000   Printed on recycled paper                                 U.S. Government Printing Office: 2000-0-xxxx/xx.xxx





**Form TX**
For a Nondramatic Literary Work
UNITED STATES

TX 6-524-264

TXU

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Planning and Managing the Classroom Literacy Program

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6645

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

**2**

a    **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎨ Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎨ Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

c    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎨ Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2007 ◀ Year in all cases.

b    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶ February    Day ▶ 26    Year ▶ 2007
ONLY if this work has been published.
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

M R

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _NLb_                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                          FOR
   Yes                                    COPYRIGHT
                                          OFFICE
                                          USE
                                          ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                     Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**

See instructions before completing this space.

**b**

Added new information to text.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**b**

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300
Email ▶   jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                     Check only one ▶ ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☑ authorized agent of _Laureate Education, Inc._
by me in this application are correct to the best of my knowledge.              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                          Date ▶ _4/5/07_

Handwritten signature ▼

_Barbara Schadlow_

Certificate        Name ▼
will be            Joshua Kaufman, Esq. c/o Venable LLP
mailed in
window             Number/Street/Apt ▼
envelope           575 7th Street, NW
to this
address:           City/State/Zip ▼
                   Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev 11/2006   Print 114/2006 – 20,000   Printed on recycled paper                    U.S. Government Printing Office: 2000-xx-xxx/20,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-265**

CTX          TXU
EFFECTIVE DATE OF REGISTRATION

Month 4    Day 10    Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Instructional Models and Strategies

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6630

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June 26    Day ▶ 26    Year ▶ 2006    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

M R

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| | |
|---|---|
| EXAMINED BY _NL6_ | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶    Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

*See instructions before completing this space.*

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼    Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number ▶ (202) 344-8538    Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Laureate Education, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow    Date ▶ 4/5/07

Handwritten signature ▼
*Barbara Schadlow*

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev. 11/2006   Print: 11/2006 — 20,000   Printed on recycled paper    U.S. Government Printing Office: 2006-xx-xxx/xx,xxx





**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6—524—266

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Foundation of Reaching and Literacy Development

PREVIOUS OR ALTERNATIVE TITLES ▼
EDUC 6641

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**
**a**   NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given
2005   ◀ Year in all cases.

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month October   Day 31   Year 2005    ◀ Nation

**4**
See instructions before completing this space.
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
M R

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
    • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY _NLC_     FORM TX

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶            Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

b

Area code and daytime telephone number ▶ (202) 344-8538            Fax number ▶ (202) 344-8300

Email ▶  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                      ☐ author
                          Check only one ▶  { ☐ other copyright claimant
                                                      ☐ owner of exclusive right(s)
                                                      ☑ authorized agent of __Laureate Education, Inc.__
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                          Date ▶ _4/5/07_

Handwritten signature ▼

_Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX - Full  Rev: 11/2006  Print: 11/2006 — 20,000  Printed on recycled paper                                      U.S. Government Printing Office: 2006-xx-xxx/xx,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-267**

EFFECTIVE DATE OF REGISTRATION

Month **4**    Day **10**    Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**
Strategies for Literacy Instruction, Part I

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6642

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**   **a**   **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October   Day 31   Year 2005
◀ Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
APR 1 0 2007
**ONE DEPOSIT RECEIVED**
APR 1 0 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
MR

See instructions before completing this space.

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY _N⁄L_    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**a**
**6**
**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a**
**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one {
☐ author
☐ other copyright claimant
☐ owner of exclusive rights)
☑ authorized agent of _Laureate Education, Inc._
                          Name of author or other copyright claimant, or owner of exclusive rights) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow                                         Date ▶ 4/5/07

Handwritten signature ▼
_Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev. 11/2002  Print: 11/2002 — 20,000  Printed on recycled paper                                    U.S. Government Printing Office 2002-xx-xxx/60,xxx



**Form TX**
For a Nondramatic Literary Work

**TX 6-524-268**

( TX )    TXU
**EFFECTIVE DATE OF REGISTRATION**

Month **4** Day **10** Year **07**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
Strategies for Literacy Instruction, Part II

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6643

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2** **a** **NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.    Month ▶ January    Day ▶ 1    Year ▶ 2005    ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 10 2007
**ONE DEPOSIT RECEIVED**
APR 10 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
M R

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY _NLb_     FORM TX

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶              Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300
Email ▶  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Laureate Education, Inc._
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                        Date ▶ 4/5/07

Handwritten signature ▼

_Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full   Rev: 11/2006   Print: 11/2006—30,000   Printed on recycled paper                                U.S. Government Printing Office: 2006-13-000/61,xxx



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-524-269**

EFFECTIVE DATE OF REGISTRATION

MONTH 4  DAY 10  YEAR 07

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Teacher As Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6610

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 6  Year ▶ 2005

Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED

APR 1 0 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED
MR

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.     • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _NLL_    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**  **6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                  Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number ▶ (202) 344-8538                    Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow                                           Date ▶ 4/5/07

Handwritten signature ▼
_Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX - Full  Rev 11-2006  Print 14x2006 – 30,000  Printed on recycled paper                    U.S. Government Printing Office 2006-xx-xxx/60,xxx

 

**Form TX**
For a Nondramatic Literary Work

**TX 6-524-270**

( TX )                    TXU

EFFECTIVE DATE OF REGISTRATION

Month 4    Day 10    Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Collaborative Action Research

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6620

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**
**a**
**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2006    Year in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month September    Day    Year 2006
ONLY if this work    Nation
has been published.                    ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**APPLICATION RECEIVED**
APR 1 0 2007
**ONE DEPOSIT RECEIVED**
APR 1 0 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MR

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | N4L | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a** **6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538          Fax number ▶ (202) 344-8300
Email ▶ jjkaufman@venable.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Lernatis Education, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow          Date ▶ 4/5/07

Handwritten signature ▼
Barbara Schadlow

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004





**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-624-271

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Habits of Mind: Thinking Skills to Promote Self-Directed Learning

PREVIOUS OR ALTERNATIVE TITLES ▼
EDUC 6625

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006  ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ MAY  Day ▶  Year ▶ 2006     ◀ Nation

**4**
See instructions before completing this space.
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED APR 1 0 2007
ONE DEPOSIT RECEIVED APR 1 0 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
MR

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY N.L.     FORM TX

CHECKED BY N.L.

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶        **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a** **6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**b**   See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538        Fax number ▶ (202) 344-8300

Email ▶ jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Laureate Education, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow        Date ▶ 4/5/07

Handwritten signature ▼

*Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full Rev 11/2006 Print 11/2006 — 30,000 Printed on recycled paper        U.S. Government Printing Office: 2006-xxxxxx/60,xxx



**Form TX**
For a Nondramatic Literary Work

**TX 6-524-272**

TX             TXU

EFFECTIVE DATE OF REGISTRATION

Month __4__ Day __10__ Year __07__

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
Effective Teaching Using Learning Styles and Multiple Intelligences

**PREVIOUS OR ALTERNATIVE TITLES ▼**
EDUC 6615

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼              Issue Date ▼              On Pages ▼

---

**2**

a

**NAME OF AUTHOR ▼**
Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _USA_
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text

b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

c

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

a

**YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**
2005
◀Year in all cases.

b

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ October   Day ▶ 31   Year ▶ 2005
ONLY if this work
has been published.                                                    ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MR

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY _N Lb_                                         FORM TX

CHECKED BY

☐ CORRESPONDENCE                                          FOR
    Yes                                                    COPYRIGHT
                                                           OFFICE
                                                           USE
                                                           ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition                                                      a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼      See instructions before completing this space.

Added new information to text.                                                    b

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                         Account Number ▼                  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004   b

**7**

Area code and daytime telephone number ▶ (202) 344-8538                Fax number ▶ (202) 344-8300

Email ▶   jjkaufman@venable.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive rights)
                  ☒ authorized agent of  Laureate Education, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.      Name of author or other copyright claimant, or owner of exclusive rights) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature ▼                                              Date ▶  4/5/07

_Barbara Schadlow_

Certificate      Name ▼
will be
mailed in       Joshua Kaufman, Esq. c/o Venable LLP
window
envelope        Number/Street/Apt ▼
to this
address:        575 7th Street, NW

                City/State/Zip ▼
                Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full   Rev 3/2006   Print 3/2006—20,000   Printed on recycled paper                                   U.S. Government Printing Office: 2005-20-xxx/20 xxx



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TX 6-825-248**

**Effective date of
registration:**

**February 11, 2008**

## Title

**Title of Work:** Designing Curriculum, Instruction and Assessment for Students with Special Needs

**Previous or Alternative Title:** EDUC 6674

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 1, 2007          **Nation of 1st Publication:** United States

## Author

**Author:** Laureate Education, Inc.

**Author Created:** Text

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Laureate Education, Inc.

1001 Fleet Street, Baltimore, MD, 21202

## Limitation of copyright claim

**Material excluded from this claim:** Previously published edition

**Previously registered:** No

**New material included in claim:** Added new information to text

## Certification

**Name:** BARBARA SCHADLOW

**Date:** February 8, 2008

IPN#

Registration #     TX0006825248

Service Request #   1 43021719

Venable LLP
Joshua Kaufman Esq
575 7th Street NW
Washington, DC 20004



**Form PA**
For a Work of Performing Arts

**PA 1-367-170**

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **07**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Habits of Mind: Thinking Skills to Promote Self-Directed Learning

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Helping Students Become Self-Directed Learners (EDUC 6625)

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

## 2

**a** **NAME OF AUTHOR ▼**

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** **NAME OF AUTHOR ▼**

Canter & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year **2005** in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month June   Day 1   Year 2005
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

APPLICATION RECEIVED APR 1 0 2007
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED APR 1 0 2007
FUNDS RECEIVED
MP

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | _NL_ | | FORM PA |
|---|---|---|---|
| CHECKED BY | | | |
| | CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼              **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published edition

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Added new information to both text and audiovisual portions

**b**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                 **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number    ( 202 ) 344-8538                Fax number    ( 202 ) 344-8300
Email  jjkaufman@venable.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow

Handwritten signature (X) ▼
X _Barbara Schadlow_                                   Date  4/5/07

---

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Joshua Kaufman, Esq. c/o Venable LLP | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼ 575 7th Street, NW | |
| | **City/State/Zip** ▼ Washington, DC 20004 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006   Print 08/2006 — xx,xxx   Printed on recycled paper

Copyright
For
work
right

Form PA
For a Work of Performing Art

**PA 1-367-171**

PAU

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Collaborative Action Research

**PREVIOUS OR ALTERNATIVE TITLES ▼**

EDUC 6620

**NATURE OF THIS WORK ▼ See Instructions**

Audiovisual Work

## 2

**a** **NAME OF AUTHOR ▼**

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** **NAME OF AUTHOR ▼**

Caster & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month August Day 1 Year 2005

USA Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION** APR 10 2007

**ONE DEPOSIT RECEIVED**
APR 10 2007

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MP

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY *N/C*

FORM PA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number    ( 202 ) 344-8538                    Fax number    ( 202 ) 344-8300

Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of  Laureate Education, Inc.
         Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼                                          Date  4/5/07

X *Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full    Rev: 07/2005    Print 07/2005 — xx,000    Printed on recycled paper                                                                    U.S. Government Printing Office: 2005-xxx-xxx/60,xxx

 

**C Form PA**
For a Work of Performing Arts

**PA 1-367-172**

| | | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Effective Teaching Using Learning Styles and Multiple Intelligences

PREVIOUS OR ALTERNATIVE TITLES ▼

Learning Differences: Effective Teaching Using Learning Styles and Multiple Intelligences (EDUC 6615)

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _USA_
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Audiovisual Recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _USA_
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
Year **2005**

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month **June** Day **1** Year **2005**
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
**APR 1 0 2007**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
**APR 1 0 2007**
FUNDS RECEIVED
_MP_

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY | NK | FORM PA |
|---|---|---|

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ( 202 ) 344-8538          Fax number ( 202 ) 344-8300

Email jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Laureate Education, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow          Date 4/5/07

Handwritten signature (X) ▼

X Barbara Schadlow

**8**

Certificate will be mailed in window envelope to this address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006   Print 07/2006 — xx,000   Printed on recycled paper          U.S. Government Printing Office 2006-xxx-xxx/6,xxx

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the
Copyright Office, or call (202) 707-3000.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—367—173**

EFFECTIVE DATE OF REGISTRATION

Month **4**   Day **10**   Year **87**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

Teacher As Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

The High Performing Teacher (EDUC 6616)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

**2**

**a**   **NAME OF AUTHOR ▼**

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Printed Text and compilation

**c**   **NAME OF AUTHOR ▼**

Canter & Associates, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Audiovisual recording

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
Year **2005**

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month **August**   Day **1**   Year **2005**
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007

ONE DEPOSIT RECEIVED
APR 1 0 2007

TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

FUNDS RECEIVED
MP

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _2_ pages

| EXAMINED BY | NVG | FORM PA |
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6**
DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published edition

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Added new information to both text and audiovisual portions

See instructions
before completing
this space.

**7**
a  DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

b  CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number   ( 202  ) 344-8538          Fax number  ( 202  ) 344-8300
Email  jjkaufman@venable.com

**8**
CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of  Learnetic Education, Inc.
Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow                                           Date  4/5/07

Handwritten signature (X) ▼
x  Barbara Schadlow

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full   Rev 07/2003   Print 07/2003 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-174**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Instructional Models and Strategies

PREVIOUS OR ALTERNATIVE TITLES ▼
Building You Repertoire of Teaching Strategies (EDUC 6630)

NATURE OF THIS WORK ▼ See instructions
Audiovisual Work

**2**
**a** NAME OF AUTHOR ▼
Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of USA
Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of USA
Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼
Lee Canter & Associates, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of USA
Domiciled in

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month June  Day 1  Year 2005
Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED APR 10 2007
ONE DEPOSIT RECEIVED APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED  MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY NL

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number  ( 202 ) 344-8538        Fax number  ( 202 ) 344-8300

Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow        Date 4/5/07

Handwritten signature (X) ▼

X  Barbara Schadlow

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full   Rev. 6/2002B   Print 6/2002B - xx,000   Printed on recycled paper        U.S. Government Printing Office: 2000-xxx-xxx/xx,xxx

Form PA
For a Work of Performing Arts

PA 1–357–175

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Foundations of Reading and Literacy

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6641

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a**

NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____ USA
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed text and audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____ USA
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ____
Domiciled in ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003  This information must be given in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month August  Day 1  Year 2003  Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | ML | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**6**

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number  ( 202 ) 344-8538          Fax number  ( 202 ) 344-8300
Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow          Date 4/5/07

Handwritten signature (X) ▼          X _Barbara Schadlow_

Certificate will be mailed in window envelope to this address:
Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full  Rev: 07/2006  Print: 07/2006 — xx,xxx  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx

Form PA
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-357-176

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Strategies for Literacy Instruction, Part I

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6642

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005
Year ◀ in all cases.

This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month June   Day 1   Year 2005

Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY NL

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number   ( 202 ) 344-8538          Fax number   ( 202 ) 344-8300
Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼          Date 4/5/07
☞   X Barbara Schadlow

Certificate will be mailed in window envelope to this address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006   Print 07/2006 — xx,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx



**Form PA**
For a Work of Performing Arts

PA 1–367–177

(PA) PAU

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Strategies for Literacy Instruction, Part II

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6643

NATURE OF THIS WORK ▼ See Instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

Canter & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
     Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month June Day 1 Year 2005
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

See instructions before completing this space.

APPLICATION RECEIVED APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007 DVD/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ___Nik___    FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number  ( 202 ) 344-8538              Fax number  ( 202 ) 344-8300
Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive rights)
                  ☑ authorized agent of __Laureate Education, Inc.__
                     Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼                                                          Date  4/5/07

☞        x  Barbara Schadlow

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev 8/2003   Print 6/2003 — xx,000   Printed on recycled paper                    U.S. Government Printing Office: 2000-xxx-xxx/xx



Form PA
For a Work of Performing Arts

PA 1-367-178

EFFECTIVE DATE OF REGISTRATION

Month  4  Day  10  Year  07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼

Supporting the Struggling Reader

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6644

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**
**a**
NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**
NAME OF AUTHOR ▼

Center & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005                          Year
This information must be given in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month June     Day 1     Year 2005
Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _N/A_          FORM PA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

b

Area code and daytime telephone number   ( 202 ) 344-8538          Fax number   ( 202 ) 344-8300

Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼          Date  4/5/07

x  _Barbara Schadlow_

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full   Rev. 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx



**Form PA**
For a Work of Performing Arts

**PA 1-357-179**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Planning and Managing the Classroom Literacy Program

PREVIOUS OR ALTERNATIVE TITLES ▼

EDUC 6645

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text

**b** NAME OF AUTHOR ▼

Center & Associates, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**c** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2004 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month December  Day  Year 2004
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _NL6_    FORM PA

CHECKED BY

☒ CORRESPONDENCE    FOR
   ☐ Yes               COPYRIGHT
                       OFFICE
                       USE
                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check boxes A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number ( 202 ) 344-8538         Fax number ( 202 ) 344-8300

Email jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☒ authorized agent of  Laureate Education, Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                    Date  4/5/07

Handwritten signature (X) ▼

X  _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full   Rev 07/2006   Print 07/2006 — xx,000   Printed on recycled paper                                    U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx




**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1–367–188

PAU

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Designing Curriculum, Instruction, and Assessment, Part Two

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Designing Assessment to Promote Learning (EDUC 6672)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

**2**

**a**   **NAME OF AUTHOR ▼**

Canter & Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
     Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004   Year   in all cases
This information must be given

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month  December   Day  1   Year  2004
ONLY if this work has been published.                                          Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED  APR 10 2007
ONE DEPOSIT RECEIVED  APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MP

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of  2  pages

EXAMINED BY N.G.    FORM PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number   ( 202 ) 344-8538    Fax number ( 202 ) 344-8300

Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼    Date 4/5/07

X Barbara Schadlow

Certificate will be mailed in window envelope to this address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full  Rev 6/99/99  Print 6/99/99 — ###   Printed on recycled paper    U.S. Government Printing Office 2000-xxx-xxx/##,###

 

right Office
Before Copy-

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1—357—181**

EFFECTIVE DATE OF REGISTRATION

Month 4    Day 10    Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Elementary Mathematics: Number and Operations, Grades K-5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6681

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

## 2

**a**   **NAME OF AUTHOR ▼**

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◄ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month April   Day 1   Year 2005
Nation

---

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED APR 10 2007
ONE DEPOSIT RECEIVED APR 10 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

FUNDS RECEIVED
MP

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | N/A | FORM FA |
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**6**
**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number  ( 202 ) 344-8538        Fax number  ( 202 ) 344-8300
Email jlkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of Lawsuits Education, Inc.
       Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                    Date 4/5/07

Handwritten signature (X) ▼
☞  X _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form FA—Full   Rev: 07/2003   Print: 07/2003 — 00000   Printed on recycled paper          U.S. Government Printing Office: 2003-xxx-xxx/xx,xxx



**Ⓒ Form PA**
For a Work of Performing Arts

**PA 1-367-182**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 87

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Elementary Mathematics: Geometry and Measurement, Grades K-5

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6682

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

---

**2**

**a** **NAME OF AUTHOR ▼**

Laureate Education, Inc.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Walden University

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
Domiciled in _____

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month January    Day 1    Year 2006

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21282

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

**APPLICATION** APR 1 0 2007
**ONE DEPOSIT RECEIVED** APR 1 0 2007
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
MP

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | _NLC_ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a  Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published edition

b  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Added new information to both text and audiovisual portions

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  Name ▼          Account Number ▼

b  CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

Area code and daytime telephone number  ( 202 ) 344-8538          Fax number  ( 202 ) 344-8300
Email  jkaufman@venable.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Laureate Education, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow
Handwritten signature (X) ▼          Date  4/5/07
X _Barbara Schadlow_

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full  Rev: 07/2006  Print: 07/2006 — xx,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx





**Form PA**
For a Work of Performing Arts

**PA 1-357-183**

EFFECTIVE DATE OF REGISTRATION

Month 4   Day 10   Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Algebra, Grades K-5

PREVIOUS OR ALTERNATIVE TITLES ▼

Elementary Mathematics: Algebra, Grades K-5 (MATH 6683)

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
    { Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2006 Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month February Day 1 Year 2006
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED APR 1 0 2007
ONE DEPOSIT RECEIVED APR 1 0 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

MP

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  *NL*                                                      FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

                                                                       FOR
                                                                       COPYRIGHT
                                                                       OFFICE
                                                                       USE
                                                                       ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**6**

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number  ( 202 ) 344-8538                    Fax number  ( 202 ) 344-8300
Email  jkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼                                          Date  4/5/07

X  *Barbara Schadlow*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form PA—Full  Rev 07-2005  Print 07-2005—xx,000  Printed on recycled paper                    U.S. Government Printing Office: 2005-xxx-xxx/xx,xxx



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-184**

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Elementary Mathematics: Data Analysis and Probability, Grades K-5

PREVIOUS OR ALTERNATIVE TITLES ▼

MATH 6684

NATURE OF THIS WORK ▼ See instructions

Audiovisual Work

**2**

**a** NAME OF AUTHOR ▼

Laureate Education, Inc

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THIS WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THIS WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Printed Text and Compilation

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THIS WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2006 Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month May Day 1 Year 2006
ONLY if this work has been published.
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 0 2007

ONE DEPOSIT RECEIVED
APR 1 0 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | _NL_ | FORM PA |
|---|---|---|
| CHECKED BY | | |

| ☐ CORRESPONDENCE | | FOR |
| Yes | | COPYRIGHT |
| | | OFFICE |
| | | USE |
| | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number  ( 202 ) 344-8538          Fax number  ( 202 ) 344-8300

Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶  ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of  Lumate Education, Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                          Date  4/5/07

Handwritten signature (X) ▼

☞  X  _Barbara Schadlow_

| Certificate will be mailed in window envelope to this address: | Name ▼ | **9** |
| | Joshua Kaufman, Esq. c/o Venable LLP | |
| | Number/Street/Apt ▼ | |
| | 575 7th Street, NW | |
| | City/State/Zip ▼ | |
| | Washington, DC 20004 | |

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-367-195

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Number and Operations, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6571

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

## 2

**a** NAME OF AUTHOR ▼

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month April Day 1 Year 2005
Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼**

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 1 0 2007
ONE DEPOSIT RECEIVED
APR 1 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MP

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _NLG_    FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Added new information to both text and audiovisual portions

**a**
**6**
**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt/City/State / Zip▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**a**
**7**
**b**

Area code and daytime telephone number ( 202 ) 344-8538        Fax number ( 202 ) 344-8300
Email  jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Laureate Education, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow        Date 4/5/07

Handwritten signature (X) ▼
X _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-186**

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **10** Year **07**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Geometry and Measurement, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6572

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

**2**

**a**

**NAME OF AUTHOR ▼**

Laureate Education, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **USA**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of **USA**
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**2005** Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month July     Day 1     Year 2005
Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 1 0 2007

ONE DEPOSIT RECEIVED
APR 1 0 2007

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
MP

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _N.lo._        FORM PA

CHECKED BY

☐ CORRESPONDENCE      FOR
     Yes             COPYRIGHT
                      OFFICE
                      USE
                      ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously published edition

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Added new information to both text and audiovisual portions

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼
Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number   ( 202 ) 344-8538          Fax number   ( 202 ) 344-8300
Email jjkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
               Check only one ▶ ☐ author
                          ☐ other copyright claimant
                          ☐ owner of exclusive right(s)
                          ☑ authorized agent of   Laureate Education, Inc.
                                   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Barbara Schadlow                                Date 4/5/07

    Handwritten signature (X) ▼
      X _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA - Full   Rev: 6/2002   Print: 6/2002 — 40,000   Printed on recycled paper                    U.S. Government Printing Office: 2000-xxx-xxx/xx,xxx



**Form PA**
*For a Work of the Performing Arts*

**PA 1−367−187**

( PA )          PAU
EFFECTIVE DATE OF REGISTRATION

March **4** Day **10** Year **07**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

Algebra, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MATH 6573

**NATURE OF THIS WORK ▼ See instructions**

Audiovisual Work

## 2

**a**

**NAME OF AUTHOR ▼**

Laureate Education, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2005 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month October   Day 1   Year 2005
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MP

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

EXAMINED BY _N Vb_　　　　　　　　　　　　　FORM PA

CHECKED BY

☐ CORRESPONDENCE
　　Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No　If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼　　　　Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼　　　　Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

**7**

Area code and daytime telephone number 　( 202 ) 344-8538　　　　Fax number ( 202 ) 344-8300

Email jlkaufman@venable.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author
　　　　　　　　☐ other copyright claimant
　　　　　　　　☐ owner of exclusive rights
　　　　　　　　☑ authorized agent of　Lernaeic Education, Inc.
　　　　　　　　　Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼　　　　　　　　　　　Date　4/5/07

x _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP

Number/Street/Apt ▼
575 7th Street, NW

City/State/Zip ▼
Washington, DC 20004

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA—Full　Rev. 07/2006　Print 07/2006 — 21,000　Printed on recycled paper　　　　　　　　　　　　　U.S. Government Printing Office 2000-xxx-xxx/20,xxx



**Form PA**
For a Work of Performing Arts

**PA 1-367-188**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 10  Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Data Analysis and Probability, Grades 6-8

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Middle Level Mathematics: Data Analysis and Probability, Grades 6-8 (MATH 6574)

**NATURE OF THIS WORK ▼** See Instructions

Audiovisual Work

**2**

**a**  **NAME OF AUTHOR ▼**

Laureate Education, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of  USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**

Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of  USA
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR  Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006  Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month February  Day 1  Year 2006
Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment of Assets

APPLICATION RECEIVED  APR 10 2007
ONE DEPOSIT RECEIVED  APR 10 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
M P

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Case 5:07-cv-03225-RS    Document 62    Filed 06/05/2007    Page 79 of 79

EXAMINED BY   N/A

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to both text and audiovisual portions

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number    ( 202 )  344-8538         Fax number    ( 202 )  344-8300

Email  jlkaufman@venable.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Laureate Education, Inc.
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow

Handwritten signature (X) ▼        Date   4/5/07

x  _Barbara Schadlow_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA – Full    Rev 07/2006    Print 07/2006 — 12,000    Printed on recycled paper        U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-367-790**

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 10 Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
Designing Curriculum, Instruction, and Assessment, Part One

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Designing Curriculum and Instruction (EDUC 6671)

**NATURE OF THIS WORK ▼** See instructions

Audiovisual Work

**2**
**a**  **NAME OF AUTHOR ▼**
Canter and Associates, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual recording

**b**  **NAME OF AUTHOR ▼**
Walden University

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___USA___
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Compilation

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
Year 2004

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month August  Day 1  Year 2004  Nation

**4**
See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Laureate Education, Inc. / 1001 Fleet Street / Baltimore, MD 21202

APPLICATION RECEIVED
APR 10 2007
ONE DEPOSIT RECEIVED
APR 10 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Written Assignment of Assets

FUNDS RECEIVED
MP

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _N V f_     **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ _____    **Year of Registration** ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published edition

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Added new information to text.

**a**

**6**

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

Joshua Kaufman, Esq. c/o Venable LLP / 575 7th Street, NW / Washington / DC / 20004

**b**

Area code and daytime telephone number ▶ (202) 344-8538    Fax number ▶ (202) 344-8300

Email ▶ jjkaufman@venable.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Laureate Education, Inc.**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Barbara Schadlow                                           Date ▶ 4/5/07

Handwritten signature ▼

_Barbara Schadlow_

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Joshua Kaufman, Esq. c/o Venable LLP
Number/Street/Apt ▼
575 7th Street, NW
City/State/Zip ▼
Washington, DC 20004

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full    Rev 11/2006    Prev 11/2006 – 30,800    Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/xx,xxx



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# PA 1-592-703

**Effective date of
registration:**

February 11, 2008

## Title

| | |
|---|---|
| **Title of Work:** | Designing Curriculum, Instruction and Assessment for Students with Special Needs |
| **Previous or Alternative Title:** | EDUC 6674 |
| **Nature of Work:** | Audiovisual Work |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | August 1, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Laureate Education, Inc. |
| **Author Created:** | Audiovisual recording and text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |
| **Author:** | Walden University |
| **Author Created:** | Compilation and Text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Laureate Education, Inc. |
| | 1001 Fleet Street, Baltimore, MD, 21202 |
| **Transfer Statement:** | Written Assignment of Assets From Walden University to Laureate Education, Inc. |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim** | Previously published edition |
| **Previously registered** | No |
| **New material included in claim** | Added new information to both text and audiovisual portions |

## Certification

| | |
|---|---|
| **Name** | Barbara Schadlow |
| **Date** | February 8 2008 |

# EXHIBIT B

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Reading & Literacy K-6

The 10 courses for this degree program are:

### Teacher as Leader

As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.

### Sample Course Objectives
Participants will:

- Articulate a personal vision and philosophy of teacher leadership
- Utilize skills for self-assessment as effective practitioners of pedagogical, curricular, and technological expertise through reflective practice
- Collaborate productively and positively within a professional learning community to be more effective practitioners
- Use their communication skills to build a positive climate in schools and a sense of community

### Understanding Teaching and Learning
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

### Sample Course Objectives
Participants will:

- Learn to make intelligent decisions about effective teaching strategies
- Develop a critical perspective on learning and cognition regarding educational equity for all students in matters of gender, ethnicity, and culture
- Apply learning theory to instructional practices
- Strengthen their commitment to student learning and achievement

### Instructional Design
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

### Sample Course Objectives
Participants will:

- Examine the three stages of the Understanding by Design (UbD) model

- Compare and contrast the UbD framework with the one they are currently using
- Support the meaningful context of a lesson by identifying the "essential questions" students will focus on
- Complete a unit plan that incorporates all three stages of the UbD framework

**Effective Assessment**

Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

**Sample Course Objectives**
Participants will:

- Identify and define different assessment methods according to three categories: Assessment of Learning, Assessment for Learning, and Assessment as Learning
- Examine different grading systems and apply one that best communicates student progress and achievement to others
- Analyze multiple sources of data to identify patterns in student learning and knowledge
- Draw conclusions, and change or modify teaching practices, based upon assessment data

**Teacher as Researcher**

This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

**Sample Course Objectives**
Participants will:

- Examine the theoretical foundations of action research and develop an action research plan
- Compare and contrast qualitative and quantitative data collection techniques
- Analyze and interpret data according to proven processes
- Share and critique action research projects

**Meeting the Needs of All Students**

This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Sample Course Objectives**
Participants will:

- Explain and demonstrate what it means to teach responsively
- Deepen understanding of student variance, and apply strategies to support cognitive impairments, difficulties attending to task, learning disabilities, English language learners, above-average abilities, and students who are at risk of failure
- Identify, examine, and apply the nine attitudes and skills of teaching that help all learners
- Employ classroom management techniques that allow for flexible instruction and support responsive teaching

**Foundations of Reading and Literacy**
This course provides teachers with a comprehensive knowledge base in the reading process and facility with the most effective instructional and assessment techniques. Based on research from the National Reading Panel and consultation with internationally recognized reading specialists, this course enables participants to identify effective theories and principles for teaching reading in the five major components of the reading process—literacy, phonemic awareness and phonics, fluency, vocabulary, and comprehension—and to apply the most effective instructional plans, methods, and resources in their practice. In addition, the course focuses on methods for assessing reading progress in individuals and groups, and ideas for differentiating instruction for diverse learners.

**Sample Course Objectives**
Participants will:

- Examine issues related to motivating students to read, and create physical spaces that support reading and writing and critical thinking
- Explore the research foundation and instructional implications of the five areas of reading instruction identified by the National Reading Panel as key to reading success
- Examine elements of effective teaching and learning as they come together in one instructional sequence, and focus on how to improve their instructional techniques
- Plan instructional strategies and techniques based on students' needs, teach while checking for understanding, and reflect based on evidence of student achievement

**Assessment & Intervention for Struggling Readers**
This course focuses on the particular needs of elementary-aged children who struggle to read, but it also stresses the needs of struggling readers of all ages. Participants will study the research base that explains the common causes for reading difficulties. They will apply research-based instructional strategies to help students increase their reading fluency and comprehension. Participants will also develop an intervention plan to help all their students meet grade-level standards.

**Sample Course Objectives**
Participants will:

- Define and describe the characteristics of a struggling reader
- Identify and diagnose a particular struggling reader and his/her needs
- Implement research-based instructional strategies specific to the needs of struggling readers
- Develop an intervention plan that aims at increasing the achievement of all students, including struggling readers

**Reading in the Content Areas**
This course focuses on ways to integrate effective reading strategies into all subject areas of the curriculum. Participants learn strategies for supporting the comprehension of nonfiction texts and the development of content-area vocabulary, as well as motivational techniques for reluctant learners.

**Sample Course Objectives**
Participants will:

- Employ effective instructional strategies to engage all learners in the reading of informational texts
- Develop subject-area vocabulary that aides in the comprehension of content-specific material
- Utilize strategies that help students make connections to prior learning
- Support the engagement and learning of struggling readers

**The Reading and Writing Connection**
This course focuses on the writing process and its role in literacy development. As students become fluent readers, they need to balance their literacy time with various types of writing. Participants apply research-based instructional strategies to integrate writing into all subject areas. Specific techniques such as mini-lessons, error analysis, conferencing, and using portfolios are addressed. Each step of the writing process is examined as participants design units of study for their teaching practice.

**Sample Course Objectives**

Participants will:

- Identify, define, and explain all stages of the writing process
- Create learning experiences in which students respond to literature before, during, and after reading
- Employ the use of writing portfolios to measure the growth of writing ability over time
- Examine ways to support the independence of reading and writing in the classroom

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

**Programs**

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Mathematics, Grades 6–8

The 10 courses for this degree program are:

### Teacher as Leader

As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
View Sample Course >

### Understanding Teaching and Learning

This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

### Instructional Design

This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

### Effective Assessment

Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

### Teacher as Researcher

This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

### Meeting the Needs of All Students

This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades 6–8**
Learn to engage students in relevant problem solving that helps to deepen mathematical understanding of keys concepts such as fractions, decimals, percents, place value, and number theory.

**Measurement and Geometry, Grades 6–8**
Explore geometric attributes of length, area, and volume, and apply informal deduction skills to solve real-world problems. As your mathematical content knowledge deepens, you will be able support the learning of your students more effectively.

**Algebra, Grades 6–8**
Algebra is more than solving equations and graphing functions. Focus on key algebraic concepts, and engage in problem solving with real-life connections that make the learning of seemingly intangible concepts meaningful and relevant.

**Data Analysis and Probability, Grades 6–8**
Develop an in-depth understanding of the data analysis process that your students are expected to learn. This deeper understanding will, in turn, increase the effectiveness of your mathematics instruction.

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----

# MARYGROVE COLLEGE

- Online MAT, Home
- Admissions
- Admissions Requirements/ Prerequisites
- Online MAT Application
- Online MAT Application, paper (.pdf)
- Curriculum
- Tuition
- Tuition Payment Options
- Financial Aid Information
- Participant Handbook (.pdf)
- Financial Aid Flyer (.pdf)
- Contact Us
- FAQ
- Professional Development for Teachers classes online

## Programs

- MAT in Elementary Reading & Literacy
- MAT in Elementary Mathematics
- MAT Middle School Mathematics

## Master in Art of Teaching with a Focus on Elementary Mathematics, Grades K-5

The 10 courses for this degree program are:

### Teacher as Leader
As the first course in the MAT program, *Teacher as Leader* establishes foundational knowledge and introduces participants to current research related to teacher leadership. A growing body of evidence seems to show that teacher leaders can initiate positive school reform and actually sustain it. This course focuses on these teacher leaders and examines the specific characteristics of successful teachers. Participants become reflective practitioners as they study the current state of education and many of the leading reform efforts. They learn leadership strategies, and then apply them in their classrooms, schools, and communities. Participants set personal goals outlining ways they can strengthen their commitment to student learning and achievement.
View Sample Course >

### Understanding Teaching and Learning
This course focuses on the intricacies of how people learn. It establishes a firm foundation necessary for instructional leaders to make intelligent decisions about the types of teaching strategies and instructional plans they utilize in their classrooms. The course covers recent research related to theories of learning and cognition. Participants are asked to apply these theories in their classrooms so that they will use their knowledge of learning theory to strengthen their instructional practices and commitment to student learning and achievement.

### Instructional Design
This course establishes a comprehensive way for teachers to engage in unit planning and instructional design. Based on the intensive backwards-design model (Understanding by Design) of Wiggins & McTighe, teachers learn to "create" curriculum rather than "cover" it. Participants integrate assessment into their planning and create a sequence of learning experiences that logically and meaningfully help students meet required learning goals. In addition, participants learn how to align their instructional design to state and local standards.

### Effective Assessment
Because today's educational climate demands attention to national, state, and district standards, high-stakes testing is part of the educational landscape that all teachers must learn to navigate. This course grounds teachers in effective ways to assess their students, and how to use this information to modify their instructional practices. Beginning with understanding the many types of assessment methods, participants examine the specific purposes of each and how best to use different assessments in their classrooms. Participants learn how to design effective assessments to meet the particular needs of their students and teaching situations. Techniques to involve students in their own assessment are also included.

### Teacher as Researcher
This course provides the opportunity for teachers to: reflect on and assess their teaching; explore and test new ideas, methods, and materials; assess the effectiveness of the new approaches; share feedback with others; and make decisions about which new approaches to include in their classroom practices. Participants complete an individual research project aimed at a particular problem specific to their classroom situation that addresses student achievement. Next, participants engage in action research, data analysis, and creation and implementation of a plan of intervention based upon their research findings.

### Meeting the Needs of All Students
This course provides teachers with proven strategies to help them reach all of their students regardless of ability, language development, race, socioeconomic status, gender, and/or learning challenges. Practical and ethical techniques to meet the needs of special student populations are included. Participants learn how to apply strategies to increase student

engagement, address students' individual learning styles, and verify the effectiveness of the strategies used. Strategies for strengthening partnerships with parents to facilitate academic achievement of students are also explored and implemented.

**Problem Solving and Number & Operations, Grades K-5**
Develop deeper understanding of key concepts as you engage in mathematical discourse, problem solve, and share strategies.

**Measurement and Geometry, Grades K-5**
Apply effective problem-solving strategies to real-world problems, all the while deepening your understanding of mathematical concepts such as length, area, and volume; coordinate geometry; and developing geometric thinking.

**Algebra, Grades K-5**
Develop true algebraic thinking as you engage in problem solving. Deepen your understanding of patterns, functions, and algebraic symbols to help students.

**Data Analysis and Probability, Grades K-5**
Work through a real-life data analysis project that allows you to apply knowledge and skills from other mathematical strands to complete. Key concepts such as data collection, graphical representations of data, and measures of center are highlighted.

------ Marygrove College, 8425 W. McNichols, Detroit, MI, 48221    p: (313) 927-1200    e-mail: info@marygrove.edu -----

# EXHIBIT C

# HellerEhrman LLP

October 7, 2007

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1 (415) 772-6098
Direct Fax +1 (415) 772-1796
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

26930.0004

*Via E-mail and U.S. Mail*

Gayle M. Athanacio, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708

**Re:    *Canter & Assocs., LLC and Laureate Educ., Inc. v. Teachscape, Inc.*,
No. 07-3225 RS (N.D. Cal.)**

Dear Gayle:

      I write to find a time for us to meet and confer on case management issues and to propose initial discovery regarding Laureate's copyright infringement claim to break the deadlock between the parties on that issue.

      As to case management, the Court's Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order") and Federal Rule of Civil Procedure 26(f) require the parties to meet and confer about these issues much in advance of our Case Management Conference ("CMC") with the Court, currently scheduled for November 7, 2007.  To date, you have deferred or outright rebuffed attempts to reach agreement on any case management-related issue.  For example, on September 20th you unilaterally canceled our Rule 26(f) conference scheduled for the morning of the next day, and have proposed no alternative meeting times.  Also, although you have indicated agreement to mediation as the ADR process, you have failed to respond to my e-mail forwarding the Stipulation and Proposed Order Selecting ADR Process so that we could file this with the Court. Furthermore, you have not provided any feedback on the draft Stipulated and Proposed Protective Order that I e-mailed to you on September 10, 2007.  Finally, during our discussion at the courthouse on September 26th after the hearing on Teachscape's motion to dismiss, you indicated an unwillingness to go forward with Teachscape's obligations to meet and confer or engage in discovery.  Indeed, you indicated that Teachscape would not be serving its Rule 26(a) Initial Disclosures that day, even though this deadline for service was set by the Initial CMC Order.

      Teachscape's actions to date, including its disregard of a Court-ordered deadline, leads Canter and Laureate to believe that Teachscape intends to employ delay tactics to keep this

Heller Ehrman LLP   333 Bush Street   San Francisco, CA  94104-2878   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.

HellerEhrman LLP

case from progressing to resolution on the merits. Despite this belief, we request (in accord with my prior requests to you) that Teachscape meet and confer on case management issues. Pursuant to Rule 26(f) and given the Court's rescheduling of the CMC for November 7th, such a meeting should happen in advance of October 17th. I am available anytime this week for such a meeting. We also expect Teachscape to provide feedback on the draft Protective Order at that meet and confer, or prior to it. If Teachscape refuses to meaningfully engage in the meet and confer process or refuses to comply with the Court's deadlines, Canter and Laureate will consider moving the Court for relief, including seeking the entry of the Protective Order as currently drafted.

As to the copyright infringement claim, Laureate proposes a compromise that will permit it to adequately substantiate its copyright infringement claim without requiring Teachscape to produce all drafts of all of Teachscape's course materials, which Teachscape considers to be unduly burdensome. Specifically, Laureate is willing to accept, as an initial matter, Teachscape's production of the earliest available draft and final version—i.e., latest version, or published version if publication has occurred—of the course materials for the following Teachscape master's degree programs that are currently offered through Marygrove College or were advertised by Teachscape as a future Teachscape master's degree program through Marygrove:

(1) Master in the Art of Teaching with a Focus on Curriculum, Instruction & Assessment;
(2) Master in the Art of Teaching with a Focus on Reading & Literacy, Grades K–6; and
(3) Master in the Art of Teaching with a Focus on Mathematics, Grades K–5 and Grades 6–8;

To be clear, it is Laureate's understanding that this production would include the course materials for the six "core" courses that appear to be part of all of these programs, namely:

- Teacher as Leader;
- Understanding Teaching and Learning;
- Instructional Design; Effective Assessment;
- Teacher as Researcher; and
- Meeting the Needs of All Students.

Furthermore, the production would include the program-specific courses for each specialization, such as:

- Foundations of Reading and Literacy;
- Assessment & Intervention for Struggling Readers;
- Reading in the Content Areas
- The Reading and Writing Connection
- Problem Solving and Number & Operations, Grades K-5 and Grades 6–8;
- Measurement and Geometry, Grades K-5 and Grades 6–8;
- Algebra, Grades K-5 and Grades 6–8; and
- Data Analysis and Probability, Grades K-5 and Grades 6–8;

HellerEhrman LLP

Gayle M. Athanacio, Esq.
October 7, 2007
Page 3

We look forward to your prompt response regarding my request to meet and confer about case management issues.  We also look forward to your prompt response regarding our compromise on initial discovery regarding Laureate's copyright infringement claim.

Best regards,

Daniel N. Kassabian

cc:     Annette L. Hurst, Esq. (*via e-mail only*)
        Elena M. DiMuzio, Esq. (*via e-mail only*)
        Christine Lepera, Esq. (*via e-mail only*)

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

**Gayle M. Athanacio**
415.882.5077
gathanacio@sonnenschein.com

October 10, 2007

**VIA EMAIL AND U.S. MAIL**

Daniel Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

   Re:  ***Canter & Associates, LLC and Laureate Education, Inc. v. Teachscape, Inc.***

Dear Dan:

   I have received your recent correspondence regarding the above-referenced matter. At the outset, I must say I take issue with both the tone and substance of your letter. In your letter, you suggest that I have "deferred or outright rebuffed attempts to reach agreement on any case management-related issue." This simply is untrue. As you know, Teachscape filed a motion to dismiss which called into question the Court's jurisdiction. No doubt, as a consequence of the pending motion, the court on its own initiative continued the Case Management Conference to November 7th and the date for filing of a joint statement to October 31st. In light of this, and the simple fact that I was sick, I contacted you to cancel the "meet and confer" meeting we had previously scheduled. I have never stated, let alone suggested, I would not engage in a later meet and confer with you should the matter not be resolved by Teachscape's motion.

   As to Teachscape's motion, as was clear at the hearing, the judge recognizes the Court's jurisdiction is legitimately in question. Consequently, Teachscape continues to believe it is premature to set dates or discovery plans. Nonetheless, as I advised you over a month ago, to the extent the Court has not ruled on Teachscape's motion or otherwise retained jurisdiction, the most productive manner in which to proceed would be for plaintiffs to make a proposal on case management so that any such proposal can be discussed with Teachscape prior to our meet and confer. To date, you have failed to provide us with any such proposal. Rather, you write ostensibly to propose a "compromise" that will "permit [plaintiffs] to adequately substantiate its copyright infringement claim." However, the simple truth is that Plaintiffs rebuffed Teachscape's prior efforts to assuage Laureate's (albeit unfounded) concerns that its copyrights were infringed. Instead, Laureate misled the Court and suggested that Teachscape outright refused to disclose or placed "unreasonable" demands on any exchange of information. As was apparent at the hearing on Teachscape's motion, the Court was troubled by Plaintiffs filing suit

Brussels Charlotte Chicago Dallas Kansas City Los Angeles New York Phoenix St. Louis

San Francisco Short Hills, N.J. Silicon Valley Washington, D.C. West Palm Beach



Daniel N. Kassabian
October 10, 2007
Page 2

without any, let alone an adequate, basis on which to assert a copyright claim. Filing suit and then hoping discovery may "substantiate" a copyright claim is inappropriate, indeed sanctionable.

With this in mind, your "compromise" that Teachscape *unilaterally* disclose to Plaintiffs its earliest available "draft" and "final" course materials is unacceptable. Your clients, despite our best efforts to resolve the current dispute without litigation, decided to initiate a federal action which Teachscape has no doubt is without merit. Having done so, you are now bound by the rules of this Court. Until such time as the Court rules on Teachscape's motion and authorizes discovery, Teachscape will not voluntarily agree to allow you to engage in the costly and burdensome fishing expedition in which you seek to engage. As you cannot seriously doubt, the judge was wholly unimpressed with Plaintiffs' purported need to review drafts of materials in order to assess whether there was any merit to Laureate's copyright infringement claim. While Teachscape has no doubt that a review of its material will prove to any reasonable observer that Plaintiffs' claims are completely without merit, past experience has shown that Plaintiffs are simply not reasonable when it comes to the present dispute.

Having said this, Teachscape will fully comply with its obligations under the applicable rules. Thus, if you would send to me at your earliest convenience your proposal for case management, we can discuss it with our client and be prepared to have an intelligent discussion with you about it. We will in kind forward to you a proposed protective order, provided you agree that by doing so, Teachscape is in no way waiving its right to object to any or all discovery.

As to your proposed stipulation on ADR, as I informed you, Teachscape is amenable to mediation. Again, however, court-ordered mediation seems premature when the Court's jurisdiction is in question. Consequently, we have revised your stipulation to recognize the agreement in principle to mediation, but noting that ordering mediation at this time is not warranted. A copy of our proposed stipulation is attached.

I believe I have addressed all of the substantive matters raised in your letter. If I have missed anything, or you would like to discuss the matter further, please feel free to call me.

Very truly yours,

SONNENSCHEIN NATH & ROSENTHAL LLP

Gayle M. Athanacio

Enclosure

# EXHIBIT D

# HellerEhrman LLP

February 19, 2008

Daniel N. Kassabian
Daniel.Kassabian@hellerehrman.com
Direct +1 (415) 772-6098
Direct Fax +1 (415) 772-1796
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

26930.0004

*Via E-mail and U.S. Mail*

Gayle M. Athanacio, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA  94105-2708

**Re:**  *Laureate Education, Inc. v. Teachscape, Inc.*, No. 07-3225 RS (N.D. Cal.)

Dear Gayle:

I write to resolve the impasse between the parties with the following offer by Laureate:

- Laureate will pay Teachscape's reasonable costs, including collection, copying, and production costs of up to $5,000 for the production of the degree / course materials (or providing access to online materials) that are now the subject of Laureate's motion to compel;

- Teachscape will produce its final degree / course materials on or by February 27th, and will produce its first available drafts of these same materials on or by March 5th;

- Laureate will produce its materials set forth in the First Amended Complaint, as registered with the Copyright Office, on or before February 27th at its own expense;

- Laureate will withdraw its pending motion to compel the production of these materials as moot;

- Laureate will agree not to seek further discovery in this action unless and until the Court rules on Teachscape's pending motion to dismiss or that motion is withdrawn;

- Teachscape will withdraw its motion for protective order to stay discovery as moot;

- The parties will stipulate and ask the Court to postpone the hearing on Teachscape's motion to dismiss to April 2nd, so that the parties are given sufficient opportunity to review each other's productions and evaluate their respective positions; and

- The parties' stipulation to postpone the hearing will also contain all the other terms of this agreement if accepted so that the Court may enforce its terms if needed.

We believe that $5,000 is a fair estimate of the most Teachscape would incur in reasonable costs to produce these documents.  That estimate is based on the following:

Heller Ehrman LLP  333 Bush Street  San Francisco, CA  94104-2878  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.

HellerEhrman LLP

(1) there is no cost to allowing access of final online materials because it would only entail giving us a username/password; (2) the cost of producing all final physical materials cannot be greater than $1350, which is the sum of the $75 per course "Materials Fee" charged by Marygrove for each of the 16 courses that comprise Teachscape's degree programs at Marygrove; and (3) the cost of producing copies of the first available drafts of these materials will not be greater than the remainder of the $5000.  For example, around 35 hours of time by a paralegal or Teachscape employee, at a reasonable charge of $100 per hour, could be used to collect, copy, and produce these earliest available drafts.  With respect to what is meant by a final and earliest available draft of a Teachscape degree / course material, I refer you to my letter dated January 31, 2008, which addresses that subject.  Finally, the parties' productions will be subject to the Federal Rules pertaining to discovery, and may be produced subject to the Stipulated Protective Order to the extent appropriate.

We look forward to your prompt response to this offer no later than tomorrow.

Best regards,

Daniel N. Kassabian

cc:    Annette L. Hurst, Esq. (*via e-mail only*)
       Elena M. DiMuzio, Esq. (*via e-mail only*)
       Christine Lepera, Esq. (*via e-mail only*)



Sonnenschein

525 Market Street
26th Floor
San Francisco, CA 94105-2708
415.882.5000
415.882.0300 fax
www.sonnenschein.com

**Gayle M. Athanacio**
415.882.5077
gathanacio@sonnenschein.com

February 21, 2008

**VIA EMAIL AND U.S. MAIL**

Daniel Kassabian, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Re:     *Laureate v. Teachscape; Canter & Associates LLC v. Teachscape:*

Dear Dan:

      I have received your February 19, 2008 correspondence in which you discuss a possible resolution to the longstanding dispute over the mutual exchange of allegedly infringing and infringed materials that are at the center of Plaintiffs' claims against Teachscape. At the outset, I must say that it is extremely frustrating to Teachscape that you make a proposal only after Teachscape was forced to file its motion for protective order and the day before its response to Laureate's motion to compel is due. It is equally frustrating that your proposal makes no mention of the parallel state court action that your clients filed in which they essentially "split" the federal action into two suits. While Teachscape had no choice but to file its opposition to the motion to compel (not having sufficient time to consider your proposal before then), Teachscape would like nothing more than to move this dispute onto a different track for resolution. Unfortunately, your proposal will not work. Our reasoning is set forth below, as is what we believe is an appropriate manner in which to put the matter to rest.

      As reflected in Teachscape's motion for protective order and motion to dismiss Laureate's first amended complaint, Teachscape believes Plaintiffs have not brought suit (now suits) against Teachscape in good faith and with a proper inquiry. Formal discovery to allow Laureate to "fish" for evidence of supposed wrongdoing is inappropriate. We appreciate you disagree with Teachscape's contention; however, to date, nothing in your communications or the motions which you have filed have led Teachscape to conclude its position is incorrect. That you continue to reject Teachscape's offer for an "apples to apples" exchange of final course material, and in your February 19th correspondence apparently condition any such exchange on Teachscape's agreement to produce in two weeks "first available drafts," only serves to reinforce Teachscape's genuine concern that Plaintiffs are not proceeding in good faith.

Sonnenschein

Daniel N. Kassabian
February 21, 2008
Page 2

Further, your proposal presupposes that Teachscape is not being candid when it says it really does not understand what you want in "first available drafts" and why Plaintiffs claim to need them in order to see if they have a case. Further, your presumptions regarding the burden of trying to gather the materials/information is incorrect. There are other issues we could raise but at this juncture and due to obvious time constraints, we cannot raise them here.

Having said this, as was evident in our correspondence to you almost a year ago, Teachscape genuinely desires to put to rest Plaintiffs' concerns and avoid further litigation between the parties. As such, Teachscape offers the following proposal:

- Teachscape will provide Plaintiffs with full online access to the allegedly offending Marygrove course offerings and Plaintiffs will provide Teachscape will full copies of all copyrighted materials (including audiovisual materials). This exchange will take place on or before March 3rd (as you know, I am tied up in depositions in New York next week.)

- Within one week of the exchange of final course materials, the parties will sit down to discuss in light to the above exchange what "drafts" Plaintiffs want. At that time, the parties will agree upon what are the sought after "drafts," a date for production of those documents, and the appropriate cost shifting.

- The parties will agree to stipulate to an immediate stay of both the *Laureate v Teachscape* and *Canter v. Teachscape* actions. (Alternatively, Canter can dismiss without prejudice its state court action and Teachscape will agree to not assert any defense or make any claim based upon that dismissal.) To the extent necessary, Teachscape and Laureate will withdraw their respective discovery motions and continue the hearing on Teachscape's motion to dismiss.

- If after the production of the above materials, Laureate agrees there is no substantial similarity between the allegedly infringed and infringing materials, Laureate will agree to immediately dismiss with prejudice the federal action.

- As soon as possible, but in no event more than one month after the exchange of the materials, the parties agree to either resolve their dispute themselves or conduct a mediation before an agreed-upon third party with the goal to settle the entire dispute between all the parties. Should the mediation prove unsuccessful, the parties agree to jointly stipulate that the stays be lifted.



Daniel N. Kassabian
February 21, 2008
Page 3


As the above suggests, this proposal will only work if the parties jointly proceed in good faith and believing that the other parties will do the same. Despite its concerns, Teachscape is willing to make this commitment. We hope that Plaintiffs are as well and that you agree that the above proposal represents the most practical and expedient way to resolve our differences and avoid unnecessary further litigation.

We look forward to your response to Teachscape's proposal and would welcome the opportunity to discuss the matter further.

Very truly yours,

SONNENSCHEIN NATH & ROSENTHAL LLP

Gayle M. Athanacio

27290829

**EXHIBIT 2**

ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  +1.415.772.6000
Facsimile:   +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
             Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation, <br><br> Plaintiff, <br><br> v. <br><br> TEACHSCAPE, INC., a Delaware corporation <br><br> Defendant. | Case No.:  C 07-3225 RS <br><br> **SUPPLEMENTAL FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES** <br><br> **JURY DEMAND** |

        Plaintiff Laureate Education, Inc. (hereinafter referred to as "Laureate") alleges

against Defendant Teachscape, Inc. ("Teachscape") as follows:

### JURISDICTION AND VENUE

        1.      The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

1338 because this is an action for copyright infringement under the Copyright Act, 17

U.S.C. §§ 101 *et seq*.

Heller
Ehrman LLP

2.    This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

3.    Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) because Teachscape has its principal place of business in Northern District of California, and because a substantial part of the events giving rise to the claim alleged herein occurred in this judicial district.

<b><u>INTRADISTRICT ASSIGNMENT</u></b>

4.    Because this action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c), the action is to be assigned on a district-wide basis.

<b><u>THE PARTIES</u></b>

5.    Laureate is a corporation organized and existing under the laws of the State of Maryland, with its principal place of business in Baltimore, Maryland.

6.    Teachscape is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in San Francisco, California.

<b><u>CLAIM FOR RELIEF</u></b>

<b>(For Copyright Infringement Pursuant To 17 U.S.C. §§ 101 <i>Et Seq.</i>)</b>

7.    Laureate is a leader in the post-secondary education market and offers online degree programs throughout the United States and internationally.  One of Laureate's main focuses is on the development and marketing of distance-delivered education master's degree programs and graduate courses for teachers, which it provides with its subsidiary, Canter & Associates, LLC (formerly Canter & Associates, Inc. and hereinafter referred to as "Canter").

8.    One of Laureate's and Canter's distance-delivered education master's degree program offerings is their Master in the Art of Teaching ("MAT") program offered through Canter's educational institution partner, Marygrove College ("Marygrove"), that dates back to 1994.

9.   During its relationship with Marygrove, Canter developed a specialized master's degree program, and in particular a MAT program with a focus on Curriculum, Instruction and Assessment ("Canter's CIA Degree Program") that was offered to teachers through Marygrove.  The development of Canter's CIA Degree Program was accomplished at great cost and effort to Canter.  In addition, development and accreditation of Canter's CIA Degree Program for a Marygrove master's degree took 24 months.

10.   With funding and approval from Laureate, and pursuant to Canter's proprietary and confidential research, in the 2001 through 2004 time-frame Canter developed several specialized programs for master's degrees in various subject areas, including a specialization in Elementary Reading and Literacy, for Grades K-6 ("Laureate's Reading Degree Program"), and two specializations in Mathematics, with one for Grades K-5 and one for Grades 6-8 (collectively, "Laureate's Math Degree Programs"), in addition to Canter's CIA Degree Program, which it assigned to Laureate.  The development of Laureate's Reading and Math Degree Programs, including the creation of video and written materials for the courses in these programs, was accomplished at great cost and effort to Laureate and Canter.

11.   The distance-delivered education master's degree programs and graduate courses developed by Laureate and Canter, including Laureate's Reading and Math Degree Programs, contain wholly original material and are copyrightable subject matter under the laws of the United States.  The following copyrights (hereinafter referred to collectively as "AudioVisual and Online Course Materials"), organized by specialization specific course materials and then "core" course materials that are common to all programs, are duly owned by Laureate and were registered on April 10, 2007, *except that the copyrights for "Designing Curriculum, Instruction, and Assessment for Students with Special Needs" (no. 21) were registered on February 11, 2008*:

(~~b~~a)   Laureate's Reading Degree Program Materials for Grades K-6
(1)   *Foundation of Reading and Literacy Development*
Title: Foundation of Reading and Literacy Development; Class: Literary Work; No. TX 6-524-266

Heller Ehrman LLP

Title: Foundations of Reading and Literacy; Class: Performing Arts; No. PA 1-367-175

(2)     *Strategies for Literacy Instruction, Part I*

Title: *Strategies for Literacy Instruction, Part I*; Class: Literary Work; No. TX 6-524-267

Title: *Strategies for Literacy Instruction, Part I*; Class: Performing Arts; No. PA 1-367-176

(3)     *Strategies for Literacy Instruction, Part II*

Title: Strategies for Literacy Instruction, Part II; Class: Literary Work; No. TX 6-524-268

Title: Strategies for Literacy Instruction, Part II; Class: Performing Arts; No. PA 1-367-177

(4)     *Supporting the Struggling Reader*

Title: Supporting the Struggling Reader; Class: Literary Work; No. TX 6-524-263

Title: Supporting the Struggling Reader; Class: Performing Arts; No. PA 1-367-178

(5)     *Planning and Managing the Classroom Literacy Program*

Title: Planning and Managing the Classroom Literacy Program; Class: Literary Work; No. TX 6-524-264

Title: Planning and Managing the Classroom Literacy Program; Class: Performing Arts; No. PA 1-367-179

(b)     Laureate's Math Degree Program Materials for Grades K-5

(6)     *Elementary Mathematics: Number and Operations*

Title: Elementary Mathematics: Number and Operations; Class: Literary Work; No. TX 6-524-262

Title: Elementary Mathematics: Number and Operations, Grades K-5; Class: Performing Arts; No. PA 1-367-181

(7)     *Elementary Mathematics: Geometry and Measurement*

Title: Elementary Mathematics: Geometry and Measurement; Class: Literary Work; No. TX 6-524-260

Title: Elementary Mathematics: Geometry and Measurement, Grades K-5; Class: Performing Arts; No. PA 1-367-182

(8)     *Elementary Mathematics: Algebra*

Title: Elementary Mathematics: Algebra; Class: Literary Work; No. TX 6-524-259

Title: Algebra, Grades K-5; Class: Performing Arts; No. PA 1-367-183

(9)     *Elementary Mathematics: Data Analysis and Probability*

Title: Elementary Mathematics: Data Analysis and Probability; Class: Literary Work; No. TX 6-524-253

Title: Elementary Mathematics: Data Analysis and Probability, Grades K-5; Class: Performing Arts; No. PA 1-367-184

    (c)    <u>Laureate's Math Degree Program Materials for Grades 6-8</u>

        (10)   *Number and Operations, Grades 6-8*

            Title: Number and Operations, Grades 6-8; Class: Literary Work; No. TX 6-524-254

            Title: Number and Operations, *Grades 6-8*; Class: Performing Arts; No. PA 1-367-185

        (11)   *Geometry and Measurement, Grades 6-8*

            Title: Geometry and Measurement, Grades 6-8; Class: Literary Work; No. TX 6-524-255

            Title: Geometry and Measurement, Grades 6-8; Class: Performing Arts; No. PA 1-367-186

        (12)   *Algebra, Grades 6-8*

            Title: Algebra, Grades 6-8; Class: Literary Work; No. TX 6-524-257

            Title: Algebra, Grades 6-8; Class: Performing Arts; No. PA 1-367-187

        (13)   *Data Analysis and Probability, Grades 6-8*

            Title: Data Analysis and Probability, Grades 6-8; Class: Literary Work; No. TX 6-524-256

            Title: Data Analysis and Probability, Grades 6-8; Class: Performing Arts; No. PA 1-367-188

    (d)    <u>Core Course Materials For Laureate's Reading And Math Degree Programs</u>

        (14)   *Teacher As Professional*

            Title: Teacher As Professional; Class: Literary Work; No. TX 6-524-269

            Title: Teacher As Professional; Class: Performing Arts; No. PA 1-367-173

        (15)   *Effective Teaching Using Learning Styles and Multiple Intelligences*

            Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Literary Work; No. TX 6-524-272

            Title: Effective Teaching Using Learning Styles and Multiple Intelligences; Class: Performing Arts; No. PA 1-367-172

        (16)   *Instructional Models and Strategies*

            Title: Instructional Models and Strategies; Class: Literary Work; No. TX 6-524-265

            Title: Instructional Models and Strategies; Class: Performing Arts; No. PA 1-367-174

        (17)   *Designing Curriculum, Instruction and Assessment, Part I*

            Title: Designing Curriculum, Instruction and Assessment, Part I; Class: Literary Work; No. TX 6-524-258

            Title: *Designing Curriculum, Instruction, and Assessment, Part I*; Class: Performing Arts; No. PA 1-367-790

Heller
Ehrman LLP

(18) *Designing Curriculum, Instruction and Assessment, Part II*

Title: Designing Curriculum, Instruction and Assessment, Part II; Class: Literary Work; No. TX 6-524-261

Title: Designing Curriculum, Instruction, and Assessment, Part Two; Class: Performing Arts; No. PA 1-367-180

(19) *Collaborative Action Research*

Title: Collaborative Action Research; Class: Literary Work; No. TX 6-524-270

Title: Collaborative Action Research; Class: Performing Arts; No. PA 1-367-171

(20) *Habits of Mind: Thinking Skills to Promote Self-Directed Learning*

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Literary Work; No. TX 6-524-271

Title: Habits of Mind: Thinking Skills to Promote Self-Directed Learning; Class: Performing Arts; No. PA 1-367-170

(21) *Designing Curriculum, Instruction, and Assessment for Students with Special Needs*

Title: Designing Curriculum, Instruction, and Assessment for Students with Special Needs; Class: Literary Work; No. TX 6-825-248

Title: Designing Curriculum, Instruction, and Assessment for Students with Special Needs; Class: Performing Arts; No. PA 1-592-703

Copies of the registrations of these materials are attached hereto as Exhibit A. Teachscape does not have authorization, consent, or license to reproduce, make derivative works of, or otherwise utilize Laureate's copyrighted AudioVisual and Online Course Materials.

12. Starting in approximately Summer of 2004 and continuing through approximately October 2005, Teachscape hired, or contracted with, at least twelve former employees of Canter (collectively "Canter's Former Employees"), including:

(1) Barbara DeHart: Ms. DeHart was formerly employed by Canter from June 2001 through July 2005, most recently as a Program Specialist in Product Development. As a Program Specialist, Ms. DeHart developed course materials for Laureate's and Canter's various master's degree programs, and was very familiar these materials. More specifically, in 2005 immediately prior to departing from Canter, Ms. DeHart developed course materials, including drafting written materials, for Laureate's Math Degree Programs and the courses that are part of that program. Ms. DeHart also was

Heller Ehrman LLP

1    very familiar with Laureate's Reading Degree Program and its contents while they were in

2    development and were not publicly known.  Upon information and belief, Ms. DeHart

3    afterward was, and/or currently is, employed by or an independent contractor of

4    Teachscape.

5              (2)    Brenda Pope-Ostrow:  Ms. Pope-Ostrow was formerly employed by

6    Canter from January 2001 through October 2005, most recently as a Director, Editorial

7    Services.  As a Director, Editorial Services, Ms. Pope-Ostrow developed and edited written

8    course materials for Laureate's Reading and Math Degree Programs.  Ms. Pope-Ostrow was

9    very familiar with the contents of these programs while they were in development and were

10   not publicly known.  Upon information and belief, Ms. Pope-Ostrow afterward was, and/or

11   currently is, employed by or an independent contractor of Teachscape.

12             (3)    Melissa Jaivin:  Ms. Jaivin was formerly employed by Canter from

13   December 1991 through April 2004, most recently as its Vice President, Distance Learning

14   Masters Programs.  As an executive overseeing Canter's business in distance-delivered

15   master's degree programs, Ms. Jaivin partook in critical aspects of this business.  Ms. Jaivin

16   was part of the group of Canter executives that strategized over and formulated Canter's

17   business plans in the 2001 through 2004 time-frame, which resulted in Laureate's Reading

18   and Math Degree Programs.  Thus, Ms. Jaivin was familiar with the content of these

19   programs while they were in development and were not publicly known.  Ms. Jaivin also

20   negotiated Canter's contract with Marygrove for providing master's degree programs and

21   graduate course programs.  Upon information and belief, Ms. Jaivin afterward was, and is

22   currently, employed by Teachscape as a Vice President, Higher Education.

23             (4)    Hae Young Kim:  Ms. Kim was formerly employed by Canter from

24   June 1998 through September 2004, most recently as its Vice President, Graduate Courses.

25   As an executive overseeing Canter's business in distance-delivered graduate course

26   programs, Ms. Kim also was part of the group of Canter executives that strategized over and

27   formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in

28   Laureate's Reading and Math Degree Programs.  Thus, Ms. Kim also was familiar with the

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

content of these programs while they were in development and were not publicly known.
Upon information and belief, Ms. Kim afterward was, and/or is currently, employed by
Teachscape as Vice President, Sales & Marketing, Higher Education.

        (5)     Mike Soules:  Mr. Soules was formerly employed by Canter from June
1998 through September 2004, most recently as its Vice President, Business Development.
As an executive overseeing Canter's business development for distance-delivered programs,
Mr. Soules also was part of the group of Canter executives that strategized over and
formulated Canter's business plans in the 2001 through 2004 time-frame, which resulted in
Laureate's Reading and Math Degree Programs.  Thus, Mr. Soules also was familiar with
the content of these programs while they were in development and were not publicly
known.  Upon information and belief, Mr. Soules afterward was, and/or currently is,
employed by Teachscape as General Manager, Higher Education.

      13.    As described in part above, among Canter's Former Employees are several of
Canter's long-term, key employees who were integral to the development of Canter's
education master's degree programs and graduate courses for teachers.  However, in 2004
through 2005, these individuals had obtained positions at Teachscape.

      14.    Before hiring Canter's Former Employees, Teachscape had not offered a
master's degree program or even graduate level course program in teaching.  Within months
of employing Ms. DeHart and Ms. Pope-Ostrow, however, in early 2006 Teachscape
marketed graduate level courses and then in September 2006 it marketed masters degree
programs in teaching with a specialization in Reading and Literacy for Grades K-6
("Teachscape's Reading Degree Program"), two specializations in Mathematics, with one
for Grades K-5 and one for Grades 6-8 (collectively, "Teachscape's Math Degree
Programs"), and a specialization in Curriculum, Instruction, and Assessment
("Teachscape's CIA Degree Program").

      15.    Specifically, in or around September 2006, Teachscape began to market its
Reading, Math, and CIA Degree Programs, with courses starting in 2007, as being offered
through Marygrove, the same educational institution that was offering Canter's CIA Degree

Program at that time.  The program curriculum and courses for Teachscape's Reading and Math Degree Programs, now currently offered through Marygrove, are set forth in the web pages attached as Exhibit B.  For reasons explained in paragraph 18 below, Teachscape later withdrew its CIA Degree Program and that program is not currently being offered through Marygrove.

16.    Laureate is informed and believes that Teachscape relied upon and/or otherwise used information obtained by Canter's Former Employees, including Ms. DeHart, Ms. Pope-Ostrow, Ms. Jaivin, Ms. Kim, and Mr. Soules as a result of their employment with Canter in creating Teachscape's master's degree programs and corresponding course materials, given that these individuals were not only familiar with Laureate's Reading and Math Degree Programs, but took part in their development.  In addition, Canter's own experience with developing master's degree programs and course materials for those programs is that it requires at least 18-24 months to develop such a program and obtain necessary approvals for its use by an accredited educational institution.  On information and belief, Teachscape developed <u>three</u> master's degree programs, negotiated a contract with a educational institution partner to offer those programs, developed a marketing strategy, and began marketing its master's degree programs in or around a year's time.  In addition, Teachscape developed and marketed its first graduate courses in or around 6 months.

17.    Although not subject matter of copyright protection in and of themselves, Teachscape's Reading and Math Degree Programs have program specializations, structures, and course subject matters that are very similar to those of Laureate's Reading and Math Degree Programs, respectively, as shown below:

///

///

///

///

///

///

1   ##

2   ##

3   ##

| **Laureate's Master's Degree Programs** | **Teachscape's Master's Degree Programs** |
|---|---|
| **Specialized Courses for Laureate's Reading Degree Program for Grades K-6:** | **Specialized Courses for Teachscape's Reading Degree Program for Grades K-6:** |
| • *Foundations of Reading and Literacy Development* | • *Foundations of Reading and Literacy* |
| • *Supporting the Struggling Reader* | • *Assessment & Intervention for Struggling Readers* |
| • *Strategies for Literacy Instruction, Part I* | • *Reading in the Content Areas* |
| • *Strategies for Literacy Instruction, Part II* | • *The Reading and Writing Connection* |
| **Specialized Courses for Laureate's Math Degree Program for Grades K-5:** | **Specialized Courses for Teachscape's Math Degree Program for Grades K-5:** |
| • *Elementary Mathematics: Number and Operations* | • *Problem Solving and Number & Operations, Grades K-5* |
| • *Elementary Mathematics: Geometry and Measurement* | • *Measurement and Geometry, Grades K-5* |
| • *Elementary Mathematics: Algebra* | • *Algebra, Grades K-5* |
| • *Elementary Mathematics: Data Analysis and Probability* | • *Data Analysis and Probability, Grades K-5* |
| **Specialized Courses for Laureate's Math Degree Program for Grades 6-8:** | **Specialized Courses for Teachscape's Math Degree Program for Grades 6-8:** |
| • *Number and Operations, Grades 6-8* | • *Problem Solving and Number & Operations, Grades 6-8* |
| • *Geometry and Measurement, Grades 6-8* | • *Measurement and Geometry, Grades 6-8* |
| • *Algebra, Grades 6-8* | • *Algebra, Grades 6-8* |
| • *Data Analysis and Probability, Grades 6-8* | • *Data Analysis and Probability, Grades 6-8* |

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

| Laureate's Master's Degree Programs | Teachscape's Master's Degree Programs |
|---|---|
| **Core Courses Common To All Degrees** | **Core Courses Common To All Degrees** |
| • *Teacher as Professional* | • *Teacher as Leader* |
| • *Effective Teaching Using Learning Styles and Multiple Intelligences* | • *Understanding Teaching and Learning* |
| • *Instructional Models and Strategies* | |
| • *Designing Curriculum, Instruction, and Assessment, Part I* | • *Instructional Design* |
| • *Designing Curriculum, Instruction, and Assessment, Part II* | • *Effective Assessment* |
| • *Collaborative Action Research* | • *Teacher as Researcher* |
| • *Designing Curriculum, Instruction, and Assessment for Students with Special Needs* | • *Meeting the Needs of All Students* |

18.     As a result of the conduct alleged above, in addition to the other wrongful acts of misappropriation of trade secrets, intentional interference with prospective economic relationship, intentional interference with contract, false advertising and unfair competition, as alleged in the initial Complaint For Injunctive Relief and Damages filed in this action but not asserted in this Court at this time, Laureate and Canter separately contacted Teachscape and Marygrove in the Fall of 2006 and inquired about Teachscape's Math, Reading, and CIA Degree Programs that Teachscape intended to launch through Marygrove in early 2007.  At that time, Marygrove denied the existence of any relationship between itself and Teachscape.  Teachscape, on the other hand, did not deny the relationship because it had publicly advertised the existence of such.  Teachscape, however, denied any wrongdoing. Irrespective of their inconsistent positions, Teachscape and Marygrove discontinued offering Teachscape's CIA Degree Program, but a few months later resumed offering Teachscape's Reading and Math Degrees, as set forth in Exhibit B.

19.     Teachscape's course materials for Teachscape's Reading and Math Degree Programs, including drafts thereof, are not available to the general public.  At best, only some of these materials are available to teachers that are students currently enrolled in those programs through Marygrove.  Only the entire set of materials would be available to a single individual once that person had completed the entire program.  Absent consent, the

1    only means by which Laureate could obtain some of the materials was through a pretext

2    carried out over a significant period of time, which Laureate deemed inappropriate.

3        20.    Laureate therefore has repeatedly requested that Teachscape provide to

4    Laureate, pursuant to a confidentiality agreement if necessary, copies of Teachscape's

5    course materials, including drafts.  Under Ninth Circuit law and per the rulings of this

6    Court, the absence of a final version that is substantially similar to a copyrighted work does

7    not negate liability for copyright infringement as evidenced in draft versions or other

8    intermediate copying. *See Walker v. Univ. Books, Inc.*, 602 F.2d 859, 864 (9th Cir. 1979)

9    (reversing district court ruling that blueprint for final product could not infringe, and

10    holding that the fact that "an allegedly infringing copy of a protected work may itself be

11    only an inchoate representation of some final product to be marketed commercially does not

12    in itself negate the possibility of infringement.  The question is not whether the [accused

13    infringers] utilized the blueprints as merely a step in the manufacture of their cards but

14    whether they unauthorizedly utilized [the copyrighted] work in the manufacture of their

15    blueprints."); *see, e.g.*, *Cinebase Software, Inc. v. Media Guar. Trust, Inc.*, No. C98-1100

16    FMS, 1998 WL 661465 (N.D. Cal. Sept. 22, 1998) ("Defendants argue that this claim

17    should be dismissed because plaintiffs have not adequately identified the product with

18    which defendant is allegedly infringing plaintiff's copyrights.  They argue further that the

19    dismissal should be with prejudice because all parties agree that defendant does not

20    currently have a product that plaintiff could identify.  First, the lack of a completed

21    marketable product does not defeat plaintiff's copyright claim.  Section 106 protects a

22    copyright owner from another's reproduction of the copyrighted work or preparation of

23    derivative works based upon the copyrighted work as well as from the distribution of copies

24    to the public.  17 U.S.C. § 106.  Defendants' completion of their product is therefore not a

25    prerequisite to a copyright infringement claim.  Second, the Court does not agree with

26    defendant that there is a heightened pleading standard in copyright infringement cases.

27    [citation omitted]  Rule 8 simply requires that a plaintiff provide a defendant with adequate

28    notice of the subject of the claims to allow the defendant to respond.  Here, defendant does

1    not yet have a finished product, but all parties agree that it is quite far along in the

2    development of a software program designed to manage digital media.  As there is no

3    ambiguity regarding the product plaintiff refers to in the First Amended Complaint, the

4    Court finds that plaintiff has met the requirement of Rule 8.")

5        21.    Teachscape consistently has refused to provide any materials under any form

6    of confidentiality order, claiming that to do so would overburden it.  In October 2006,

7    Laureate limited its request to the earliest available draft and final version—i.e., latest

8    version, or published version if publication has occurred—of the materials for those specific

9    courses identified in paragraph 25 below.  Consistent with its conduct to date, however,

10   Teachscape refused to provide even first drafts, or to provide any final course materials.

11   The parties' correspondence in October 2006 regarding Laureate's limited request is

12   attached hereto as Exhibit C.

13       22.    Following Teachscape's refusal, on October 15, 2007, Laureate served

14   requests for production, pursuant to Federal Rule of Civil Procedure 34, seeking the earliest

15   available draft and final version of the materials for courses identified in paragraph 25

16   below.  In its response to these requests on November 16, 2007, Teachscape indicated it

17   "would not produce any such information absent entry of a protective order" and further

18   qualified by agreeing to produce these materials only if "the Court should deny

19   Teachscape's Motion to Dismiss" pending at the time.  At the same time, Teachscape

20   refused to negotiate a protective order so that the confidentiality of materials could be

21   maintained, opposed a motion by Laureate for entry of a protective order, and has refused to

22   participate in the discovery process while its motion to dismiss was pending or granted, the

23   latter of which is contrary to Ninth Circuit law.  *See Telluride Mgmt. Solutions, Inc. v.*

24   *Telluride Inv. Group*, 55 F.3d 463, 466 (9th Cir. 1995).  In an effort to dissuade Teachscape

25   from engaging in self-help contrary to the law, in February 2008 Laureate offered to pay

26   reasonable expenses of up to $5000 for Teachscape's production of the earliest available

27   drafts and final versions of Teachscape's materials for those specific courses identified in

28   paragraph 25 below, along with Laureate's production of its copyrighted materials set forth

1  in paragraph 11 above at its own cost. Teachscape rejected this offer. The parties'

2  correspondence in February 2008 regarding Laureate's offer is attached hereto as Exhibit D.

3         23.    In light of Teachscape's wrongful acts of misappropriation of trade secrets,

4  intentional interference with prospective economic relationship, intentional interference

5  with contract, false advertising and unfair competition, as alleged in the initial Complaint

6  For Injunctive Relief and Damages that will be pursued in another forum, combined with

7  other acts alleged herein, including Teachscape's refusal to provide access to the materials

8  at issue despite Laureate's demands, and discovery requests, and offer to pay reasonable

9  expenses for their production, Laureate has conducted a reasonable pre-filing inquiry into

10  the similarity of Teachscape's materials to its own copyrighted works. Laureate has

11  therefore met its duty of reasonable inquiry imposed by Federal Rule of Civil Procedure 11.

12  *See Hoffman-LaRoche Inc. v Invamed Inc.*, 213 F.3d 1359 (Fed. Cir. 2000); *Intamin, Ltd. v.*

13  *Magnetar Techs. Corp.*, 483 F.3d 1328 (Fed. Cir. 2007).

14         24.    Accordingly, as set forth herein, Laureate has a reasonable basis to infer that,

15  at least as of September 2006, Teachscape has been infringing Laureate's registered

16  copyrights in its AudioVisual and Online Course Materials by making copies and derivative

17  works therefrom, in violation of the Copyright Act, 17 U.S.C. §§ 101 *et seq*.

18         25.    It is reasonable to infer for the reasons set forth herein that Teachscape has

19  invaded one or more of the exclusive rights afforded Laureate under 17 U.S.C. § 106 with

20  respect to Teachscape's following course materials:

21         Specialized Courses for Teachscape Reading Degree for Grades K-6:

22         • Foundations of Reading and Literacy

23         • The Reading and Writing Connection

24         • Reading in the Content Areas

25         • Assessment & Intervention for Struggling Readers

26         Specialized Courses for Teachscape Math Degree for Grades K-5:

27         • Problem Solving and Number & Operations, Grades K-5

28         • Measurement and Geometry, Grades K-5

- Algebra, Grades K-5
- Data Analysis and Probability, Grades K 5

Specialized Courses for Teachscape Math Degree for Grades 6-8:

- Problem Solving and Number & Operations, Grades 6-8
- Measurement and Geometry, Grades 6-8
- Algebra, Grades 6-8
- Data Analysis and Probability, Grades 6 8

Core Courses Common To All Degrees:

- Teacher as Leader
- Understanding Teaching and Learning
- Instructional Design
- Effective Assessment
- Teacher as Researcher
- Meeting the Needs of All Students

26.  Teachscape's conduct has deprived, and continues to deprive, Laureate of the benefits of licensing the AudioVisual and Online Course Materials to Canter's educational institution partners, such as Marygrove.  Teachscape has further been unjustly enriched by its copying and use of the AudioVisual and Online Course Materials, and works derived therefrom in its business.

27.  By reason of Teachscape's acts alleged herein, Laureate has suffered damage in an amount to be proved at trial.

28.  Teachscape threatens to continue to do the acts complained of herein, and unless restrained and enjoined will continue to do so, all to Laureate's irreparable damage. Laureate does not have an adequate remedy at law to compensate it for injuries threatened. Laureate is therefore entitled to an injunction restraining Teachscape, its officers, agents and employees, and all persons acting in concert with it, from engaging in further acts in violation of the Copyright Act.

## **PRAYER FOR RELIEF**

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS

29.    WHEREFORE, Laureate prays as follows:

A.    For a judgment pursuant to 17 U.S.C. § 501 that Teachscape has infringed Laureate's copyrights in the AudioVisual and Online Course Materials;

B.    For an entry of preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502 enjoining and restraining Teachscape, its offices, directors, agents, servants, employees and all other persons in privity or acting in concert with it from further infringing any Laureate's copyrights as described herein and any others, by directly or indirectly using, selling, offering to sell, licensing, offering to license, disclosing, distributing, or making derivatives, thereof;

C.    For entry of relief impounding and/or destruction of all infringing articles and derivatives thereof, pursuant to 17 U.S.C. § 503;

D.    For a finding that the infringement by Teachscape was willful, and for an award that accounts for its willful infringement, pursuant to 17 U.S.C. § 504;

E.    For an accounting of all of Teachscape's profits attributable to the infringement, including both direct profits and indirect profits in the form of sales, convoyed sales, and licensing of infringing works and derivatives thereof, pursuant to 17 U.S.C. § 504;

F.    For an award to Laureate of its actual damages and any additional profits of Teachscape, pursuant to 17 U.S.C. § 504;

G.    For an award of Laureate's attorneys' fees, expenses and costs of suit incurred as a result of this lawsuit;

H.    For an award to Laureate of such other and further relief as this Court deems just and proper under the circumstances.

Dated: February 27, 2008          Respectfully submitted,

HELLER EHRMAN LLP


By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

Heller
Ehrman LLP

16

1

2

3
## DEMAND FOR JURY TRIAL

4
In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff Laureate

5
Education, Inc. demands a trial by jury on all issues triable by a jury.

6
Dated: February 27, 2008                 Respectfully submitted,

7
                                         HELLER EHRMAN LLP

8

9
                                         By _____/s/ DANIEL N. KASSABIAN_____
                                         Attorneys for Plaintiff
10
                                         LAUREATE EDUCATION, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

SUPPL. FIRST AM. COMPL. FOR INJ. RELIEF & DAMAGES; JURY DEMAND          Case No. C 07-3225 RS