1  ANNETTE L. HURST (State Bar No. 148738)
2  DANIEL N. KASSABIAN (State Bar No. 215249)
   ELENA M. DIMUZIO (State Bar No. 239953)
3  HELLER EHRMAN LLP
   333 Bush Street
4  San Francisco, California  94104-2878
5  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
6  E-mail:     Annette.Hurst@HellerEhrman.com
               Daniel.Kassabian@HellerEhrman.com
7              Elena.DiMuzio@HellerEhrman.com
8
   Attorneys for Plaintiff
9  LAUREATE EDUCATION, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

| | |
|---|---|
| 14  LAUREATE EDUCATION, INC.,<br>a Maryland corporation, | Case No.:  C 07-3225 RS |
| 15                                  Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF LAUREATE EDUCATION, INC. LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT** |
| 16 | |
| 17          v. | |
| 18  TEACHSCAPE, INC., a Delaware corporation | |
| 19                                  Defendant. | Judge:  The Honorable Richard Seeborg<br>Ctrm.:  4 (5th floor)<br>Date:   April 2, 2008<br>Time:   9:30 a.m. |
| 20 | |

Heller
Ehrman LLP

ORDER GRANTING PL. LEAVE TO FILE SUPPL. FIRST AM. COMPL.                    Case No. C 07-3225 RS

Having considered the papers and argument submitted in connection with Plaintiff Laureate Education Inc.'s Motion For Leave To File Supplemental First Amended Complaint, the Court orders as follows:

1. Plaintiff Laureate Education Inc.'s Motion For Leave To File Supplemental First Amended Complaint is GRANTED.

2. Plaintiff has leave to file its Supplemental First Amended Complaint, attached as Exhibit 1 to Plaintiff's Motion.

IT IS SO ORDERED.

Dated:

_____
RICHARD SEEBORG
United States Magistrate Judge

Heller Ehrman LLP