**\*E-FILED\***
**March 3, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANTER & ASSOCIATES, et al., | No. C 07-03225 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| TEACHSCAPE, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The motions in the above-captioned matter, Docket Nos [61], [66], and [69], currently set for **March 19, 2008 at 9:30 a.m.** shall be heard on **April 2, 2008 at 9:30 a.m.** The case management conference will be held following the hearing on the motions.

Dated: March 3, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
     Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Gayle M. Athanacio    gathanacio@sonnenschein.com, clepera@sonnenschein.com, hkalay@sonnenschein.com, pcranmer@sonnenschein.com

Elena Maria DiMuzio    Elena.DiMuzio@hellerehrman.com

Annette L. Hurst    annette.hurst@hellerehrman.com, mark.williams@hellerehrman.com, patti.johnsen@hellerehrman.com

Daniel N. Kassabian    daniel.kassabian@hellerehrman.com, allen.rose@hellerehrman.com, harriette.louie@hellerehrman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 3, 2008

                                                  /s/ BAK
                                                Chambers of Magistrate Judge Richard Seeborg