1  GAYLE M. ATHANACIO (State Bar No. 130068)
   gathanacio@sonnenschein.com
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Attorneys for Defendant
   TEACHSCAPE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LAUREATE EDUCATION, INC., | Case No. C 07 3225 RS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING PLAINTIFF LAUREATE EDUCATION, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT |
| vs. | |
| TEACHSCAPE, INC., | |
| Defendant. | Date: April 2, 2008<br>Time: 9:30 a.m.<br>Dept: 4 (5th Floor)<br>Judge: Honorable Richard Seeborg |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL FIRST
AMENDED COMPLAINT
CASE NO. C 07-03225 RS

1  Having considered all papers submitted in connection with Plaintiff Laureate Education,
2  Inc.'s Motion for Leave to File Supplement First Amended Complaint, the Court ORDERS that:
3  Plaintiff's Motion be DENIED.
4  IT IS SO ORDERED.

_____
Honorable Richard Seeborg

27292371