UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: 8 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 4/2/08
CASE #: C 07-03225RS

CASE TITLE: CANTER & ASSOCIATES   VS.   TEACHSCAPE, INC.

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| ANNETTE L. HURST | GAYLE M. ATHANACIO |
| DANIEL N. KASSABIAN | |

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| {X} | { } | { } | 1. | TO COMPEL |
| {X} | { } | { } | 2. | FOR LEAVE TO FILE SUPPLEMENTAL FIRST AMENDED COMPLAINT |
| { } | {X} | { } | 3. | FOR PROTECTIVE ORDER |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED         [ ] DENIED         [ ] SUBMITTED         [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to            @            For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: MOTIONS ARE ARGUED BY COUNSEL.  COURT WILL ISSUE A WRITTEN ORDER.