ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com
             Elena.DiMuzio@HellerEhrman.com

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: +1.415.882.5000
Facsimile: +1.415.882.0300
E-mail:      gathanacio@sonnenschein.com

Attorneys For Defendant
TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>                               Plaintiff,<br><br>    v.<br><br>TEACHSCAPE, INC., a Delaware corporation,<br><br>                               Defendant. | Case No. C 07-3225 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT OR DISMISSAL OF ACTION**<br><br>Judge:  The Honorable Richard Seeborg |

WHEREAS, the Court entered its Order Granting Motion To Dismiss, With Leave To Amend, Granting Motion To Compel, Denying Motion For Protective Order, And Denying As Moot Motion For Leave To File Supplemental Complaint Order (the "Order")

on April 3, 2008;

WHEREAS, the Order required that Defendant Teachscape, Inc. ("Teachscape") produce its final course materials and earliest available drafts of any such materials, except for drafts of third-party works, required that Plaintiff Laureate Education, Inc. ("Laureate") produce the materials Laureate contends have been infringed, and further required that, no later than July 16, 2008, Laureate either file a second amended complaint or a dismissal of this action.

WHEREAS, the parties have met and conferred about their respective productions, Teachscape has made its final course materials available for review online by Laureate, Teachscape has produced electronic copies of the same, Teachscape has produced third-party materials, Teachscape has produced drafts of and other information regarding its course materials, and Laureate has produced its course materials that it contends have been infringed;

WHEREAS, pursuant to further meet and confer between the parties, the parties may agree to a further exchange of information regarding their respective materials in ways that do not result in any undue expense to the parties;

WHEREAS, in light of the scope of Teachscape's production and the potential for exchange of additional information, Laureate requires additional time of 90 days to either file a second amended complaint or a dismissal of this action; and

WHEREAS, Teachscape does not oppose Laureate's request for additional time;

THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, Laureate requests and Teachscape stipulates that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to October 14, 2008.

Respectfully submitted,

Dated: July 8, 2008          HELLER EHRMAN LLP

By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiffs
CANTER AND ASSOCIATES, LLC and
LAUREATE EDUCATION, INC.

| | |
|---|---|
| Dated: July 8, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| | By _____/s/ GAYLE M. ATHANACIO_____ |
| | Attorneys for Defendant |
| | TEACHSCAPE, INC. |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Heller
Ehrman LLP