ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
ELENA M. DIMUZIO (State Bar No. 239953)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail: Annette.Hurst@HellerEhrman.com
Daniel.Kassabian@HellerEhrman.com
Elena.DiMuzio@HellerEhrman.com

*E-FILED 7/14/08*

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone: +1.415.882.5000
Facsimile: +1.415.882.0300
E-mail: gathanacio@sonnenschein.com

Attorneys For Defendant
TEACHSCAPE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEACHSCAPE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07-3225 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT OR DISMISSAL OF ACTION**<br><br>Judge:  The Honorable Richard Seeborg |

WHEREAS, the Court entered its Order Granting Motion To Dismiss, With Leave To Amend, Granting Motion To Compel, Denying Motion For Protective Order, And Denying As Moot Motion For Leave To File Supplemental Complaint Order (the "Order")

Heller Ehrman LLP

STIPULATION & ORDER FOR EXT. OF TIME                                    Case No. C 07-3225 RS

1 on April 3, 2008;

2 WHEREAS, the Order required that Defendant Teachscape, Inc. ("Teachscape")
3 produce its final course materials and earliest available drafts of any such materials, except
4 for drafts of third-party works, required that Plaintiff Laureate Education, Inc. ("Laureate")
5 produce the materials Laureate contends have been infringed, and further required that, no
6 later than July 16, 2008, Laureate either file a second amended complaint or a dismissal of
7 this action.

8 WHEREAS, the parties have met and conferred about their respective productions,
9 Teachscape has made its final course materials available for review online by Laureate,
10 Teachscape has produced electronic copies of the same, Teachscape has produced
11 third-party materials, Teachscape has produced drafts of and other information regarding its
12 course materials, and Laureate has produced its course materials that it contends have been
13 infringed;

14 WHEREAS, pursuant to further meet and confer between the parties, the parties may
15 agree to a further exchange of information regarding their respective materials in ways that
16 do not result in any undue expense to the parties;

17 WHEREAS, in light of the scope of Teachscape's production and the potential for
18 exchange of additional information, Laureate requires additional time of 90 days to either
19 file a second amended complaint or a dismissal of this action; and

20 WHEREAS, Teachscape does not oppose Laureate's request for additional time;

21 THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, Laureate requests and
22 Teachscape stipulates that the deadline for Laureate to either file a second amended
23 complaint or a dismissal of this action be extended to October 14, 2008.

24 Respectfully submitted,

25 Dated: July 8, 2008          HELLER EHRMAN LLP

26 By _____/s/ DANIEL N. KASSABIAN_____
27 Attorneys for Plaintiffs
   CANTER AND ASSOCIATES, LLC and
28 LAUREATE EDUCATION, INC.

Heller Ehrman LLP

| | |
|---|---|
| Dated: July 8, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP<br><br>By _____/s/ GAYLE M. ATHANACIO_____<br>Attorneys for Defendant<br>TEACHSCAPE, INC. |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 14, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Heller
Ehrman LLP

3

STIPULATION & ORDER FOR EXT. OF TIME                               Case No. C 07-3225 RS