ANNETTE L. HURST (State Bar No. 148738)
DANIEL N. KASSABIAN (State Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Daniel.Kassabian@HellerEhrman.com

*E-FILED 10/16/08*

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.


GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone: +1.415.882.5000
Facsimile: +1.415.882.0300
E-mail:    gathanacio@sonnenschein.com

Attorneys For Defendant
TEACHSCAPE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEACHSCAPE, INC., a Delaware corporation,<br><br>Defendant. | Case No. C 07-3225 RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT OR DISMISSAL OF ACTION**<br><br>Judge:   The Honorable Richard Seeborg |

WHEREAS, the Court entered its Order Granting Motion To Dismiss, With Leave To Amend, Granting Motion To Compel, Denying Motion For Protective Order, And Denying As Moot Motion For Leave To File Supplemental Complaint Order (the "Order") on April 3, 2008;

1  WHEREAS, the Order required, among other things, that Plaintiff Laureate Education, Inc. ("Laureate") either file a second amended complaint or a dismissal of this action no later than July 16, 2008;

4  WHEREAS, on July 14, 2008, the Court ordered, pursuant to the parties' stipulation, that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to October 14, 2008;

7  WHEREAS, the law firm that is counsel for Laureate, Heller Ehrman LLP, is dissolving, and this dissolution has disrupted the individual attorneys' representation of Laureate in this action;

10  WHEREAS, the parties are presently engaged in settlement discussions in good faith; and

12  WHEREAS, in light of the above, the parties have stipulated to additional time of 30 days for Laureate to either file a second amended complaint or a dismissal of this action.

14  THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties stipulate and request that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to November 13, 2008.

Respectfully submitted,

Dated: October 13, 2008            HELLER EHRMAN LLP

By _____/s/ DANIEL N. KASSABIAN_____
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

Dated: October 13, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP

By _____/s/ GAYLE M. ATHANACIO_____
Attorneys for Defendant
TEACHSCAPE, INC.

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

*[signature]*

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Heller
Ehrman LLP