ANNETTE L. HURST (State Bar No. 148738)
JONATHAN P. HAYDEN (State Bar No. 104520)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Jonathan.Hayden@hellerehrman.com

*E-FILED 10/27/08*

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEACHSCAPE, INC., a Delaware corporation<br><br>Defendant. | Case No.: C 07-3225 RS<br><br>**PLAINTIFF LAUREATE EDUCATION, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: The Honorable Richard Seeborg |

Heller
Ehrman LLP

PLEASE TAKE NOTICE THAT Plaintiff Laureate Education, Inc. ("Laureate") hereby substitutes Annette L. Hurst (State Bar No. 148738), now of Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, California 941056, (415) 773-4500, who is retained counsel, as attorney of record in place and stead of Heller Ehrman LLP, 333 Bush Street, San Francisco, California 94014, (415) 772-6000.

Dated: October 15, 2008                LAUREATE EDUCATION, INC.

By _____
Deborah L. Zimic
Vice-President and Assistant General Counsel

Heller Ehrman LLP consents to the above substitution.

Dated: October 15, 2008                HELLER EHRMAN LLP

By _____
Jonathan P. Hayden

Orrick, Herrington & Sutcliffe LLP agrees to this substitution.

Dated: October 15, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Annette L. Hurst
Annette L. Hurst

**ORDER**

The above substitution of attorneys is hereby approved.

October 27, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Heller Ehrman LLP

2