ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
DANIEL N. KASSABIAN (State Bar No. 215249)
dkassabian@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

*E-FILED 11/13/08*

Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

GAYLE M. ATHANACIO (State Bar No. 130068)
gathanacio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:     +1-415-882-5000
Facsimile:      +1-415-882-0300

Attorneys For Defendant
TEACHSCAPE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TEACHSCAPE, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No.  C 07-3225<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT OR DISMISSAL OF ACTION**<br><br>Judge:   The Honorable Richard Seeborg |

WHEREAS, the Court entered its Order Granting Motion To Dismiss, With Leave To Amend, Granting Motion To Compel, Denying Motion For Protective Order, And Denying As Moot Motion For Leave To File Supplemental Complaint Order (the "Order") on April 3, 2008;

1  WHEREAS, the Order required, among other things, that Plaintiff Laureate Education, Inc. ("Laureate") either file a second amended complaint or a dismissal of this action no later than July 16, 2008;

WHEREAS, on July 14, 2008, the Court ordered, pursuant to the parties' stipulation, that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to October 14, 2008;

WHEREAS, on October 16, 2008, the Court ordered, pursuant to the parties' stipulation, that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to November 13, 2008;

WHEREAS, the parties are presently engaged in settlement discussions in good faith; and

WHEREAS, in light of the above, the parties have stipulated to additional time of 32 days for Laureate to either file a second amended complaint or a dismissal of this action.

THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties stipulate and request that the deadline for Laureate to either file a second amended complaint or a dismissal of this action be extended to December 15, 2008.

Dated: November 13, 2008      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *Annette L. Hurst*
ANNETTE L. HURST
Attorneys for Plaintiff
LAUREATE EDUCATION, INC.

Dated: November 13, 2008      SONNENSCHEIN NATH & ROSENTHAL LLP

/s/ *Gayle M. Athancio*
GAYLE M. ATHANACIO
Attorneys for Defendant
TEACHSCAPE, INC.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

November 13, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

OHS West:260550008.1
21678-2