1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  DANIEL N. KASSABIAN (State Bar No. 215249)
   dkassabian@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759

*E-FILED 12/15/08*

6
   Attorneys for Plaintiff
7  LAUREATE EDUCATION, INC.

8
   GAYLE M. ATHANACIO (State Bar No. 130068)
9  gathanacio@sonnenschein.com
   SONNENSCHEIN NATH & ROSENTHAL LLP
10 525 Market Street, 26th Floor
   San Francisco, California  94105-2708
11 Telephone:     +1-415-882-5000
   Facsimile:     +1-415-882-0300
12
   Attorneys for Defendant
13 TEACHSCAPE, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREATE EDUCATION, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEACHSCAPE, INC., a Delaware corporation,<br><br>Defendant. | Case No.  C 07-3225<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT OR DISMISSAL OF ACTION**<br><br>Judge:    The Honorable Richard Seeborg |

1    WHEREAS, the Court entered its Order Granting Motion To Dismiss, With Leave To
2    Amend, Granting Motion To Compel, Denying Motion For Protective Order, And Denying As
3    Moot Motion For Leave To File Supplemental Complaint Order (the "Order") on April 3, 2008;
4    WHEREAS, the Order required, among other things, that Plaintiff Laureate Education,
5    Inc. ("Laureate") either file a second amended complaint or a dismissal of this action no later than
6    July 16, 2008;
7    WHEREAS, on July 14, 2008, the Court ordered, pursuant to the parties' stipulation, that
8    the deadline for Laureate to either file a second amended complaint or a dismissal of this action
9    be extended to October 14, 2008;
10   WHEREAS, on October 16, 2008, the Court ordered, pursuant to the parties' stipulation,
11   that the deadline for Laureate to either file a second amended complaint or a dismissal of this
12   action be extended to November 13, 2008;
13   WHEREAS, on November 13, 2008, the Court ordered, pursuant to the parties'
14   stipulation, that the deadline for Laureate to either file a second amended complaint or a dismissal
15   of this action be extended to December 15, 2008;
16   WHEREAS, the parties are presently finalizing a settlement of this action; and
17   WHEREAS, in light of the above, the parties have stipulated to additional time of two
18   weeks for Laureate to either file a second amended complaint or a dismissal of this action.
19   THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties stipulate and request
20   that the deadline for Laureate to either file a second amended complaint or a dismissal of this
21   action be extended to December 29, 2008.

22   Dated: December 15, 2008                    Respectfully submitted,

23                                               ORRICK, HERRINGTON & SUTCLIFFE LLP

25                                                    /s/ *Daniel N. Kassabian*
26                                               DANIEL N. KASSABIAN
                                                 Attorneys for Plaintiff
27                                               LAUREATE EDUCATION, INC.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION & ORDER FOR EXT. OF TIME
C 07-3225

| | | |
|---|---|---|
| 1 | Dated: December 15, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |

/s/ *Gayle M. Athancio*
_____
GAYLE M. ATHANACIO
Attorneys for Defendant
TEACHSCAPE, INC.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  December 15, 2008

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

OHS West:260566808.1
21678-2

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO